UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SHAARILLE LINZY,

        Plaintiff,

-against-

UBER TECHNOLOGIES, INC.,

        Defendants.

CIVIL ACTION NO.

**UBER TECHNOLOGIES, INC.'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT**

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Defendant Uber Technologies, Inc. ("Uber") makes the following disclosures:

Based solely on SEC filings regarding beneficial ownership of the stock of Uber Technologies, Inc. ("Uber"), Uber is unaware of any shareholder who beneficially owns more than 10% of Uber's outstanding stock.

Dated: Garden City, New York
         June 8, 2021

Respectfully submitted,

**GOLDBERG SEGALLA LLP**

By: _____
Derek M. Zisser, Esq.
*Attorneys For Defendant*
*Uber Technologies, Inc.*
**Mailing Address:**
**P.O. Box 780, Buffalo, NY  14201**
Office Location:
200 Garden City Plaza, Suite 520
Garden City, New York  11530
(516) 281-9800
(516) 281-9801 (fax)
dzisser@goldbergsegalla.com

30115178.v1

TO:
**ROSENBAUM & ROSENBAUM, P.C.**
Andrew G. Meier
*Attorneys for Plaintiff*
100 Wall Street, 15th Floor
New York, NY 10005
(212) 514-5007

30115178.v1