# EXHIBIT F

**Andrew Meier**

| | |
|---|---|
| From: | Kristina Tineo |
| Sent: | Thursday, May 13, 2021 1:05 PM |
| To: | Marshall Jr., Gary A. |
| Cc: | Andrew Meier |
| Subject: | Linzy v. Uber - Index No.: 801741/2021E |

Please see attached copy of plaintiffs Bill of Particulars and Responses.

Also attached please find a stipulation to consolidate and amend the caption. Please sign the stip and email back to me.

Thank You,

Kristina Tineo
*Paralegal*
**Rosenbaum & Rosenbaum, PC**
100 Wall Street, 15th Floor
New York, New York 10005
212.514.5007
212.514.9178 fax
kt@rosenbaumnylaw.com
www.rosenbaumnylaw.com



Linzy v. Uber - Index No.: 801741/2021E

Kristina Tineo
To: Marshall Jr., Gary A
Cc: Andrew Meier

Thu 5/13/2021 1:05 PM

Please see attached copy of plaintiff's Bill of Particulars and Responses

Also attached please find a stipulation to consolidate and amend the caption. Please sign the stip and email back to me.

Thank You,

Kristina Tineo
*Paralegal*
Rosenbaum & Rosenbaum, PC
100 Wall Street, 15th Floor
New York, New York 10005
212.514.5007
212.514.9178 fax
kt@rosenbaumnylaw.com
www.rosenbaumnylaw.com

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
---------------------------------------------------------------X
SHAARILLE LINZY,

        Plaintiff,

        -against-

JOSE A. ALEMAR, AMERICAN UNITED
TRANSPORTATION, INC., AND AMERICAN UNITED
TRANSPORTATION II, INC.

        Defendants.
---------------------------------------------------------------X

Index No.: 23280/2020E

**STIPULATION TO CONSOLIDATE AND AMEND THE CAPTION**

**IT IS HEREBY** STIPULATED AND AGREED BY and between the respective parties herein, that Index No.: 23280/2020E and Index No.: 801741/2021E be consolidated for purposes of discovery and trial under Index No.: 23280/2020E, and the caption in the above action be amended as follows:

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
---------------------------------------------------------------X
SHAARILLE LINZY,

        Plaintiff,

        -against-

JOSE A. ALEMAR, AMERICAN UNITED
TRANSPORTATION, INC., AMERICAN UNITED
TRANSPORTATION II, INC. AND UBER
TECHNOLOGIES, INC.

        Defendants.
---------------------------------------------------------------X

Index No.: 23280/2020E

It is further stipulated that the fax signatures appearing below will be deemed original and that the within stipulation may be filed without further notice with the Clerk of the Court.

Dated: May 13, 2021

_____
Andrew G. Meier
ROSENBAUM & ROSENBAUM P.C.
*Attorney for Plaintiff*
100 Wall Street, 15th Floor
New York, NY 10005

_____
ABRAMS FENSTERMAN FENSTERMAN EISMAN
FORMATO FERRARA WOLF & CARONE LLP
*Attorneys for Defendants – Jose Alemar, American United Transportation Inc. and American United Transportation II, Inc.*
One Metrotech Center, Suite 1701
Brooklyn, New York 11201

_____
Gary Marshall, Esq.
GOLDBERG SEGALLA, LLP
*Attorneys for Defendant Uber Technologies, Inc.*
200 Garden City Plaza, Suite 520
Garden City, New York 11530