

# ROSENBAUM & ROSENBAUM, P.C.
### ATTORNEYS AT LAW

100 Wall Street, 15th Floor    New York, NY 10005    Tel 212.514.5007    Fax 212.514.9178    www.rosenbaumnylaw.com

September 22, 2021

United States District Judge Alison J. Nathan
U.S. District Court, Southern District
40 Foley Square
New York, New York 10007

                        Re:    LINZY v. UBER TECHNOLOGIES, INC.
                                Docket Number: 21-cv-05097
                                Our Client: Shaarille Linzy

Honorable Alison J. Nathan,

       This correspondence is to memorialize a joint application by the parties requesting a 60-day extension of time to appear for the Initial Pretrial Conference, presently scheduled for October 1, 2021 and the filing of the Proposed Civil Case Management Plan and Scheduling Order, required to be filed by September 24, 2021, due to plaintiff's pending Motion to Remand pursuant to 28 USC §1447(E).

       In the interests of judicial economy, the parties to this action request the aforementioned 60-day extension given that a decision on the motion could determine whether the foregoing would be necessary. It is respectfully requested that the Court endorse the above extension. No prior application for relief herein requested has been made.

                                                           Respectfully,

                                                            Matthew T. Gammons, Esq.

Cc: GOLDBERG SEGALLA LLP
      Via ECF