```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/28/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Shaarille Linzy,

                Plaintiff,

-against-

Uber Technologies Inc.,

                Defendant.

1:21-cv-05097 (AJN) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Following a telephone conference with the parties, it is hereby Ordered as follows:

1. Any motion to amend a pleading shall be made no later than March 30, 2022.

2. All fact discovery shall be completed by June 17, 2022.

3. All expert discovery shall be completed by August 1, 2022.

4. Plaintiff shall file her anticipated motion to add additional parties no later than March 1, 2022. Defendant shall file its opposition no later than April 1, 2022 and Plaintiff shall file any reply no later than April 8, 2022.

SO ORDERED.

DATED:    New York, New York
               February 28, 2022

_____
STEWART D. AARON
United States Magistrate Judge