UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
:
: **AMENDED**
: **ORDER OF REFERENCE**
: **TO A MAGISTRATE JUDGE**
Plaintiff, Shaarille Linzy :
: 21-cv-5097   (AJN ) ( SDA)
-v- :
:
: USDC SDNY
: DOCUMENT
Defendant. Uber Technologies Inc. : ELECTRONICALLY FILED
: DOC #:_____
: DATE FILED: 3/2/2022
x
-----------------------------------------------------------------

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☒ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Specific Non-Dispositive Motion/Dispute:*
_____
_____
_____

☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

☐ Habeas Corpus

☐ Social Security

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

☒ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion: Motion for Joinder (Dkt. No. 21)

☐ Settlement*

☐ Inquest After Default/Damages Hearing

All such motions: _____

*Do not check if already referred for general pretrial.

Dated  March 2, 2022
_____

SO ORDERED:

_____
United States District Judge