✎AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

|  Southern | District of | New York |

Shaarille Linzy

                  Plaintiff (s),

V.

Uber Technologies, Inc.

                  Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:21-cv-05097

Notice is hereby given that, subject to approval by the court, **Uber Technologies, Inc.** (Party (s) Name) substitutes **Christopher G. Betke (CB8047)** (Name of New Attorney), State Bar No. **2260065 (NY)** as counsel of record in place of **Andrew Neil Fluger and Derek Michael Zisser of Goldberg Segalla LLP** (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

    Firm Name: Coughlin Betke LLP
    Address: 175 Federal Street, Boston, MA 02110
    Telephone: (617) 988-8050      Facsimile (617) 988-8005
    E-Mail (Optional): cbetke@coughlinbetke.com

I consent to the above substitution.
Date: 03/14/2022

                  Uber Technologies, Inc. /s/ Leah Altman
                  (Signature of Party (s))

I consent to being substituted.
Date: 03/14/2022

                  Goldberg Segalla LLP
                  (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 03/14/2022

                  /s/ Christopher G. Betke
                  (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

                  Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**