USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/15/2022

Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern **District of** New York

Shaarille Linzy

Plaintiff(s),

V.

Uber Technologies, Inc.

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:21-cv-05097

Notice is hereby given that, subject to approval by the court, **Uber Technologies, Inc.** (Party(s) Name) substitutes **Christopher G. Betke (CB8047)** (Name of New Attorney), State Bar No. **2260065 (NY)** as counsel of record in place of **Andrew Neil Fluger and Derek Michael Zisser of Goldberg Segalla LLP** (Name of Attorney(s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: Coughlin Betke LLP
Address: 175 Federal Street, Boston, MA 02110
Telephone: (617) 988-8050     Facsimile: (617) 988-8005
E-Mail (Optional): cbetke@coughlinbetke.com

I consent to the above substitution.
Date: 03/14/2022

Uber Technologies, Inc. /s/ Leah Altman
(Signature of Party(s))

I consent to being substituted.
Date: 03/14/2022

Goldberg Segalla LLP
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 03/14/2022

/s/ Christopher G. Betke
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 3/15/2022

[signature]
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]