USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/15/2022

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ New York

| | |
|---|---|
| Shaarille Linzy | |
| Plaintiff (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |
| V. | |
| Uber Technologies, Inc. | CASE NUMBER: 1:21-cv-05097 |
| Defendant (s), | |

Notice is hereby given that, subject to approval by the court, __Uber Technologies, Inc.__ substitutes
(Party (s) Name)

__Andrew R. Ferguson (AF5154)__, State Bar No. __2652873 (NY)__ as counsel of record in
(Name of New Attorney)

place of __Andrew Neil Fluger and Derek Michael Zisser of Goldberg Segalla LLP__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Coughlin Betke LLP
Address: 175 Federal Street, Boston, MA 02110
Telephone: (617) 988-8050          Facsimile (617) 988-8005
E-Mail (Optional): cbetke@coughlinbetke.com

I consent to the above substitution.
Date: 03/14/2022                    Uber Technologies, Inc. /s/ Leah Altman
                                    (Signature of Party (s))

I consent to being substituted.
Date: 03/14/2022                    [signature]   Goldberg Segalla LLP
                                    (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 03/14/2022                    /s/ Andrew R. Ferguson
                                    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 3/15/2022                     [signature]
                                    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]