**EXHIBIT A**

# ROSENBAUM & ROSENBAUM, P.C.
### ATTORNEYS AT LAW

100 Wall Street, 15th Floor    New York, NY 10005    Tel 212.514.5007    Fax 212.514.9178    www.rosenbaumnylaw.com

April 8, 2021

*Via NYSCEF &*
*Email: RMulholland@abramslaw.com*
ABRAMS, FENSTERMAN,
FENSTERMAN, EISMAN, FORMATO,
FERRARA, WOLF & CARONE, LLP
One Metrotech Center, Suite 1701
Brooklyn, New York 11201
Attn: Rory Mulholland

            Re: **Linzy v. Alemar**, *et al.*,
            Index No.: 23280/2020E

Mr. Mulholland,

  As you are aware, this office represents plaintiff in the above captioned matter. Please be advised that my client had appeared for the "Independent" Medical Examination noticed by your office. To date, I have not received a copy of the doctor's report. Kindly provide same upon receipt of the instant correspondence.

  Should you have any questions or concerns, please do not hesitate to contact the undersigned.

                Very truly yours,

                ROSENBAUM & ROSENBAUM, P.C.

                Andrew G. Meier