**EXHIBIT D**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX, PART: IA-15
-----------------------------------------------------------------X

SHAARILLE LINZY,

        Plaintiff,

Index №.: 23280/2020E

-against-

Hon.   **Ben R. Barbato**

Justice Supreme Court

JOSE A. ALEMAR, AMERICAN UNITED
TRANSPORTATION INC. and AMERICAN
UNITED TRANSPORTATION II, INC.,

        Defendant(s).
-----------------------------------------------------------------X

C#001

The following papers numbered 1 to _____ were read on this motion ( NYSCEF Seq. No. 001 ) for **CONSOLIDATION/JOINT TRIAL** noticed on July 1, 2021.

| | |
|---|---|
| Notice of Motion - Order to Show Cause - Exhibits and Affidavits Annexed | NYSCEF No(s). 13-19 |
| Answering Affidavit and Exhibits | NYSCEF No(s). |
| Replying Affidavit and Exhibits | NYSCEF No(s). |

Upon the foregoing papers, it is ordered that this motion is **DENIED** not withstanding that it is submitted on default and without opposition submitted thereto. Plaintiff moves to consolidate this action with Shaarille Linzy v. Uber Technologies, Inc., Index No. 801741/2021E, Bronx County. Upon review of the courts file, it appears that the action has been removed to the United States District Court, Southern District (see NYSCEF No. 17, under index no. 801741/2021E).

This decision constitutes the Order of the Court.

Motion is Respectfully Referred to Justice: _____

Dated: _____

Dated: 11/21/2021    Hon. _____
                                                     **BEN R. BARBATO, J.S.C.**

1. CHECK ONE.............................  **X** CASE DISPOSED IN ITS ENTIRETY    ☐ CASE STILL ACTIVE
2. MOTION IS.................................  ☐ GRANTED    **X** DENIED    ☐ GRANTED IN PART    ☐ OTHER
3. CHECK IF APPROPRIATE..........  ☐ SETTLE ORDER    ☐ SUBMIT ORDER    ☐ SCHEDULE APPEARANCE
                                              ☐ FIDUCIARY APPOINTMENT    ☐ REFEREE APPOINTMENT