**EXHIBIT E**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX, IAS PART 31
-----------------------------------------------------------------X

LINZY, SHAARILLE

            -against-

UBER TECHNOLOGIES, INC.

-----------------------------------------------------------------X

Index №. 0801741/2021E

Hon. __VERONICA G. HUMMEL__

Acting Justice Supreme Court

The following papers were read on this motion ( Seq. No. 1 ) for **consolidation/joint trial** noticed for and submitted on July 1, 2021.

| Notice of Motion - Affirmation and Exhibits | NYSCEF Doc. # 8-14 |
| --- | --- |
| Affirmation in Opposition and Exhibits | NYSCEF Doc. # 16-17 |

    Upon the foregoing papers, it is ordered that this motion by plaintiff [mot. seq. 1] for an order pursuant to CPLR 602(a) consolidating Actions #1, Index No. 801741/2021E and Action #2, Index No. 23280/2020E for all purposes, including discovery, in Supreme Court, Bronx County, is denied.

    This action was removed to Federal District Court on June 9, 2021, see NYSCEF 6. This action was thus disposed. Inasmuch as the action is no longer pending, the motion must be denied.

    The Clerk shall mark this action disposed.

    This is a Court order.

**Dated: November 15, 2021**        Hon. __s/Hon. Veronica G. Hummel/signed 11/15/2021__
                                                               **VERONICA G. HUMMEL, A.J.S.C.**

1. CHECK ONE............................................  X CASE DISPOSED IN ITS ENTIRETY  ☐ CASE STILL ACTIVE
2. MOTION IS..............................................  ☐ GRANTED  X DENIED  ☐ GRANTED IN PART  ☐ OTHER
3. CHECK IF APPROPRIATE......................  ☐ SETTLE ORDER  ☐ SUBMIT ORDER  ☐ SCHEDULE APPEARANCE
                                                                  ☐ FIDUCIARY APPOINTMENT  ☐ REFEREE APPOINTMENT