# MEMO ENDORSED

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| See last page. |

SHAARILLE LINZY,    )
  *Plaintiff,*    )
 v.       )
UBER TECHNOLOGIES, INC., )
  *Defendant.*   )   1:21-cv-05097-AJN-SDA

## JOINT STATUS REPORT

The parties jointly submit this report regarding the status of discovery pursuant to the Court's Order. ECF 33.

### A. THE STATUS OF DISCOVERY

The plaintiff has provided initial disclosures. The defendant will provide initial disclosures by August 19, 2022.

The parties have not exchanged written discovery requests or conducted depositions, which are currently constrained by the availability of counsel and witnesses, and accordingly request that the date by which written discovery is to be served and the date by which fact depositions are to be completed be extended to the date by which all discovery is to be completed, October 19, 2022. ECF 33 at 2.

Respectfully submitted,

PLAINTIFF,
SHAARILLE LINZY
By her attorneys,

Matthew Trafton Gammons
Kevin Klein
Andrew Meier
Rosenbaum   &   Rosenbaum,   P.C.
100         Wall         St.
15th     Floor,     15th     Floor
NY, New York, NY 10005
(212) 514-5007
mg@rosenbaumnylaw.com
am@rosenbaumnylaw.com

kk@rosenbaumnylaw.com
DEFENDANT,
UBER TECHNOLOGIES, INC.
By its attorneys,
/s/ Andrew R. Ferguson
Christopher Betke (CB8047)
Andrew R. Ferguson (AF5154)
Coughlin Betke LLP
1330 Avenue of the Americas
Suite 23A
New York, NY 10019
212-653-0380
cbetke@coughlinbetke.com
aferguson@coughlinbetke.com

The deadlines for written discovery and fact depositions are
extended to October 19, 2022.  SO ORDERED.

Edgardo Ramos, U.S.D.J
Dated:  August 12, 2022
New York, New York