**ROSENBAUM & ROSENBAUM, P.C.**
ATTORNEYS AT LAW

100 Wall Street, 15th Floor   New York, NY 10005   Tel 212.514.5007   Fax 212.514.9178   www.rosenbaumnylaw.com

October 18, 2022

United States District Judge Edgardo Ramos
U.S. District Court, Southern District
40 Foley Square
New York, New York 10007

                        Re:    Linzy v. Uber Technologies, Inc.
                                Docket Number: 21-cv-05097
                                Our Client: Shaarille Linzy

Honorable Edgardo Ramos,

      We represent Plaintiff, Shaarille Linzy, in connection with the above referenced matter. We are writing on behalf of both parties to provide the Court with an update regarding the status of discovery and to request an extension of time to complete fact discovery in this matter. The current fact discovery deadline is October 19, 2022, and this is the parties' second request for an extension of time.

      The parties are in the process of scheduling deposition dates, to be held in December 2022. The parties will provide responses to written discovery within 30 days to the extent not already provided. Based on this schedule, the parties request that the deadline for fact discovery be extended to January 19, 2023.

      It is respectfully requested that the Court endorse the above extension.

                                                                Respectfully,

                                                               Kevin S. Klein, Esq.

CC:

*Via ECF*
COUGHLIN BETKE LLP