Case 1:21-cv-05097-ER-SDA   Document 40   Filed 01/18/23   Page 1 of 1



**ROSENBAUM & ROSENBAUM, P.C.**
ATTORNEYS AT LAW

100 Wall Street, 15th Floor · New York, NY 10005 · Tel 212.514.5007 · Fax

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/18/2023
```

January 18, 2023

United States District Judge Edgardo Ramos
U.S. District Court, Southern District
40 Foley Square
New York, New York 10007

**Application GRANTED. However, no further extensions shall be granted absent exigent circumstances and then only for a limited purpose. SO ORDERED.**
**Dated: January 18, 2023**

Re:    Linzy v. Uber Technologies, Inc.
       Docket Number: 21-cv-05097
       Our Client: Shaarille Linzy

Honorable Edgardo Ramos,

    We represent Plaintiff, Shaarille Linzy, in connection with the above referenced matter. We are writing on behalf of both parties to provide the Court with an update regarding the status of discovery and to request an extension of time to complete fact discovery in this matter. The current fact discovery deadline is January 19, 2023, and this is the parties' third request for an extension of time.

    We discussed the matter today and scheduled plaintiff deposition for February 9, 2023 and defendant deposition for February 16, 2023. Based on this schedule, the parties request that the deadline for fact discovery be extended to April 19, 2023.

    It is respectfully requested that the Court endorse the above extension.

Respectfully,

Kevin S. Klein, Esq.

CC:

<u>Via ECF</u>
COUGHLIN BETKE LLP