

# ROSENBAUM & ROSENBAUM, P.C.
### ATTORNEYS AT LAW

100 Wall Street, 15th Floor    New York, NY 10005    Tel 212.514.5007    Fax 212.514.9178    www.rosenbaumnylaw.com

April 20, 2023

United States District Judge Edgardo Ramos
U.S. District Court, Southern District
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re:    Linzy v. Uber Technologies, Inc.
       Docket Number: 21-cv-05097
       Our Client: Shaarille Linzy

Honorable Edgardo Ramos,

We represent Plaintiff, Sharille Linzy, in connection with the above referenced matter. The current fact discovery deadline was April 17, 2023. Our office received an e-mail from defense counsel, Benjamin Levites, on April 13, 2023 requesting we schedule defendant's deposition on April 28, 2023 at 11:00 AM, to which we agreed upon. The reason the adjournment was necessary is because the parties were not able to agree to a mutually acceptable date for the deposition prior to the end of fact discovery.

Subsequently, defense counsel emailed us on April 19, 2023 informing us they will not be producing a witness on April 28, 2023. Defense counsel does not join in our request for an extension of time to complete defendant's deposition because defendant has argued we have not issued a 30(b)(6) notice of deposition, however this was served on July 15, 2022.

It is respectfully requested that the Court endorse the above extension.

Respectfully,

Kevin S. Klein, Esq.

CC:

*Via ECF*
COUGHLIN BETKE LLP

---

Defendant Uber Technologies, Inc., is directed to respond by Wednesday, April 26, 2023. IT IS SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: April 20, 2023
New York, New York