```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/27/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Shaarille Linzy,

                Plaintiff,

-against-

Uber Technologies Inc.,

                Defendant.

1:21-cv-05097 (ER) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Following a telephone conference with the parties, and for the reasons stated on the record, it is hereby Ordered that Plaintiff's Letter Motion for an extension of time (Letter Motion, ECG No. 41) is GRANTED IN PART and DENIED IN PART. The deadline for the completion of discovery is extended until May 30, 2023 for the limited purpose of allowing Plaintiff to take a Rule 30(b)(6) deposition of Defendant regarding the items set forth in the Notice of Deposition, *i.e.*, the documents produced by Defendant, including the affidavit.

**SO ORDERED.**

Dated:    New York, New York
            April 27, 2023

_____
STEWART D. AARON
United States Magistrate Judge