### IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Shaarille Linzy,<br><br>               Plaintiff,<br><br>   v.<br><br>Uber Technologies, Inc.,<br><br>               Defendant. | Case No. 1:21-cv-05097 (ER) (SDA) |

### DEFENDANT'S NOTICE OF MOTION FOR SUMMARY JUDGMENT

**PLEASE TAKE NOTICE** that upon the accompanying August 4, 2023, Memorandum of Law in Support of Defendant's Motion for Summary Judgment and Statement of Undisputed Material Facts, along with all exhibits thereto and all pleadings, submissions, and proceedings herein, Defendant Uber Technologies, Inc. ("Defendant") hereby moves this Court, before the Honorable Edgardo Ramos, United States District Judge, at the United States District Court for the Southern District of New York, located at 40 Foley Square, New York, New York 10007, for summary judgment pursuant to Federal Rule of Civil Procedure 56.

Dated: August 4, 2023                    Respectfully Submitted,

**DEFENDANT UBER TECHNOLOGIES, INC.**

By:    */s/ Steven G. Williamson*
Christopher Betke (CB8047)
Andrew R. Ferguson (AF5154)
Coughlin Betke LLP
1330 Avenue of the Americas
Suite 23A
New York, NY 10019
212-653-0380
cbetke@coughlinbetke.com
aferguson@coughlinbetke.com

Steven G. Williamson (pro hac vice)
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721
Telephone: (310) 788-3368
swilliamson@perkinscoie.com

## CERTIFICATE OF SERVICE

I hereby certify that, on August 4, 2023, a true and correct copy of the foregoing was served via the Court's electronic filing system upon all counsel of record.

*/s/ Steven G. Williamson*