# EXHIBIT DD

```
1    SUPREME COURT OF THE STATE OF NEW YORK
     COUNTY OF BRONX
2    -----------------------------------------X
     SHAARILLE LINZY,
3
                              PLAINTIFF,
4
              -against-        Index No.:
5                              23280/2020E

6    JOSE A. ALEMAR, AMERICAN UNITED
     TRANSPORTATION, INC. and AMERICAN UNITED
7    TRANSPORTATION II, INC.,

8                              DEFENDANTS.
     -----------------------------------------X
9

10                    DATE: February 4, 2021

11                    TIME: 10:20 A.M.

12

13

14          EXAMINATION BEFORE TRIAL of the

15   Defendant, JOSE A. ALEMAR, taken by the

16   Plaintiff, pursuant to an Order, held via

17   video conference, before Sanite Conserve, a

18   Notary Public of the State of New York.

19

20

21

22

23

24

25
```

Jose A. Alemar
February 04, 2021                                    2

```
 1    A P P E A R A N C E S:

 2


 3    ROSENBAUM & ROSENBAUM, P.C.
        Attorneys for the Plaintiff
 4      SHAARILLE LINZY
        100 Wall Street, 15th Floor
 5      New York, New York 10005
        BY:  ANDREW MEIER, ESQ.
 6

 7
      ABRAMS FENSTERMAN
 8      Attorneys for the Defendants
        JOSE A. ALEMAR, AMERICAN UNITED
 9      TRANSPORTATION, INC. and AMERICAN UNITED
        TRANSPORTATION II, INC.
10      488 Madison Avenue, 23rd Floor
        New York, New York 10022
11      BY:  PETER OVERZAT, ESQ.

12

13

14
      ALSO PRESENT:
15      RAUL ZAMBRANO - SPANISH INTERPRETER

16              *         *         *

17

18

19

20

21

22

23

24

25
```

Jose A. Alemar
February 04, 2021                                      3

```
1                    221. UNIFORM RULES FOR THE
                         CONDUCT OF DEPOSITIONS
2     221.1 Objections at Depositions
      (a) Objections in general. No objections
3     shall be made at a deposition except those
      which, pursuant to subdivision (b), (c) or
4     (d) of Rule 3115 of the Civil Practice Law
      and Rules, would be waived if not
5     interposed, and except in compliance with
      subdivision (e) of such rule.  All
6     objections made at a deposition shall be
      noted by the officer before whom the
7     deposition is taken, and the answer shall
      be given and the deposition shall proceed
8     subject to the objections and to the right
      of a person to apply for appropriate relief
9     pursuant to Article 31 of the CPLR.
      (b) Speaking objections restricted. Every
10    objection raised during a deposition shall
      be stated succinctly and framed so as not
11    to suggest an answer to the deponent and,
      at the request of the questioning attorney,
12    shall include a clear statement as to any
      defect in form or other basis of error or
13    irregularity.  Except to the extent
      permitted by CPLR Rule 3115 or by this
14    rule, during the course of the examination
      persons in attendance shall not make
15    statements or comments that interfere with
      the questioning.
16    221.2 Refusal to answer when objection is
      made. A deponent shall answer all questions
17    at a deposition, except (i) to preserve a
      privilege or right of confidentiality, (ii)
18    to enforce a limitation set forth in an
      order of the court, or (iii) when the
19    question is plainly improper and would, if
      answered, cause significant prejudice to
20    any person.  An attorney shall not direct
      a deponent not to answer except as provided
21    in CPLR Rule 3115 or this subdivision.
      Any refusal to answer or direction not to
22    answer shall be accompanied by a succinct
      and clear statement of the basis therefor.
23    If the deponent does not answer a question,
      the examining party shall have the right to
24    complete the remainder of the deposition.

25
```

Jose A. Alemar
February 04, 2021                                        4

1              221. UNIFORM RULES FOR THE
                 CONDUCT OF DEPOSITIONS
2
     221.3 Communication with the deponent
3           An attorney shall not interrupt the
     deposition for the purpose of communicating
4    with the deponent unless all parties
     consent or the communication is made for
5    the purpose of determining whether the
     question should not be answered on the
6    grounds set forth in section 221.2 of these
     rules and, in such event, the reason for
7    the communication shall be stated for the
     record succinctly and clearly.
8

9           IT IS FURTHER STIPULATED AND AGREED
     that the transcript may be signed before
10   any Notary Public with the same force and
     effect as if signed before a clerk or a
11   Judge of the court.

12

13          IT IS FURTHER STIPULATED AND AGREED
     that the examination before trial may be
     utilized for all purposes as provided by
14   the CPLR.

