# EXHIBIT EE

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF BRONX**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :
-
                                                      :
SHAARILLE LINZY,                                      :
                                                      :
                                                      :
                        Plaintiffs,                   :
                                                      :
                              -                       :   Index No.: 801741/2021E
                                                      :
           against -                                  :
                                                      :
UBER TECHNOLOGIES, INC.,                              :
                                                      :
                                                      :
                        Defendants                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :
-

## AFFIDAVIT OF TODD GADDIS

I, Todd Gaddis, declare that:

1.      I am over the age of 18 and all statements made in this affidavit are based upon my personal knowledge.  If called as a witness in this matter, I could, and would, testify competently as follows:

2.      I am presently employed with Defendant Uber Technologies, Inc. ("Uber"), as a Manager II, Data Analytics in San Francisco, California.

3.      Uber is a technology company that uses its proprietary technology to develop and maintain digital multi-sided platforms (the "Uber Apps"). Uber's multi-sided platforms provide users (both the sellers and buyers) with various services, including matching and payment processing. Uber's most well-known and widely-used multi-sided platform is the Rides platform. Riders download the rider version of the Uber App

UBER 000007

("Rider App") and drivers download the driver version of the Uber App ("Driver App"); together, the Apps allow users to access the platform that facilitates the connection of individuals in need of a ride with individuals willing to provide transportation services Drivers can only receive trip requests for transportation services after they log into the Driver App and go "online," at which point they are in "available" status.

4.     In my position, I am familiar with various aspects of the Uber Apps, including identifying drivers who have access to the Driver App and a driver's usage of the same. I am also familiar with Uber's business practices, regularly conducted business activity, and business records.  For the purpose of this affidavit, I have reviewed relevant Uber records, including data that shows when a driver is logged in and "online" in the Driver App and corresponding GPS points to show where a driver is located when he or she is "online" in the App.

5.     When a driver is utilizing the Driver App to connect with riders, the data shows when a driver is in:

- "available" status (can receive a ride request);

- "en route" status (en route to pick up rider after trip request was accepted);

- "on trip" status (transporting a rider after pick up); or

- "offline" status (not available to receive a ride request in the Driver App).

6.     I am personally familiar with the above data transmitted through the Driver App, and the corresponding GPS coordinates that indicate where a driver is located at the time he or she becomes "available" to receive trip requests, is "en route," "on trip," or goes "offline."

UBER 000008

7.     I have reviewed the Police Report (NYC) MV#-2019-045-003069 and Plaintiff's Complaint in the above-captioned matter, wherein Plaintiff, Shaarille Linzy, individually ("Plaintiff"), alleges on or about December 5, 2019, Jose A. Alemar ("Alemar"), was operating a motor vehicle involved in an accident with Plaintiff, at or near 3681 Bruckner Boulevard, in the County of Bronx, City and State of New York, ("Subject Accident").

8.     I have personally searched Uber's records relating to Alemar's access to the Driver App.  In particular, I searched for business records based on Alemar's full name, address, driver's license, license plate and VIN for the vehicle he was operating at the time of the Subject Accident.

9.     After performing a search and review of Uber's records, I have determined the following information regarding Alemar's use of the Driver App:

- Alemar logged "offline" in the Driver App at approximately 11:51 P.M. on December 4, 2019 at the following GPS points: 40.867832 (latitude), -73.83361 (longitude).

- Alemar became "available" in the Driver App at approximately 8:26 P.M. on December 5, 2019 at the following GPS points: 40.84411 (latitude), -73.93528 (longtidue).

10.     Based on my review of Alemar's use of the Driver App on December 5, 2019 at 5:15 P.M., Alemar was not logged "online" in the Driver App. A true and correct copy of the data associated with Alemar's use of the Driver App is attached hereto as **Exhibit "A".**

11.     Furthermore, on the date of the Subject Accident, Uber Technologies Inc. did not own, lease, maintain, control, or operate Alemar's vehicle.

12.     Accordingly, based on the foregoing, Uber Technologies, Inc. has no relation to the Subject Accident.

I declare under penalty of perjury pursuant to the laws of the State of Florida that the foregoing is true and correct and that this Affidavit was executed on March 25, 2021at Broward County, Florida.

*Todd Gaddis*      03/25/2021 01:04 PM EDT

_____

Todd Gaddis

STATE OF FLORIDA
COUNTY OF BROWARD

On _____, before me, Natalia Barbosa personally appeared, Todd Gaddis proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the  entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal

NATALIA BARBOSA
Notary Public - State of Florida
Commission # GG 975288
My Comm. Expires Apr 1, 2024

*Natalia Barbosa*

Signature _____

Online Notary Public. This notarial act involved the use of online audio/video communication technology.

Commission Exp. 04/01/2024

UBER 000010

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF BRONX**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :
-
                                                :

SHAARILLE LINZY,                         :
                                                :

                        Plaintiffs,    :

                            -    :    Index No.: 801741/2021E

           against -               :

UBER TECHNOLOGIES, INC.,      :
                                                :

                        Defendants   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :
-

CERTIFICATE OF CONFORMITY

STATE OF FLORIDA            )
                               ) ss:
COUNTY OF BROWARD     )

Natalia Barbosa over the age of eighteen years and employee of Roig Lawyers located at 1255 South Military Trail, Deerfield Beach, FL 33442, having been duly sworn to tell the truth under penalty of perjury, now deposes and respectfully states as follows:

1. I am a Notary Public pursuant to the laws of the State of Florida, Commission No. GG 675288 currently valid through April 1, 2024.

2. I am fully acquainted with the laws of the State of Florida, pertaining to the administration and taking of oaths and affirmations.

UBER 000011

3. The oath by Todd Gaddis, named in the Affidavit, was taken before me on March 25, 2021 in the manner prescribed by the laws of the State of Florida.

4. The oath fully conforms with the laws of the State of Florida, and is in all respects valid and effective in this State.

5. The oath by Todd Gaddis, named in the attached Affidavit, was taken before me on

IN WITNESS WHEREOF, I state that I have executed this Certificate on March 25, 2021

*Natalia Barbosa*    03/25/2021
01:05 PM EDT
_____

UBER 000012

CONFIDENTIAL

| Driver | Local Time | From Status | To Status | Latitude | Longitude |
|---|---|---|---|---|---|
| Jose Alemar | 12/4/19 11:44 PM | on trip | available | 40.882744 | -73.847786 |
| Jose Alemar | 12/4/19 11:51 PM | available | offline | 40.867832 | -73.83361 |
| Jose Alemar | 12/5/19 8:26 PM | offline | available | 40.84411 | -73.93528 |

CONFIDENTIAL

UBER 000013

**CONFIDENTIAL**

| *First Name* | *Last Name* | *Date Accepted Agreements (UTC)* | *Req Doc Title* |
| --- | --- | --- | --- |
| Jose | Alemar | 6/11/18 9:11 PM | UBER USA Driver Addendum December 10 2015 |
| Jose | Alemar | 6/11/18 9:11 PM | UBER USA Technology Services Agreement December 10 2015 |
| Jose | Alemar | 6/11/18 9:11 PM | UberBLACK and UberSUV Eligibility - NYC - Jan 2017 |
| Jose | Alemar | 6/11/18 9:11 PM | Service Animal Acknowledgement - Feb 10 2017 |
| Jose | Alemar | 6/11/18 9:11 PM | UBER USA Financial Terms Addendum May 22 2017 |
| Jose | Alemar | 6/12/18 10:39 PM | UBER USA Tipping Addendum June 20 2017 |
| Jose | Alemar | 6/24/18 2:26 PM | Uber USA, LLC - Instant Pay Terms |
| Jose | Alemar | 2/1/19 4:50 PM | Uber USA, LLC - Driver Payments Addendum Jan 24, 2019 |

UBER 000014

**CONFIDENTIAL**

**UBER USA, LLC**

**TECHNOLOGY SERVICES AGREEMENT**

Last update: December 11, 2015

This Technology Services Agreement ("*Agreement*") constitutes a legal agreement between an independent company in the business of providing transportation services ("*Customer*" or "*You*") and Uber USA, LLC, a limited liability company ("*Uber*").

Uber provides the Uber Services (as defined below) for the purpose of providing lead generation to transportation services providers. The Uber Services enable an authorized transportation provider to seek, receive and fulfill requests for transportation services from an authorized user of Uber's mobile application.

Customer is authorized to provide transportation services in the state(s) and jurisdiction(s) in which it operates, and it desires to enter into this Agreement for the purpose of accessing and using the Uber Services to enhance its transportation business.

**Customer acknowledges and agrees that Uber is a technology services provider that does not provide transportation services, function as a transportation carrier, nor operate as a broker for the transportation of passengers.**

In order to use the Uber Services, Customer must agree to the terms and conditions that are set forth below. Upon Customer's execution (electronic or otherwise) of this Agreement, Customer and Uber shall be bound by the terms and conditions set forth herein.

**IMPORTANT: PLEASE NOTE THAT TO USE THE UBER SERVICES AND THE ASSOCIATED SOFTWARE, YOU MUST AGREE TO THE TERMS AND CONDITIONS SET FORTH BELOW. PLEASE REVIEW THE ARBITRATION PROVISION SET FORTH BELOW IN SECTION 15.3 CAREFULLY, AS IT WILL REQUIRE YOU TO RESOLVE DISPUTES WITH UBER ON AN INDIVIDUAL BASIS, EXCEPT AS PROVIDED IN SECTION 15.3, THROUGH FINAL AND BINDING ARBITRATION UNLESS YOU CHOOSE TO OPT OUT OF THE ARBITRATION PROVISION.  BY VIRTUE OF YOUR ELECTRONIC EXECUTION OF THIS AGREEMENT, YOU WILL BE ACKNOWLEDGING THAT YOU HAVE READ AND UNDERSTOOD ALL OF THE TERMS OF THIS AGREEMENT (INCLUDING SECTION 15.3) AND HAVE TAKEN TIME TO CONSIDER THE CONSEQUENCES OF THIS IMPORTANT BUSINESS DECISION.  IF YOU DO NOT WISH TO BE SUBJECT TO ARBITRATION, YOU MAY OPT OUT OF THE ARBITRATION PROVISION BY FOLLOWING THE INSTRUCTIONS PROVIDED IN SECTION 15.3 BELOW.**

UBER 000015

**CONFIDENTIAL**

1. **Definitions**

1.1. "*Affiliate*" means an entity that, directly or indirectly, controls, is under the control of, or is under common control with a party, where control means having more than fifty percent (50%) of the voting stock or other ownership interest or the majority of the voting rights of such entity.

1.2. "*City Addendum*" means an addendum to this Agreement or supplemental information setting forth additional Territory-specific terms, as made available and as updated by Uber from time to time.

1.3. "*Device*" means an Uber Device or Driver-Provided Device, as the case may be.

1.4. "*Driver*" means a principal, employee or contractor of Customer:  (a) who meets the then-current Uber requirements to be an active driver using the Uber Services; (b) whom Uber authorizes to access the Uber Services to provide Transportation Services on behalf of Customer; and (c) who has entered into the Driver Addendum.

1.5. "*Driver Addendum*" means the terms and conditions that Customer is required to enter into with a Driver prior to such Driver providing Transportation Services on behalf of Customer (as may be updated by Uber from time to time).

1.6. "*Driver App*" means Uber's mobile application that enables transportation providers to access the Uber Services for the purpose of seeking, receiving and fulfilling on-demand requests for transportation services by Users, as may be updated or modified by Uber at its discretion from time to time.

1.7. "*Driver ID*" means the identification and password key assigned by Uber to a Driver that enables a Driver to use and access the Driver App.

1.8. "*Driver-Provided Device*" means a mobile device owned or controlled by Customer or a Driver: (a) that meets the then-current Uber specifications for mobile devices as set forth at www.uber.com/byod-devices; and (b) on which the Driver App has been installed as authorized by Uber solely for the purpose of providing Transportation Services.

1.9. "*Fare*" has the meaning set forth in Section 4.1.

1.10. "*Service Fee*" has the meaning set forth in Section 4.4.

1.11. "*Taxi Services*" has the meaning set forth in Section 3.1.

1.12. "*Territory*" means the city or metro areas in the United States in which Customer and its Drivers are enabled by the Driver App to receive requests for Transportation Services.

1.13. "*Tolls*" means any applicable road, bridge, ferry, tunnel and airport charges and fees, including inner-city congestion, environmental or similar charges as reasonably determined by the Uber Services based on available information.

1.14. "*Transportation Services*" means the provision of passenger transportation services to Users via the Uber Services in the Territory by Customer and its Drivers using the Vehicles.

1.15. "*Uber Data*" means all data related to the access and use of the Uber Services hereunder, including all data related to Users (including User Information), all data related to the provision of Transportation Services via the Uber Services and the Driver App, and the Driver ID.

1.16. "*Uber Device*" means a mobile device owned or controlled by Uber that is provided to Customer or a Driver for the sole purpose of such Driver using the Driver App to provide Transportation Services.

**CONFIDENTIAL**

UBER 000016

**CONFIDENTIAL**

1.17.   "*Uber Services*" mean Uber's on-demand lead generation and related services that enable transportation providers to seek, receive and fulfill on-demand requests for transportation services by Users seeking transportation services; such Uber Services include access to the Driver App and Uber's software, websites, payment services as described in Section 4 below, and related support services systems, as may be updated or modified by Uber at its discretion from time to time.

1.18.   "*User*" means an end user authorized by Uber to use Uber's mobile application for the purpose of obtaining Transportation Services offered by Uber's transportation provider customers.

1.19.   "*User Information*" means information about a User made available to Customer or a Driver in connection with such User's request for and use of Transportation Services, which may include the User's name, pick-up location, contact information and photo.

1.20.   "*Vehicle*" means any vehicle of Customer that:  (a) meets the then-current Uber requirements for a vehicle on the Uber Services; and (b) Uber authorizes for use by a Driver for the purpose of providing Transportation Services on behalf of Customer.

