# EXHIBIT FF

# POLICE ACCIDENT REPORT (NYC)
### New York State Department of Motor Vehicles
MV-104AN (7/11)

Page **1** of **4** Pages

**Precinct:** 045
**Accident No.:** MV-2019-045-003069
**Complaint Number:**
☐ AMENDED REPORT

| Accident Date | Day of Week | Military Time | No. of Vehicles | No. Injured | No. Killed | Not Investigated at Scene ☑ Reconstructed ☐ | Left Scene ☐ | Police Photos ☐ Yes ☑ No |
|---|---|---|---|---|---|---|---|---|
| Month 12 Day 5 Year 2019 | THURSDAY | 17:15 | 1 | 1 | 0 | | | |

**VEHICLE 1** | ☐ VEHICLE ☐ BICYCLIST ☑ PEDESTRIAN ☐ OTHER PEDESTRIAN

## VEHICLE 1
- **Driver License ID Number:** [redacted]
- **State of Lic.:** [redacted]
- **Driver Name:** [redacted]
- **Address:** [redacted]
- **Apt. No.:** 2
- **City or Town / State / Zip Code:** [redacted]
- **Date of Birth:** [redacted]  **Sex:** M  **Unlicensed:** ☐  **No. of Occupants:** 1  **Public Property Damaged:** ☐
- **Name—exactly as printed on registration:** AMERICAN UNITED TRANSPORTATION
- **Address:** 1165 OGDEN AVENUE
- **City or Town:** BRONX  **State:** NY
- **Plate Number:** [redacted]  **State of Reg.:** NY  **Vehicle Year & Make:** 2017 TOYOTA  **Vehicle Type:** TAXI  **Ins. Code:** 389

## VEHICLE 2 (Pedestrian)
- **Driver Name:** LINZY, SHAARILLE, L
- **Date of Birth:** [redacted]  **Sex:** F

### VEHICLE 1 DAMAGE CODES
- Box 1 - Point of Impact: 2
- Box 2 - Most Damage: 2
- Enter up to three more Damage Codes: 18, 18, 18

**VEHICLE DAMAGE CODING:**
1-13. SEE DIAGRAM ON RIGHT.
14. UNDERCARRIAGE
15. TRAILER
16. OVERTURNED
17. DEMOLISHED
18. NO DAMAGE
19. OTHER

**ACCIDENT DIAGRAM:** DIAGRAM ATTACHED ON SUBSEQUENT PAGE
**7 HEAD ON**

Cost of repairs to any one vehicle will be more than $1000.
☐ Unknown/Unable to Determine  ☐ Yes  ☑ No

**Place Where Accident Occurred:** ☑ BRONX ☐ KINGS ☐ NEW YORK ☐ QUEENS ☐ RICHMOND
**Road on which accident occurred:** 3681 BRUCKNER BOULEVARD

**Latitude/Northing:** 40.852425
**Longitude/Easting:** -73.82729

**Accident Description/Officer's Notes:** AT TPO DRIVER OF VEHICLE 1 STATES HE WAS DRIVING SOUTH ON BRUCKNER BOULEVARD WHEN PEDESTRIAN 1 DID EMERGE FROM INBETWEEN TWO PARKED BUSSES AND DID WALK INTO TRAFFIC CAUSING VEHICLE ONE TO STRIKE PEDESTRIAN 1. PEDESTRIAN 1 WAS NOT AT A CROSSWALK. AT TPO PEDESTRIAN 1 DID EXIT BUS AND WAS ATTEMPTING TO CROSS STREET TO ENTER A SECOND BUS WHEN SHE WAS STRUCK BY VEHICLE 1. PEDESTRIAN 1 WAS REMOVED TO JACOBI

### ALL INVOLVED

| | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | BY | TO 18 | Names of all involved | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | P | - | - | - | 31 | F | 1 | 12 | 6 | 20Y | 7003 | | LINZY, SHAARILLE, L | |
| B | 1 | 1 | 4 | 1 | 51 | M | - | - | - | - | - | | ALEMAR, JOSE, A | |

**Officer's Rank and Signature:** POM
**Print Name in Full:** STEVEN M MORROW
**Tax ID No.:** 965355
**NCIC No.:** 03030
**Precinct:** 045
**Reviewing Officer:** SGT WILLIAM J MELROSE
**Date/Time Reviewed:** 12/09/2019 06:29

UBER 000001

**PERSONS KILLED OR INJURED IN ACCIDENT** (Letter designation of persons killed or injured must correspond with letter designation on front).

| A Last Name | First | M.I. | Last Name | First | M.I. |
|---|---|---|---|---|---|
| LINZY | SHAARILLE | L | | | |

