

**ROSENBAUM & ROSENBAUM, P.C.**
ATTORNEYS AT LAW

100 Wall Street, 15th Floor    New York, NY 10005    Tel 212.514.5007    Fax 212.514.9178    www.rosenbaumnylaw.com

August 23, 2023

**MEMO ENDORSED**

United States District Judge Edgardo Ramos
U.S. District Court, Southern District
40 Foley Square
New York, New York 10007

          Re:    Linzy v. Uber Technologies, Inc.
                Docket Number: 21-cv-05097
                Our Client: Shaarille Linzy

Honorable Edgardo Ramos,

    We represent Plaintiff, Sharille Linzy, in connection with the above referenced matter. Defendants filed a motion for summary judgement on August 4, 2023. Plaintiff's opposition is currently due August 25, 2023. We are requesting a two-week adjournment to allow us to file our opposition on September 8, 2023 and for Defendants to submit their reply on September 22, 2023. Plaintiff has not previously requested an adjournment for this motion. On August 22, 2023 we reached out to Defense counsel requesting a two week adjournment in which Defense counsel consented as Plaintiff counsel has other substantive motions pending at this moment.

    It is respectfully requested that the Court endorse the above extension.

Respectfully,

Kevin S. Klein, Esq.

CC:

*Via ECF*
COUGHLIN BETKE LLP

---

The request is granted. Linzy shall oppose the motion by September 8, 2023. Defendants shall file their reply by September 22, 2023. SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: August 23, 2023
New York, New York