15

16          IT IS FURTHER STIPULATED AND AGREED
     that all rights provided to all parties by
     the CPLR cannot be deemed waived and the
17   appropriate sections of the CPLR shall be
     controlling with respect hereto.
18

19          IT IS FURTHER STIPULATED AND AGREED
     by and between the attorneys for the
20   respective parties hereto that a copy of
     this examination shall be furnished,
21   without charge, to the attorneys
     representing the witness testifying herein.
22

23

24

25

```
 1    R A U L   Z A M B R A N O, a Spanish

 2    interpreter, solemnly swore to translate

 3    the following questions from English to

 4    Spanish and answers from Spanish to

 5    English:

 6    J O S E   A L E M A R, called as a witness,

 7    having been first duly sworn, through an

 8    interpreter, by a Notary Public of the

 9    State of New York, was examined and

10    testified as follows:

11    EXAMINATION BY

12    MR. MEIER:

13        Q.    Please state your name for the

14    record.

15        A.    Jose Antonio Alemar.

16        Q.    What is your address?

17        A.    ███████████████████████,

18    ████████████████████

19        Q.    Good morning, sir.  My name is

20    Andrew Meier, and I'm an attorney at

21    Rosenbaum & Rosenbaum, and we represent a

22    woman by the name of Shaarille Linzy, in

23    association with a personal injury action

24    arising from a motor vehicle accident that

25    took place on December 5, 2019.
```

Jose A. Alemar
February 04, 2021                                    11

```
 1        Q.    So sir, just so I'm clear.
 2   When you're referring to when it happened,
 3   what do you mean by that?
 4        A.    I am explaining that when it
 5   occurred, I had just turned on the
 6   application.  I had not worked yet.
 7        Q.    So sir, when you say "when it
 8   occurred," are you referring to an incident
 9   that occurred on December 5, 2019 involving
10   a pedestrian?
11        A.    Correct.
12        Q.    And just so we're clear.  Did
13   the motor vehicle that you were operating,
14   when you just turned on the Uber
15   application, come in contact with a
16   pedestrian on December 5, 2019?
17        A.    Correct.
18        Q.    Okay.  How long had you been on
19   the Uber application prior to coming in
20   contact with a pedestrian on December 5,
21   2019, approximately?
22        A.    If I'm not mistaken, ten, 15
23   minutes, or less.
24        Q.    And when you were on the Uber
25   application for ten or 15 minutes prior to
```

Jose A. Alemar
February 04, 2021                                     53

```
 1        A.    I would say five or seven

 2   seconds.  I cannot tell you the exact time,

 3   but more or less.

 4        Q.    Sir, approximately ten or 15

 5   minutes prior to coming in contact with the

 6   pedestrian, you had turned on the Uber app,

 7   and it was turned on for that ten to 15

 8   minutes prior to and including the moment

 9   of impact; that's been your testimony.

10             So with that in mind, sir, at

11   any point in time during the ten to 15

12   minutes that the Uber app was on up until

13   and including the impact, did anybody hail

14   a ride from you?

15             THE INTERPRETER:  Do you mind

16        reading that back to me in complete

17        sentences?

18             (Whereupon, the referred-to

19        question was read back by the

20        Reporter.)

21        A.    No, sir.

22        Q.    It was a yes or a no question.

23        A.    No, sir.  And I'll repeat it to

24   you, that I had not started working yet.

25   And I need to explain to you, so that I can
```

Jose A. Alemar
February 04, 2021                                    54

1    clear up your question.

2              MR. MEIER:  So I'm going to

3         move to strike the nonresponsive

4         portion of the answer.

5         Q.   Sir, yes or no.  Please just

6    answer yes or no, sir.

7              Had anybody actually hailed you

8    through the Uber app for a ride, yes or no?

9         A.   No.

10             MR. MEIER:  Thank you.  I have

11        no further questions, sir.

12             (Whereupon, at 12:20 P.M., the

13        Examination of this witness was

14        concluded.)

15

16             °          °          °          °

17

18

19

20

21

22

23

24

25

```
 1              D E C L A R A T I O N

 2

 3        I hereby certify that having been

 4    first duly sworn to testify to the truth, I

 5    gave the above testimony.

 6

 7        I FURTHER CERTIFY that the foregoing

 8    transcript is a true and correct transcript

 9    of the testimony given by me at the time

10    and place specified hereinbefore.

11

12

13

14              _____
                      JOSE ALEMAR

15

16

17    Subscribed and sworn to before me

18    this _____ day of _____ 20___.

19

20

21    _____
          NOTARY PUBLIC

22

23

24

25
```

Jose A. Alemar
February 04, 2021                                    56

```
1                  E X H I B I T S

2     PLAINTIFF EXHIBITS

3

4     EXHIBIT    EXHIBIT                    PAGE

5     NUMBER     DESCRIPTION

6     1          Photograph                 32

7     2          Photograph                 52

8       (Original Exhibits retained by Counsel.)

9

10                  I N D E X

11    EXAMINATION BY                        PAGE

12    Mr. Meier                             5

13

14      INFORMATION AND/OR DOCUMENTS REQUESTED

15    INFORMATION AND/OR DOCUMENTS       PAGE

16    (None)

17

18        QUESTIONS MARKED FOR RULINGS

19    PAGE LINE QUESTION

20    20   18  are you aware of the vehicle and

21            traffic laws prohibition on

22            using tablets or cell phones

23            while operating a vehicle

24

25
```

Jose A. Alemar
February 04, 2021                                              57

```
 1              C E R T I F I C A T E

 2

 3    STATE OF NEW YORK        )
                               :  SS.:
 4    COUNTY OF QUEENS         )

 5

 6          I, SANITE CONSERVE, a Notary Public

 7    for and within the State of New York, do

 8    hereby certify:

 9          That the witness whose examination is

10    hereinbefore set forth was duly sworn and

11    that such examination is a true record of

12    the testimony given by that witness.

13          I further certify that I am not

14    related to any of the parties to this

15    action by blood or by marriage and that I

16    am in no way interested in the outcome of

17    this matter.

18          IN WITNESS WHEREOF, I have hereunto

19    set my hand this 4th day of February 2021.

20

21

22    _____
                  SANITE CONSERVE
23

24

25
```