2.   **Use of the Uber Services**

2.1.   **Driver IDs**. Uber will issue Customer a Driver ID for each Driver providing Transportation Services to enable Customer and each Driver to access and use the Driver App on a Device in accordance with the Driver Addendum and this Agreement. Uber reserves the right to deactivate the Driver ID of those Drivers who have not fulfilled a request for Transportation Services using the Driver App at least once a month. **Customer agrees that it will, and that it will ensure that its Drivers will, maintain Driver IDs in confidence and not share Driver IDs with any third party other than the Driver associated with such Driver ID for the purpose of providing Transportation Services. Customer will immediately notify Uber of any actual or suspected breach or improper use or disclosure of a Driver ID or the Driver App.**

2.2.   **Provision of Transportation Services**. When the Driver App is active, User requests for Transportation Services may appear to a Driver via the Driver App if the Driver is available and in the vicinity of the User. If a Driver accepts a User's request for Transportation Services, the Uber Services will provide certain User Information to such Driver via the Driver App, including the User's first name and pickup location. In order to enhance User satisfaction with the Uber mobile application and a Driver's Transportation Services, it is recommended that Driver waits at least ten (10) minutes for a User to show up at the requested pick-up location. The Driver will obtain the destination from the User, either in person upon pickup or from the Driver App if the User elects to enter such destination via Uber's mobile application. Customer acknowledges and agrees that once a Driver has accepted a User's request for Transportation Services, Uber's mobile application may provide certain information about the Driver to the User, including the Driver's first name, contact information, Customer entity name, photo and location, and the Driver's Vehicle's make and license plate number. Customer shall not, and shall ensure that all Drivers do not, contact any Users or use any User's personal data for any reason other than for the purposes of fulfilling Transportation Services. As between Uber and Customer, Customer acknowledges and agrees that:  (a) Customer and its Drivers are solely responsible for determining the most effective, efficient and safe manner to perform each instance of Transportation Services; and (b) except for the Uber Services or any Uber Devices (if applicable), Customer shall provide all necessary equipment, tools and other materials, at Customer's own expense, necessary to perform Transportation Services. Customer understands and agrees that Customer and each Driver have a legal obligation under the Americans with Disabilities Act and

**CONFIDENTIAL**

UBER 000017

**CONFIDENTIAL**

similar state laws to transport Users with Service Animals (as defined by applicable state and federal law), including guide dogs for the blind and visually impaired Users, and there is no exception to this obligation for allergies or religious objections. Customer's or any Driver's knowing failure to transport a User with a Service Animal shall constitute a material breach of this Agreement. Customer agrees that a "knowing failure" to comply with this legal obligation shall constitute either: (1) a denial of a ride where the Customer/Driver states the denial was due to a Service Animal; or (2) there is more than one (1) instance in which a User or the companion of a User alleges that the Customer/Driver cancelled or refused a ride on the basis of a Service Animal.

2.3.    **Customer's Relationship with Users**. Customer acknowledges and agrees that Customer's provision of Transportation Services to Users creates a direct business relationship between Customer and the User. Uber is not responsible or liable for the actions or inactions of a User in relation to Customer or any Driver, the activities of Customer, a Driver or any Vehicle. Customer shall have the sole responsibility for any obligations or liabilities to Users or third parties that arise from its provision of Transportation Services. Customer acknowledges and agrees that it and each Driver are solely responsible for taking such precautions as may be reasonable and proper (including maintaining adequate insurance that meets the requirements of all applicable laws including motor vehicle financial responsibility) regarding any acts or omissions of a User or third party. Customer acknowledges and agrees that Uber may release the contact and/or insurance information of Customer and/or a Driver to a User upon such User's reasonable request. Customer acknowledges and agrees that, unless specifically consented to by a User, neither Customer nor Driver may transport or allow inside any Vehicle individuals other than a User and any individuals authorized by such User during the performance of Transportation Services for such User. Customer acknowledges and agrees, and shall ensure that its Drivers agree, that all Users should be transported directly to their specified destination, as directed by the applicable User, without unauthorized interruption or unauthorized stops.

2.4.    **Customer's Relationship with Uber**. Customer acknowledges and agrees that Uber's provision to Customer of the Driver App and the Uber Services creates a direct business relationship between Uber and Customer. Uber does not, and shall not be deemed to, direct or control Customer or its Drivers generally or in their performance under this Agreement specifically, including in connection with the operation of Customer's business, the provision of Transportation Services, the acts or omissions of Drivers, or the operation and maintenance of any Vehicles. Customer and its Drivers retain the sole right to determine when, where, and for how long each of them will utilize the Driver App or the Uber Services. Customer and its Drivers retain the option, via the Driver App, to attempt to accept or to decline or ignore a User's request for Transportation Services via the Uber Services, or to cancel an accepted request for Transportation Services via the Driver App, subject to Uber's then-current cancellation policies. With the exception of any signage required by local law or permit/license requirements, Uber shall have no right to require Customer or any Driver to:  (a) display Uber's or any of its Affiliates' names, logos or colors on any Vehicle(s); or (b) wear a uniform or any other clothing displaying Uber's or any of its Affiliates' names, logos or colors. Customer acknowledges and agrees that it has complete discretion to operate its independent business and direct its Drivers at its own discretion, including the ability to provide services at any time to any third party separate and apart from Transportation Services. For the sake of clarity, Customer understands that Customer retains the complete right to provide transportation services to its existing customers and to use other software application services in addition to the Uber Services. Uber retains the right to deactivate or otherwise restrict Customer or any Driver from accessing or

**CONFIDENTIAL**

UBER 000018

**CONFIDENTIAL**

using the Driver App or the Uber Services in the event of a violation or alleged violation of this Agreement, a violation or alleged violation of a Driver Addendum, Customer's or any Driver's disparagement of Uber or any of its Affiliates, Customer's or any Driver's act or omission that causes harm to Uber's or its Affiliates' brand, reputation or business as determined by Uber in its sole discretion.

2.5.     **Customer's Relationship with Drivers**. Customer shall have the sole responsibility for any obligations or liabilities to Drivers that arise from its relationship with its Drivers (including provision of Transportation Services). Customer acknowledges and agrees that it exercises sole control over the Drivers and will comply with all applicable laws (including tax, social security and employment laws) governing or otherwise applicable to its relationship with its Drivers. Notwithstanding Customer's right, if applicable, to take recourse against a Driver, Customer acknowledges and agrees that it is at all times responsible and liable for the acts and omissions of its Drivers vis-à-vis Users and Uber, even where such vicarious liability may not be mandated under applicable law. Customer shall require each Driver to enter into a Driver Addendum (as may be updated from time to time) and shall provide a copy of each executed Driver Addendum to Uber. Customer acknowledges and agrees that Uber is a third party beneficiary of each Driver Addendum, and that, upon a Driver's acceptance of the terms and conditions of the Driver Addendum, Uber will have the right (and will be deemed to have accepted the right) to enforce the Driver Addendum against the Driver as a third party beneficiary thereof.

2.6.     **Ratings**.

2.6.1.    Customer acknowledges and agrees that:  (a) after receiving Transportation Services, a User will be prompted by Uber's mobile application to provide a rating of such Transportation Services and Driver and, optionally, to provide comments or feedback about such Transportation Services and Driver; and (b) after providing Transportation Services, the Driver will be prompted by the Driver App to provide a rating of the User and, optionally, to provide comments or feedback about the User. Customer shall instruct all Drivers to provide ratings and feedback in good faith.

2.6.2.    Customer acknowledges that Uber desires that Users have access to high-quality services via Uber's mobile application. In order to continue to receive access to the Driver App and the Uber Services, each Driver must maintain an average rating by Users that exceeds the minimum average acceptable rating established by Uber for the Territory, as may be updated from time to time by Uber in its sole discretion ("*Minimum Average Rating*"). A Driver's average rating is intended to reflect Users' satisfaction with the Driver's Transportation Services rather than any such Driver's compliance with any of Uber's policies or recommendations. In the event a Driver's average rating falls below the Minimum Average Rating, Uber will notify Customer and may provide the Driver in Uber's discretion, a limited period of time to raise his or her average rating above the Minimum Average Rating. If such Driver does not increase his or her average rating above the Minimum Average Rating within the time period allowed (if any), Uber reserves the right to deactivate such Driver's access to the Driver App and the Uber Services. Additionally, Customer acknowledges and agrees that repeated failure by a Driver to accept User requests for Transportation Services while such Driver is logged in to the Driver App creates a negative experience for Users of Uber's mobile application. Accordingly, Customer agrees and shall ensure that if a Driver does not wish to accept User requests for Transportation Services for a period of time, such Driver will log off of the Driver App.

**CONFIDENTIAL**

UBER 000019

**CONFIDENTIAL**

2.6.3.   Uber and its Affiliates reserve the right to use, share and display Driver and User ratings and comments in any manner in connection with the business of Uber and its Affiliates without attribution to or approval of Customer or the applicable Driver. Customer acknowledges that Uber and its Affiliates are distributors (without any obligation to verify) and not publishers of Driver and User ratings and comments, provided that Uber and its Affiliates reserve the right to edit or remove comments in the event that such comments include obscenities or other objectionable content, include an individual's name or other personal information, or violate any privacy laws, other applicable laws or Uber's or its Affiliates' content policies.

2.7.   **Devices**.

2.7.1.   Uber encourages Customer to use Driver-Provided Devices in providing Transportation Services.  Otherwise, if Customer elects to use any Uber Devices, Uber will supply Uber Devices upon request to each authorized Driver and provide the necessary wireless data plan for such Devices, provided that Uber will require reimbursement from Customer for the costs associated with the wireless data plan of each Uber Device and/or request a deposit for each Uber Device. Customer acknowledges and agrees that: (a) Uber Devices may only be used for the purpose of enabling Driver access to the Uber Services; and (b) Uber Devices may not be transferred, loaned, sold or otherwise provided in any manner to any party other than the Driver assigned to use such Uber Device. Uber Devices shall at all times remain the property of Uber, and upon termination of this Agreement or the termination or deactivation of a Driver, Customer agrees to return to Uber the applicable Uber Devices within ten (10) days. Customer acknowledges and agrees that failure to timely return any Uber Devices, or damage to Uber Devices outside of "normal wear and tear," will result in the forfeiture of related deposits.

2.7.2.   If Customer elects to use any Driver-Provided Devices:  (i) Customer and/or its Drivers are responsible for the acquisition, cost and maintenance of such Driver-Provided Devices as well as any necessary wireless data plan; and (ii) Uber shall make available the Driver App for installation on such Driver-Provided Devices. Uber hereby grants the authorized user of any Driver-Provided Device a personal, non-exclusive, non-transferable license to install and use the Driver App on a Driver-Provided Device solely for the purpose of providing Transportation Services. Customer agrees to not, and shall cause each applicable Driver to not, provide, distribute or share, or enable the provision, distribution or sharing of, the Driver App (or any data associated therewith) with any third party. The foregoing license grant shall immediately terminate and Driver will delete and fully remove the Driver App from the Driver-Provided Device in the event that Customer and/or the applicable Driver ceases to provide Transportation Services using the Driver-Provided Device. Customer agrees, and shall inform each applicable Driver that:  (i) use of the Driver App on a Driver-Provided Device requires an active data plan with a wireless carrier associated with the Driver-Provided Device, which data plan will be provided by either Customer or the applicable Driver at their own expense; and (ii) use of the Driver App on a Driver-Provided Device as an interface with the Uber Services may consume very large amounts of data through the data plan. **UBER ADVISES THAT DRIVER-PROVIDED DEVICES ONLY BE USED UNDER A DATA PLAN WITH UNLIMITED OR VERY HIGH DATA USAGE LIMITS, AND UBER SHALL NOT BE RESPONSIBLE**

**CONFIDENTIAL**

UBER 000020

**CONFIDENTIAL**

OR LIABLE FOR ANY FEES, COSTS, OR OVERAGE CHARGES ASSOCIATED WITH ANY DATA PLAN.

2.8.     **Location Based Services**. Customer acknowledges and agrees that each Driver's geo-location information must be provided to the Uber Services via a Device in order to provide Transportation Services. Customer acknowledges and agrees, and shall inform and obtain the consent of each Driver, that:  (a) the Driver's geo-location information may be obtained by the Uber Services while the Driver App is running; and (b) the approximate location of the Driver's Vehicle will be displayed to the User before and during the provision of Transportation Services to such User. In addition, Company and its Affiliates may monitor, track and share with third parties Driver's geo-location information obtained by the Driver App and Device for safety and security purposes.

3.   **Drivers and Vehicles**

3.1.     **Driver Requirements**. Customer acknowledges and agrees that each Driver shall at all times:  (a) hold and maintain (i) a valid driver's license with the appropriate level of certification to operate the Vehicle assigned to such Driver, and (ii) all licenses, permits, approvals and authority applicable to Customer and/or Driver that are necessary to provide passenger transportation services to third parties in the Territory; (b) possess the appropriate and current level of training, expertise and experience to provide Transportation Services in a professional manner with due skill, care and diligence; and (c) maintain high standards of professionalism, service and courtesy. Customer acknowledges and agrees that each Driver may be subject to certain background and driving record checks from time to time in order for such Driver to qualify to provide, and remain eligible to provide, Transportation Services. In addition if Customer and/or Driver are using the Uber App to provide Transportation Services in conjunction with operating a taxi ("*Taxi Services*"), such Customer and/or Driver shall comply with all applicable laws with respect thereto. Customer acknowledges and agrees that Uber reserves the right, at any time in Uber's sole discretion, to deactivate or otherwise restrict a Driver from accessing or using the Driver App or the Uber Services if Customer or such Driver fails to meet the requirements set forth in this Agreement or the Driver Addendum.

3.2.     **Vehicle Requirements**. Customer acknowledges and agrees that each Vehicle shall at all times be:  (a) properly registered and licensed to operate as a passenger transportation vehicle in the Territory; (b) owned or leased by Customer, or otherwise in Customer's lawful possession; (c) suitable for performing the passenger transportation services contemplated by this Agreement; and (d) maintained in good operating condition, consistent with industry safety and maintenance standards for a Vehicle of its kind and any additional standards or requirements in the applicable Territory, and in a clean and sanitary condition.

3.3.     **Documentation**. To ensure Customer's and each of its Drivers' compliance with all requirements in Sections 3.1 and 3.2 above, Customer must provide Uber with written copies of all such licenses, permits, approvals, authority, registrations and certifications prior to Customer's and the applicable Drivers' provision of any Transportation Services.  Thereafter, Customer must submit to Uber written evidence of all such licenses, permits, approvals, authority, registrations and certifications as they are renewed. Uber shall, upon request, be entitled to review such licenses, permits, approvals, authority, registrations and certifications from time to time, and Customer's failure to provide or maintain any of the foregoing shall constitute a material breach of this Agreement. Uber reserves the right to independently verify Customer's and any Driver's documentation from time to time in any way Uber deems appropriate in its reasonable discretion.