Address: [redacted]

| Date of Birth | | | Telephone (Area Code) | Date of Birth | | | Telephone (Area Code) |
|---|---|---|---|---|---|---|---|
| Month | Day | Year | ( ) | Month | Day | Year | ( ) |

| Last Name | First | M.I. | Last Name | First | M.I. |
|---|---|---|---|---|---|

Address:

Address:

| Date of Birth | | | Telephone (Area Code) | Date of Birth | | | Telephone (Area Code) |
|---|---|---|---|---|---|---|---|
| Month | Day | Year | ( ) | Month | Day | Year | ( ) |

| Last Name | First | M.I. |
|---|---|---|

Highway Dist. at Scene? ☐ Yes ☑ No
Name:

Address:

| Date of Birth | | | Telephone (Area Code) |
|---|---|---|---|
| Month | Day | Year | ( ) |

Shield No.

**ENTER INSURANCE POLICY NUMBER FROM INSURANCE IDENTIFICATION CARD, EXPIRATION DATE (IN ALL CASES), AND VIN.**

Vehicle No. 1 [redacted]        Vehicle No. _____

Expiration Date 03/01/2020        Expiration Date _____

VIN [redacted]        VIN _____

**WITNESS** (Attach separate sheet, if necessary)

| Name | Address | Phone |
|---|---|---|
| | | |

**DUPLICATE COPY REQUIRED FOR:**

☐ Dept. of Motor Vehicles (if anyone is killed/injured)
☐ Motor Transport Division (P.D. vehicle involved)
☐ NYC Taxi & Limousine Comm. (if a Licensed taxi or limousine involved)
☐ Other City Agency (Specify)
☐ Office of Comptroller (if a City vehicle involved)
☐ Personnel Safety Unit (if a P.D. vehicle involved)
☐ Highway Unit _____

**NOTIFICATIONS:** (Enter name, address, and relationship of friend or relative notified. If aided person is unidentified, list Missing Person Squad member who was notified. In either case, give date and time of notification.)

**PROPERTY DAMAGED** (other than vehicles)        **OWNER OF PROPERTY** (include city agency, where applicable)

**IF NYPD VEHICLE IS INVOLVED:**

| Police Vehicle – Operator's First Name | Last Name | Rank | Shield No. | Tax ID. No. | Command |
|---|---|---|---|---|---|

| Make of Vehicle | Year | Type of Vehicle | Plate No. | Dept. Vehicle No. | Assigned To What Command |
|---|---|---|---|---|---|

Equipment in Use At Time of Accident
☐ Siren ☐ Horn ☐ Turret Light ☐ 4-Way Flasher ☐ High-Level Warning Lights ☐ Traffic Cones ☐ Headlights

**ACTIONS OF POLICE VEHICLE**
☐ Responding to Code Signal        ☐ Complying with Station House Directive
☐ Pursuing Violator        ☐ Routine Patrol
☐ Other (Describe)

MV-104AN (7/11)        UBER 000002 Pages

Page **3** of **4** Pages

New York State Department of Motor Vehicles

# POLICE ACCIDENT REPORT (NYC)
MV-104AN (7/11)

Precinct: **045**

Accident No.: **MV-2019-045-003069**

Complaint Number:

☐ **AMENDED REPORT**

| Accident Date | | | Day of Week | Military Time | No. of Vehicles | No. Injured | No. Killed | Not Investigated at Scene ☑ Reconstructed ☐ | Left Scene ☐ | Police Photos ☐ Yes ☑ No |
|---|---|---|---|---|---|---|---|---|---|---|
| Month 12 | Day 5 | Year 2019 | THURSDAY | 17:15 | 1 | 1 | 0 | | | |

VEHICLE ☐   ☐ VEHICLE ☐ BICYCLIST ☐ PEDESTRIAN ☐ OTHER PEDESTRIAN

**VEHICLE 1 DAMAGE CODES**
- Box 1 - Point of Impact: 1, 2
- Box 2 - Most Damage
- Enter up to three more Damage Codes: 3, 4, 5
- Vehicle Towed By: To

**VEHICLE 2 DAMAGE CODES**
- Box 1 - Point of Impact: 1, 2
- Box 2 - Most Damage
- Enter up to three more Damage Codes: 3, 4, 5
- Vehicle Towed By: To

VEHICLE DAMAGE CODING:
1-13. SEE DIAGRAM ON RIGHT.
14. UNDERCARRIAGE   17. DEMOLISHED
15. TRAILER   18. NO DAMAGE
16. OVERTURNED   19. OTHER

Circle the diagram below that describes the accident, or draw your own diagram in space #9. Number the vehicles.
1. Rear End   3. Left Turn   5. Right Angle   6. Right Turn   7. Head On
2. Sideswipe (same direction)   0. Left Turn   4.   6. Right Turn   8. Sideswipe (opposite)

**ACCIDENT DIAGRAM**

DIAGRAM ATTACHED ON SUBSEQUENT PAGE

7 HEAD ON

9.