**Exhibits**

**EX 0001 Jose A. Alemar 02-04-21**
  31:23,24
  32:4,11
  33:25 34:8
  56:6
**EX 0002 Jose A. Alemar 02-04-21**
  51:21,25
  52:9 56:7

**1**

**1**
  29:24 30:19,
  20 31:24
  32:4,11
  33:25 34:8
**10461**
  5:18
**1329**
  5:17
**15**
  11:22,25
  12:16 13:13
**19**
  14:6

**2**

**2**
  29:24 51:21,
  25
**2,000**
  51:16
**20/20**
  27:13
**2000**
  51:17,22
**2017**
  14:9 15:15

**2019**
  5:25 6:5
  9:10,13,16,
  20 10:6,13,
  18,21 11:9,
  16,21 12:2,
  23 13:5,12,
  20 14:3,11
  16:7,18
  17:15 19:6,
  14,23 24:2,
  6,12 26:11,
  16 28:5,16,
  20 41:4
  43:23 46:3,
  7,19 48:20,
  24 49:22
  50:17
**24**
  26:14
**2nd**
  5:17

**3**

**3**
  29:24
**30**
  27:17,23
**3276**
  30:21 31:7,
  18
**3681**
  24:20 25:6

**4**

**4**
  29:24

**5**

**5**
  5:25 6:5
  9:16,20
  10:6,13,18,
  21 11:9,16,

  20 12:2,23
  13:5,12,20
  14:3,11
  16:7,18
  17:15 19:6,
  14,22 24:2,
  6,11 26:11,
  16 28:5,16,
  20 29:24
  41:3 43:23
  46:3,7,19
  48:20,24
  49:22 50:17
**5th**
  15:10

**6**

**6**
  29:24

**8**

**8**
  13:9,11

**9**

**911**
  45:17,19
  47:4

**A**

**ability**
  26:23 27:4
**able**
  36:14
**above**
  30:5 31:7
  32:10
**absolutely**
  8:8 24:23
**accident**
  5:24 24:25
  26:2 33:8
  35:13 44:3,

  10 45:1
**accommodate**
  8:1
**accommodating**
  8:9
**accumulated**
  27:25
**acting**
  43:3
**action**
  5:23
**active**
  10:10 20:13
**added**
  28:2
**addition**
  35:10
**address**
  5:16 9:1,2,6
  30:7
**adults**
  43:2
**affected**
  26:23 27:4
**affiliated**
  10:1,6,9,12,
  16
**afternoon**
  24:2
**ago**
  27:23
**ahead**
  38:25
**alcoholic**
  26:16
**Alemar**
  5:15
**allow**
  6:11,12
  34:25 35:4
**ambulance**
  46:25 47:2,
  3,16 48:25
  49:4,6,8
  50:3,6
**and/or**
  10:23

**Andrew**
  5:20 25:17
**answer**
  6:14,15,16,
  22 8:6,12,21
  17:1,7 18:16
  20:4,24
  21:1,19 22:7
  23:9 29:10
  38:19 39:9,
  11,25 40:12
  42:5,8,23
  44:5,7,12,
  18,23 50:13
**answers**
  5:4
**Antonio**
  5:15
**anybody**
  14:13 15:15
**app**
  10:17 12:20
**application**
  11:6,15,19,
  25 12:5,8,
  15,24 13:7,
  16,21 14:15
  16:3,8,10,
  14,15,21
  17:15 18:25
  19:1,13
  20:13,16
  24:12
**appreciated**
  46:15
**approached**
  49:24
**approximately**
  9:3 11:21
  14:8 22:25
  27:20,23
  28:18 32:16
  34:7
**area**
  34:10
**argumentative**
  44:6

**arising**
  5:24
**around**
  12:7
**arrived**
  48:25 49:16
**asked**
  45:8,16 46:8
  49:17
**asking**
  16:22,23
  17:5,20 21:7
  31:16 44:16
  48:12
**assignment**
  17:22
**association**
  5:23
**assume**
  8:20
**assuming**
  6:21
**attempting**
  35:21 37:1
**attention**
  41:22
**attorney**
  5:20 6:20
  8:8 27:24
**Avenue**
  5:17 25:15
  26:5 30:10,
  22 33:24
  51:18,22
**avoid**
  44:14,20
**aware**
  20:18 21:4

_____

        **B**
_____

**B-U-H-R-E**
  30:9
**B-U-R-R**
  30:8
**back**
  6:17 9:9

  13:12 14:5,
  17 15:3,5
  16:7,17
  17:14 18:15,
  19 19:5,22
  22:10,13
  23:13,15
  31:5 33:21
  36:2,5,18,21
  38:4,6 43:9,
  12
**background**
  15:12
**Balcom**
  5:17
**basis**
  20:25
**beating**
  18:9
**bed**
  49:9
**began**
  29:3
**begin**
  8:24 16:10
**best**
  7:12
**better**
  31:25
**beverage**
  26:17
**bit**
  15:12 29:5,
  15 31:24
**block**
  40:16
**body**
  49:13
**Boulevard**
  24:20 25:7,
  16 26:7
  35:1,3,8,12,
  18 36:10
  40:6
**braces**
  49:13