UBER 000021

**CONFIDENTIAL**

4.    **Financial Terms**

4.1.    **Fare Calculation and Customer Payment**. Customer is entitled to charge a fare for each instance of completed Transportation Services provided to a User that are obtained via the Uber Services (*"Fare"*), where such Fare is calculated based upon a base fare amount plus distance (as determined by Uber using location-based services enabled through the Device) and/or time amounts, as detailed at www.uber.com/cities for the applicable Territory ("*Fare Calculation*"). Customer acknowledges and agrees that the Fare provided under the Fare Calculation is the only payment Customer will receive in connection with the provision of Transportation Services, and that neither the Fare nor the Fare Calculation includes any gratuity. Customer is also entitled to charge User for any Tolls, taxes or fees incurred during the provision of Transportation Services, and, if applicable. Customer:  (i) appoints Uber as Customer's limited payment collection agent solely for the purpose of accepting the Fare, applicable Tolls and, depending on the region and/or if requested by Customer, applicable taxes and fees from the User on behalf of the Customer via the payment processing functionality facilitated by the Uber Services; and (ii) agrees that payment made by User to Uber (or to an Affiliate of Uber acting as an agent of Uber) shall be considered the same as payment made directly by User to Customer. In addition, the parties acknowledge and agree that as between Customer and Uber, the Fare is a recommended amount, and the primary purpose of the pre-arranged Fare is to act as the default amount in the event Customer does not negotiate a different amount. Customer shall always have the right to: (i) charge a fare that is less than the pre-arranged Fare; or (ii) negotiate, at Customer's request, a Fare that is lower than the pre-arranged Fare (each of (i) and (ii) herein, a "*Negotiated Fare*"). Uber shall consider all such requests from Customer in good faith. Uber agrees to remit, or cause to be remitted, to Customer on at least a weekly basis:  (a) the Fare less the applicable Service Fee; (b) the Tolls; and (c) depending on the region, certain taxes and ancillary fees. If Customer has separately agreed that other amounts may be deducted from the Fare prior to remittance to Customer (*e.g.*, vehicle financing payments, lease payments, mobile device usage charges, etc.), the order of any such deductions from the Fare shall be determined exclusively by Uber (as between Customer and Uber).  Notwithstanding anything to the contrary in this Section 4.1, if Customer is providing Taxi Services, the following shall apply: (x) the Fare is calculated pursuant to local taxi regulations in the Territory; (y) Customer or Driver agrees to enter the exact Fare amount (as indicated by the official taxi meter in the Vehicle) into the Driver App upon completion of an instance of Transportation Services; and (z) in some jurisdictions, Users will pay such Customer or Driver directly rather than through Uber's mobile application (Uber will notify Customer if (z) is applicable in its Territory).

4.2.    **Changes to Fare Calculation**. Uber reserves the right to change the Fare Calculation at any time in Uber's discretion based upon local market factors, and Uber will provide notice to Customer in the event of changes to the base fare, per mile, and/or per minute amounts that would result in a change in the recommended Fare for each instance of completed Transportation Services. Continued use of the Uber Services after any such change in the Fare Calculation shall constitute Customer's consent to such change.

4.3.    **Fare Adjustment**. Uber reserves the right to:  (i) adjust the Fare for a particular instance of Transportation Services (*e.g.*, Driver took an inefficient route, Driver failed to properly end a particular instance of Transportation Services in the Driver App, technical error in the Uber Services, etc.); or (ii) cancel the Fare for a particular instance of Transportation Services (*e.g.*, a User is charged for Transportation Services that were not provided, in the event of a User

UBER 000022

**CONFIDENTIAL**

complaint, fraud, etc.). Uber's decision to reduce or cancel the Fare in any such manner shall be exercised in a reasonable manner.

4.4.    **Service Fee**. In consideration of Uber's provision of the Driver App and the Uber Services for the use and benefit of Customer and its Drivers hereunder, Customer agrees to pay Uber a service fee on a per Transportation Services transaction basis calculated as a percentage of the Fare determined by the Fare Calculation (regardless of any Negotiated Fare), as provided to Customer and/or a Driver via email or otherwise made available electronically by Uber from time to time for the applicable Territory ("*Service Fee*"). In the event regulations applicable to Customer's Territory require taxes to be calculated on the Fare, Uber shall calculate the Service Fee based on the Fare net of such taxes. Uber reserves the right to change the Service Fee at any time in Uber's discretion based upon local market factors, and Uber will provide notice to Customer in the event of such change. Continued use of the Uber Services after any such change in the Service Fee calculation shall constitute Customer's consent to such change. In addition, with respect to Taxi Services in the applicable Territory, Customer agrees to pay Uber a booking fee in consideration of Uber's provision of the Driver App and the Uber Services.

4.5.    **Cancellation Charges**. Customer acknowledges and agrees that Users may elect to cancel requests for Transportation Services that have been accepted by a Driver via the Driver App at any time prior to the Driver's arrival. In the event that a User cancels an accepted request for Transportation Services, Uber may charge the User a cancellation fee on behalf of the Customer. If charged, this cancellation fee shall be deemed the Fare for the cancelled Transportation Services for the purpose of remittance to Customer hereunder ("*Cancellation Fee*"). The parties acknowledge and agree that as between Customer and Uber, this Cancellation Fee is a recommended amount, and the primary purpose of such Cancellation Fee is to act as a default amount in the event Customer does not negotiate a different amount. Customer shall always have the right to:  (i) charge a cancellation fee that is less than the Cancellation Fee; or (ii) negotiate, at your request, a cancellation fee that is lower than the Cancellation Fee (each of (i) and (ii) herein, a "*Negotiated Cancellation Fee*"). If charged, the Cancellation Fee (regardless of any Negotiated Cancellation Fee) shall be deemed the Fare for the cancelled Transportation Services for the purpose of remittance to Customer hereunder.

4.6.    **Receipts**. As part of the Uber Services, Uber provides Customer a system for the delivery of receipts to Users for Transportation Services rendered. Upon the completion of Transportation Services for a User by a Driver, Uber prepares an applicable receipt and issues such receipt to the User via email on behalf of the Customer and applicable Driver. Such receipts are also provided via email or the online portal available to Customer through the Uber Services. Receipts include the breakdown of amounts charged to the User for Transportation Services and may include specific information about the Customer and applicable Driver, including the Customer's entity name and contact information and the Driver's name and photo, as well as a map of the route taken by the Driver. Customer shall inform Drivers that any corrections to a User's receipt for Transportation Services must be submitted to Uber in writing within three (3) business days after the completion of such Transportation Services. Absent such a notice, Uber shall not be liable for any mistakes in or corrections to the receipt or for recalculation or disbursement of the Fare.

4.7.    **No Additional Amounts**. Customer acknowledges and agrees that, for the mutual benefit of the parties, through advertising and marketing, Uber and its Affiliates may seek to attract new Users to Uber and to increase existing Users' use of Uber's mobile application. Customer

**CONFIDENTIAL**

UBER 000023

**CONFIDENTIAL**

acknowledges and agrees such advertising or marketing does not entitle Customer to any additional monetary amounts beyond the amounts expressly set forth in this Agreement.

4.8.    **Taxes**. Customer acknowledges and agrees that it is required to:  (a) complete all tax registration obligations and calculate and remit all tax liabilities related to its and its Drivers' provision of Transportation Services as required by applicable law; and (b) provide Uber with all relevant tax information. Customer further acknowledges and agrees that it is responsible for taxes on its own income (and that of its Drivers) arising from the performance of Transportation Services. Notwithstanding anything to the contrary in this Agreement, Uber may in its reasonable discretion based on applicable tax and regulatory considerations, collect and remit taxes resulting from its or its Drivers' provision of Transportation Services and/or provide any of the relevant tax information provided by Customer or any Driver pursuant to the foregoing requirements in this Section 4.8 directly to the applicable governmental tax authorities on your behalf or otherwise.

5.    **Proprietary Rights; License**

5.1.    **License Grant**. Subject to the terms and conditions of this Agreement, Uber hereby grants Customer a non-exclusive, non-transferable, non-sublicensable, non-assignable license, during the term of this Agreement, to use (and allows its Drivers to use) the Uber Services (including the Driver App on a Device) solely for the purpose of providing Transportation Services to Users and tracking resulting Fares and Fees. All rights not expressly granted to Customer are reserved by Uber, its Affiliates and their respective licensors.

5.2.    **Restrictions**. Customer shall not, and shall not allow any other party to:  (a) license, sublicense, sell, resell, transfer, assign, distribute or otherwise provide or make available to any other party the Uber Services, Driver App or any Uber Device in any way; (b) modify or make derivative works based upon the Uber Services or Driver App; (c) improperly use the Uber Services or Driver App, including creating Internet "links" to any part of the Uber Services or Driver App, "framing" or "mirroring" any part of the Uber Services or Driver App on any other websites or systems, or "scraping" or otherwise improperly obtaining data from the Uber Services or Driver App; (d) reverse engineer, decompile, modify, or disassemble the Uber Services or Driver App, except as allowed under applicable law; or (e) send spam or otherwise duplicative or unsolicited messages. In addition, Customer shall not, and shall not allow any other party to, access or use the Uber Services or Driver App to:  (i) design or develop a competitive or substantially similar product or service; (ii) copy or extract any features, functionality, or content thereof; (iii) launch or cause to be launched on or in connection with the Uber Services an automated program or script, including web spiders, crawlers, robots, indexers, bots, viruses or worms, or any program which may make multiple server requests per second, or unduly burden or hinder the operation and/or performance of the Uber Services; or (iv) attempt to gain unauthorized access to the Uber Services or its related systems or networks.

5.3.    **Ownership**. The Uber Services, Driver App and Uber Data, including all intellectual property rights therein, and the Uber Devices are and shall remain the property of Uber, its Affiliates or their respective licensors. Neither this Agreement nor Customer's use of the Uber Services, Driver App or Uber Data conveys or grants to Customer any rights in or related to the Uber Services, Driver App or Uber Data, except for the limited license granted above. Customer is not permitted to use or reference in any manner Uber's, its Affiliates', or their respective licensors' company names, logos, product and service names, trademarks, service marks or other indicia of ownership, alone or in combination with other letters, punctuation, words, symbols and/or designs (the "*UBER Marks and Names*"). Customer will not try to register or otherwise claim

**CONFIDENTIAL**

ownership in any of the UBER Marks and Names, alone or in combination with other letters, punctuation, words, symbols and/or designs or in any confusingly similar mark or name.

## 6.   Confidentiality

6.1.    Each party acknowledges and agrees that in the performance of this Agreement it may have access to or may be exposed to, directly or indirectly, confidential information of the other party ("*Confidential Information*"). Confidential Information includes Uber Data, Driver IDs, User Information, and the transaction volume, marketing and business plans, business, financial, technical, operational and such other non-public information of each party (whether disclosed in writing or verbally) that such party designates as being proprietary or confidential or of which the other party should reasonably know that it should be treated as confidential.

6.2.    Each party acknowledges and agrees that:  (a) all Confidential Information shall remain the exclusive property of the disclosing party; (b) it shall not use Confidential Information of the other party for any purpose except in furtherance of this Agreement; (c) it shall not disclose Confidential Information of the other party to any third party, except to its employees, officers, contractors, agents and service providers ("*Permitted Persons*") as necessary to perform under this Agreement, provided Permitted Persons are bound in writing to obligations of confidentiality and non-use of Confidential Information no less protective than the terms hereof; and (d) it shall return or destroy all Confidential Information of the disclosing party, upon the termination of this Agreement or at the request of the other party (subject to applicable law and, with respect to Uber, its internal record-keeping requirements).

6.3.    Notwithstanding the foregoing, Confidential Information shall not include any information to the extent it:  (a) is or becomes part of the public domain through no act or omission on the part of the receiving party; (b) was possessed by the receiving party prior to the date of this Agreement without an obligation of confidentiality; (c) is disclosed to the receiving party by a third party having no obligation of confidentiality with respect thereto; or (d) is required to be disclosed pursuant to law, court order, subpoena or governmental authority, provided the receiving party notifies the disclosing party thereof and provides the disclosing party a reasonable opportunity to contest or limit such required disclosure.

## 7.   Privacy

7.1.    **Disclosure of Customer or Driver Information**. Subject to applicable law and regulation, Uber may, but shall not be required to, provide to Customer, a Driver, a User, an insurance company and/or relevant authorities and/or regulatory agencies any information (including personal information (*e.g.*, information obtained about a Driver through any background check) and any Uber Data) about Customer, a Driver, or any Transportation Services provided hereunder if:  (a) there is a complaint, dispute or conflict, including an accident, between Customer or a Driver on the one hand and a User on the other hand; (b) it is necessary to enforce the terms of this Agreement; (c) it is required, in Uber's or any Affiliate's sole discretion, by applicable law or regulatory requirements (*e.g.*, Uber or its Affiliate receives a subpoena, warrant, or other legal process for information); (d) it is necessary, in Uber's or any Affiliate's sole discretion, to (1) protect the safety, rights, property or security of Uber or its Affiliates, the Uber Services or any third party; (2) protect the safety of the public for any reason including the facilitation of insurance claims related to the Uber Services; (3) detect, prevent or otherwise address fraud, security or technical issues; and/or (4) prevent or stop activity Uber or its Affiliates, in their sole discretion, may consider to be, or to pose a risk of being, an illegal, unethical, or legally actionable activity); or (e) it is required or necessary, in Uber's or any of its Affiliate's sole

**CONFIDENTIAL**

UBER 000025

**CONFIDENTIAL**

discretion, for insurance or other purposes related to Customer's or any Driver's ability to qualify, or remain qualified, to use the Uber Services. Customer understands that Uber may retain and its Drivers' personal data for legal, regulatory, safety and other necessary purposes after this Agreement is terminated.

7.2.    Uber and its Affiliates may collect personal data from Customer or a Driver during the course of Customer's or such Driver's application for, and use of, the Uber Services, or obtain information about Customer or any Drivers from third parties. Such information may be stored, processed, transferred, and accessed by Uber and its Affiliates,  third parties and service providers, for business purposes, including for marketing, lead generation, service development and improvement, analytics, industry and market research, and such other purposes consistent with Uber's and its Affiliates' legitimate business needs. Customer (or Driver, through the Driver Addendum) expressly consents to such use of personal data.

8.   **Insurance**

8.1.    Customer agrees to maintain during the term of this Agreement on all Vehicles operated by Customer or its Drivers commercial automobile liability insurance that provides protection against bodily injury and property damage to third parties at levels of coverage that satisfy all applicable laws in the Territory. This coverage must also include any no-fault coverage required by law in the Territory that may not be waived by an insured. Customer agrees to provide Uber and its Affiliates a copy of the insurance policy, policy declarations, proof of insurance identification card and proof of premium payment for the insurance policy required in this Section 8.1 upon request. Furthermore, Customer must provide Uber with written notice of cancellation of any insurance policy required by Uber. Uber shall have no right to control Customer's selection or maintenance of Customer's policy.

8.2.    Customer agrees to maintain during the term of this Agreement commercial general liability insurance that provides protection against personal injury, advertising injury and property damage to third parties at levels of coverage required by all applicable laws in the Territory.