Cost of repairs to any one vehicle will be more than $1000.
☐ Unknown/Unable to Determine   ☐ Yes   ☐ No

Reference Marker:

Coordinates (if available):
Latitude/Northing: **40.852425**
Longitude/Easting: **-73.82729**

Place Where Accident Occurred: ☑ BRONX ☐ KINGS ☐ NEW YORK ☐ QUEENS ☐ RICHMOND

Road on which accident occurred: **3681 BRUCKNER BOULEVARD**

at 1) intersecting street ____
or 2) ____ Feet / Miles ☐ N ☐ S ☐ E ☐ W of ____

Accident Description/Officer's Notes: **HOSPITAL BY EMS. DRIVER OF VEHICLE 1 DID RMA ON SCENE. PD DID NOT WITNESS ACCIDENT.**

USE COVER SHEET

P

Officer's Rank and Signature: **POM**
Print Name in Full: **STEVEN M MORROW**
Tax ID No.: **965355**
NCIC No.: **03030**
Precinct: **045**
Post/Sector:
Reviewing Officer: **SGT WILLIAM J MELROSE**
Date/Time Reviewed: **12/09/2019 06:29**

UBER 000003

**PERSONS KILLED OR INJURED IN ACCIDENT** (Letter designation of persons killed or injured must correspond with letter designation on front).

| Last Name | First | M.I. | Last Name | First | M.I. |
|---|---|---|---|---|---|
| Address | | | Address | | |
| Date of Birth (Month/Day/Year) | Telephone (Area Code) | | Date of Birth (Month/Day/Year) | Telephone (Area Code) | |
| Last Name | First | M.I. | Last Name | First | M.I. |
| Address | | | Address | | |
| Date of Birth (Month/Day/Year) | Telephone (Area Code) | | Date of Birth (Month/Day/Year) | Telephone (Area Code) | |
| Last Name | First | M.I. | Highway Dist. at Scene? ☐ Yes ☐ No Name: | | |
| Address | | | | | |
| Date of Birth (Month/Day/Year) | Telephone (Area Code) | | Shield No. | | |

**ENTER INSURANCE POLICY NUMBER FROM INSURANCE IDENTIFICATION CARD, EXPIRATION DATE (IN ALL CASES), AND VIN.**

Vehicle No. _____    Vehicle No. _____

Expiration Date _____    Expiration Date _____

VIN _____    VIN _____

**WITNESS** (Attach separate sheet, if necessary)

| Name | Address | Phone |
|---|---|---|
| | | |
| | | |
| | | |

**DUPLICATE COPY REQUIRED FOR:**

☐ Dept. of Motor Vehicles (if anyone is killed/injured)    ☐ Motor Transport Division (P.D. vehicle involved)    ☐ NYC Taxi & Limousine Comm. (if a Licensed taxi or limousine involved)    ☐ Other City Agency (Specify)

☐ Office of Comptroller (if a City vehicle involved)    ☐ Personnel Safety Unit (if a P.D. vehicle involved)    ☐ Highway Unit _____

**NOTIFICATIONS:** (Enter name, address, and relationship of friend or relative notified. If aided person is unidentified, list Missing Person Squad member who was notified. In either case, give date and time of notification.)

_____

_____

| **PROPERTY DAMAGED** (other than vehicles) | **OWNER OF PROPERTY** (include city agency, where applicable) |
|---|---|
| | |
| | |

**IF NYPD VEHICLE IS INVOLVED:**

| Police Vehicle —Operator's First Name | Last Name | Rank | Shield No. | Tax ID. No. | Command |
|---|---|---|---|---|---|
| Make of Vehicle | Year | Type of Vehicle | Plate No. | Dept. Vehicle No. | Assigned To What Command |

Equipment in Use At Time of Accident
☐ Siren    ☐ Horn    ☐ Turret Light    ☐ 4-Way Flasher    ☐ High-Level Warning Lights    ☐ Traffic Cones    ☐ Headlights

**ACTIONS OF POLICE VEHICLE**

☐ Responding to Code Signal    ☐ Complying with Station House Directive

☐ Pursuing Violator    ☐ Routine Patrol

☐ Other (Describe)

Head On : MV-2019-045-003069
Reporting Officer : POM STEVEN M MORROW
Reviewing Officer : SGT WILLIAM J MELROSE Reviewed Date : 12/09/2019 06:29



Vehicle 1

UBER 000005