**brake**
  32:21,25
  34:9
**brakes**
  41:10,14
**break**
  8:11,12,13
  23:22
**Bronx**
  5:18 25:18
**Brooklyn**
  25:23
**Bruckner**
  24:20 25:7,
  15,16 26:7
  33:24 35:1,
  3,8,12,18
  36:10 40:5
**Buhre**
  25:15,18,21
  30:8,10,21,
  24 31:10
  51:17,22
**building**
  24:19 25:7,9
  32:2
**bus**
  12:11 45:13
**businesses**
  25:10
**busses**
  40:16,17
  41:2

_____

        **C**
_____

**call**
  8:6 12:12
  18:3 23:18,
  19 45:17
  47:3
**called**
  5:6 45:19
  47:2,4
**calls**
  16:13,17,20
  18:4

Jose A. Alemar
February 04, 2021

3

car
  13:15 14:1
  15:17 16:2
  20:15 24:13
  28:4,22
  32:20,25
  34:7 39:22
  41:9 45:3
  48:16
cars
  34:13
case
  12:24 44:7
cautious
  42:1
cell
  12:21 19:19
  20:12,20
  23:6
certain
  19:7
changed
  29:1,3,14,17
chin
  42:17
clear
  10:5,11
  11:1,12
  12:14 17:13
  37:11,15
  42:8
clearly
  45:11
cold
  26:13 46:11
color
  36:11,25
  37:9,21
come
  11:15 12:12
  40:6 45:9
  46:25 51:4
commercial
  25:9
company
  10:2,4,20

complaining
  47:17
complete
  9:23 10:2,3
concede
  30:9
concentrate
  19:20
conditions
  26:9 41:24
consider
  16:9 19:25
consume
  26:16
contact
  11:15,20
  12:1,18
  13:14,22
  24:5,11
  26:10,15
  28:4,15
  37:8,19
  38:13 40:2,6
  43:22 44:15,
  21 46:2
content
  21:15
controlling
  35:24 36:9
conversation
  45:4 46:1,6
  49:21 50:2
conversations
  46:18 50:9
corner
  26:6
correct
  9:19 10:13,
  14 11:11,17
  18:21,22
  20:16,17
  21:22,23
  22:1,2,5,15,
  18 24:7,8,
  14,15 28:24
  29:4 32:11,
  22 33:9,13

  35:9 43:18,
  19 47:22
  49:2
counsel
  21:2 30:1
  40:14
course
  16:19 19:3,9
  28:17,25
  31:14,20
  32:7,18,22
  34:11 35:9,
  19 36:7 37:3
  41:12,19,25
  43:16,25
  45:2,16
  46:4,20,23
  49:23
court
  6:3 7:1 9:7
  30:13 36:16
  42:5 43:8
create
  7:3
cross
  29:1,7
  34:22,25
  35:5,15,19,
  23
crossed
  38:8
crossing
  35:1 37:4
crosswalk
  29:6 40:24
crying
  47:19,22
customer
  12:7 20:15
customers
  20:14
CVS
  25:11

_____

D

_____

dashboard
  13:23 14:1
date
  27:20 32:5
day
  10:3 15:10
days
  27:17,23
December
  5:25 6:5
  9:3,10,13,
  16,20 10:6,
  13,17,21
  11:9,16,20
  12:1,23
  13:5,12,20
  14:3,6,11
  16:7,18
  17:15 19:6,
  14,22 24:2,
  6,11 26:11,
  15 28:5,15,
  20 41:3
  43:23 46:2,
  7,19 48:20,
  24 49:22
  50:16
decide
  47:11
depicted
  32:10 33:25
deposition
  6:8 30:14
describe
  12:2 48:2,18
details
  18:13
direct
  21:19
directing
  21:1 35:12
discussion
  28:12 30:17
  31:4 33:20

Jose A. Alemar
February 04, 2021                                                    4

doing
  12:3
Donuts
  32:2
drive
  14:2 15:24
  26:24 27:4
driver
  9:15,18
  10:22 15:15
  16:17 17:14
  19:6,23
  22:17 23:1
driver's
  21:21,25
  27:14
driving
  12:7 14:9,12
  16:2,6 26:4
dropped
  12:9
duly
  5:7
Dunkin
  32:2
duration
  19:1 20:14

_____

        E

easy
  7:9
either
  17:16 23:5
  44:18 50:7
elevated
  32:9
employed
  9:9,11,12
employer
  10:17
engage
  44:19
English
  5:3,5 6:6,9,
  12,13,16,18
  36:12

evasive
  44:20
exactly
  10:24 12:2
  13:24,25
  15:10 24:19
  25:11 34:11
  38:15 39:21
  40:15 50:5
  51:6
EXAMINATION
  5:11
examined
  5:9
Excuse
  15:9 48:10
Exhibit
  31:23 32:4,
  11 33:25
  34:8 51:21,
  25
exiting
  41:2
explain
  9:24 15:16
explained
  47:4
explaining
  11:4