8.3.    **Customer agrees to maintain during the term of this Agreement workers' compensation insurance for itself and any of its subcontractors as required by all applicable laws in the Territory. If permitted by applicable law, Customer may choose to insure itself against industrial injuries by maintaining occupational accident insurance in place of workers' compensation insurance. Customer's subcontractors may also, to the extent permitted by applicable law, maintain occupational accident insurance in place of workers' compensation insurance.  Furthermore, if permitted by applicable law, Customer may choose not to insure itself against industrial injuries at all, but does so at its own risk.**

8.4.    Customer shall add Uber (or any Affiliate which may be designated by Uber from time to time) to Customer's insurance policies required in Sections 8.1 and 8.2 above as an additional insured, and shall, upon Uber's request, provide Uber with a copy of such insurance certificate(s) within seven (7) days of such request.

9.   **Representations and Warranties; Disclaimers**

9.1.    **By Customer**. Customer hereby represents and warrants that:  (a) it has full power and authority to enter into this Agreement and perform its obligations hereunder; (b) it is duly organized, validly existing and in good standing under the laws of the jurisdiction of its origin; (c) it has not entered into, and during the term will not enter into, any agreement that would prevent it from complying with this Agreement; (d) it will comply with all applicable laws in its performance of

UBER 000026

**CONFIDENTIAL**

this Agreement, including holding and complying with all permits, licenses, registrations and other governmental authorizations necessary to provide (i) Transportation Services using the Drivers and Vehicles pursuant to this Agreement, and (ii) passenger transportation services to third parties in the Territory generally; and (e) it shall require all Drivers to comply with the Driver Addendum, the applicable terms and conditions set forth in this Agreement and all applicable laws.

9.2.   **Disclaimer of Warranties**.  UBER PROVIDES, AND CUSTOMER ACCEPTS, THE UBER SERVICES, DRIVER APP AND THE UBER DEVICES ON AN "AS IS" AND "AS AVAILABLE" BASIS. UBER DOES NOT REPRESENT, WARRANT OR GUARANTEE THAT CUSTOMER'S OR ANY DRIVER'S ACCESS TO OR USE OF THE UBER SERVICES, DRIVER APP OR THE UBER DEVICES:  (A) WILL BE UNINTERRUPTED OR ERROR FREE; OR (B) WILL RESULT IN ANY REQUESTS FOR TRANSPORTATION SERVICES. UBER FUNCTIONS AS AN ON-DEMAND LEAD GENERATION AND RELATED SERVICE ONLY AND MAKES NO REPRESENTATIONS, WARRANTIES OR GUARANTEES AS TO THE ACTIONS OR INACTIONS OF THE USERS WHO MAY REQUEST OR RECEIVE TRANSPORTATION SERVICES FROM CUSTOMER OR ANY DRIVER HEREUNDER, AND UBER DOES NOT SCREEN OR OTHERWISE EVALUATE USERS. BY USING THE UBER SERVICES AND DRIVER APP, CUSTOMER ACKNOWLEDGES AND AGREES THAT CUSTOMER OR A DRIVER MAY BE INTRODUCED TO A THIRD PARTY THAT MAY POSE HARM OR RISK TO CUSTOMER, A DRIVER OR OTHER THIRD PARTIES. CUSTOMER AND DRIVERS ARE ADVISED TO TAKE REASONABLE PRECAUTIONS WITH RESPECT TO INTERACTIONS WITH THIRD PARTIES ENCOUNTERED IN CONNECTION WITH THE USE OF THE UBER SERVICES OR DRIVER APP. NOTWITHSTANDING UBER'S APPOINTMENT AS THE LIMITED PAYMENT COLLECTION AGENT OF CUSTOMER FOR THE PURPOSE OF ACCEPTING PAYMENT FROM USERS ON BEHALF OF CUSTOMER AS SET FORTH IN SECTION 4 ABOVE, UBER EXPRESSLY DISCLAIMS ALL LIABILITY FOR ANY ACT OR OMISSION OF CUSTOMER, ANY USER OR OTHER THIRD PARTY.

9.3.   **No Service Guarantee**. UBER DOES NOT GUARANTEE THE AVAILABILITY OR UPTIME OF THE UBER SERVICES OR DRIVER APP. CUSTOMER ACKNOWLEDGES AND AGREES THAT THE UBER SERVICES OR DRIVER APP MAY BE UNAVAILABLE AT ANY TIME AND FOR ANY REASON (*e.g.*, DUE TO SCHEDULED MAINTENANCE OR NETWORK FAILURE). FURTHER, THE UBER SERVICES OR DRIVER APP MAY BE SUBJECT TO LIMITATIONS, DELAYS, AND OTHER PROBLEMS INHERENT IN THE USE OF THE INTERNET AND ELECTRONIC COMMUNICATIONS, AND UBER IS NOT RESPONSIBLE FOR ANY DELAYS, DELIVERY FAILURES, OR OTHER DAMAGES, LIABILITIES OR LOSSES RESULTING FROM SUCH PROBLEMS.

10. **Indemnification**

10.1.   Customer shall indemnify, defend (at Uber's option) and hold harmless Uber and its Affiliates and their respective officers, directors, employees, agents, successors and assigns from and against any and all liabilities, expenses (including legal fees), damages, penalties, fines, social security contributions and taxes arising out of or related to:  (a) Customer's breach of its representations, warranties or obligations under this Agreement; or (b) a claim by a third party (including Users, regulators and governmental authorities) directly or indirectly related to Customer's provision of Transportation Services or use of the Uber Services. This indemnification provision shall not apply to Customer's or any Drivers' breach of any representations regarding their status as independent contractors.

10.2.   As between Customer and Uber, Customer is and shall be solely responsible for its Drivers' provision of Transportation Services. As such, Customer shall indemnify, defend (at Uber's option) and hold harmless Uber and its Affiliates and their respective officers, directors, employees, agents, successors and assigns from and against any and all liabilities, expenses

**CONFIDENTIAL**

UBER 000027

**CONFIDENTIAL**

(including legal fees), damages, penalties, fines, social contributions and taxes directly or indirectly arising out of or related to its Drivers' provision of Transportation Services or use of the Uber Services.

11. **Limits of Liability**. UBER AND ITS AFFILIATES SHALL NOT BE LIABLE UNDER OR RELATED TO THIS AGREEMENT FOR ANY OF THE FOLLOWING, WHETHER BASED ON CONTRACT, TORT OR ANY OTHER LEGAL THEORY, EVEN IF A PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES:  (i) ANY INCIDENTAL, PUNITIVE, SPECIAL, EXEMPLARY, CONSEQUENTIAL, OR OTHER INDIRECT DAMAGES OF ANY TYPE OR KIND; OR (ii) CUSTOMER'S OR ANY THIRD PARTY'S PROPERTY DAMAGE, OR LOSS OR INACCURACY OF DATA, OR LOSS OF BUSINESS, REVENUE, PROFITS, USE OR OTHER ECONOMIC ADVANTAGE. EXCEPT FOR UBER'S OBLIGATIONS TO PAY AMOUNTS DUE TO CUSTOMER PURSUANT TO SECTION 4 ABOVE, BUT SUBJECT TO ANY LIMITATIONS OR OTHER PROVISIONS CONTAINED IN THIS AGREEMENT WHICH ARE APPLICABLE THERETO, IN NO EVENT SHALL THE LIABILITY OF UBER OR ITS AFFILIATES UNDER THIS AGREEMENT EXCEED THE AMOUNT OF SERVICE FEES ACTUALLY PAID TO OR DUE TO UBER HEREUNDER IN THE SIX (6) MONTH PERIOD IMMEDIATELY PRECEDING THE EVENT GIVING RISE TO SUCH CLAIM.

12. **Term and Termination**

12.1. **Term**. This Agreement shall commence on the date accepted by Customer and shall continue until terminated as set forth herein.

12.2. **Termination**. Either party may terminate this Agreement:  (a) without cause at any time upon seven (7) days prior written notice to the other party; (b) immediately, without notice, for the other party's material breach of this Agreement; or (c) immediately, without notice, in the event of the insolvency or bankruptcy of the other party, or upon the other party's filing or submission of request for suspension of payment (or similar action or event) against the terminating party. In addition, Uber may terminate this Agreement or deactivate Customer or a particular Driver immediately, without notice, with respect to Customer and/or any Driver in the event Customer and/or any Driver, as applicable, no longer qualifies, under applicable law or the standards and policies of Uber, to provide Transportation Services or to operate the Vehicle, or as otherwise set forth in this Agreement.

12.3. **Effect of Termination**. Upon termination of the Agreement, Customer and all Drivers, as applicable, shall:  (a) promptly return to Uber all Uber Devices; and (b) immediately delete and fully remove the Driver App from any applicable Driver-Provided Devices. Outstanding payment obligations and Sections 1, 2.3, 2.5, 2.6.3, 4.7, 4.8, 5.3, 6, 7, 9, 10, 11, 12.3, 13, 14 and 15 shall survive the termination of this Agreement.

13. **Relationship of the Parties**

13.1. **Except as otherwise expressly provided herein with respect to Uber acting as the limited payment collection agent solely for the purpose of collecting payment from Users on behalf of Customer, the relationship between the parties under this Agreement is solely that of independent contracting parties. The parties expressly agree that:  (a) this Agreement is not an employment agreement, nor does it create an employment relationship, between Uber and Customer or Uber and any Driver; and (b) no joint venture, partnership, or agency relationship exists between Uber and Customer or Uber and any Driver.**

13.2. Customer has no authority to bind Uber and undertakes not to hold itself out, and to ensure that each Driver does not hold himself or herself out, as an employee, agent or authorized

**CONFIDENTIAL**

UBER 000028

**CONFIDENTIAL**

representative of Uber or its Affiliates. Where, by implication of mandatory law or otherwise, Customer or any Driver may be deemed an agent or representative of Uber, Customer undertakes and agrees to indemnify, defend (at Uber's option) and hold Uber and its Affiliates harmless from and against any claims by any person or entity based on such implied agency or representative relationship.

14. **Miscellaneous Terms**

14.1.   **Modification**. In the event Uber modifies the terms and conditions of this Agreement or Driver Addendum at any time, such modifications shall be binding on Customer only upon Customer's acceptance of the modified Agreement and/or Driver Addendum.  Uber reserves the right to modify any information referenced at hyperlinks from this Agreement from time to time. Customer hereby acknowledges and agrees that, by using the Uber Services, or downloading, installing or using the Driver App, Customer is bound by any future amendments and additions to information referenced at hyperlinks herein, or documents incorporated herein, including with respect to Fare Calculations.  Continued use of the Uber Services or Driver App after any such changes shall constitute Customer's consent to such changes. Unless changes are made to the arbitration provisions herein, Customer agrees that modification of this Agreement does not create a renewed opportunity to opt out of arbitration.

14.2.   **Supplemental Terms**. Supplemental terms may apply to Customer's and Driver's use of the Uber Services, such as use policies or terms related to certain features and functionality, which may be modified from time to time ("*Supplemental Terms*"). Customer may be presented with certain Supplemental Terms from time to time. Supplemental Terms are in addition to, and shall be deemed a part of, this Agreement. Supplemental Terms shall prevail over this Agreement in the event of a conflict.

14.3.   **Severability**. If any provision of this Agreement is or becomes invalid or non-binding, the parties shall remain bound by all other provisions hereof. In that event, the parties shall replace the invalid or non-binding provision with provisions that are valid and binding and that have, to the greatest extent possible, a similar effect as the invalid or non-binding provision, given the contents and purpose of this Agreement.

14.4.   **Assignment**. Neither party shall assign or transfer this Agreement or any of its rights or obligations hereunder, in whole or in part, without the prior written consent of the other party; provided that Uber may assign or transfer this Agreement or any or all of its rights or obligations under this Agreement from time to time without consent:  (a) to an Affiliate; or (b) to an acquirer of all or substantially all of Uber's business, equity or assets.

14.5.   **Entire Agreement**. This Agreement, including all Supplemental Terms, constitutes the entire agreement and understanding of the parties with respect to its subject matter and replaces and supersedes all prior or contemporaneous agreements or undertakings regarding such subject matter. In this Agreement, the words "including" and "include" mean "including, but not limited to." The recitals form a part of this Agreement.

14.6.   **No Third Party Beneficiaries**. There are no third party beneficiaries to this Agreement, except as expressly set forth in the Arbitration Provision in Section 15.3. Nothing contained in this Agreement is intended to or shall be interpreted to create any third party beneficiary claims.

14.7.   **Notices**. Any notice delivered by Uber to Customer under this Agreement will be delivered by email to the email address associated with Customer's account or by posting on the Customer portal available on the Uber Services. Any notice delivered by Customer to Uber under this

**CONFIDENTIAL**

UBER 000029

**CONFIDENTIAL**

Agreement will be delivered by contacting Uber at http://partners.uber.com in the "Contact Us" section. Additional Territory-specific notices may be required from time to time.

15. **Governing Law; Arbitration**

15.1   The choice of law provisions contained in this Section 15.1 do not apply to the arbitration clause contained in Section 15.3, such arbitration clause being governed by the Federal Arbitration Act. Accordingly, and except as otherwise stated in Section 15.3, the interpretation of this Agreement shall be governed by California law, without regard to the choice or conflicts of law provisions of any jurisdiction. Any disputes, actions, claims or causes of action arising out of or in connection with this Agreement or the Uber Services that are not subject to the arbitration clause contained in this Section 15.3 shall be subject to the exclusive jurisdiction of the state and federal courts located in the City and County of San Francisco, California. However, neither the choice of law provision regarding the interpretation of this Agreement nor the forum selection provision is intended to create any other substantive right to non-Californians to assert claims under California law whether that be by statute, common law, or otherwise. These provisions, and except as otherwise provided in Section 15.3, are only intended to specify the use of California law to interpret this Agreement and the forum for disputes asserting a breach of this Agreement, and these provisions shall not be interpreted as generally extending California law to Customer if Customer does not otherwise operate its business in California. The foregoing choice of law and forum selection provisions do not apply to the arbitration clause in Section 15.3 or to any arbitrable disputes as defined therein. Instead, as described in Section 15.3, the Federal Arbitration Act shall apply to any such dispute. The failure of Uber to enforce any right or provision in this Agreement shall not constitute a waiver of such right or provision unless acknowledged and agreed to by Uber in writing.

15.2   Other than disputes regarding the intellectual property rights of the parties and other claims identified in Section 15.3.ii, any disputes, actions, claims or causes of action arising out of or in connection with this Agreement or the Uber Services shall be subject to arbitration pursuant to Section 15.3.

**15.3   Arbitration.**

Important Note Regarding this Section 15.3:

- Except as provided below, arbitration does not limit or affect the legal claims you may bring against Uber.  Agreeing to arbitration only affects where any such claims may be brought and how they will be resolved.

- Arbitration is a process of private dispute resolution that does not involve the civil courts, a civil judge, or a jury.  Instead, the parties' dispute is decided by a private arbitrator selected by the parties using the process set forth herein.  Other arbitration rules and procedures are also set forth herein.