_____

        F

face
  47:13,25
  48:1,3
facing
  32:24 33:1
fact
  21:6 25:2
  42:23 45:2
facts
  21:6
fail
  27:1
failure
  27:3

fair
  8:22
fall
  41:20 50:25
familiarized
  13:9
far
  51:3
fast
  28:18
fault
  44:10
feel
  44:9,13
feet
  51:7,10
fell
  39:22 41:9
  48:16 50:20,
  24
felt
  48:5
finally
  8:16
fine
  17:8 25:4
fingers
  42:18
finish
  37:25
first
  5:7 7:10
  34:16
five
  22:19,21
  28:21 30:10
  42:2
flew
  50:25
Floor
  5:17
fly
  50:18
follow
  7:8 19:7,12,
  22 20:11

following
  5:3 14:12,18
  30:14 50:10
follows
  5:10
foot
  51:9
form
  15:8 17:3,19
  20:23 21:13,
  16 22:7
forward
  29:15 34:20
  39:14,18,21
found
  28:1
four
  22:17,20
  31:19
friend
  12:10
front
  25:11 34:14
  51:3,6

_____

        G

gave
  6:21 9:1
general
  34:10 41:23
geographical
  30:6
gesture
  43:7 47:24
  48:2
give
  6:23 17:6
  46:10
giving
  14:23
glasses
  27:7,11
goes
  7:25
going
  7:4,22 10:25

Jose A. Alemar
February 04, 2021                                    5

15:18 16:13,
20 18:2,10,
11 20:2 28:8
31:23 34:22
38:3,17
39:7,23
42:1,3 43:4
44:18 45:17
46:10
**Good**
5:19
**Google**
30:4,21
31:13,20
51:16,23
**green**
29:13 34:18
35:11 37:7,
23
**grimace**
47:13,19
**ground**
6:23 7:7
46:11 47:6,
8,12 48:17,
25 49:10
50:2,7,18,
22,24 51:1,5
**grown-ups**
43:4
**guess**
18:1
**guilty**
28:1
**guy**
25:23

───────────
**H**
───────────

**hailed**
12:6
**half**
14:5,7
**halfway**
37:14
**hand**
42:17 43:7

**happened**
10:24 11:2
26:2 33:8
38:24 45:8,
24
**happening**
44:3,10
**happy**
8:18
**hard**
48:20
**hazard**
46:24
**he'll**
17:7
**head**
7:17
**headlights**
46:21
**held**
28:12 30:17
31:4 33:20
**highest**
28:6
**hindsight**
44:17
**hit**
38:16 43:24
45:1 46:7,19
47:5
**Honestly**
27:19
**hood**
38:16 50:17,
20,23
**horn**
41:7
**hour**
7:24 18:11
**hours**
26:14
**How's**
17:4
**huh-uhs**
7:20
**hurry**
45:23

───────────
**I**
───────────

**identificatio
n**
32:5
**identified**
30:4
**ignore**
31:17
**illegal**
26:19
**impact**
19:15 24:17
25:13 28:19,
23 32:24
37:12 38:10,
12,24 39:2,
13,16,19
40:3,18,21,
23 41:3,6,
14,15,16,18,
24 46:22
47:15,18
48:6,8,12,
14,16,19
50:10,15
**improper**
21:18
**inches**
13:9,11
**incident**
6:4 11:8
**incidents**
28:2
**including**
12:17 19:14
**indicated**
30:5
**inferring**
18:1
**injury**
5:23
**insane**
43:7
**inside**
49:10

**instructions**
6:21 14:13,
23
**intending**
33:11,23
**intention**
29:18
**interpreted**
22:23
**interpreter**
5:2,8 6:7
14:16,22
15:2 22:21,
24 36:1 38:2
40:9
**involvement**
6:4
**involving**
11:9
**issue**
42:20 44:6

───────────
**J**
───────────

**jacket**
46:10
**job**
7:9
**Jose**
5:15

───────────
**K**
───────────

**keep**
13:17
**kind**
6:23 16:25
40:9
**know**
6:5,9 7:14,
16,20 8:18
10:10 12:10
18:6 20:8
25:2,4 42:16
47:18 49:25

Jose A. Alemar
February 04, 2021
6

**L**

large
  13:5
law
  21:5,8
laws
  20:19
lawsuit
  7:5 8:20
left
  29:12,19
  30:5 34:4
  47:15
level
  13:18
license
  21:22,25
  27:14,22
  49:18
life
  26:21
light
  26:12 29:1,
  2,13,17
  32:25 33:7
  34:3,14,17
  35:11,14,24
  36:8 37:7,9,
  13,21,23
  38:9 48:21,
  22
lighting
  26:8
lights
  32:21,25
  34:9 46:24
Likewise
  7:19
line
  32:10 34:12
Linzy
  5:22
listen
  20:7 38:21
  39:10

little
  15:12 29:5
  31:24 34:20
  43:3
located
  25:6 34:9
  35:17
location
  24:16
long
  8:9,13 9:2
  11:18 14:2
longer
  10:20
look
  24:24
looking
  20:14 33:3
  38:24 39:3,
  13,17,20
lord
  27:13
lost
  36:2
lucid
  50:11
Lucky
  25:24
Lyft
  9:21,22
  10:7,9,15,23

**M**

madam
  9:5 18:14
  22:10 23:11
  29:22 30:12
  36:16 42:5
  43:8 51:19
made
  43:7 47:24
  48:3
make
  7:8 21:9
  29:18,19
  35:22 37:1