- Unless the law requires otherwise, as determined by the Arbitrator based upon the circumstances presented, you will be required to split the cost of any arbitration with Uber.

**CONFIDENTIAL**

UBER 000030

**CONFIDENTIAL**

- IMPORTANT: This Arbitration Provision will require you to resolve any claim that you may have against Uber on an individual basis, except as provided below, pursuant to the terms of the Agreement unless you choose to opt out of the Arbitration Provision.  Except as provided below, this provision will preclude you from bringing any class, collective, or representative action (other than actions under the Private Attorneys General Act of 2004 ("PAGA"), California Labor Code § 2698 *et seq.* ("PAGA")) against Uber, and also precludes you from participating in or recovering relief under any current or future class, collective, or representative (non-PAGA) action brought against Uber by someone else.

  o ***Cases have been filed against Uber and may be filed in the future involving claims by users of Uber Services and Software, including by drivers.  You should assume that there are now, and may be in the future, lawsuits against Uber alleging class, collective, and/or representative (non-PAGA) claims on your behalf, including but not limited to claims for tips, reimbursement of expenses, and employment status.  Such claims, if successful, could result in some monetary recovery to you.*** *(THESE CASES NOW INCLUDE, FOR EXAMPLE, YUCESOY ET AL. V. UBER TECHNOLOGIES, INC., ET AL., CASE NO. 3:15-CV-00262 (NORTHERN DISTRICT OF CALIFORNIA);  IN RE UBER FCRA LITIGATION, CASE NO. 14-CV-05200-EMC (NORTHERN DISTRICT OF CALIFORNIA); AND O'CONNOR  V. UBER TECHNOLOGIES, INC., ET AL., CASE NO. CV 13-03826-EMC (NORTHERN DISTRICT OF CALIFORNIA). The contact information for counsel in the O'Connor matter is as follows: Shannon Liss-Riordan, Lichten & Liss-Riordan, P.C., 100 Cambridge Street, 20th Floor, Boston, MA 02114, Telephone: (617) 994-5800, Fax: (617) 994-5801, email: sliss@llrlaw.com.)*

  o **The mere existence of such class, collective, and/or representative lawsuits, however, does not mean that such lawsuits will ultimately succeed.  But if you do agree to arbitration with Uber, you are agreeing in advance, except as otherwise provided, that you will not participate in and,**

**CONFIDENTIAL**

UBER 000031

**CONFIDENTIAL**

> **therefore, will not seek to recover monetary or other relief under any such class, collective, and/or representative (non-PAGA) lawsuit.**
>
> o  **However, as discussed above and except as provided below, if you agree to arbitration, you will not be precluded from bringing your claims against Uber in an individual arbitration proceeding. If successful on such claims, you could be awarded money or other relief by an arbitrator (subject to splitting the cost of arbitration as mentioned above).**

**WHETHER TO AGREE TO ARBITRATION IS AN IMPORTANT BUSINESS DECISION. IT IS YOUR DECISION TO MAKE, AND YOU SHOULD NOT RELY SOLELY UPON THE INFORMATION PROVIDED IN THIS AGREEMENT AS IT IS NOT INTENDED TO CONTAIN A COMPLETE EXPLANATION OF THE CONSEQUENCES OF ARBITRATION.  YOU SHOULD TAKE REASONABLE STEPS TO CONDUCT FURTHER RESEARCH AND TO CONSULT WITH OTHERS — INCLUDING BUT NOT LIMITED TO AN ATTORNEY — REGARDING THE CONSEQUENCES OF YOUR DECISION, JUST AS YOU WOULD WHEN MAKING ANY OTHER IMPORTANT BUSINESS OR LIFE DECISION.**

      i.   <u>How This Arbitration Provision Applies</u>.

This Arbitration Provision is governed by the Federal Arbitration Act, 9 U.S.C. § 1 et seq. (the "FAA") and evidences a transaction involving interstate commerce.  This Arbitration Provision applies to any dispute arising out of or related to this Agreement or termination of the Agreement and survives after the Agreement terminates.  Nothing contained in this Arbitration Provision shall be construed to prevent or excuse You from utilizing any informal procedure for resolution of complaints established in this Agreement (if any), and this Arbitration Provision is not intended to be a substitute for the utilization of such procedures.

**Except as it otherwise provides, this Arbitration Provision is intended to apply to the resolution of disputes that otherwise would be resolved in a court of law or before any forum other than arbitration, with the exception of proceedings that must be exhausted under applicable law before pursuing a claim in a court of law or in any forum other than arbitration. Except as it otherwise provides, this Arbitration Provision requires all such disputes to be resolved only by an arbitrator through final and binding arbitration on an individual basis only and not by way of court or jury trial, or by way of class, collective, or representative (non-PAGA) action.**

Except as provided in Section 15.3(v), below, regarding the Class Action Waiver, such disputes include without limitation disputes arising out of or relating to interpretation or application of this Arbitration Provision, including the enforceability, revocability or validity of the Arbitration

UBER 000032

**CONFIDENTIAL**

Provision or any portion of the Arbitration Provision.  All such matters shall be decided by an Arbitrator and not by a court or judge. However, as set forth below, the preceding sentences shall not apply to disputes relating to the interpretation or application of the Class Action Waiver or PAGA Waiver below, including their enforceability, revocability or validity.

Except as it otherwise provides, this Arbitration Provision also applies, without limitation, to all disputes between You and Uber, as well as all disputes between You and Uber's fiduciaries, administrators, affiliates, subsidiaries, parents, and all successors and assigns of any of them, including but not limited to any disputes arising out of or related to this Agreement and disputes arising out of or related to Your relationship with Uber, including termination of the relationship.  This Arbitration Provision also applies, without limitation, to disputes regarding any city, county, state or federal wage-hour law, trade secrets, unfair competition, compensation, breaks and rest periods, expense reimbursement, termination, harassment and claims arising under the Uniform Trade Secrets Act, Civil Rights Act of 1964, Americans With Disabilities Act, Age Discrimination in Employment Act, Family Medical Leave Act, Fair Labor Standards Act, Employee Retirement Income Security Act (except for individual claims for employee benefits under any benefit plan sponsored by Uber and covered by the Employee Retirement Income Security Act of 1974 or funded by insurance), Genetic Information Non-Discrimination Act, and state statutes, if any, addressing the same or similar subject matters, and all other similar federal and state statutory and common law claims.

This Agreement is intended to require arbitration of every claim or dispute that lawfully can be arbitrated, except for those claims and disputes which by the terms of this Agreement are expressly excluded from the Arbitration Provision.

Uber Technologies, Inc. is an intended, third party beneficiary of this Agreement.

ii.     <u>Limitations On How This Agreement Applies</u>.

The disputes and claims set forth below shall not be subject to arbitration and the requirement to arbitrate set forth in Section 15.3 of this Agreement shall not apply:

A representative action brought on behalf of others under the Private Attorneys General Act of 2004 ("PAGA"), California Labor Code § 2698 *et seq.*, to the extent waiver of such a claim is deemed unenforceable by a court of competent jurisdiction;

Claims for workers compensation, state disability insurance and unemployment insurance benefits;

Regardless of any other terms of this Agreement, nothing prevents you from making a report to or filing a claim or charge with the Equal Employment Opportunity Commission, U.S. Department of Labor, Securities Exchange Commission, National Labor Relations Board, or Office of Federal Contract Compliance Programs, and nothing in this Agreement or Arbitration Provision prevents the investigation by a government agency of any report, claim or charge otherwise covered by this Arbitration Provision.  Nothing in this Arbitration Provision shall be deemed to preclude or excuse a party from bringing an administrative claim before any agency in order to fulfill the party's obligation to exhaust administrative remedies before making a claim in arbitration;

**CONFIDENTIAL**

UBER 000033

**CONFIDENTIAL**

Disputes that may not be subject to a predispute arbitration agreement pursuant to applicable Federal law or Executive Order are excluded from the coverage of this Arbitration Provision;

Disputes regarding the Intellectual Property Rights of the parties;

This Arbitration Provision shall not be construed to require the arbitration of any claims against a contractor that may not be the subject of a mandatory arbitration agreement as provided by section 8116 of the Department of Defense ("DoD") Appropriations Act for Fiscal Year 2010 (Pub. L. 111-118), section 8102 of the Department of Defense ("DoD") Appropriations Act for Fiscal Year 2011 (Pub. L. 112-10, Division A), and their implementing regulations, or any successor DoD appropriations act addressing the arbitrability of claims.

    iii.    <u>Selecting The Arbitrator and Location of the Arbitration</u>.

The Arbitrator shall be selected by mutual agreement of Uber and You.  Unless You and Uber mutually agree otherwise, the Arbitrator shall be an attorney licensed to practice in the location where the arbitration proceeding will be conducted or a retired federal or state judicial officer who presided in the jurisdiction where the arbitration will be conducted.  If the Parties cannot agree on an Arbitrator, then an arbitrator will be selected using the alternate strike method from a list of five (5) neutral arbitrators provided by JAMS (Judicial Arbitration & Mediation Services).  You will have the option of making the first strike.  If a JAMS arbitrator is used, then the JAMS Streamlined Arbitration Rules & Procedures rules will apply; however, if there is a conflict between the JAMS Rules and this Agreement, this Agreement shall govern.  Those rules are available here:

http://www.jamsadr.com/rules-streamlined-arbitration/

The location of the arbitration proceeding shall be no more than 45 miles from the place where You last provided transportation services under this Agreement, unless each party to the arbitration agrees in writing otherwise.

    iv.    <u>Starting The Arbitration</u>.

All claims in arbitration are subject to the same statutes of limitation that would apply in court. The party bringing the claim must demand arbitration in writing and deliver the written demand by hand or first class mail to the other party within the applicable statute of limitations period. The demand for arbitration shall include identification of the Parties, a statement of the legal and factual basis of the claim(s), and a specification of the remedy sought. Any demand for arbitration made to Uber shall be provided to General Counsel, Uber Technologies, Inc., 1455 Market St., Ste. 400, San Francisco CA 94103.  The Arbitrator shall resolve all disputes regarding the timeliness or propriety of the demand for arbitration.  A party may apply to a court of competent jurisdiction for temporary or preliminary injunctive relief in connection with an arbitrable controversy, but only upon the ground that the award to which that party may be entitled may be rendered ineffectual without such provisional relief.

**CONFIDENTIAL**

UBER 000034

**CONFIDENTIAL**

    v.   <u>How Arbitration Proceedings Are Conducted</u>.

In arbitration, the Parties will have the right to conduct adequate civil discovery, bring dispositive motions, and present witnesses and evidence as needed to present their cases and defenses, and any disputes in this regard shall be resolved by the Arbitrator.

**You and Uber agree to resolve any dispute that is in arbitration on an individual basis only, and not on a class or collective action basis ("Class Action Waiver"). The Arbitrator shall have no authority to consider or resolve any claim or issue any relief on any basis other than an individual basis. The Arbitrator shall have no authority to consider or resolve any claim or issue any relief on a class, collective, or representative basis.** Notwithstanding any other provision of this Agreement, the Arbitration Provision or the JAMS Streamlined Arbitration Rules & Procedures, disputes regarding the enforceability, revocability or validity of the Class Action Waiver may be resolved only by a civil court of competent jurisdiction and not by an arbitrator. In any case in which (1) the dispute is filed as a class, collective, or representative action and (2) there is a final judicial determination that all or part of the Class Action Waiver is unenforceable, the class, collective, and/or representative action to that extent must be litigated in a civil court of competent jurisdiction, but the portion of the Class Action Waiver that is enforceable shall be enforced in arbitration.

While Uber will not take any retaliatory action in response to any exercise of rights You may have under Section 7 of the National Labor Relations Act, if any, Uber shall not be precluded from moving to enforce its rights under the FAA to compel arbitration on the terms and conditions set forth in this Agreement.

**<u>Private Attorneys General Act</u>.**

Notwithstanding any other provision of this Agreement or the Arbitration Provision, to the extent permitted by law, (1) **You and Uber agree not to bring a representative action on behalf of others under the Private Attorneys General Act of 2004 ("PAGA"), California Labor Code § 2698 et seq., in any court or in arbitration**, and (2) for any claim brought on a private attorney general basis—i.e., where you are seeking to pursue a claim on behalf of a government entity—both you and Uber agree that any such dispute shall be resolved in arbitration on an individual basis only (i.e., to resolve whether you have personally been aggrieved or subject to any violations of law), and that such an action may not be used to resolve the claims or rights of other individuals in a single or collective proceeding (i.e., to resolve whether other individuals have been aggrieved or subject to any violations of law) ("PAGA Waiver"). Notwithstanding any other provision of this Agreement or the Arbitration Provision, the validity of the PAGA Waiver may be resolved only by a civil court of competent jurisdiction and not by an arbitrator. If any provision of the PAGA Waiver is found to be unenforceable or unlawful for any reason, (1) the unenforceable provision shall be severed from this Agreement; (2) severance of the unenforceable provision shall have no impact whatsoever on the Arbitration Provision or the Parties' attempt to arbitrate any remaining claims on an individual basis pursuant to the Arbitration Provision; and (3) any representative action brought under PAGA on behalf of others must be litigated in a civil court of competent jurisdiction and not in arbitration. To the extent that there are any claims to be litigated in a civil court of competent jurisdiction because a civil court of competent jurisdiction determines that the PAGA Waiver is unenforceable with respect

**CONFIDENTIAL**

**CONFIDENTIAL**

to those claims, the Parties agree that litigation of those claims shall be stayed pending the outcome of any individual claims in arbitration.

vi.      <u>Paying For The Arbitration</u>.

Each party will pay the fees for his, her or its own attorneys, subject to any remedies to which that party may later be entitled under applicable law (i.e., a party prevails on a claim that provides for the award of reasonable attorney fees to the prevailing party).  In all cases where required by law, Uber will pay the Arbitrator's and arbitration fees. If under applicable law Uber is not required to pay all of the Arbitrator's and/or arbitration fees, such fee(s) will be apportioned equally between the Parties or as otherwise required by applicable law. However, You will not be required to bear any type of fee or expense that You would not be required to bear if You had filed the action in a court of law. Any disputes in that regard will be resolved by the Arbitrator as soon as practicable after the Arbitrator is selected, and Uber shall bear all of the Arbitrator's and arbitration fees until such time as the Arbitrator resolves any such dispute.

vii.     <u>The Arbitration Hearing And Award</u>.