42:9,12,21
  43:17
making
  33:12,24
  36:10 42:20,
  22
maneuvers
  44:20
manner
  16:20
Maps
  30:4,21
  31:13,21
  51:16,23
mark
  21:17 29:23
  30:13,18
marked
  31:23 32:4
  51:20,25
matter
  25:2 45:2
mean
  7:16,21 9:23
  11:3 12:4
  41:17 48:7,
  8,13
means
  18:5 42:16
meant
  14:18,19
medication
  26:22 27:2
medium
  48:21
Meier
  5:12,20 9:5,
  8 14:21 15:1
  17:5,9 18:7,
  14 20:2,25
  21:7,12,17
  22:9 23:11,
  21 25:20,22
  29:9,22
  30:12,18
  31:1,5 33:4,
  16,21 36:16

38:17 39:7,
  23 40:8,13
  42:3,9,14
  43:1,6 51:19
message
  8:6
middle
  32:16 38:15
  40:15 43:24
mind
  23:21
minutes
  11:23,25
  12:16 13:13
  26:1 28:3,7
misrepresent
  30:7
mistaken
  10:8 11:22
  13:1,8,11
  27:21 49:11
moment
  12:17 19:15
  24:10 28:14,
  19 37:18
  39:19 41:15,
  24
moments
  32:23
morning
  5:19 24:1
motion
  21:9 23:7
  42:8,10,13,
  15,21,22,25
motions
  42:24
motor
  5:24 10:22
  11:13 23:5
  24:5,10,17
  26:9 27:11
mount
  19:19
mouse
  31:19

move
 20:2 29:3,9,
 11 33:4
 38:17 39:7,
 24 42:3
moved
 29:5,7 34:20
moving
 28:14,19
 37:6,18 39:5

---

**N**

---

name
 5:13,19,22
 9:6
names
 31:16,17
narcotics
 26:20
naturally
 19:16,25
 23:17,20
 29:15 46:8
 47:17 48:6,
 7,11,13,17
need
 8:5,14 27:7
Never
 26:21
nonresponsive
 20:3 29:10
 38:18 39:8,
 24 42:4
Notary
 5:8
number
 31:9 51:15
numbers
 31:19

---

**O**

---

object
 17:3 42:14
objection
 15:7 17:18

20:22 22:6
23:9 44:4,
11,23 50:13
observe
 35:24 41:1
 44:25 49:3,
 12,20
observed
 36:8 47:22
 50:1
obtain
 21:25
obtained
 18:24
obviously
 25:18
occur
 25:14 40:23
occurred
 11:5,8,9
 25:11 32:24
 39:2,16
off-the-
record
 28:11 30:16
 31:3 33:19
officers
 49:16,24
okay
 6:1,9,10,19,
 24,25 8:2,3,
 14,15,23
 10:15 11:18
 15:12,13
 17:1,7 18:23
 20:6,8,9
 24:2,3,16
 28:13 31:17
 38:22 46:15
once
 29:2 37:22
one
 7:11 8:17
 13:10 16:9
 19:19 20:10
 23:17 27:16
 30:11,19

32:14 35:15
38:16 39:15
41:2 43:6
49:23,24,25
51:9
operate
 14:14 27:11
operating
 10:22 11:13
 15:17 19:5
 20:21 23:4
 24:9
opinion
 44:8,17
oppose
 42:7
opposing
 42:24
order
 6:3
outside
 51:23
OVERZAT
 15:7 17:2,6,
 18 18:8
 20:22 21:3,
 9,13 22:6
 23:8 25:17,
 21,24 28:10
 29:25 30:15
 33:18 40:10
 42:7,12,19
 43:5 44:4,
 11,16,22
 50:12

---

**P**

---

pain
 47:8 48:4,5,
 17
paint
 32:15 34:5
papers
 49:17
paramedics
 49:9

park
 23:19
part
 22:3
part-time
 9:22
particular
 21:5
parties
 7:5
passenger
 18:24 23:18
passengers
 41:1
pavement
 31:11
paying
 41:22
pedestrian
 11:10,16,20
 12:1,18
 13:14,22
 19:15 24:6,
 11,18 25:14
 26:10,15
 28:5,15,20
 35:25 36:9
 37:8,9,12,20
 38:14 40:1,
 7,22 44:15,
 21 48:20,23
 50:16
pedestrians
 29:1,7
 34:21,24
 35:5,7,15,23
 41:23
pending
 8:10 40:11
person
 7:11 25:19
 39:21 41:20
 43:22 44:25
 46:1,7,19
 47:5
personal
 5:23

pharmacy
  25:12
phone
  8:5 12:21
  13:3 14:24
  17:16 19:17,
  19 20:12
  23:6
phones
  20:20
photo
  30:23 51:23
photograph
  31:7,13,22,
  25 32:3,17
  51:14,21,24
photographs
  29:23
picture
  30:6 31:8
pictures
  30:3
pillar
  32:20 34:4
pillars
  32:15
place
  5:25
placing
  49:14
Plaintiff's
  29:23 30:19,
  20 31:23
  32:4,11
  33:25 34:8
  51:20,25
please
  5:13 6:11
  8:17 14:17
  15:3 17:1,10
  20:6 22:8,10
  23:3,10,12
  29:24 33:22
  36:15,17,19
  37:25 38:21
  39:10 40:11
  43:9

point
  8:4 27:15
  28:23 37:5
  40:3 41:2
  47:14 49:19
  50:21
points
  28:2
police
  24:24 49:21
portion
  20:3 29:10
  38:13,18
  39:8,25 42:4
  49:13
position
  43:21 44:2
possible
  7:9 40:25
potential
  12:7 20:14
practically
  13:18
preparation
  24:22
prescription
  26:22 27:2
present
  27:12 40:17
pretend
  6:8
prior
  11:19,25
  13:13 14:3
  26:14 40:3
  41:3,6,14
problem
  8:9 17:11,19
proceed
  43:4
proceeded
  12:13
professional
  22:16 23:1
  43:2
prohibition
  20:19

provide
  6:15
provided
  24:14
providing
  6:14
Public
  5:8
purposes
  6:7 8:19
pursuant
  6:3
put
  42:16 49:12