The Parties will arbitrate their dispute before the Arbitrator, who shall confer with the Parties regarding the conduct of the hearing and resolve any disputes the Parties may have in that regard.  Within 30 days of the close of the arbitration hearing, or within a longer period of time as agreed to by the Parties or as ordered by the Arbitrator, any party will have the right to prepare, serve on the other party and file with the Arbitrator a brief.  The Arbitrator may award any party any remedy to which that party is entitled under applicable law, but such remedies shall be limited to those that would be available to a party in his or her individual capacity in a court of law for the claims presented to and decided by the Arbitrator, and no remedies that otherwise would be available to an individual in a court of law will be forfeited by virtue of this Arbitration Provision.  The Arbitrator will issue a decision or award in writing, stating the essential findings of fact and conclusions of law.  A court of competent jurisdiction shall have the authority to enter a judgment upon the award made pursuant to the arbitration.  The Arbitrator shall not have the power to commit errors of law or legal reasoning, and the award may be vacated or corrected on appeal to a court of competent jurisdiction for any such error.

**viii.     <u>Your Right To Opt Out Of Arbitration</u>.**

**Arbitration is not a mandatory condition of your contractual relationship with Uber.  If You do not want to be subject to this Arbitration Provision, You may opt out of this Arbitration Provision by notifying Uber in writing of Your desire to opt out of this Arbitration Provision, which writing must be dated, signed and delivered by electronic mail to <u>optout@uber.com</u>, by U.S. Mail, or by any nationally recognized delivery service (*e.g*, UPS, Federal Express, etc.), or by hand delivery to:**

**General Counsel
Uber Technologies, Inc.
1455 Market St., Ste. 400
San Francisco CA 94103**

**CONFIDENTIAL**

UBER 000036

**CONFIDENTIAL**

**In order to be effective, the writing must clearly indicate Your intent to opt out of this Arbitration Provision and the envelope containing the signed writing must be received (if delivered by hand) or post-marked within 30 days of the date this Agreement is executed by You.  Your writing opting out of this Arbitration Provision will be filed with a copy of this Agreement and maintained by Uber.  Should You not opt out of this Arbitration Provision within the 30-day period, You and Uber shall be bound by the terms of this Arbitration Provision.  You have the right to consult with counsel of Your choice concerning this Arbitration Provision.  You understand that You will not be subject to retaliation if You exercise Your right to assert claims or opt-out of coverage under this Arbitration Provision.**

ix.   <u>Full And Complete Agreement Related To Formal Resolution Of Disputes; Enforcement Of This Agreement</u>.

This Arbitration Provision is the full and complete agreement relating to the formal resolution of disputes arising out of this Agreement.  Except as stated in subsection v, above, in the event any portion of this Arbitration Provision is deemed unenforceable, the remainder of this Arbitration Provision will be enforceable.

By clicking "I accept", Customer expressly acknowledge that Customer has read, understood, and taken steps to thoughtfully consider the consequences of this Agreement, that Customer agrees to be bound by the terms and conditions of the Agreement, and that Customer is legally competent to enter into this Agreement with Uber.

**CONFIDENTIAL**

UBER 000037

**CONFIDENTIAL**

**DRIVER ADDENDUM TO TECHNOLOGY SERVICES AGREEMENT**

Last update: December 11, 2015

This Driver Addendum to Technology Services Agreement ("*Addendum*") constitutes a legal agreement between an independent company in the business of providing transportation services ("*Transportation Company*") and an independent, for-hire transportation provider ("*Driver*" or "*You*").

Driver currently maintains a contractual or employment arrangement with Transportation Company to perform passenger carriage services for Transportation Company.

Transportation Company and Uber or one of its Affiliates ("*Uber*") have separately entered into a Technology Services Agreement (*"Agreement"*) in order for Transportation Company to access the Uber Services (as defined below).

In addition to the transportation services it regularly performs pursuant to his or her contractual arrangement with Transportation Company, Driver is interested in receiving lead generation and related services through the Uber Services. Transportation Company and Driver desire to enter into this Addendum to define the terms and conditions under which Driver may receive such lead generation and related services.

In order to use the Uber Services, Driver and Transportation Company must agree to the terms and conditions that are set forth below. Upon Driver's execution (electronic or otherwise) of this Addendum, Driver and Transportation Company shall be bound by the terms and conditions set forth herein.

**IMPORTANT: PLEASE REVIEW THE DISPUTE RESOLUTION PROVISION SET FORTH BELOW IN SECTION 7 CAREFULLY, AS IT WILL REQUIRE YOU TO RESOLVE DISPUTES WITH UBER ON AN INDIVIDUAL BASIS, EXCEPT AS PROVIDED IN SECTION 15.3 OF THE AGREEMENT, THROUGH FINAL AND BINDING ARBITRATION UNLESS YOU CHOOSE TO OPT OUT OF THE PROVISION.  BY VIRTUE OF YOUR ELECTRONIC EXECUTION OF THIS ADDENDUM, YOU WILL BE ACKNOWLEDGING THAT YOU HAVE READ AND UNDERSTOOD ALL OF THE TERMS OF THIS ADDENDUM (INCLUDING SECTION 7) AND OF THE AGREEMENT BETWEEN UBER AND THE TRANSPORTATION COMPANY WITH WHICH YOU ARE UNDER CONTRACT (INCLUDING ITS SECTION 15.3), AS THAT AGREEMENT IS INCORPORATED BY REFERENCE INTO THE ADDENDUM.  IF YOU DO NOT WISH TO BE SUBJECT TO ARBITRATION, YOU MAY OPT OUT OF THE DISPUTE RESOLUTION PROVISION BY FOLLOWING THE INSTRUCTIONS PROVIDED IN SECTION 7 BELOW.**

1. **Definitions**.

1.1.    "*Affiliate*" means an entity that, directly or indirectly, controls, is under the control of, or is under common control with a party, where control means having more than fifty

**CONFIDENTIAL**

UBER 000038

**CONFIDENTIAL**

percent (50%) of the voting stock or other ownership interest or the majority of the voting rights of such entity.

1.2. "*Device*" means an Uber Device or Driver-Provided Device, as the case may be.

1.3. "*Driver App*" means Uber's mobile application that enables transportation providers to access the Uber Services for the purpose of seeking, receiving and fulfilling on-demand requests for transportation services by Users, as may be updated or modified by Uber at its discretion from time to time.

1.4. "*Driver ID*" means the identification and password key assigned by Uber to a Driver that enables a Driver to use and access the Driver App.

1.5. "*Driver-Provided Device*" means a mobile device owned or controlled by Transportation Company or a Driver:  (a) that meets the then-current Uber specifications for mobile devices as set forth at www.uber.com/byod-devices; and (b) on which the Driver App has been installed as authorized by Uber for the purpose of providing Transportation Services.

1.6. "*Territory*" means the city or metro areas in the United States in which Transportation Company and its Drivers are enabled by the Driver App to receive requests for Transportation Services.

1.7. "*Transportation Services*" means the provision of passenger transportation services to Users via the Uber Services in the Territory by Transportation Company and its Drivers using the Vehicles.

1.8. "*Uber Data*" means all data related to the access and use of the Uber Services hereunder, including all data related to Users (including User Information), all data related to the provision of Transportation Services via the Uber Services and the Driver App, and the Driver ID.

1.9. "*Uber Device*" means a mobile device owned or controlled by Uber that is provided to Transportation Company or a Driver for the sole purpose of such Driver using the Driver App to provide Transportation Services.

1.10. "*Uber Services*" mean Uber's on-demand lead generation and related services that enable transportation providers to seek, receive and fulfill on-demand requests for transportation services by Users seeking transportation services; such Uber Services include Uber's software, websites, payment services, and related support services systems, as may be updated or modified by Uber at its discretion from time to time.

1.11. "*User*" means an end user authorized by Uber to use Uber's mobile application for the purpose of obtaining Transportation Services.

1.12. "*User Information*" means information about a User made available to Transportation Company or a Driver in connection with such User's request for and use of Transportation Services, which may include the User's name, pick-up location, contact information and photo.

1.13. "*Vehicle*" means any vehicle of Transportation Company that:  (a) meets the then-current Uber requirements for a vehicle on the Uber Services; and (b) Uber authorizes for use by a Driver for the purpose of providing Transportation Services on behalf of Transportation Company.

**CONFIDENTIAL**

UBER 000039

**CONFIDENTIAL**

2.   **Use of the Uber Services**.

2.1.      **Driver IDs**. Driver will be issued a Driver ID for providing Transportation Services to enable Driver to access and use the Driver App on a Device in accordance with this Addendum. If Driver has not fulfilled a request for Transportation Services using the Driver App at least once a month, their Driver ID may be deactivated. Driver will maintain his or her Driver ID in confidence and not share it with any third party, and will immediately notify Transportation Company of any actual or suspected breach or improper use or disclosure of the Driver ID or the Driver App.

2.2.      **Provision of Transportation Services**.  When the Driver App is active, User requests for Transportation Services may appear to Driver via the Driver App if Driver is available and in the vicinity of the User. If Driver accepts a User's request for Transportation Services, the Uber Services will provide certain User information to Driver via the Driver App, including the User's first name and pickup location. In order to enhance User satisfaction with the Uber mobile application and Driver's Transportation Services, it is recommended, but not required, that Driver wait at least ten (10) minutes for a User to show up at the requested pick-up location. Driver will obtain the destination from the User, either in person upon pickup or from the Driver App if the User elects to enter such destination via Uber's mobile application. Driver acknowledges and agrees that once he or she has accepted a User's request for Transportation Services, the Uber Services may provide certain information about Driver to the User, including Driver's first name, contact information, Transportation Company entity name, photo and location, and Driver's Vehicle make and license plate number. Driver shall not contact Users or use any User's personal data for any reason other than for the purposes of fulfilling Transportation Services. Driver agrees that his or her contact and/or insurance information may be released to a User upon such User's reasonable request. Driver may not, unless specifically consented to by a User, transport or allow inside any Vehicle individuals other than a User and any individuals authorized by such User during the performance of Transportation Services for such User. Driver shall transport all Users directly to their specified destination, as directed by the applicable User, without unauthorized interruption or unauthorized stops.  Driver understands and agrees that he or she has a legal obligation under the Americans with Disabilities Act and similar state laws to transport Users with Service Animals (as defined by applicable state and federal law), including guide dogs for the blind and visually impaired Users, and there is no exception to this obligation for allergies or religious objections. Driver's knowing failure to transport a User with a Service Animal shall constitute a material breach of this Agreement. Driver agrees that a "knowing failure" to comply with this legal obligation shall constitute either: (1) a denial of a ride where the Driver states the denial was due to a Service Animal; or (2) there is more than one (1) instance in which a User or the companion of a User alleges that the Driver cancelled or refused a ride on the basis of a Service Animal.

2.3.      **Driver's Relationship With Uber**.  Uber does not, and shall not be deemed to, direct or control Driver generally or in Driver's performance of Transportation Services or maintenance of any Vehicles. Driver acknowledges that Uber does not control, or purport to control:  (a) when, where, or for how long Driver will utilize the Driver App or the Uber Services; or (b) Driver's decision, via the Driver App, to attempt to accept or to decline or ignore a User's request for Transportation Services, or to cancel an accepted request for

**CONFIDENTIAL**

UBER 000040

**CONFIDENTIAL**

Transportation Services, via the Driver App, subject to Uber's then-current cancellation policies. Driver may be deactivated or otherwise restricted from accessing or using the Driver App or the Uber Services in the event of a violation or alleged violation of this Addendum or Transportation Company's violation or alleged violation of the Agreement, or Driver's or Transportation Company's disparagement of Uber or any of its Affiliates, or Driver's or Transportation Company's act or omission that causes harm to Uber's or any of its Affiliates' brand, reputation or business as determined by Uber in its sole discretion. Driver is not permitted to use or reference in any manner Uber's, its Affiliates', or their respective licensors' company names, logos, product and service names, trademarks, service marks or other indicia of ownership, alone or in combination with other letters, punctuation, words, symbols and/or designs (the "*UBER Marks and Names*"). Driver will not try to register or otherwise claim ownership in any of the UBER Marks and Names, alone or in combination with other letters, punctuation, words, symbols and/or designs or in any confusingly similar mark or name.

2.4.    **Ratings**.

    2.4.1. Driver agrees that:  (a) after receiving Transportation Services, a User will be prompted by Uber's mobile application to provide a rating of such Transportation Services and Driver and, optionally, to provide comments or feedback about such Transportation Services and Driver; and (b) after providing Transportation Services, Driver will be prompted by the Driver App to provide a rating of the User and, optionally, to provide comments or feedback about the User. Driver shall provide ratings and feedback in good faith.

    2.4.2. In order to continue to receive access to the Driver App and the Uber Services, Driver acknowledges that he or she must maintain an average rating by Users that exceeds the minimum average acceptable rating established by Uber for the Territory, as may be updated from time to time by Uber in its sole discretion ("*Minimum Average Rating*"). Driver's average rating is intended to reflect Users' satisfaction with the Driver's Transportation Service rather than any such Driver's compliance with any of Uber's policies or recommendations. In the event Driver's average rating falls below the Minimum Average Rating, Driver may be provided a limited period of time to raise his or her average rating above the Minimum Average Rating. Driver agrees that if Driver does not increase his or her average rating above the Minimum Average Rating within the time period allowed (if any), Uber may deactivate such Driver's access to the Driver App and the Uber Services. Driver agrees that repeated failure to accept User requests for Transportation Services while Driver is logged in to the Driver App creates a negative experience for Users of Uber's mobile application. Accordingly, Driver agrees that if they are logged in to the Driver App, they will strive to accept a substantial portion of User requests for Transportation Services, and that if they do not wish to accept User requests for Transportation Services for a period of time, they will log off of the Driver App.

    2.4.3. Uber and its Affiliates reserve the right to use, share and display Driver and User ratings and comments in any manner in connection with the business of Uber and its Affiliates without attribution to or approval of Driver. Driver acknowledges that Uber and its Affiliates are distributors (without any obligation to verify) and not

**CONFIDENTIAL**

UBER 000041

**CONFIDENTIAL**

publishers of Driver and User ratings and comments, provided that Uber and its Affiliates reserve the right to edit or remove comments in the event that such comments include obscenities or other objectionable content, include an individual's name or other personal information, or violate any privacy laws, other applicable laws or Uber's or its Affiliates' content policies.