_____

    Q

question
  6:13 8:10,
  12,21 15:5,
  10 16:5
  17:1,4,19,24
  18:9,15,19
  20:6,7,23
  21:20 22:8,
  10,13,23
  23:15 26:1
  33:6 35:16
  36:5,15,18,
  21 37:15,16
  38:1,6,20,21
  39:11 40:11
  43:9,12,15
  44:5,12
questions
  5:3 6:3,12
  7:15 8:17
  16:23 38:22
quickly
  39:5

_____

    R

radio
  13:19,25
ran
  43:23

rascals
  43:3
rate
  28:6
Raul
  6:12,17 17:9
read
  14:17 15:3,5
  18:15,19
  22:10,13
  23:12,15
  27:9 36:2,5,
  17,21 38:3,6
  43:9,12
ready
  8:24
recall
  27:19
receive
  16:13,20
  23:19
received
  16:17
receives
  23:17
recess
  23:23
record
  5:14 6:18,24
  9:6 28:10
  29:25 30:15
  31:2,5
  33:17,21
recording
  42:22
refer
  30:2
referred-to
  15:4 18:18
  22:12,22
  23:14 36:4,
  20 38:5
  43:11
referring
  11:2,8
remain
  19:1 48:24

50:17,22

**remainder**
7:5

**remained**
20:13

**remember**
50:5

**repeat**
22:8 23:10
36:14 38:8

**repeated**
45:22

**rephrase**
8:19 15:11
18:17

**report**
24:25

**reporter**
7:1 9:5,7
15:6 18:14,
20 22:11,14
23:12,16
29:22 30:13
32:6 36:6,
17,22 38:7
42:6 43:8,13
51:19

**represent**
5:21

**require**
16:8 18:25

**required**
15:23 27:10

**resided**
9:2

**respect**
23:4

**responses**
7:15

**responsible**
44:2

**rest**
21:10 46:5
51:4

**restroom**
8:7

**review**
24:21

**rhetorical**
16:25 17:3

**ride**
19:2

**ride-sharing**
10:17

**right**
13:17 14:4,
19 18:8
21:12 26:5,7
29:12,19,20,
21 31:15
32:8,19
33:8,12,15,
24 34:3,6
35:6 40:19
51:11,16,22

**right-hand**
32:1 33:12
35:22 36:11
37:2

**right-of-way**
35:8

**rings**
8:5

**road**
22:5 23:3
32:10

**rolled**
51:1

**Rosenbaum**
5:21

**rules**
6:23 7:7
15:16 16:1
19:7,9,12,21
20:11 22:4
23:2

**ruling**
21:18

**run**
41:20

**running**
39:6 45:12

_____

**S**
_____

**safe**
19:4 47:21

**saying**
10:7 16:25
47:23

**says**
30:20 31:7
51:17

**scene**
49:1

**screen**
13:18 51:12,
13

**season**
26:13

**second**
19:13 31:2
33:17 37:19
39:15

**seconds**
38:23 39:1,
4,12

**section**
21:5

**see**
25:1 27:6
30:23 31:6,
9,10,12,18,
25 32:1,7,
14,20 34:8
37:8,13,20
38:9 40:1,23
47:13,25
51:11,13,15

**self-employed**
9:15,17

**several**
25:10 45:22

**Shaarille**
5:22

**shake**
7:17

**shift**
23:25

**short**
23:23

**shoulders**
7:20

**show**
7:18,22

**shrugs**
7:19

**side**
13:18 32:2,8
34:3,4,6
35:18 37:14
40:19 45:13

**sign**
15:18 32:8
35:17

**signed**
15:14

**simple**
38:21

**sir**
5:19 6:9,24
8:2,14,22,
24,25 9:9,
16,25 10:5,
11 11:1,7
12:4 14:2,9,
11,20 15:12,
14,22 16:1,
6,12,15,22
17:1,13
18:23 19:4,
11,21 20:5,
8,10,18
21:21 22:20
23:25 24:14,
21,25 25:5,
6,13,25
26:18,25
27:5,6,12,14
28:3,13,24
29:11,17
30:23 31:6,
12,16,22
33:5,23
35:16,21
37:5,15
38:1,12,20

Jose A. Alemar
February 04, 2021                                      10

39:10,15,19
40:1,5 41:6,
11,17,22
43:15,17
44:1,9,13,
19,25 46:17
47:1,22
48:8,11,18
50:9,15,23
51:8,12
**situated**
13:15
**situation**
35:7
**slam**
41:10,13
**smoothly**
7:25
**solemnly**
5:2
**sound**
41:7
**Spanish**
5:1,4 6:6,
14,16,17
**speak**
6:6 8:7
**speaking**
7:11
**specifically**
9:17 15:20,
21
**speed**
28:6,8
**spoke**
49:24
**start**
10:25 20:1
**started**
14:9 37:6,17
**state**
5:9,13 22:1
**station**
34:23
**stay**
16:8