2.5.  **Devices**.  If Driver receives any Uber Device(s), Driver acknowledges that such Device(s): (a) are only to be used for the purposes of enabling Driver's access to the Uber Services; and (b) may not be transferred, loaned, sold or otherwise provided in any manner to any other party. If Driver elects to use any Driver-Provided Device(s), Driver acknowledges that Uber is not responsible for the acquisition, cost or maintenance of any such Driver-Provided Device(s) or any necessary wireless data plan. Uber shall make available the Driver App for installation on such Driver-Provided Devices. Driver agrees to not provide, distribute or share, or enable the provision, distribution or sharing of, the Driver App (or any data associated therewith) with any third party. Driver will delete and fully remove the Driver App from the Driver-Provided Device in the event that Transportation Company and/or Driver ceases to provide Transportation Services using the Driver-Provided Device. Driver agrees that:  (i) use of the Driver App on a Driver-Provided Device requires an active data plan with a wireless carrier associated with the Driver-Provided Device, which data plan will be provided by either Transportation Company or Driver at their own expense; and (ii) use of the Driver App on a Driver-Provided Device as an interface with the Uber Services may consume very large amounts of data through the data plan. **UBER ADVISES THAT DRIVER-PROVIDED DEVICES ONLY BE USED UNDER A DATA PLAN WITH UNLIMITED OR VERY HIGH DATA USAGE LIMITS, AND UBER SHALL NOT BE RESPONSIBLE OR LIABLE FOR ANY FEES, COSTS, OR OVERAGE CHARGES ASSOCIATED WITH ANY DATA PLAN.**

2.6.  **Location Based Services**. Driver acknowledges and agrees that his or her geo-location information must be provided to the Uber Services via a Device in order to provide Transportation Services. Driver acknowledges and agrees that:  (a) his or her geo-location information may be obtained by the Uber Services while the Driver App is running; and (b) the approximate location of the his or her Vehicle will be displayed to the User before and during the provision of Transportation Services to such User. In addition, Uber and its Affiliates may monitor, track and share with third parties Driver's geo-location information obtained by the Driver App and Device for safety and security purposes.

3.  **Driver Requirements**. Driver agrees that he or she shall will at all times:  (a) hold and maintain (i) a valid driver's license with the appropriate level of certification to operate the Vehicle assigned to them, and (ii) all licenses, permits, approvals and authority necessary to provide passenger transportation services to third parties in the Territory; (b) possess the appropriate and current level of training, expertise and experience to provide Transportation Services in a professional manner with due skill, care and diligence; and (c) maintain high standards of professionalism, service and courtesy. Driver agrees that he or she may be subject to certain background and driving record checks from time to time in order to qualify to provide, and remain eligible to provide, Transportation Services. Driver may be deactivated from or otherwise restricted from accessing or using the Driver App or the Uber Services if Driver fails to meet the requirements set forth in this Driver Addendum or if Transportation Provider fails to meet the requirements set forth in the Agreement.

UBER 000042

**CONFIDENTIAL**

4.  **Modification**. From time to time, Driver may be required to enter into updated versions of this Addendum in order to continue to have access to the Driver App and the Uber Services.

5.  **Privacy**.  Subject to all applicable laws, Uber may provide to a third party any information (including personal data and any Uber Data) about Driver provided under the Agreement if:  (a) there is a complaint, dispute or conflict, including an accident, between Driver and a User; (b) it is necessary to enforce the terms of the Agreement; (c) it is required, in Uber's or any Affiliate's sole discretion, by applicable law or regulation; (d) it is necessary, in Uber's or any Affiliate's sole discretion, to protect the safety, rights, property or security of Uber, the Uber Services or any third party; to detect, prevent or otherwise address fraud, security or technical issues; and/or to prevent or stop activity which Uber or any of its Affiliates, in their sole discretion, consider to be, or to pose a risk of being, illegal, unethical or legally actionable; or (e) it is required or necessary, in Uber's or any Affiliate's sole discretion, for insurance or other purposes related to Driver's ability to qualify, or remain qualified, to use the Uber Services. Driver understands that Uber may retain Driver's personal data for legal, regulatory, safety and other necessary purposes after this Agreement is terminated. Uber processes personal data (including that referenced in Section 2.6 above) in accordance with its privacy policy located at www.uber.com/legal/privacy/users/en.

    5.1.  Information provided by Driver and collected about Driver may be transferred or accessed by Uber and its Affiliates around the world, including in jurisdictions that may have less protective privacy laws than Customer's country. Uber and its Affiliates located in the U.S. abide by the Safe Harbor frameworks set forth by the U.S. Department of Commerce regarding the collection, use, and retention of personal information collected by organizations in the European Economic Area and Switzerland. Driver expressly consents to Uber's use of location-based services and Driver expressly waives and releases Uber and its Affiliates from any and all liability, claims, causes of action or damages arising from Driver's use of the Uber Services, or in any way relating to the use of the geo-location and other location-based services.

    5.2.  Uber and its Affiliates may collect personal data from Driver during the course of Driver's application for, and use of, the Uber Services, which information may be stored, processed, and accessed by Uber and its Affiliates for business purposes, including for marketing, lead generation, service development and improvement, analytics, industry and market research, and such other purposes consistent with Uber's and its Affiliates' legitimate business needs. Driver expressly consents to such use of personal data.

6.  **Insurance**.  Driver represents and agrees that he or she holds or is otherwise covered by a valid policy of liability insurance (in industry-standard coverage amounts) with respect to Driver's operation of the Vehicle(s) under this Addendum.

7.  **Dispute resolution**.  Except as otherwise provided in Section 15.3 of the Agreement, Driver agrees that any dispute, claim or controversy arising out of or relating to this Addendum, or the breach, termination, enforcement, interpretation or validity thereof, or performance of transportation services pursuant to the Technology Services Agreement, including, but not limited to the use of the Service or Software and disputes between You and Uber, as well as all disputes between You and Uber's fiduciaries, administrators, affiliates, subsidiaries, parents, and all successors and assigns of any of them, will be settled by binding arbitration in accordance with the terms set forth in Section 15.3 of the Agreement. The parties expressly

**CONFIDENTIAL**

UBER 000043

**CONFIDENTIAL**

agree that Uber is an intended third-party beneficiary of this dispute resolution provision. Upon any change to the Agreement or this Addendum, Uber shall provide written notice of such change(s) to Transportation Company, whose obligation it will be to inform Driver. Such changes shall be binding on Driver only upon Driver's acceptance of the modified Agreement and/or Addendum. Driver's continued use of the Uber Services and/or Software after such change(s) shall constitute agreement to any such change(s).

7.1. **Driver's agreement to arbitrate any claims against Uber is not a mandatory condition of Driver's ability to receive trip requests through the Uber Services.  If Driver does not want to be subject to this dispute resolution provision, Driver may opt out of the provision by notifying Uber in writing of Driver's desire to opt out of this provision, either by (1) sending, within 30 days of the date this agreement is executed by Driver, electronic mail to** [optout@uber.com](mailto:optout@uber.com)**, stating Driver's name and intent to opt out of this Arbitration Provision or (2) by sending a letter by U.S. Mail, by any nationally recognized delivery service (*e.g*, UPS, Federal Express, etc.), or by hand delivery to:**

**General Counsel**
**Uber Technologies, Inc.**
**1455 Market St., Ste. 400**
**San Francisco, CA 94103**

**In order to be effective, the letter under option (2) must clearly indicate Driver's intent to opt out of this Arbitration Provision, and must be dated and signed.  The envelope containing the letter must be received (if delivered by hand) or post-marked within 30 days of the date this agreement is executed by Driver.  Driver has the right to consult with counsel of Driver's choice concerning this dispute resolution provision.  Driver understands that Driver will not be subject to retaliation for exercising Driver's right to assert claims or opt-out of coverage under this dispute resolution provision.**

8. **Third Party Beneficiaries**.  The parties acknowledge that Uber is a third party beneficiary to this Addendum. Uber will have the irrevocable right (and will be deemed to have accepted the right unless this is rejected promptly after receipt of a copy of the executed Addendum) to enforce the Addendum against Transportation Company and Driver as a third party beneficiary thereof. Except as expressly set forth in Section 7, there are no other third party beneficiaries to this Addendum.

By clicking "I accept" or signing below (as such may be required by applicable law), Driver expressly acknowledges that he or she:  (i) has read and understood this Addendum; (ii) has had the opportunity to consult with others (including an attorney) regarding this Addendum; (iii) agrees to be bound by the terms and conditions of this Addendum; and (iv) is legally competent to enter into this Addendum.


Driver Signature:

Name:

Date:


**CONFIDENTIAL**

UBER 000044

**CONFIDENTIAL**

**Uber USA LLC Technology Services Agreement Addendum: UberBLACK and UberSUV Eligibility – NEW YORK**

Dated: January 3, 2017

You entered into an agreement ("*Agreement*") with Uber USA, LLC or one of its affiliated entities ("*Company*") for your use of certain software and other services. This is an addendum to that agreement, and it sets forth additional terms and conditions that are applicable in the region in which you provide transportation services. By clicking "Yes, I agree," you agree to be bound by the additional terms below. Capitalized terms used herein but not defined shall have the meanings set forth in the Agreement.

1. **Qualifying vehicles for UberBLACK / UberSUV for all partners.**

    1.1.   If you wish to receive transportation requests through the UberBLACK or UberSUV products, you must operate a qualifying vehicle and meet the criteria for initial and ongoing eligibility set forth below. Information regarding the kinds of vehicles that currently qualify for UberBLACK and UberSUV (including the make, model, year and other specifications for the vehicles) can be accessed here. Company reserves the right to modify this listing with respect to the kinds of vehicles that qualify for UberBLACK and UberSUV from time to time.  You acknowledge and agree that by continuing to use the Uber Services, or downloading, installing or using the Driver App after such modifications are made, you agree to and are bound by the modifications. Company agrees to provide at least 30-day notice in advance of the effective date for any such modifications.

2. **Initial / ongoing eligibility for UberBLACK / UberSUV for partners first activated on or after November 3, 2016**.

    2.1.   **Initial eligibility**. If you wish to receive transportation requests through the UberBLACK or UberSUV products, you must, in addition to operating a qualifying vehicle and satisfying all other prerequisites for receiving such requests, first (i) complete 100 trips on the uberX and/or uberPOOL products; and (ii) maintain an average rating by riders of 4.80 or above over the course of these trips. If you do not qualify for these products after your first 100 trips, you will have a renewed opportunity to become eligible every 50 trips thereafter, provided your average rating by riders is 4.80 or above. The rating needed to establish eligibility if you do not qualify after your first 100 trips will be based on the average rating you receive from riders over the course of your 500 most recent rated trips (or the total number of rated trips you have completed if you have completed fewer than 500).

    2.2.   **Ongoing eligibility and re-qualification**. If after becoming eligible to use the UberBLACK and/or UberSUV products through the process described above,

1

**CONFIDENTIAL**

UBER 000045

**CONFIDENTIAL**

your average rating falls below 4.80, as measured after every 50 trips you complete, you will no longer be eligible to receive transportation requests through UberBLACK or UberSUV. You will have a renewed opportunity to re-qualify for these products every 50 trips following your loss of eligibility, provided your average rating by riders is 4.80 or above. The rating needed to maintain and re-establish eligibility under this section will be based on the average rating you receive from riders over the course of your 500 most recent rated trips (or the total number of rated trips you have completed if you have completed fewer than 500).

3.  **Initial / ongoing eligibility for UberBLACK / UberSUV for partners first activated before November 3, 2016**.

    3.1.  **Initial eligibility**. If you wish to receive transportation requests through the UberBLACK or UberSUV products, you will have until January 4, 2017 to establish an average rating by riders of 4.80 or above, during which time you will continue to be eligible to receive transportation requests through UberBLACK and UberSUV if you operate a qualifying vehicle and have met all other prerequisites for receiving such requests. If you have an average rating below 4.80 on January 4, 2017, you will only be eligible to receive transportation requests through the uberX and uberPOOL products, and you will not be eligible to receive transportation requests through UberBLACK or UberSUV. You will have a renewed opportunity to become eligible for these products after every 50 trips you complete, provided your average rating by riders is 4.80 or above. The rating needed to establish eligibility under this section will be based on the average rating you receive from riders over the course of your 500 most recent rated trips (or the total number of rated trips you have completed if you have completed fewer than 500).

    3.2.  **Ongoing eligibility and re-qualification**. If after becoming eligible to use the UberBLACK and/or UberSUV products on January 4, 2017 or thereafter, your average rating falls below 4.80, as measured after every 50 trips you complete, you will no longer be eligible to receive transportation requests through UberBLACK or UberSUV. You will have a renewed opportunity to re-qualify for these products every 50 trips following your loss of eligibility, provided your average rating by riders is 4.80 or above. The rating needed to maintain and re-establish eligibility under this section will be based on the average rating you receive from riders over the course of your 500 most recent rated trips (or the total number of rated trips you have completed if you have completed fewer than 500).

2

**CONFIDENTIAL**

UBER 000046

**CONFIDENTIAL**

# Service Animal Acknowledgement

**Last Update:** February 10, 2017

By clicking "Yes, I Agree," you acknowledge and understand that, in order to access the Uber App, you will be obligated to transport passengers with Service Animals in accordance with all applicable federal, state, and local laws and Uber's Service Animal Policy. There are no exceptions for allergies or religious objections.

UBER 000047

**CONFIDENTIAL**

**UBER USA, LLC**

**ADDENDUM**

Last update: May 22, 2017

You entered into a Technology Services Agreement with Uber USA, LLC ("***Uber***", "***we***" or "***us***") for the use of the Uber Services in connection with your Transportation Services (as amended, the "***Agreement***"). This is an addendum to that Agreement that updates fare and payment terms and replaces Section 4 (Financial Terms) of the Agreement in its entirety. By clicking "Yes, I agree", you agree to be bound by the additional terms below.  You will further procure that Drivers who have signed the Driver Addendum with you shall agree to observe the matters in this Addendum and appoint us as your agent to publish any updates to the Driver Addendum via an in-app push.

Capitalized terms used herein but not defined shall have the meanings ascribed to them in the Agreement, and, for the purposes of this addendum, "**Ride**" shall have the same meaning as "Transportation Services", and **"Rider"** shall have the same meaning as "User". Except where modified above, the remainder of the Agreement shall remain unchanged. This addendum replaces and supersedes any "Service Fee Addendum" or "Service Fee Schedule" that you have previously agreed to.

**Section 4 of the Agreement is replaced in its entirety with the following:**

**4.   Financial Terms**

**4.1   Fares**. You are entitled to a Fare for each Ride that you provide, where "***Fare***" is a base fare amount plus actual distance and/or time amounts (or as required by applicable law), provided that distance and/or time amounts may be predetermined in certain situations, such as for flat rate and minimum fare trips, or estimated where GPS information for that trip is unavailable. Fares vary by region (detailed at partners.uber.com), may vary depending on local supply and demand, and may also be adjusted in our discretion based on local market factors. We will provide you with notice of any change to any base fare or applicable distance and/or time amounts, as well as flat rate and minimum trip fares, and by continuing to use the Uber Services, you are deemed to accept these changes. The Fare does not include gratuity. Additionally, even though we often separately advertise and market the Uber Services and other products and services generally (including discounts or promotions to Riders that reduce what they ultimately pay for a Ride), this does not entitle you to any additional payment.