**stayed**
13:4 47:12
**stop**
35:4
**stopped**
12:11 28:9,
22 33:7
34:2,3,13,
21,25 35:23
**straight**
29:12,18
38:25
**street**
26:2 31:10,
16,17 34:25
35:2,20
43:24
**stretcher**
49:14 50:3,8
**strike**
20:3 29:9
33:4 38:18
39:8,24 42:4
**struck**
47:9 48:24
49:20
**subtract**
14:6
**subway**
32:9
**sunny**
26:13
**sure**
7:8 23:11
33:18 43:17
**surprise**
41:9,18
**suspended**
27:15,16,22
**swore**
5:2
**sworn**
5:7

---
**T**
---

**tablet**
12:21,22,25
13:2,4,6,15,
23 14:14
15:20 17:17,
22 18:2,5
19:18 20:12
23:5
**tablets**
20:20
**take**
7:14 8:5,11,
13 21:24
23:22 27:1
**taken**
23:2,24 27:3
**taking**
12:10
**talk**
7:13
**taxi**
9:14,17
10:22 16:2
**tears**
47:25
**telephone**
18:4
**tell**
17:25 19:11
23:3 33:2
43:18,19
46:5 49:15
**temperature**
46:11
**ten**
11:22,25
12:16 13:13
27:20,23
**test**
21:25 22:3
23:2
**testified**
5:10 24:4

**testimony**
6:22 24:13,
22
**text**
8:6
**thank**
9:8 17:12
27:13 42:25
46:16
**thing**
18:10 30:24
37:3
**think**
10:8 13:8,10
20:5 33:5
51:10
**three**
9:3 14:4
26:1 28:3,7
38:23
**tickets**
27:25
**time**
7:11 8:1,4
10:10,19
12:15 26:9
27:12,15,16
28:1,23
35:13 37:5,
17,22 40:3,
18 41:3,8,16
42:10,15
44:24 46:22
47:14,15
49:16,19
50:21
**times**
13:2,3 45:22
**today**
6:2,7 7:16,
21 24:22
27:7
**today's**
6:8,22
**told**
13:24 19:23
45:11,18

Jose A. Alemar
February 04, 2021

11

46:14,17

top
30:5 39:22

Totally
50:14

touching
19:17

traffic
20:19 35:10,
12,25 36:9
41:24

train
12:11 34:22

transcribe
7:11

transcript
7:3,4,18,22

translate
5:2 6:13,17
17:10 36:19

translator
36:18

traveling
26:3

trial
42:10,15

try
7:12

trying
17:25 45:18

turn
26:6 29:16,
21 33:13,14
35:22 36:11,
23 37:2,21

turned
11:5,14
16:14,16,21
17:16 19:13
24:12 29:13
34:17 35:11
36:13 37:7,
23 38:11
46:24

turning
33:10,12
35:6

turns
35:15

two
14:6,7 39:1,
4,12 40:16,
20 41:2
51:10

two-minute
23:22

type
25:7

typing
7:2,6

_____

U

_____

Uber
9:14,18,21
10:13,16,23,
25 11:14,19,
24 12:15,20,
24 13:6,16,
21 14:3,4,9,
12,13,19,23
15:15,17,23,
24 16:2,7,17
17:14,15
18:24,25
19:6,8,12,23
20:11,16
22:17 24:12

Uber's
16:1

uh-huhs
7:20

uncomfortable
48:5

underneath
42:17

understand
8:17 15:9
16:4,24
17:23 20:8
21:14 30:2
43:2,18
48:10,15

understanding
21:8 22:4
23:4 35:6

understood
8:21 20:6
33:6

_____

V

_____

vehicle
5:24 10:22
11:13 12:17
19:5 20:19,
21 23:5,6,19
24:5,10,17
25:14 26:10
27:11 28:14,
19 29:3,8,11
33:3 34:19
37:6,18
38:13 40:2,
22 41:21
47:9 48:19
49:18,21
50:16 51:4

vehicles
41:23

verbal
7:15

videos
15:19,22

volume
36:13

_____

W

_____

wait
29:16

waited
34:21 49:5

waiting
12:6,12 37:1
41:20

walk
35:17

want
6:8 7:14,23,

25 8:1,7,11
21:15 31:17
37:11

wanted
46:9

warm
46:9

waste
21:10

wasted
18:12

watch
15:23

watched
15:19

wave
42:18

way
16:16 17:24

wear
27:10

wearing
27:6

Westchester
12:12 26:5
30:11,25

white
36:24 37:4,
10,22

wife
18:10

witness
5:6 21:6
30:3 43:10

witness's
38:19 39:9,
25 42:5

woman
5:22 47:7
49:20

word
30:7 31:12

work
9:21

worked
9:14,18
10:4,12 11:6

Jose A. Alemar
February 04, 2021                    12

**working**
  10:20,25
  16:10 17:14
  20:1
**written**
  21:24

_____

        **Y**
_____

**years**
  9:4 14:5,6,7
  22:17,19,20
  27:21,23
**yellow**
  32:15,20
  34:5
**yes-or-no**
  37:16
**York**
  5:9,18 22:1

_____

        **Z**
_____

**zoomed**
  31:24