Unless we indicate to you otherwise, for each Ride, the Rider will pay an amount that includes the Fare, applicable Tolls, applicable fees retained by us, and applicable taxes and surcharges, as well as the Service Fee described in Paragraph 4.4 below (collectively, the "***Rider Payment***"). You appoint us as your disclosed limited payment collection agent solely to accept the Rider Payment from Riders via the Uber Services' payment processing functionality, and the Rider Payment to us (acting as your agent) is treated the same as if that Rider paid you directly for that Ride. The Rider Payment is the only payment that will be made to you by a Rider for a particular Ride. By accepting a Ride, you indicate your agreement to charge the Rider Payment at the amount recommended by us as your agent. The Fare portion of the Rider Payment shall operate as a default, but following completion of

**CONFIDENTIAL**

UBER 000048

**CONFIDENTIAL**

a Ride you are entitled to request to charge a lower Fare, and we will consider these requests in good faith. Your Fares and applicable Tolls will be remitted to you on at least a weekly basis. If you have agreed to any other amounts being deducted from your Fares with any party (such as vehicle financing or lease payments, or mobile device charges), those amounts will be deducted before remittance to you, and we may determine the order of these other deductions if allowed by law.

If reasonable, we may adjust a particular Rider Payment (including the Fare portion) for reasons such as inefficient routes, failure to properly end a Ride or technical error on our Services. In more serious situations, such as fraud, charges for Rides that did not take place or Rider complaints, we may cancel or refund a Rider Payment entirely (including the Fare portion). If a Rider cancels their Ride prior to your arrival at the pick-up location, we may charge that Rider a cancellation fee on your behalf, and in this case the cancellation fee will be treated the same as a Rider Payment for completed Rides.

**4.2  Receipts**. The Uber Services provide you with a system for delivering receipts to your Riders. At the end of a Ride, the receipt will be electronically delivered to your Rider on your behalf. It includes a breakdown of amounts charged and certain information about you and that Ride (including your details and the route taken). If you think a correction should be made to the amounts charged, you should let us know in writing within 15 business days after the Ride took place or we will have no further responsibility and you waive your right to later dispute the amounts charged.

**4.3  Taxes**. You are required to follow applicable law regarding your tax registration, calculation and remittance obligations for your and your Drivers' Rides and provide us with all relevant tax information. You are responsible for taxes on your own income (and that of your Drivers). Based on applicable tax or regulatory considerations, we may choose in our reasonable discretion to collect and remit taxes applicable to your and your Drivers' Rides, and may provide any of the relevant tax information you or your Drivers have given us directly to the applicable tax authorities on your behalf, your Drivers' behalf or otherwise. For the purpose of this section, references to "tax" includes federal and state income, gross receipts, sales and self-employment taxes, and similar charges.

**4.4  Our Service Fee**. In consideration of your use of the Uber Services, you will pay us a service fee ("***Service Fee***") that is on a per-Ride basis. For each Ride, the Service Fee equals the Rider Payment minus: (a) the Fare; (b) Tolls; (c) any other fees retained by us; and (d) applicable taxes and surcharges. In the event of a Ride where the Fare is greater than the Rider Payment (excluding fees retained by us, and taxes and surcharges), no Service Fee will be charged for that Ride. In such case, any excess amounts that you receive will be shown as an adjustment to your Service Fee(s) (or if necessary, as an adjustment to another payment owed to you).

**4.5  Taxi Services**. Notwithstanding anything to the contrary in Section 4.1 above, if you are providing Taxi Services, the following shall apply: (a) the Fare is calculated pursuant to local taxi regulations in the Territory; (b) you or Driver agrees to enter the exact Fare amount (as indicated by the official taxi meter in the Vehicle) into the Driver App upon completion of a Ride; and (c) in some jurisdictions, Riders will pay you or such Driver directly rather than through Uber's mobile application (Uber will notify you if (c) is applicable in your Territory).

UBER 000049

**CONFIDENTIAL**

**UBER USA, LLC**

**TIPPING ADDENDUM**

Last update:  June 20, 2017

You entered into a Technology Services Agreement with Uber USA, LLC ("***Uber***", "***we***" or "***us***") for the use of the Uber Services in connection with your Transportation Services (as amended, the "***Agreement***"). This is an addendum to that Agreement and sets forth additional terms and conditions that are applicable with respect to your Drivers' who have opted-in to receive gratuities through the Uber Services. To the extent this addendum conflicts with any portion of the Agreement, the terms of this addendum shall control.  Capitalized terms used herein but not defined shall have the meanings ascribed to them in the Agreement, and for the purposes of this addendum, "**Ride**" shall have the same meaning as "Transportation Services" and **"Rider"** shall have the same meaning as "User". Except where modified, the remainder of the Agreement shall remain unchanged. By clicking "Yes, I agree", you agree to be bound by the additional terms below. You will further agree that Drivers who have signed the Driver Addendum with you shall agree to observe the matters in this addendum and appoint us as your agent to publish any updates to the Driver Addendum via an in-app push.

You and your Drivers have the option to receive gratuities from Riders through the Uber Services. Any such gratuities are provided at the sole discretion of a Rider, and we do not guarantee that you or your Drivers will receive gratuities from Riders. Gratuities payable to your Drivers will be remitted to you on at least a weekly basis in accordance with the Agreement. We will also provide you with a complete accounting of the gratuity amounts received by each Driver. **Gratuities paid to Drivers through the Uber Service are the property of the Driver. You agree to remit all gratuities directly to the Driver to whom they are owed without any deductions whatsoever.** Notwithstanding the foregoing, where allowed by applicable law, you may enter into a separate written agreement with your Drivers regarding use of their gratuities and any deductions thereto.

In some cases, you or your Drivers may have entered into separate agreements with us to pay for products or services (*e.g.*, vehicle finance payments, vehicle rental or lease payments, mobile device usage charges, etc.) that allow us or one of our business partners to auto-deduct from Fares and other amounts (e.g. Tolls, taxes, fees, etc.) that you may be entitled to receive for Rides (collectively, along with gratuities, "***Customer Funds***"). You expressly agree that we and/or our business partners may continue to deduct any amounts owed from Customer Funds in accordance with those agreements (for clarity, including from any gratuities received). Also, your obligation to remit all gratuities to your Drivers applies even if the amounts you have earned during the applicable payment period are not enough to cover those gratuities. Lastly, you also agree that your Customer Funds (for clarity,including any gratuities) may be used to satisfy a court order of garnishment against you.

**CONFIDENTIAL**

UBER 000050

**CONFIDENTIAL**

**DISCLAIMER:** This addendum is being sent to all parties using the Uber driver application.  It is only applicable to those who are contracted with Uber as noted below. Please note that not all drivers are eligible to use Instant Pay.

UBER USA, LLC

INSTANT PAY ADDENDUM
Last update: February 27, 2018

Company ("*you*") entered into the Technology Services Agreement with Uber ("*we*" or "*us*") for the use of the Uber Services in connection with your provision of Transportation Services (as amended, the "*Agreement*"). This addendum (the "*Addendum*") to that Agreement sets forth additional terms and conditions that are applicable if you choose to utilize Instant Pay. Capitalized terms used herein but not defined shall have the meanings ascribed to them in the Agreement. By clicking "Yes, I agree", you agree to be bound by the additional terms below.

**Additional Payment Terms**

Eligibility.  You must have a valid and active debit card issued in your name in order to use Instant Pay.  Your ability to use Instant Pay is dependent upon your debit card's acceptance of fast funds; not all debit cards are eligible to accept fast funds, and the card's issuing bank may choose at any time to disable the acceptance of fast funds or enable restrictions. Certain partners may not be eligible for Instant Pay, including vehicle solutions partners, drivers who are members of a fleet, Taxi partners, and those who are subject to wage garnishments.

Availability of Instant Pay. We are not able to ensure that all payments are deposited instantly. The speed at which you receive will depend on your bank and other factors.  Also, if your bank rejects a payment, or it fails in our system, the entire amount available for cashout  in your account will be routed to your regular bank account at vault.uber.com, and you will receive the payment typically 1-3 business days later.  Any funds not cashed out by 4AM (Local time) on Mondays, or the time we identify, which may be subject to change, will be routed to your regular bank account at vault.uber.com. If you do not have access to Instant Pay, we will continue to pay you weekly via direct deposit provided we have your correct banking information.

We are not responsible for any fees from your bank in association with your use of Instant Pay. We reserve the right to block access to Instant Pay at any time for any reason, including for improper use of the Uber Services, account investigation or deactivation, or further review of trips completed.

Third-Party Provider. The Instant Pay functionality is facilitated by a third-party provider of payments services.  By using Instant Pay, you are subject to any additional terms and conditions for payment imposed by the third-party provider, which we recommend you review.

**CONFIDENTIAL**

UBER 000051

CONFIDENTIAL

**UBER USA, LLC**
**DRIVER PAYMENTS ADDENDUM – NEW YORK**

Last update: January 24, 2019

You entered into an agreement ("Agreement") with Uber USA, LLC ("Uber", "we" or "us") or one of its affiliated entities ("Company") for your use of certain software and other services. This is an addendum to that agreement and sets forth additional terms and conditions that are applicable in the region in which you provide transportation services. By clicking "Yes, I agree", you agree to be bound by the additional terms below. Capitalized terms used herein but not defined shall have the meanings set forth in the Agreement.

Capitalized terms used herein but not defined shall have the meanings ascribed to them in the Agreement, and, for the purposes of this addendum, "Ride" shall have the same meaning as "Transportation Services", and "Rider" shall have the same meaning as "User".

Except where modified, the remainder of the Agreement shall remain unchanged. This addendum replaces and supersedes any "Service Fee Addendum" or "Service Fee Schedule" that you have previously agreed to.

**Financial Terms**

**1. Fares.** For all product offerings, fares are posted and updated online ("City Page").

1.1. <u>All Cities</u>. https://www.uber.com/cities
1.2. <u>New York</u>. https://www.uber.com/cities/new-york

1.3 <u>Payments.</u> You are entitled to a Fare for each Ride that you provide, where "Fare" is a base fare amount plus actual distance and/or time amounts (or as required by applicable law), provided that distance and/or time amounts may be predetermined in certain situations, such as for flat rate and minimum fare trips, or estimated where GPS information for that trip is unavailable. You are further entitled to any Fares, payments, fees, or records as defined and/or required by applicable law. Fares vary by region (detailed at partners.uber.com), may vary depending on local supply and demand, and may also be adjusted in our discretion based on local market factors. We will provide you with notice of any change to any base fare or applicable distance and/or time amounts, as well as flat rate and minimum trip fares, and by continuing to use the Uber Services, you are deemed to accept these changes. The Fare does not include gratuity. Additionally, even though we often separately advertise and market the Uber Services and other products and services generally (including discounts or promotions to Riders that reduce what they ultimately pay for a Ride), unless required by applicable law, this does not entitle you to any additional payment.

Unless we indicate to you otherwise, for each Ride, the Rider will pay an amount that includes the Fare, applicable Tolls, applicable fees retained by us, and applicable taxes and surcharges, as well as the Service Fee described in Paragraph 4.4 of the Agreement (collectively, the "Rider Payment"). You appoint us as your disclosed limited payment collection agent solely to accept the Rider Payment from Riders via the Uber Services' payment processing functionality, and the Rider Payment to us (acting as your agent) is treated the same as if that Rider paid you directly for that Ride. The Rider Payment is the only payment that will be made to you by a Rider for a particular Ride. By accepting a Ride, you indicate your agreement to charge the Rider Payment at the amount recommended by us as your agent. The Fare portion of the Rider Payment shall operate as a default, but following completion of a Ride you are entitled to request to charge a lower Fare, and we will consider these requests in good faith. Your Fares

CONFIDENTIAL

UBER 000052

**CONFIDENTIAL**

and applicable Tolls will be remitted to you on at least a weekly basis. If you have agreed to any other amounts being deducted from your Fares with any party (such as vehicle financing or lease payments, or mobile device charges), those amounts will be deducted before remittance to you, and we may determine the order of these other deductions if allowed by law. If reasonable, we may adjust a particular Rider Payment (including the Fare portion) for reasons such as inefficient routes, failure to properly end a Ride or technical error on our Services. In more serious situations, such as fraud, charges for Rides that did not take place or Rider complaints, we may cancel or refund a Rider Payment entirely (including the Fare portion). If a Rider cancels a Ride prior to your arrival at the pick-up location, we may charge that Rider a cancellation fee on your behalf, and in this case the cancellation fee will be treated the same as a Rider Payment for completed Rides.

1.4 Receipts. The Uber Services provide you with a system for delivering receipts to your Riders. At the end of a Ride, the receipt will be electronically delivered to your Rider on your behalf. It includes a breakdown of amounts charged and certain information about you and that Ride (including your details and the route taken). If you think a correction should be made to the amounts charged, you should let us know in writing within 15 business days after the Ride took place or we will have no further responsibility and you waive your right to later dispute the amounts charged.

1.5 Taxes. You are required to follow applicable law regarding your tax registration, calculation and remittance obligations for your and your Drivers' Rides and provide us with all relevant tax information. You are responsible for taxes on your own income (and that of your Drivers). Based on applicable tax or regulatory considerations, we may choose in our reasonable discretion to collect and remit taxes applicable to your and your Drivers' Rides, and may provide any of the relevant tax information you or your Drivers have given us directly to the applicable tax authorities on your behalf, your Drivers' behalf or otherwise. For the purpose of this section, references to "tax" includes federal and state income, gross receipts, sales taxes, self-employment taxes, and similar charges.

1.6 Service Fee. In consideration of your use of the Uber Services, you will pay us a service fee ("Service Fee") that is on a per-Ride basis. For each Ride, the Service Fee equals the Rider Payment minus: (a) the Fare; (b) Tolls; (c) any other fees retained by us; and (d) applicable taxes and surcharges. In the event of a Ride where the Fare is greater than the Rider Payment (excluding fees retained by us, and taxes and surcharges), no Service Fee will be charged for that Ride. In such case, any excess amounts that you receive will be shown as an adjustment to your Service Fee(s) (or if necessary, as an adjustment to another payment owed to you).

1.7 Taxi Services. Notwithstanding anything to the contrary in Section 4.1 above, if you are providing Taxi Services, the following shall apply: (a) the Fare is calculated pursuant to local taxi regulations in the Territory; (b) you or Driver agrees to enter the exact Fare amount (as indicated by the official taxi meter in the Vehicle) into the Driver App upon completion of a Ride; and (c) in some jurisdictions, Riders will pay you or such Driver directly rather than through Uber's mobile application (Uber will notify you if (c) is applicable in your Territory).

**2. Trips in other cities**. If requests are accepted in other cities, the Fares and Service Fees for that city will apply for those requests.

UBER 000053