```
                                              Page 1
 1
 2      UNITES STATE DISTRICT COURT
        SOUTHERN DISTRICT OF NEW YORK
 3      INDEX NO. 1:21-cv-05097-AJN-SDA
        - - - - - - - - - - - - - - - - - - - - - x
 4
        SHAARILLE LINZY,
 5
                            Plaintiff,
 6
                    - against -
 7
        UBER TECHNOLOGIES, INC.,
 8
                            Defendant.
 9      - - - - - - - - - - - - - - - - - - - - - x
10
                            February 21, 2023
11                          10:05 a.m.
12                          Veritext Virtual
13
14
15          DEPOSITION of SHAARILLE LINZY, the Plaintiff in the
16      above-entitled action, taken before Claire Gould, a
17      Professional Shorthand Reporter and Notary Public of the
18      State of New York, pursuant to Federal Rules of Civil
19      Procedure between counsel.
20
21
22                  *       *       *       *
23
24
25
```

Page 2

```
1
2      A P P E A R A N C E S :
3
       ROSENBAUM & ROASENBAUM, P.C.
4      Attorneys for Plaintiff
       100 Wall Street, 15th Floor
5      New York, New York 10005
6      BY:  KEVIN KLEIN, ESQ.
7
8
       COUGHLIN BETKE, LLP
9      Attorneys for Defendant
       1330 Avenue Of The Americas
10     Suite 23A
       New York, New York 10019
11
       BY:  BENJAMIN LEVITES, ESQ.
12
13
14
15
16
17                    *           *           *
18
19
20
21
22
23
24
25
```

Page 3

1

2                   S T I P U L A T I O N S

3               IT IS HEREBY STIPULATED AND AGREED, by and

4       among counsel for the respective parties hereto, that

5       the filing, sealing and certification of the within

6       deposition shall be and the same are hereby waived;

7               IT IS FURTHER STIPULATED AND AGREED  that all

8       objections, except as to form of the question, shall be

9       reserved to the time of the trial;

10              IT IS FURTHER STIPULATED AND AGREED that the within

11      deposition may be signed before any Notary Public with

12      the same force and effect as if signed and sworn to

13      before the Court.

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

1

2          THE COURT REPORTER:   The

3      attorneys participating in this

4      deposition acknowledge that I am not

5      physically present in the deposition

6      room and that I will be reporting this

7      deposition remotely. They further

8      acknowledge that in lieu of an oath

9      administered in person, I will

10     administer the oath remotely.

11          The parties and their counsel

12     consent to this arrangement and waive

13     any objections to this manner of

14     reporting.

15          *        *        *        *

16  S H A A R I L L E   L I N Z Y, after having first been

17  duly sworn by a Notary Public of the State of New York,

18  was examined and testified as follows:

19  EXAMINATION BY

20  MR. LEVITES:

21     Q       Please state your name for the

22  record.

23     A       Shaarille Linzy.

24     Q       What is your present home

25  address?

Page 5

1                    S. Linzy

2        A           100 Casals Place, Apartment

3    26D, Bronx, New York 10475.   C A S A L S.

4                    MR. KLEIN:  Off the record.

5                    (Whereupon, a discussion was

6        held off the record.)

7                    MR. LEVITES:  Counsel, do you

8        agree to the ordinary stipulations?

9                    MR. KLEIN:  I will reserve

10        objections until the time of trial,

11        except as to the form.  Yes.

12                    MR. LEVITES:  And will the

13        witness read and sign?

14                    THE WITNESS:  Yes.

15                    MR. LEVITES:  Okay.  And as to

16        the usual Zoom stipulations, we agree

17        that this remote deposition on Tuesday

18        February 21, 2023 will be taking place

19        remotely and that the witness is

20        swearing her oath remotely and that is

21        acceptable to all the parties.

22                    MR. KLEIN:  Agreed.

23                    THE WITNESS:  Agreed.

24        Q.          Good morning, Miss Linzy.  We

25    met briefly off the record.  My name is

1                    S. Linzy

2    Benjamin Levites.   I represent the

3    Defendant Uber Technologies Inc.   And also

4    present is the court reporter, Miss Gould.

5    And, of course, your attorney, Mr. Klein.

6                    I will be asking you questions

7    concerning your lawsuit against Uber

8    involving an accident on December 5, 2019 at

9    the roadway at or near 3681 Bruckner

10   Boulevard, Bronx, New York, and attorney

11   Klein may as well.

12                   Do you understand that we are

13   here today concerning your lawsuit against

14   Uber concerning your accident on December 5,

15   2019?

16        A.      Yes.

17        Q.      I know you have been deposed

18   previously in this case; is that correct?

19        A.      Yes.

20        Q.      So you are already aware of

21   the rules of how this procedure goes, but

22   I'll try to go through them quickly, so we

23   can get a good transcript in this case.

24                   So the goal is to have a

25   transcript that reads question and answer,

Page 7

1                    S. Linzy

2   question and answer.  Is that okay?

3        A.      Yes.

4        Q.      In actual conversation I

5   appreciate when you anticipate the rest of

6   my question, but because of the nature of

7   today's proceedings I need you to wait

8   until I'm finished asking a question.  And

9   similarly I would like you to let me know

10  if I've begun asking another question

11  before you are done answering.

12                  Is that okay?

13       A.      Yes.

14       Q.      This is extra important,

15  because we are on zoom, do you agree not to

16  use any other cell phones or electronic

17  devices while we are in the deposition

18  except while we are on a break?

19       A.      Yes, I agree.

20       Q.      Thank you.  Do you have any

21  notes or documents with you right now?

22       A.      No.

23       Q.      Do you agree not to refer to

24  any notes or documents other than those we

25  review together?

1                    S. Linzy

2        A.       I agree.

3        Q.       Is there anyone else present

4    with you in the room right now?

5        A.       No.

6        Q.       You have been doing an

7    excellent job so far, but just to remind

8    you, the court reporter can only transcribe

9    verbal answers.  So the transcript won't

10    capture nuances of tone, like un-huh and

11    ah-hah.  Is that okay?

12        A.       Yes.

13        Q.       I may ask a question that is

14    confusing and you can always tell me that

15    you don't understand the question, or you

16    would like me to rephrase it.  But if you

17    do answer the question, it will be

18    understood that you did understand it and

19    were able to answer it.  Is that okay?

20        A.       Yes.

21        Q.       We can take a break at any

22    time for any reason that you like.  My only

23    request is that you answer any pending

24    question before we take a break.

25                    Is that okay?

Page 9

1                    S. Linzy

2        A.        Yes.

3        Q.        This applies to all of my

4   questions today, I don't want to hear

5   anything that you have told your lawyer or

6   that your lawyer has told you.  Do you

7   understand?

8        A.        Yes.

9        Q.        So with that in mind, what did

10   you do to prepare for today's deposition?

11        A.        Tried to sleep well.

12        Q.        Did you meet with your

13   attorney?

14        A.        Yes, I spoke with my attorney.

15        Q.        Was anybody else present at

16   that meeting?

17        A.        No.

18        Q.        Have you spoken about this

19   case with anyone else?

20        A.        No.

21        Q.        Did you review anything in

22   preparation for the deposition today?

23        A.        No.

24        Q.        And have you taken any

25   medication today?

1                    S. Linzy

2         A.        No.

3         Q.        Are you able to sit through

4    this deposition and answer questions today?

5         A.        Yes.

6         Q.        Do you normally take

7    medication, but did not do so today?

8         A.        Yes.

9         Q.        What medications are those?

10        A.        Ibuprofen and muscle relaxers.

11        Q.        How is your memory of December

12   of 2019 as of today?

13        A.        Some, a little cloudy but

14   there.

15        Q.        Okay.  We put a document up

16   before.  But are you able to review

17   documents as I put them up on the screen

18   for you?

19        A.        Yes, I have seen the document.

20        Q.        If you have any trouble

21   reading any of the documents, just let me

22   know, and I can magnify them or move them

23   around or anything like that.  Okay?

24        A.        Okay.

25        Q.        So I'm just going to go

Page 11

```
1                     S. Linzy
2    through some quick biographical information
3    here.  What is your full name?
4         A.        Shaarille LeCrystal Linzy.
5         Q.        Have you ever been known by
6    any other name?
7         A.        No.
8         Q.        What is the address of the
9    primary residence right now?
10        A.        100 Casals Street, Apartment
11   26D, Bronx, New York 10475.
12        Q.        When did you move there?
13        A.        I have been living here off
14   and on for over ten years.
15        Q.        Are you the owner of the
16   property at that address?
17        A.        No.
18        Q.        Do you maintain residences in
19   any other locations?
20        A.        No.
21        Q.        What is your e-mail address?
22        A.        Shaarille, S H A A R I L L E -
23   L A L I N @gmail.com.
24        Q.        What is your cell phone
25   number?
```

Page 12

```
 1                    S. Linzy
 2         A.        929-428-9791.
 3         Q.        What model cell phone is that?
 4         A.        Iphone 12.
 5         Q.        Is that the one you had in
 6    2019?
 7         A.        No, it's a new cellular
 8    device.
 9         Q.        The same number as before?
10         A.        Yes.
11         Q.        Same plan?
12         A.        Yes.
13         Q.        Are you married?
14         A.        No.
15         Q.        Have you been married?
16         A.        Yes.
17         Q.        Have you been married more
18    than once?
19         A.        No.
20         Q.        What is your ex-spouse's name?
21         A.        Shaniqua.
22         Q.        What is her last name?
23         A.        I'm not sure.  She changed it
24    back, but it was Linzy.
25         Q.        Do you have any children?
```

                        S. Linzy

1

2      A.      No.

3      Q.      So you haven't had any issues

4  any-post dissolution issues, with respect

5  to the marriage, like child custody or

6  anything like that?

7      A.      No.

8      Q.      Does anyone else know anything

9  about this incident other than you?

10     A.      My lawyer, and the people I

11 spoke to within this deposition and the

12 last deposition, my doctor.

13     Q.      Understood.  So strictly the

14 parties to this action and their counsel?

15     A.      Yes.

16     Q.      Okay.  Could you give me a

17 brief summary of your educational

18 background from high school to up to your

19 highest level of attainment?

20     A.      I received my GED.  I went

21 back to school and received my certificate

22 in audio engineering recently.

23     Q.      When was that?

24     A.      I graduated October of 2021.

25     Q.      Congratulations.

1                      S. Linzy

2          A.        Thank you.

3          Q.        Do you have any other licenses

4    or certificates?

5          A.        No, I have a driver's permit.

6          Q.        Have you, or are you currently

7    or have you ever been enlisted in the

8    military?

9          A.        No.

10         Q.        Have you ever been involved in

11   a civil lawsuit, other than this lawsuit

12   and the related cases brought against Jose

13   Alemar and others?

14         A.        No.

15         Q.        How about criminal

16   proceedings, has anyone ever brought any

17   charges against you?

18         A.        No.

19         Q.        Have you been involved in any

20   other lawsuits, arbitrations, mediations or

21   anything like that?

22         A.        No.

23         Q.        Have you had any prior

24   accidents?

25         A.        No.

1          S. Linzy

2      Q.      Could you give me a brief

3  summary of your employment experience from

4  the day of your GED to the present and the

5  positions you held and when you left, if

6  you remember?

7      A.      I have held customer position

8  at Time Warner Inc.  I think that was 2011

9  till maybe approximately 2018.

10              I also worked for the

11  carpenter's union for -- I don't actually

12  remember the date for that.

13              I went back into customer

14  service and I've been working for Pokey

15  Works and I also worked customer service for

16  Family Dollar.  I worked Pokey Works in

17  2017.

18              And 2018 I started to work for

19  Family Dollar.  I went back to Pokey Works

20  at the beginning of 2019.  And, yeah.

21      Q.      So you worked at -- pardon me.

22      A.      I recently had a job, a

23  temporary job, for the month of

24  January 2022 to February of 2022.

25      Q.      What was that temporary job?

1                      S. Linzy

2        A.        It was working from home on

3    the computer, working for a

4    tele-performance.

5        Q.        Was that customer service as

6    well?

7        A.        Call center, it was taking

8    calls.

9        Q.        Are you currently employed?

10       A.        No.

11                 MR. LEVITES:  Kevin, I'm just

12            letting you know your video is out.  I

13            don't think it's a problem.

14                 MR. KLEIN:  No problem.  You

15            can continue. I appreciate it.

16                 MR. LEVITES:  Not a problem.

17       Q.        I'm going to be turning to

18    your complaint in this case.  So let me

19    know if there is any issues pulling that

20    up.  I'm putting that on now (indicating).

21                 Can you see that up there,

22    Miss Linzy?

23       A.        Yes.

24       Q.        Beginning at paragraph 14,

25    there is a description of your allegations

Page 17

1             S. Linzy

2    concerning the accident.  Do you see that?

3         A.      Yes.  Can you make it a little

4    bit bigger?  It's kind of small.

5         Q.      Absolutely.  Is that better?

6         A.      Yes.

7         Q.      So in paragraph 14 you allege

8    that on December 5, 2019 at the roadway at

9    or near 3681 Bruckner Boulevard, Bronx, New

10   York, you were seriously injured as a

11   result of a motor vehicle collision; do you

12   see that?

13        A.      Yes.  You said 14, right?

14   Yes.

15        Q.      Yes.  So how did that

16   collision occur?

17        A.      The motor vehicle collision?

18        Q.      Yes.

19        A.      Well, I was crossing the

20   street at the corner in the crosswalk and

21   as I proceeded across the crosswalk I was

22   hit viciously by a car.

23        Q.      Did you see that collision?

24        A.      No.

25        Q.      Do you remember how your body

```
1                    S. Linzy
2    moved during the collision?
3         A.      I just remember being hit
4    really hard.
5         Q.      Do you remember which side of
6    your body was hit?
7         A.      My left side.
8         Q.      You further allege here that
9    you were lawfully traveling over and along
10   the accident location as a pedestrian.
11                  Where were you coming from at
12   that time?
13        A.      I was exiting the 12 bus.  I
14   proceeded to the sidewalk and walked to my
15   right to the corner, to cross at the
16   crosswalk.
17        Q.      Do you remember what time of
18   day it was?
19        A.      It was between 4:45 and 5:15.
20        Q.      Do you remember the weather
21   that day?
22        A.      The weather was fair.
23        Q.      Was there any snow on the
24   ground or ice, anything like that?
25        A.      No.
```

1                       S. Linzy

2          Q.      Do you remember what happened

3    after the collision?

4          A.      Not up until I got -- I was

5    talking to the ambulance people.

6          Q.      Were you talking to the

7    ambulance personnel when they responded to

8    the scene or in the ambulance vehicle?

9          A.      Umm, when they responded to

10   the scene.

11         Q.      So did they speak to you

12   immediately after the collision?

13         A.      No.  They started to put a

14   neck brace on me.

15         Q.      Do you remember what you said

16   to them and what they said to you?

17         A.      They asked me, where am I

18   hurt?

19         Q.      Do you remember what you told

20   them?

21         A.      Yeah, I told them that my back

22   hurts really bad, my hip and my leg.  I

23   told them also that my head hurts, my neck

24   and my jaw.

25         Q.      Okay.  Do you remember what

Page 20

```
 1                    S. Linzy
 2    kind of car struck you?
 3         A.        The make of the car?  No.
 4         Q.        Do you remember if there was
 5    anyone in the car other than the driver?
 6         A.        Any person in the car, no.
 7         Q.        Correct.  Any passenger or
 8    anything like that?
 9         A.        No.
10         Q.        Did you have any conversation
11    with the driver of the vehicle after the
12    collision?
13         A.        No.
14         Q.        Did you make any observations
15    about the driver, as far as his driving
16    prior to the collision?
17         A.        As far as his driving, no.
18    I just -- the lights just came real fast
19    so...
20         Q.        Did you make any observations
21    concerning whether the driver was obeying
22    traffic control devices at that time?
23         A.        What do you mean by "traffic
24    control devices"?
25         Q.        Like if they had gone through
```

1                    S. Linzy
2    a red light or something like that.
3              MR. KLEIN:   Counsel, I don't
4         know if she testified that she could
5         see any traffic lights or anything of
6         that nature.
7              MR. LEVITES:   I understand
8         that she testified that she didn't see
9         the collision.
10             I'm just wondering if she made
11        any observations about the driver and
12        whether he was complying with any
13        traffic control.
14        A.        No, sir.  I didn't make any
15   observation.
16        Q.        And the same question, did you
17   make any observations as to how fast or
18   slow he was going?  I know you said the
19   lights came on fast.  Anything to expand on
20   that?
21        A.        No, I just remember seeing
22   lights come fast.
23        Q.        So did it appear to you at the
24   time that he was driving at an excessive
25   rate of speed?

Page 22

1                    S. Linzy

2        A.        What do you mean?

3        Q.        Like he was speeding.

4        A.        I -- I can't tell you whether

5    he was speeding.

6        Q.        Again, subject to your earlier

7    testimony, that you didn't view the

8    collision, did it appear to you that the

9    driver was staying within the lane of

10   travel while he was driving?

11       A.        Sorry.  I don't drive.  What

12   do you mean by that?

13       Q.        Like staying within the lane,

14   as opposed to driving in between two lanes?

15            MR. KLEIN:  My client

16        testified that she did not notice the

17        vehicle, only the lights.

18            MR. LEVITES:  Okay.

19       Q.        Had you ever been to the

20   intersection where the accident happened

21   before?

22       A.        Yes, before the accident. Yes.

23       Q.        And how many times?

24       A.        I can't count.  That is the

25   route that I take home from work, so...

S. Linzy

1

2      Q.      That is your daily commute, so

3   that you have been through it many times?

4      A.      Yes.

5      Q.      This was your commute to Pokey

6   Works, Family Dollar or both?

7      A.      To Pokey Works.

8      Q.      This was the 12 bus, was it

9   the select bus or was it local?

10      A.      It was the local.

11      Q.      Have you ever communicated

12   with anyone from Uber concerning this

13   accident?

14      A.      No.

15      Q.      I'm going to turn to the next

16   exhibit in this case, which is the Bill of

17   Particulars that was served.

18             MR. LEVITES:  The first

19         exhibit is the Complaint, which is

20         Exhibit 1.  And this is Exhibit 2, the

21         Plaintiff's Verified Bill of

22         Particulars.

23             (The above-referred-to

24         documents were was marked as

25         Defendant's Exhibits 1 & 2 for

1                      S. Linzy

2          identification as of this date.)

3          Q.      So we have turned to Exhibit 2

4     here, which is the Bill of Particulars.

5                  I'm going to scroll down a

6     little bit.  So you see the Bill of

7     Particulars Response 15 says that you had

8     been confined to your bed and home from the

9     day of the accident intermittently and

10    continued to be confined to bed and home on

11    an intermittent basis.  And this Bill of

12    Particulars is dated May 12, 2021.

13                 So my question is, is that true

14    as of today?

15         A.      Can you tell me what

16    "intermittent" means?

17         Q.      Off and on.

18                 MR. KLEIN:  Just you put it in

19         plain language, please.  Thank you.

20                 MR. LEVITES:  Absolutely.

21         Q.      So the answer says that you

22    were bedridden off essentially off and on

23    from the date of the accident, December 5,

24    2019, up through the date that you signed

25    this document, which was May of 2021.

1                    S. Linzy

2                    So my question is, between

3       May 2021 and now, have you been confined to

4       your bed off and on?

5            A.      So from after that basically

6       signing that until now, you are asking me?

7            Q.      Exactly.

8            A.      I have been up more.

9            Q.      The same question with respect

10      to number 16.  So it states as of May of

11      2021, you were partially disabled.

12                    Is that true today, February of

13      '23?

14            A.      Yes.

15                    MR. LEVITES:  I'm going to

16            turn to the next exhibit in this case,

17            Exhibit 3, which is the deposition

18            testimony offered previously in the

19            related matter of Linzy versus Alemar.

20                    (The above-referred-to

21            document was marked as Defendant's

22            Exhibit 3 for identification as of

23            this date.)

24            Q.      My first question, is do you

25      remember giving this testimony?

                    S. Linzy
1
2        A.        The testimony that you are
3   showing up here (indicating)?
4        Q.        Yes.
5        A.        I remember giving a testimony.
6   But I don't really see what this testimony
7   says.
8        Q.        Of course.  You do remember
9   being deposed previously?
10       A.        Yes.
11       Q.        In connection with this
12   accident?
13       A.        Yes.
14       Q.        I think you already answered
15   my question, but is there anything from
16   this testimony that you remember that you
17   have since recalled is inaccurate that you
18   would like to correct now?
19       A.        No.
20       Q.        So my first question is on
21   page 84, you testified that No-Fault paid
22   all of your bills and that none of your
23   bills have been submitted to Medicare or
24   Medicaid.
25                 So my question, this was in

Page 27

```
1                    S. Linzy
2    October of 2020, my question is, has that
3    changed at all between October and now?
4         A.        Pertaining to the accident?
5         Q.        Yes.
6         A.        It's not changed.
7                   MR. KLEIN:  I'm sorry, I
8             didn't hear her answer.  Can you
9             repeat her answer, counsel?
10                  MR. LEVITES:  She said since
11            the accident it had not changed.  And
12            accident-related specifically, I
13            believe was the distinction there.
14        Q.        Beginning at page 36 you
15   discuss the accident, how it happened.  So
16   rather than go through all of it, I'm just
17   going to summarize as best I can.
18                  I'm going to ask you if you
19   would agree that that is how you previously
20   testified; is that okay?
21        A.        Yes.
22        Q.        So you previously testified
23   that you were transferring from the BX12 to
24   the Q50 after returning from work, correct?
25        A.        Correct.
```

Page 28

1                    S. Linzy

2          Q.        You testified that you exited

3    BX12 bus at the rear door, correct?

4          A.        Yes.

5          Q.        That is additionally, if you

6    have anything -- when I'm asking if it's

7    correct, I'm also asking you if you have

8    anything to add, change or elaborate,

9    please do so.

10         A.        Okay.

11         Q.        Thank you.  So you exit the

12   BX12 at the rear door, right?

13         A.        Yes.

14         Q.        And you turned right when you

15   exited the door?

16         A.        I proceeded onto the sidewalk

17   and then I turned right.

18         Q.        Exactly.  And then you walked

19   to the intersection of Bruckner and

20   Westchester?

21         A.        I walked to the corner of

22   where the crosswalk is at.

23         Q.        Exactly.  Thank you.  That is

24   exactly the sort of clarification I

25   appreciate.  Thank you, Miss Linzy.

1              S. Linzy

2      A.      Okay.

3      Q.      So while you were at the

4    corner there, you were looking at the

5    pedestrian crossing signal, correct?

6      A.      Yes.

7      Q.      And you waited for the

8    pedestrian crossing signal to change?

9      A.      Yes.  When I looked at the

10   crossing signal, it was the little red hand

11   and I waited until it turns to the little

12   white man.

13     Q.      So you confirmed that you had

14   the walk-sign in the pedestrian traffic

15   signal?

16     A.      Yes.

17     Q.      And you waited two to three

18   seconds and confirmed there was no cars

19   proceeding down Bruckner and that you had

20   the right-of-way?

21     A.      Yes.  After two or three

22   seconds I looked to my right and my left,

23   and then I proceeded when I had the

24   right-of-way.

25     Q.      You began crossing Bruckner

1              S. Linzy

2     Boulevard in the crosswalk?

3          A.      Yes.

4          Q.      You saw lights approaching

5     fast from your left side approximately

6     halfway through the crosswalk?

7          A.      Yes.

8          Q.      And you tried to run out of

9     the way at that time, but you were struck

10    while in the traffic flow lane?

11         A.      Yes, I was trying to run

12    forward and I viciously got hit.

13         Q.      Thank you, Miss Linzy.  So at

14    54, you testified that you don't remember

15    making any statement to the police; is that

16    right?

17         A.      Yes, that's right.

18         Q.      And similar to what you have

19    testified today, you previously testified

20    you don't remember having any conversations

21    with the driver of the vehicle or anyone

22    purporting to be the driver, correct?

23         A.      Correct.

24              MR. LEVITES:  I'm going to

25         turn to the deposition transcript of

Page 31

1              S. Linzy

2       the Defendant in Linzy versus Alemar,

3       Jose Alemar which we have marked as

4       Exhibit 4.

5               (The above-referred-to

6       document was marked as Defendant's

7       Exhibit 4 for identification as of

8       this date.)

9       Q.      Alemar testified at 38 here,

10  and he said, two seconds before when I saw

11  something moving quickly, because it was

12  something that came out running.

13               So he is saying that two

14  seconds immediately before the accident, or

15  two seconds before the accident, he saw

16  something run out into traffic.

17               Is this testimony accurate in

18  your view?

19      A.      No, it is not accurate.

20      Q.      He similarly testified that

21  the accident took place exactly in the

22  middle of the block almost between the two

23  buses.  And, further, that it was not

24  possible that the impact occurred in the

25  crosswalk.  Is that accurate?

Page 32

1                         S. Linzy
2        A.        That is not accurate.
3        Q.        And the last portion of his
4   testimony that I want to flag for you here.
5   He testified that he did have a
6   conversation with you.
7                  And you previously testified
8   that you don't recall having a conversation
9   with him, right?
10       A.        Right.
11       Q.        So he said --
12       A.        I said, right, I don't recall.
13       Q.        Alemar testified, she clearly
14   told me that she was sorry, and that she
15   was running to go get a bus on the other
16   side.  She repeated several times that she
17   was in a hurry, that she was sorry because
18   of what had happened.
19                 Naturally I asked her if she
20   wanted to use something to get warm.  I was
21   going to give her my jacket because the
22   ground was cold, the temperature was cold.
23   She told me, no, she was okay.  She
24   appreciated it.  Thanks.
25                 You previously testified that

Page 33

```
 1                    S. Linzy
 2     you do not recall a conversation with
 3     Alemar.  Does this testimony refresh your
 4     recollection at all?
 5          A.        No.
 6          Q.        So you don't remember the
 7     conversation that he is describing?
 8          A.        No.
 9          Q.        Is the conversation as he's
10     related it, is it accurate?
11                    MR. KLEIN:  Objection.  She
12          just testified she doesn't recall, but
13          she can answer.
14          A.        No, it's not accurate.
15          Q.        Why is it not accurate?
16          A.        Because it's not what
17     happened.  I'm sorry, because it's not
18     true.
19          Q.        No.  Please, Miss Linzy.  That
20     is exactly the purpose of the deposition,
21     is for you to answer these questions
22     freely.
23                    So do you object to his
24     characterization that this is in the middle
25     of the block?
```

1                    S. Linzy

2       A.      Yes.

3       Q.      And that you were running to

4  go get a bus on the other side?

5       A.      Yes, I object.

6              MR. LEVITES:  I'm going to

7          turn to Exhibit 5, which is the police

8          report in this case.

9              (The above-referred-to

10         document was marked as Defendant's

11         Exhibit 5 for identification as of

12         this date.)

13      Q.      And here we have the

14  description from the police officer.  He

15  says, 31 year old female found supine on

16  street.  Complaining of, I was hit by a

17  car.  I'm cold.  The temperature being

18  approximately 37 degrees Fahrenheit.

19              Driver states, patient,

20  plaintiff ran out in front of him trying to

21  get to the bus across the street.  And he

22  hit pedestrian going approximately ten miles

23  per hour.  Pedestrian states unsure which

24  part of her body car hit.

25              And then she a loss of

1                       S. Linzy

2      consciousness for an unknown amount of time.

3      Pedestrian complaining of pain on left side

4      of face, head, neck, and right upper leg.

5                       Did I read that correctly?

6          A.          Yes, I was trying to see where

7      you were reading it.

8                       MR. KLEIN:  I can't see all of

9          it.

10                      MR. LEVITES:  I apologize.

11         I'm reading from the wrong exhibit.

12                      The FDNY report will be our

13         next exhibit, Miss Linzy.  That's the

14         section I was just reading out to you.

15         Q.          At TPO, driver of vehicle one,

16     states he was driving south on Bruckner

17     Boulevard when pedestrian one did emerge

18     from in between two parked buses and did

19     walk into traffic causing vehicle one to

20     strike pedestrian one.  Pedestrian one was

21     not in the crosswalk.

22                      At TPO, pedestrian one did exit

23     bus and was attempting to cross street to

24     enter the second bus when she was struck by

25     vehicle one, pedestrian removed to Jacobi

1                    S. Linzy

2     Hospital by EMS.

3                    And then it continues here,

4     driver of vehicle one did remain on scene,

5     pedestrian did not witness accident.

6                    Did I read that correctly,

7     Miss Linzy?

8          A.     From what it says there, you

9     read it correctly.

10                   MR. KLEIN:  You want to ask it

11          sentence by sentence there, counsel?

12                   MR. LEVITES:  I'm just asking

13          since I misread the previous exhibit

14          if I am reading this properly.

15          Q.     So I've read this correctly.

16     You previously testified that you don't

17     remember speaking with the officer at the

18     scene, correct?

19          A.     No, I don't.

20          Q.     Is this police report

21     accurate?

22          A.     No.

23                   MR. KLEIN:  Can you specify?

24                   MR. LEVITES:  Absolutely.

25          Q.     Specifically the section

Page 37

1            S. Linzy

2    entitled, accident description, slash,

3    officer's notes?

4            A.      No.

5            Q.      So you did not emerge from in

6    between two parked buses?

7            A.      No, not at all.

8            Q.      You didn't walk into traffic

9    at that time?

10           A.      No.

11           Q.      But you were attempting to

12   cross the street to enter a bus on the

13   other side, correct?

14           A.      I was crossing the street to

15   wait for another bus on the other side.

16           Q.      So the bus wasn't there?

17           A.      No.

18               MR. LEVITES:  Now I'm going to

19           turn to Exhibit 6, which is the one I

20           erroneous Lee read you.  This is the

21           FDNY report as your counsel pointed

22           out.

23               I'm not going to read it again

24           because you heard it already.  But you

25           can see the text here, beginning with

1                        S. Linzy
2          that highlighted line there.
3                    (The above-referred-to
4          document was marked as Defendant's
5          Exhibit 6 for identification as of
6          this date.)
7          Q.       So if you could just read that
8     for a moment.  That first full paragraph,
9     and let me know when you have done so.
10         A.       (Reading).
11         Q.       The first full paragraph from
12    31F to upper leg.
13         A.       Okay. I'm done.
14         Q.       So is that accurate, that
15    paragraph?
16         A.       No.
17         Q.       Which part is inaccurate?
18         A.       The driver states PT ran out
19    in front of him trying to get to the bus
20    across the street.
21         Q.       Now I'm going to go to some of
22    your medical records in this case.
23                  Before I do so, did you
24    understand at that time that you were
25    seeking medical treatment that it's

```
 1                    S. Linzy
 2     important for you to tell your doctors what
 3     is hurting and what's brothering you so they
 4     can treat you in particular?
 5          A.      Yes.
 6          Q.      You understood it was
 7     important to answer all of their questions
 8     fully so they could make those treatment
 9     decisions?
10          A.      Yes.
11          Q.      You did so in respect of
12     seeking treatment in connection with your
13     December 5, 2019 motor vehicle accident?
14          A.      Yes, sir.
15                  MR. LEVITES:  So I'm going to
16          look at Exhibit 7, which is the Jacobi
17          Medical Center records.
18                  (The above-referred-to
19          document was marked as Defendant's
20          Exhibit 7 for identification as of
21          this date.)
22          Q.      So my first question is, you
23     will see here in the initial admitting
24     notes that it was noted that there was no
25     visible sign of injury noted.
```

Page 40

1              S. Linzy

2              Do you see that?

3    A.        Yes, I do see that.

4    Q.        Is that accurate?

5    A.        No, it's not accurate.

6    Q.        So what visible signs of

7    injury should they have noted at that time?

8    A.        I had a lump at the top of my

9    head on the left side towards the front

10   (indicating).

11   Q.        Was there anything else; any

12   bleeding, scrapes, road rash, anything like

13   that?

14   A.        Not that I noticed, no.

15   Q.        So on the following page the

16   record states, 31 year old female

17   presenting as pedestrian struck, plus loss

18   of consciousness, states she was running

19   across the street to catch the bus, saw a

20   car coming but didn't stop, and neither did

21   he.  And neither did the car rather.

22              Complaining of pain in her

23   right hip, left face and left jaw, unable to

24   ambulate after the event.

25              Did I read that correctly?

1                        S. Linzy

2          A.        From what it says there, yes.

3          Q.        Is that accurate?

4          A.        No.

5          Q.        You don't remember stating

6    this to the admitting medical personnel at

7    Jacobi?

8          A.        I remember complaining about

9    the pain in my face, in my jaw and my hip

10   and everything.

11         Q.        Do you remember stating that

12   you were running across the street to catch

13   the bus, saw a car coming but didn't stop,

14   and neither did the car?

15         A.        No.

16         Q.        Do you have any idea why she

17   would have written that down in there?

18                   MR. KLEIN:   Objection.

19                   I'm instructing her not to

20         answer.   Objection.

21                   MR. LEVITES:  We will move on.

22         That's all right.  We are going to

23         move on, Miss Linzy.

24         Q.        So at page five, it was noted

25   that you were moving all of your

Page 42

1              S. Linzy

2   extremities at the time of your discharge.

3   Do you remember that?

4          A.        What do you mean by

5   "extremities"?

6          Q.        Were you able to flex your

7   hips and bend your knees when you were

8   discharged from the hospital?

9          A.        Not much.

10         Q.        So you wouldn't say that is

11  accurate then?

12         A.        No, it's not accurate.

13         Q.        Similarly, the record notes

14  that you were given an x-ray, A CT scan and

15  some laboratory analysis, and at that time

16  you were cleared to be discharged from the

17  hospital.  Do you remember that?

18         A.        Yes.

19         Q.        And that is accurate?

20         A.        Yes.  Wait.  You are asking me

21  if I had x-rays and CAT scans, is that

22  accurate?

23         Q.        Correct.  And that you were

24  discharged because they were negative?

25         A.        Yes.

Page 43

S. Linzy

1

2          MR. LEVITES:  I'm going to
3     turn to Exhibit 8, which is the
4     Northwell Health records.
5               (The above-referred-to
6     document was marked as Defendant's
7     Exhibit 8 for identification as of
8     this date.)
9     Q.        So you returned to Northwell
10    four days later with headaches and leg
11    pain.
12               Let me pull up the record.
13          MR. KLEIN:  I'm just going to
14    note my objection to this whole line
15    of questioning of any medical records.
16    Because the medical records speak for
17    themselves.
18               You can continue questioning.
19          MR. LEVITES:  Understood,
20    counsel.
21          THE WITNESS:  Am I able to say
22    something?
23          MR. LEVITES:  Yes.
24          THE WITNESS:  I went back to
25    the ER three days later.

1                    S. Linzy

2                    MR. LEVITES:  Thank you.  That

3          is funny, because they said four days,

4          but it clearly was three.  But you and

5          I can both do the math and it's three.

6                    So it's here's the record.

7          I've pulled it up.

8                    MR. KLEIN:  Was this an

9          inconsistency within the medical

10         records?

11                   MR. LEVITES:  Within the

12         medical records.  Exactly.

13                   MR. KLEIN:  So it was entered

14         incorrectly in the medical records?

15                   MR. LEVITES:  Correct.  The

16         document was updated December 8th and

17         the incident was December 5th.

18                   MR. KLEIN:  Okay.

19         Q.        So you are struck three days

20    prior and initially seen at Jacobi

21    Hospital, right?

22         A.        Yes.

23         Q.        But you did go back to

24    Northwell complaining of headache and right

25    leg pain, correct?

Page 45

1              S. Linzy
2      A.        And back pains.
3      Q.        And back pain?
4      A.        Um-hmm.
5      Q.        And at that time they gave you
6  x-rays that were negative?
7      A.        They gave me novocaine patch,
8  and yes.
9      Q.        The record continues here.  It
10  says that you were ambulating in the
11  emergency room department without
12  assistance, low risk of fracture, no chance
13  of compartment syndrome.  Will give
14  orthopedic follow-up information.
15              Is that accurate?
16              MR. KLEIN:  Objection.  Can
17      you please describe the medical
18      terminology that you are talking
19      about?
20              MR. LEVITES:  Absolutely.
21              MR. KLEIN:  I will continue to
22      object to questions about the medical
23      records.
24      Q.        So this record says that you
25  were walking in the emergency department

Page 46

1                              S. Linzy

2      without assistance, like a cane, a walker

3      or an aide; is that accurate?

4              A.      No, that is not accurate.

5              Q.      What assistance were you

6      using?

7              A.      I had somebody with me.  Like

8      a friend.

9              Q.      Who was that friend?

10             A.      Jasmine.

11             Q.      What is Jasmine's last name?

12             A.      Eurney.

13             Q.      Could you spell that, please?

14             A.      E U R N E Y.

15             Q.      Were you given orthopedic

16     follow-up information?

17             A.      No.  They told me to follow-up

18     with a physical therapist.

19                     MR. LEVITES:  I am turning to

20             Exhibit 9, which is the Bronx medical

21             records.

22                     (The above-referred-to

23             document was marked as Defendant's

24             Exhibit 9 for identification as of

25             this date.)

Page 47

1                    S. Linzy

2        Q.        There is three visit records

3   here.  In this first record with Dr. Dassa,

4   my first question is, was this the

5   orthopedist to whom you were referred by

6   the hospital?

7                   MR. KLEIN:  Objection.

8                   You can answer.

9        A.        No.

10       Q.        How are you referred to

11  Dr. Dassa?

12       A.        They told me to find, I should

13  find a physical therapist.  So I Googled

14  physical therapy in the Bronx.

15       Q.        You found Dr. Dassa that way?

16       A.        Yes.

17       Q.        So it says, that your initial

18  consultation you requested pain medication.

19  Why did you do that?

20       A.        Because I was in a lot of

21  pain.

22       Q.        What kind of pain medications

23  were you seeking, if you were seeking one

24  in particular?

25       A.        Maybe some Tylenols or Advils

Page 48

```
 1                    S. Linzy
 2   or something.
 3        Q.      Had you ever taken any pain
 4   medication previously?
 5                MR. KLEIN:  Objection.
 6                Can you specify for what?
 7                MR. LEVITES:  Just generally.
 8        I presume she has taken Advil before.
 9        But if that was indeed the medication
10        she was seeking.
11                MR. KLEIN:  Well, that is not
12        what she testified to.
13        Q.      So my question is, had you
14   taken the medications that you were seeking
15   that day previously?
16        A.      Before?
17        Q.      Yes.
18        A.      Yes.
19        Q.      And then in the subsequent
20   records you went back the next month in
21   January.  It looks like at this time
22   Dr. Dassa was still recommending
23   conservative management by way of physical
24   therapy, chiropractic care and pain
25   management.  Do you remember that?
```

1              S. Linzy

2       A.      Yes.

3       Q.      You went back the next month,

4    right?

5       A.      Yes.

6       Q.      So in February, Dr. Dassa

7    noted that you were under the care of

8    Dr. Zirin (phonetic), a chiropractor.

9               Do you remember the Dr. Zirin?

10      A.      I remember the chiropractor

11   there.

12      Q.      Was the chiropractor at

13   Dr. Dassa's office?

14      A.      Yes.

15      Q.      Did you get any manipulations

16   from him or anything like that, you know,

17   where he adjusts your back or your neck?

18      A.      What do you mean by

19   "manipulation," like adjustments?

20      Q.      Yes.  Did you treat with the

21   chiropractor?

22      A.      Yes, sir.

23      Q.      Do you remember how many times

24   you treated with the chiropractor?

25      A.      No, it was a number of times.

1                          S. Linzy

2        Q.        It was a number of times?

3        A.        I would think it was probably

4    three times a.  Day because every time I

5    would got to PT I would see the

6    chiropractor right before I go home.

7                  MR. KLEIN:   Threes times a day

8        or three times a week?

9                  THE WITNESS:  A week.

10                 MR. LEVITES:  Thank you,

11       counsel.

12       Q.        It says that you were being

13   seen by Dr. Hausknecht, the neurologist.

14                 But as a point of

15   clarification, you previously testified that

16   you went to Dr. Hausknecht's office because

17   you already were treating with Dr. Gallina

18   for pain management, you never ended up

19   seeing Dr. Hausknecht; is that accurate?

20       A.        It's accurate that I never

21   ended up seeing Dr. Hausknecht.

22       Q.        Okay.  And Dr. Dassa wasn't

23   recommending any surgery for you at that

24   time, right?

25       A.        Dr. Dassa recommended pain

Page 51

```
 1                        S. Linzy
 2      management with Dr. Datta.
 3                    MR. LEVITES:  That would be
 4           our next exhibit, Exhibit 10.
 5                    (The above-referred-to
 6           document was marked as Defendant's
 7           Exhibit 10 for identification as of
 8           this date.)
 9                    MR. KLEIN:  Counsel, before we
10           move onto the next exhibit, can we
11           take a quick restroom break?
12                    MR. LEVITES:  Sure.  That's
13           fine.  It's now 10:57.  Let's come
14           back at 11:05.
15                    MR. KLEIN:  Okay.
16                    (A short recess was taken.)
17                    MR. LEVITES:  We are back on
18           the record.  And we have turned to
19           Exhibit 10, which is the records of
20           Dr. Datta.
21           Q.        You previously testified that
22      you were referred to Dr. Datta by
23      Dr. Dassa.
24           A.        Yes.
25                    MR. LEVITES:  D A T T A.
```

Page 52

1                          S. Linzy

2          Q.         So I am going to look at a few

3    of these.   Dr. Datta gave you an EMG, a

4    nerve conductivity study.

5                     Do you remember that?

6          A.         Yes.

7          Q.         As a result of that EMG, he

8    recommended that you get an epidural in

9    addition to physical therapy; is that

10   right?

11         A.         Yes.

12         Q.         He prescribed you Flexeril?

13         A.         Yes.

14         Q.         And that is the muscle relaxer

15   that you ordinarily take?

16         A.         Yes.

17         Q.         That is the one that you are

18   still taking today?

19         A.         Yes.

20         Q.         And at page 40, this is the

21   operative report for your first epidurals.

22                     August 4, 2020, was that the

23   date of your first epidural, to the best of

24   your recollection?

25         A.         You said August?

1                    S. Linzy

2          Q.        Yes.  August 4, 2020.

3          A.        That was approximately when.

4          Q.        And then at page 52, Dr. Datta

5     gave you a second epidural, December 22,

6     2020; is that right?

7          A.        Yes.

8          Q.        And you didn't have any other

9     care with Dr. Datta after that, right?

10         A.        No.  But I recently received

11    an injection two weeks ago and I'm not sure

12    of that doctor's name.

13         Q.        We will come back to that in a

14    little bit.  I appreciate you flagging that

15    for me.

16                   I'm going to turn to exhibit

17    11, which is the complete care records.

18                   But my first question before I

19    do that, and I recognize this is difficult a

20    few years down the line, but do you remember

21    what relief, if any, you got from the first

22    two epidurals in August and December of

23    2020?

24         A.        The relief was kind of mostly

25    in my legs.  But after two weeks it came

1              S. Linzy

2    back at like an extreme level.

3         Q.      This was a risk that they had

4    discussed with you prior to the epidural,

5    correct?

6         A.      What is the risk?

7         Q.      The risk that the pain would

8    recur in a period of weeks?

9         A.      Yes.  They me there was a

10   chance that it would.  They told me it was

11   supposed to be for temporary relief.

12              MR. LEVITES:  I'm turning to

13        Exhibit 11, which is the Complete Care

14        records.  This is the record of

15        treatment with one Dr. Asaro.

16              (The above-referred-to

17        document was marked as Defendant's

18        Exhibit 11 for identification as of

19        this date.)

20        Q.      Do you remember Dr. Asaro?

21        A.      Is that the doctor's last

22   name?

23        Q.      Yes, that's right.  Let's see

24   here.  I have to find it first.  Dr. Regina

25   Asaro.

1              S. Linzy

2              Do you remember that, February

3    of 2020?

4         A.      No.

5         Q.      It looks like it was in the

6    Bronx office.

7         A.      Would you mind telling me --

8    because I see as you go by that Dr. Haus's

9    (sic) name is there as well.  Is that in

10   the same office?

11        Q.      Yes.  Dr. Hausknecht is

12   mentioned here.  I don't believe he is in

13   the same office but let's see.

14        A.      Because the only thing I can

15   say, that maybe is when I went to -- is

16   when I was sick, I went to Dr. Hausknecht.

17              I waited there for a while, a

18   couple of hours, maybe about three hours.

19   They said that he had left.  So they sent me

20   in to see another doctor.  And when that

21   doctor explained to me that they were pain

22   management, I told them that I was already

23   seeing pain management with Dr. Datta, so we

24   ended that visit.

25        Q.      So it looks like you went to

1                    S. Linzy

2      go see Dr. Hausknecht in February of 2020,

3      he was out, and then they had you see

4      Dr. Asaro.  Does that sound right?

5            A.       Yes, that sounds right.  I

6      didn't remember the doctor's name, but yes.

7            Q.       Do you remember that it was a

8      woman?

9            A.       Yes.

10           Q.       So that is why you didn't

11     follow-up with Dr. Hausknecht obviously?

12           A.       Yes.

13           Q.       The doctor prescribed you a

14     TENS unit.  Do you remember that?

15           A.       What is a TENS unit?

16           Q.       A TENS unit, you know, I got

17     my medical degree in law school, we always

18     joke.  But it's like some kind of

19     electrical box.

20           A.       Oh, yeah.

21           Q.       And you plug it in and it

22     gives you nerve stimulation.  It's supposed

23     to reduce the sensation of pain and stuff.

24     Do you remember getting prescribed that?

25           A.       Yes.

1                    S. Linzy

2          Q.        Did you use it?

3          A.        Yes.

4          Q.        Did it give you any relief or?

5          A.        It would relieve along with,

6    you know, hot packs.  It would relieve

7    momentarily.  But the pain would just come

8    right back.  It never was a complete relief

9    even for the entire day.

10          Q.        Just more something to use

11   maybe at the end of the day, you know, when

12   your pain is worse or in the beginning

13   before you start, something like that?

14          A.        Yes, just like for the

15   stimulation.

16          Q.        She says there were no -- she

17   says somewhere here, if I can find it, that

18   you had no other -- it says no previous

19   accidents or prior surgical history as of

20   this date, February of 2020; is that

21   accurate?

22          A.        Say that again, please.  I'm

23   sorry.

24          Q.        So here it says no previous

25   accidents, and it says your prior surgical

                    S. Linzy
1
2   history was you had two surgeries as a
3   child, in childhood.  So is that accurate?
4        A.       Yes.  And, excuse me, where it
5   say tonsillectomy, that is supposed to say
6   at 16.
7        Q.       Thank you.  No issues with the
8   tonsillectomy, I assume?
9        A.       No.
10               MR. LEVITES:  I'm going to go
11       to Exhibit 12, which is Dr. Ranga
12       Krishna, K R I S H N A.  That is on
13       Wilkinson Avenue in the Bronx.
14               (The above-referred-to
15       document was marked as Defendant's
16       Exhibit 12 for identification as of
17       this date.)
18        Q.       That is pretty close to where
19   the accident occurred, right?
20        A.       Yes.
21        Q.       I know Wilkinson is somewhere
22   around there.  I think it might even be on
23   the BX12, right?
24        A.       It's on Westchester, like up.
25        Q.       Do you remember Dr. Krishna at

1                    S. Linzy

2    all, Dr. Ranga Krishna?

3          A.        Yeah, I remember going there

4    one time.

5          Q.        Do you know who referred you

6    to that provider?

7          A.        If I'm not mistaken -- no.

8    Because I don't know who referred me there.

9    But the only time I went to somebody else

10   was when I was referred from Dassa or

11   referred from Datta.

12         Q.        So as of September of 2020

13   when you saw Dr. Krishna, she recommended

14   you continue with physical therapy, right?

15         A.        Talking about this doctor here

16   that we are seeing?

17         Q.        Yes.  This doctor here.  I

18   apologize.  I have to scroll back down.

19                   Patient should continue

20   physical therapy two to three times per

21   week.  Follow-up in four weeks for further

22   assessment.

23         A.        Yes.

24         Q.        Do you remember her

25   recommending physical therapy?

Page 60

1                      S. Linzy

2        A.        Yes.  She asked me was I

3    taking physical therapy, and I remember her

4    telling me to continue.

5        Q.        She asked you to follow-up

6    with her, did you do that?

7        A.        I never seen that doctor

8    again.

9                  MR. LEVITES:  Okay.  I'm going

10           to turn to Dr. Gallina's records here.

11           G A L L I N A.  This is marked as

12           Exhibit 13.

13                  (The above-referred-to

14           document was marked as Defendant's

15           Exhibit 13 for identification as of

16           this date.)

17        Q.        So you previously testified

18    all of your referrals were from Dr. Dassa

19    or Datta, so this would be the same?

20        A.        Yes.  I was referred to

21    Dr. Gallina from Dr. Datta.

22        Q.        And at page 13 here, this was

23    in September of 2020, Dr. Gallina was

24    recommending conservative management and a

25    consult for another epidural.

1                    S. Linzy

2               Do you remember that?

3        A.        Yes.   That was right before I

4   got the second epidural.

5        Q.        And at page 19, it mentions

6   that you were treated with, among other

7   things, acupuncture and chiropractic care.

8   So we talked about the chiropractic, that

9   was at the PT's office.

10               But with respect to

11   acupuncture, was that also with the physical

12   therapist?

13        A.        Yes.

14        Q.        So you would get -- was that

15   every session like with the chiropractic

16   adjustments?

17        A.        No.

18        Q.        So like every other, every

19   third, something like that?

20        A.        I would say every other,

21   because sometimes they would do the

22   acupuncture and then other times they would

23   do the electro stim.   They had the machine

24   there themselves, they would put the

25   patches on me.

1                    S. Linzy

2        Q.        Okay.  And then at page 22, it

3    states that with respect to both the lumbar

4    and cervical disks that conservative

5    treatment included pilates and/or yoga.

6                 So my question is, is that the

7    same as the chiropractic and the

8    acupuncture, that was part of your PT as

9    well?

10       A.        I would say part of my

11   physical therapy.

12       Q.        So you were practicing the

13   pilates and yoga in the physical

14   therapist's office?

15       A.        Yeah, like the stretches and

16   stuff like that.  Yeah.

17       Q.        But there was no other place

18   where you were doing pilates and Yoga?

19       A.        No.

20       Q.        It says this was the point at

21   which you were recommended to proceed with

22   a spinal surgery.  Do you remember that?

23       A.        Yes.

24       Q.        Was this the first time that

25   surgery was proposed to you by any doctor?

1                          S. Linzy

2          A.          Like basically asking me if I

3     wanted surgery?

4          Q.          Yes.

5          A.          That was the first time I was

6     asked if I would accept surgery.

7          Q.          Okay.

8          A.          Can I ask something?

9          Q.          Please.

10         A.          It had been brought up, that

11    if the injections didn't work, it would

12    have been the consideration, but the first

13    time I was asked by Dr. Gallina was here.

14         Q.          At page 27, Dr. Gallina

15    advised of the risks of the surgery,

16    including that your condition could worsen.

17    Do you remember that?

18         A.          I remember him telling me

19    there was a 50 percent chance that it would

20    alleviate the pain.

21         Q.          Did he explain that there was

22    a chance that the pain would get worse?

23         A.          As far as worse, he didn't say

24    the word "worse."  But, you know, he did

25    say that there was a 50 percent chance that

Page 64

1                    S. Linzy

2    it would alleviate the pain.  But,

3    otherwise, it just wouldn't basically.

4         Q.       Because it says here in his

5    records, the risk include, new back pain,

6    new leg pain, numbness, tingling, weakness,

7    infection, et cetera, et cetera.

8                  Do you remember him telling you

9    about those risks in particular?

10        A.       As far as my back and leg

11   pain, yeah.

12        Q.       On April 6, 2021 you underwent

13   the surgery.  Do you remember that?

14        A.       Yes.

15        Q.       Where was that surgery, where

16   was the operation performed?

17        A.       On my lower spine.

18        Q.       Was it in Manhattan, the

19   Bronx?

20        A.       At NYU in Manhattan.

21        Q.       At the hospital?

22        A.       Yes.

23        Q.       You saw Dr. Gallina again in

24   June of '22, do you remember that?

25        A.       After the surgery, I seen him

1              S. Linzy

2    again before June '22.

3         Q.        Okay.  So that would have

4    been -- let's see, do you remember when you

5    saw him after, between April of 2021 and

6    June '22?

7         A.        I don't remember the date, but

8    I know it was a few weeks after.  He wanted

9    to check the healing.  You know, he just

10   basically checked the incision and the

11   healing process of it.

12        Q.        Understood.  I see a May 16,

13   2022 lumbar spine MRI.  Does that sound

14   like it might have been the right date?

15        A.        No, because I didn't have the

16   MRI the same day.  He literally just

17   checked the incision.

18        Q.        Okay.  All right.  So I will

19   take a look and see if we can figure out

20   what date that was later.

21                  But he checked the incision, it

22   was unremarkable at that time as far as you

23   remember?

24        A.        He said it was healing and to

25   just continue to clean it and gauze, like

Page 66

1                          S. Linzy

2      patch it up with the gauze and stuff.

3          Q.        So turning to this June 2022

4      record, this was the next time you saw him

5      after the visit we just discussed, in which

6      you were recommended to continue cleaning

7      and changing your dressing?

8          A.        I cannot tell you the date.

9      I'm sorry.

10         Q.        That's fine.  So Dr. Gallina

11     said that as a result of the surgery your

12     left leg pain was largely resolved at that

13     time.  Is that accurate?

14         A.        Say that again, I'm sorry.

15         Q.        So you will see Dr. Gallina

16     noted here that after the surgery, you

17     weren't complaining of left leg pain and

18     resolving?

19         A.        Directly after the surgery,

20     no.

21         Q.        Was there a resolution of your

22     symptoms by June, you know, within two

23     months of the surgery?

24         A.        What do you mean a

25     "resolution"?

Page 67

1              S. Linzy

2         Q.        So it says here that you

3    weren't complaining of left leg pain as of

4    June 22,'22; is that accurate?

5         A.        Yeah, that is accurate up

6    until months after, maybe a couple of

7    months after.   It started to have numbness

8    again.

9         Q.        So you got some relief from

10   interval after the surgery to some months

11   after the surgery, at which point you

12   started having left leg symptoms again; is

13   that fair to say?

14        A.        Yes.

15        Q.        But as of this time June of

16   2022, it's accurate that right leg symptoms

17   were your main complaint?

18        A.        Yes.

19        Q.        At page 40, the doctor says

20   that you are currently living in Georgia

21   and coming back to NYU for treatment and

22   you were recommended to continue physical

23   therapy there.

24              So my first question is, you

25   were living in Georgia at this time, in June

1                    S. Linzy

2    of 2022?

3         A.        Yes.

4         Q.        When did you move to Georgia?

5         A.        June of 2022.

6         Q.        How long did you stay in

7    Georgia?

8         A.        As far as when I moved back to

9    New York?

10        Q.        Yes.

11        A.        I moved back to New York --

12   I'm sorry, I moved to Georgia in June of

13   2021, a couple of months after the surgery.

14   So I just came back to New York in August

15   of '22.

16        Q.        So a little over a year in

17   Georgia.  Yes?

18        A.        Yes.

19        Q.        Where were you living in

20   Georgia?

21        A.        Marietta, Georgia.

22        Q.        What brought you to Georgia,

23   was it employment, family?

24        A.        I needed help after the

25   surgery that I couldn't get here.  So I

Page 69

1                          S. Linzy

2    went there to get the assistance and the

3    help from someone.

4          Q.        Was that family, friends,

5    medical providers?

6          A.        Umm, I mean like physically at

7    home there was a lot that I couldn't do.

8    So there was a friend, yeah.

9          Q.        So you moved in with a friend

10   in Marietta in June of 2021 after the

11   surgery to recuperate; is that fair to say?

12         A.        Yes.

13         Q.        Why did you move back in

14   August of 2022?

15         A.        Mainly because -- yeah, I was

16   taking physical therapy out there, but I

17   needed pain management.  It was already

18   becoming too hard traveling back and forth.

19   And that friend couldn't help me anymore,

20   so...

21         Q.        So when you were recommended

22   you continued physical therapy in Georgia,

23   and you did so, correct?

24         A.        Yes, yes.

25         Q.        And let me know if you need to

Page 70

1                        S. Linzy

2      take a break, get a drink of water.  You

3      know, we have all the time and there is no

4      pressure.

5           A.        No, I don't need to.

6                     MR. LEVITES:   Okay.   I am

7           turning to Team Rehab, which is

8           Exhibit 14.

9                     (The above-referred-to

10          document was marked as Defendant's

11          Exhibit 14 for identification as of

12          this date.)

13          Q.        This is the records of your

14     rehabilitation in Georgia, correct?

15          A.        Yes.

16          Q.        Team Rehab.  At page five, you

17     will note that it describes a number of

18     things here.

19                    One of the things it lists are

20     your current deficits as of your initial

21     evaluation in September of 2021.

22                    So I would like you to review

23     those deficits and let me know if they are

24     accurate as of September of 2021

25     (indicating).

Page 71

1          S. Linzy

2               Let me see if I can magnify

3     this a little(indicating).

4          A.      Yes, it's accurate.

5          Q.      There is a few other things

6     here.  It says beginning here, on following

7     surgery, it states following surgery,

8     started PT for a couple of weeks, came down

9     to Atlanta in July, has not done any PT or

10    formal treatment since then, taking Tylenol

11    and Advil PRN, but not getting a lot of

12    help.  Heat helps with the pain and spasms

13    as well as resting in a reclined position.

14               Did I read that correctly?

15         A.      I'm sorry, can you read that

16    again?

17         Q.      That's okay.  If you can just

18    read beginning with this word following,

19    through to the end of the paragraph and let

20    me know when you have done so.

21               I can blow it up a little more

22    (indicating).

23         A.      (Reading).

24               It's accurate.  It's

25    everything, except for July.  I got there in

Page 72

1                    S. Linzy

2    June.

3         Q.        And was the delay in securing

4    physical therapy in this time, was that

5    just finding a complainant provider?

6         A.        You said the delay?  Like, you

7    mean the gap in between or something like

8    that?

9         Q.        Exactly.

10        A.        I was looking for a physical

11   therapist.  Like out there I was fairly

12   new, so I didn't really know anybody.  I

13   was just trying to find.

14        Q.        Understood.  And then this

15   record also says, comorbidities has had two

16   hand surgeries due the leg giving out of

17   fracturing three bones in her hands.

18                  Is that accurate?

19        A.        Yes.

20        Q.        So could you tell me a little

21   bit about those two hand surgeries?

22        A.        I was getting out of bed and

23   it wasn't my bed, my own bed.  The bed was

24   kind of higher and when I went to get out

25   the bed my leg literally like gave out, it

Page 73

1                        S. Linzy

2     was like numb.

3                     So when I wand went to catch

4     myself I did catch myself.  But I kinda like

5     slammed my hand down on the dresser to try

6     to catch myself.  And I must've hit the

7     edge, my hand broke.

8         Q.        So you needed corrective

9     surgery for broken bones in your hands,

10    bracing yourself?

11        A.        Yeah.

12                  MR. KLEIN:  I am going to

13          object to this line of questioning.

14          We are not claiming any hand injuries

15          with respect to this case.

16                  MR. LEVITES:  Understood.

17        Q.        The reason I am asking, Miss

18    Linzy, is just because it implicated your

19    leg.  So I'm curious which leg it was, if

20    you remember?

21                  MR. KLEIN:  Objection.

22                  You can answer.

23        A.        No, I don't remember.  I just

24    remember feeling like I was going to fall.

25    So I just did what I needed to do to catch

Page 74

1                          S. Linzy
2      myself.
3              Q.        Understood.   What were the
4      dates of those surgeries?
5                      MR. KLEIN:   Objection.
6              Q.        If you know?
7                      MR. KLEIN:   Hand surgeries
8              that are not related to this accident.
9                      I am instructing her not to
10             answer, counsel.
11             Q.        Were these surgeries before or
12     after the accident in this case?
13             A.        After.
14             Q.        You will notice it describes
15     your prior level of function there in that
16     same paragraph.   Do you see that?
17                     MR. KLEIN:   Objection.
18             Q.        In this document.
19             A.        Am I able to see that, yes.
20             Q.        If you could read that section
21     beginning with, prior level of function
22     through the word cardio.   And let me know
23     when you have done so.
24                     MR. KLEIN:   Objection.
25                     Objection to any line of

Page 75

1              S. Linzy

2       questioning with respect to these past

3       surgeries that have nothing to do with

4       the injuries in relation to this case.

5              MR. LEVITES:  Counselor, I'm

6       no longer inquiring with respect to

7       that.

8              MR. KLEIN:  I apologize.

9              THE WITNESS:  I read it.

10     Sorry.

11      Q.      So you see there, it says you

12  had a very active life-style, the gym three

13  times per week.

14      A.      Um-hmm.

15      Q.      It says that your prior level

16  of function included weight training and

17  not much cardio.  Is that accurate?

18             MR. KLEIN:  Objection.

19      A.      Oh, weight training, yes.  I

20  did cardio, but I just didn't do as much

21  cardio as I did weight training.

22      Q.      Me too.  It's much more fun to

23  be lifting weights in the gym.

24      A.      I just needed more weight

25  training.

1                    S. Linzy

2        Q.        So with respect to the weight

3    training, what kind of lifting did you do,

4    like what weights, what exercises, free

5    weights, machines, that kind of thing?

6        A.        Dumbbells.

7        Q.        Dumbbells?

8        A.        Um-hmm.

9        Q.        Mostly upper body, lower body?

10                MR. KLEIN:  Counsel, I'm just

11        going to ask for a brief recess here.

12        Thank you.

13                MR. LEVITES:  Absolutely.

14        Q.        If you can just answer the

15    question, Miss Linzy.  Is that upper body

16    or lower body?

17        A.        Upper body.

18                MR. LEVITES:  Let's come back

19        in ten minutes.  Is that good?

20                MR. KLEIN:  That's good.

21        Thank you.

22                MR. LEVITES:  We will be back

23        on at 11:46.

24                (A short recess was taken.)

25        Q.        We are back on the record

Page 77

1                    S. Linzy
2    here, we are looking at Exhibit 14, which
3    is the Team Rehab records.
4                    So one of the questions I
5    wanted to ask you on your 16th visit there
6    is a note here, the first question is that
7    the record notes that you missed nine visits
8    due to not feeling well, difficulty with
9    your ride and work hours.
10                   So taking those in turn, the
11   work hours, is that your January to February
12   job we were talking about at the call
13   center?
14        A.        Yeah, that was the one from
15   January to February.
16        Q.        And what were the difficulties
17   you had with the ride getting there?
18        A.        I didn't have anyone to take
19   me, a ride, period.  No way to get there at
20   all some days.
21        Q.        Right.  You just have the
22   permit exactly.  So it make sense.
23        A.        Um-hmm.
24        Q.        And then at that same visit,
25   it's noted that, it says that you were

```
1                      S. Linzy
2    working overtime in that job, like long
3    seated periods.  Do you remember that?
4         A.        Working overtime at a job?
5    The job that I was working was a work at
6    home job.  So you had to sit at home.
7                   MR. KLEIN:  He is asking you
8          questions with respect to reading the
9          document in front of you.
10                  So if you see something about
11         whatever he is reading, you can say
12         yes.  But there is no pending question
13         as to what you were working on.
14                  THE WITNESS:  Okay.
15        Q.        So my question is, do you
16    remember working for long seated periods
17    during that time?
18        A.        Do I remember working for long
19    seated periods?
20        Q.        Yes.
21        A.        No, I would personally take
22    breaks.
23        Q.        Did working this job in
24    January and February of '22 worsen your
25    symptoms at all?
```

S. Linzy

1

2      A.      Yes.

3      Q.      And at page 106 it's noted

4   that since last year she went back to NY

5   and saw the surgeon.  And he did another

6   MRI and he said there is nothing that he

7   needs to go back in for.  States that the

8   nerves are compressed, but not something

9   that needs surgery, recommend pain

10   management, physical therapy and epidurals.

11            So my question is, is this note

12   in the record here referring to when you

13   went back to New York in June of 2022 and

14   consulted with Dr. Gallina?

15      A.      Can I read it again, please?

16      Q.      Yes, please take your time.

17      A.      Yes.  When I went back for the

18   visit with Dr. Gallina this is what he told

19   me; pain management, physical therapy and

20   consider another epidural injection.

21      Q.      It looks like this was your

22   last visit.  It looks like this is 8/18/22.

23            Does that sound like the last

24   time that you treated at Team Rehab,

25   August 18, 2022?

Page 80

                         S. Linzy

1

2          A.          I'm not sure of the exact

3    date, but I think so.

4          Q.          So this last record it says

5    that -- this describes your current

6    deficits at least as of September of '22.

7                      Do you see where it says,

8    current deficits?

9          A.          Um-hmm.

10         Q.          If you can read that section

11   to yourself and let me know when you have

12   done so.

13         A.          Okay.

14         Q.          Is this a description of your

15   deficits as of August of '22 accurate, to

16   the best of your recollection?

17         A.          No.

18         Q.          What part is inaccurate?

19         A.          I cannot stand for no 45

20   minutes straight.

21         Q.          And you couldn't in August of

22   '22 either?

23         A.          No.

24         Q.          So what would be a better

25   description?

Page 81

1                    S. Linzy

2         A.        As far as number one, line

3    one?

4         Q.        Yes, please.

5         A.         I can maybe stand for about 20

6    minutes before I have to, you know, sit

7    down, or, you know, stretch my legs, kind

8    of get to my legs real quick.

9         Q.         I apologize, Miss Linzy.   I

10   should have said in the beginning, but if

11   you want to stand, walk around, anything

12   that makes you more comfortable, recline,

13   all of that is fine while we are asking our

14   questions.   There is no need for you to be

15   uncomfortable while we are sitting here.

16        A.         Yeah, that is why I kind of

17   been like, you know, maneuvering myself and

18   adjusting myself throughout the deposition.

19        Q.         Understood.   Please feel free

20   to continue doing so or anything else that

21   makes you more comfortable here today.

22        A.         Yes.   Before we actually leave

23   this complete document, can we revisit

24   something?

25        Q.         Absolutely.   Is there a

Page 82

```
 1                     S. Linzy
 2     section that you would like me to turn to
 3     that we previously looked at?
 4          A.        Yes, I would.
 5          Q.        Which one was that?  We looked
 6     at the section in --
 7          A.        Prior level functioning.
 8          Q.        Prior level functions.  Okay.
 9          A.        In reading the prior level
10     functions, it doesn't specify whether they
11     are saying prior to the accident.
12          Q.        Oh, Miss Linzy, to be clear, I
13     wasn't trying to imply or give the
14     implication that you were able to lift
15     60-pounds after the accident, or stand for
16     eight hours when you have just testified
17     you could only stand for 20 minutes.
18                    I appreciate the clarification.
19          A.        Yeah, I just wanted to be
20     clear.
21          Q.        Of course.  To be clear for
22     the record, on this page five of the Team
23     Rehab records, the prior level of function
24     and my inquiries thereto refer to the
25     plaintiff's prior level of function prior
```

1                    S. Linzy

2    to December 5, 2019.

3                    And the witness has testified,

4    and I understand that the current deficit

5    section describes her deficits as of

6    presentation to Team Rehab on 9/23/2021.

7          A.       Thank you.  I just wanted to

8    be clear.

9          Q.       Thank you, Miss Linzy.

10               MR. LEVITES:  So now we are

11           going to turn to the next one, which

12           is CitiMed.  So there is just a few

13           here.

14               (The above-referred-to

15           document was marked as Defendant's

16           Exhibit 15 for identification as of

17           this date.)

18          Q.       So this was after you moved

19    back to the Bronx, right?

20          A.       Yes.

21          Q.       And how did you find CitiMed?

22          A.       I was talking to Dr. Gallina,

23    and he said that I needed to find pain

24    management.  So once again I Googled.  And

25    I found that CitiMed had good reviews, so I

Page 84

1                    S. Linzy

2    went there.

3         Q.        Excellent.  Okay.  So at page

4    five in the history of present illnesses

5    here, it's described that as per the

6    patient, the surgeries and the injection

7    did not provide significant pain relief.

8                    So I have two questions.  The

9    first is, this should be referring to

10   injections, correct?

11        A.        Yes, injections.

12        Q.        And the second thing is, is

13   this accurate, that as of this date,

14   September '22, the surgeries and the

15   injections had not provided significant

16   pain relief?

17        A.        Exactly.

18        Q.        On page eight, this is a

19   consultation record from November of '22.

20                   Okay. I had the wrong page

21   here.

22                   So on page seven, this is the

23   record from September of '22.  And it states

24   that the doctor discussed various treatment

25   options with you, and stated that it appears

Page 85

1                       S. Linzy

2       to me that the patient is suffering from

3       post-laminectomy syndrome.

4                       Do you remember that being

5       discussed with you in September of '22?

6           A.      Yes.

7           Q.      Did they explain what

8       post-laminectomy syndrome is?

9           A.      Something about it failing,

10      the surgery failing, or something like

11      that.

12          Q.      That is about as much as I

13      know, Miss Linzy.  But that is my

14      understanding of it as well.

15                      So did Dr. Gallina explain that

16      this could be a potential consequence of

17      this surgery?

18          A.      No, I haven't spoken to

19      Dr. Gallina after.  I haven't seen

20      Dr. Gallina yet, after seeing the people at

21      CitiMed.

22          Q.      And then at pages 10 to 11, it

23      discusses some testing that they did.  And

24      specifically it states that in respect of

25      your cervical spine and your lumbosacral

1                           S. Linzy

2    spine that the muscle strength was five out

3    of five muscle groups tested.

4                    Do you remember the muscle

5    testing at the office at CitiMed?

6         A.       No.  What is --

7                    MR. KLEIN:  Can you clarify,

8         counsel, if you don't mind?

9                    MR. LEVITES:  Absolutely.

10        Q.        My impression is that they

11   probably did some kind of testing where

12   they held your arm or back and asked you to

13   flex or move in various ways, and then

14   measured your ability to resist, you know,

15   your muscular ability to resist.

16                    So they may have held your back

17   and asked you to lean to the left or held

18   your arm and asked you to, you know, pull

19   your arm up or something like that.

20                    Do you remember them doing

21   anything like that at this visit?

22        A.        Yeah, I remember them

23   assisting me with moving different limbs,

24   them doing different things like that.

25        Q.        Okay.  Do you remember them

1                          S. Linzy

2    remarking on your muscular strength at all

3    at that time?

4         A.        What do you mean?  What do you

5    mean, "remarking on"?   I'm sorry.

6         Q.        Like if they made any notes,

7    like they said, your muscles are weak or

8    your muscles are strong, or they have

9    improved or they have weakened or anything

10   like that?

11        A.        No, not to me directly.

12        Q.        The reason I'm asking,

13   Miss Linzy, is just because it notes your

14   muscle strength here.  Obviously, you did

15   many weeks of physical therapy.  So I was

16   inquiring to see if you know if that had

17   resulted in any improved strength or

18   anything like that.

19                  Did you have any feeling that

20   the physical therapy improved your strength

21   and flexion and things like that?

22        A.        No.  I didn't have any

23   feeling.  Because, honestly, like I was

24   always in pain, you know.

25        Q.        Okay.  So even though you were

1              S. Linzy

2    still in pain, did you have any -- did you

3    feel like you had more flexibility or

4    strength?

5         A.        In my neck, I can kind of move

6    it a little further.  But other than that,

7    no.

8         Q.        And then in December of '22,

9    it was noting that your principle diagnoses

10   were cervical and lumbar sprain, with the

11   recommendation of physical therapy three

12   times a week thereafter.

13                  My question is, did you pursue

14   physical therapy three times a week

15   thereafter?

16        A.        I pursued physical therapy

17   until -- and then the last time I went in

18   they told me I had to go back to

19   Dr. Gallina to get a referral.  And that is

20   what I'm waiting for.

21        Q.        Understood.  Okay.  And you

22   had mentioned, and I have been given an

23   understanding that you have had some

24   additional treatment since December of '22.

25   Specifically an injection two weeks ago; is

1              S. Linzy

2    that right?

3         A.      Yes, on the 9th of this month.

4                 MR. LEVITES:   February 9th.

5         Q.      So was this at Dr. Gallina's

6    office?

7         A.      No.

8         Q.      Where was it?

9         A.      It was in New Jersey.

10        Q.      Was it Dr. Dassa that was in

11   New Jersey?

12        A.      I'm not sure.

13        Q.      One of them was in

14   Saddlebrook, right?

15        A.      Yeah, one was in Saddlebrook.

16   This one was --

17        Q.      I'm sorry.

18        A.      Sorry?

19        Q.      I was saying, this isn't the

20   Saddlebrook one?

21        A.      I'm not sure if that was

22   Saddlebrook, because the first two

23   injections, I got them both in New Jersey

24   but at two different locations.  And this

25   one was a familiar location to the first

Page 90

```
1                    S. Linzy
2    injection that I received.
3        Q.        Okay.  That is helpful.  So
4    it's probably Dr. Dassa, I believe, or his
5    office rather.  But it wasn't a doctor that
6    you had recognized giving you the
7    injection?
8        A.        I didn't even see the doctor.
9    I just seen the nurses.
10       Q.        But the facility itself was
11   familiar?
12       A.        Yes.
13       Q.        Have you treated with any
14   other doctors, other than your epidural
15   injection on February 9th, between December
16   '22 and the present date?
17       A.        Umm, at CitiMed, the pain
18   management doctor.
19       Q.        And do you think you saw them
20   in January, February, both?
21       A.        That was probably the end of
22   December, maybe, approximately.
23       Q.        And that might be this record
24   here, December 19th, does that sound right?
25       A.        Yeah, it could have been.
```

```
 1                    S. Linzy
 2        Q.        To the best of your
 3   recollection, you went from this December
 4   19 visit to your February 9 epidural
 5   injection in New Jersey without any
 6   intervening other care, correct?
 7        A.        Correct.
 8              MR. LEVITES:  I'm turning to
 9        exhibit -- I apologize, the PDF are
10        mis-numbered.
11              MR. KLEIN:  Just to clarify,
12        are you referring to any physical
13        therapy as well that was done between
14        that December 9th visit?
15              MR. LEVITES:  Absolutely.  I
16        should clarify that.  I appreciate the
17        clarification, counsel.
18        Q.        If you treated with anyone
19   else; like physical therapy, chiropractic,
20   anything like that?
21        A.        Between?
22        Q.        Yes, between December 19 and
23   the present date?
24        A.        No.  I told you I was waiting
25   on Dr. Gallina's referral.
```

Page 92

1                        S. Linzy

2        Q.        That's right.

3                  MR. LEVITES:  Thank you,

4        counsel.  Thank you, Miss Linzy.

5                  I'm going to turn to what

6        should be Exhibit 16, but the PDF says

7        it's 17.  I apologize for that.

8                  This is an IME, an Independent

9        Medical Examination dated January 14,

10       2021, by one Elizabeth Ortof on the

11       Upper West Side.  O R T O F.

12                 (The above-referred-to

13       document was marked as Defendant's

14       Exhibit 16 for identification as of

15       this date.)

16       Q.        Do you remember going to

17   Dr. Ortof's office?

18       A.        Yes.

19       Q.        I just have a few questions

20   about Dr. Ortof's report.

21                 So the first is she reviewed a

22   couple of records.  We have gone through

23   many of these today.  I just wanted to ask

24   you about a few.

25                 The first is this Nagendra Shan

```
1                        S. Linzy
2      record, dated October 8, 2020.
3                    Do you know who that is?
4           A.        I don't recognize that name.
5           Q.        I didn't recognize it either
6      in the records either.
7                        I am wondering if it might be
8      one of your other practitioners, like
9      Dr. Shaw perhaps, and it's like a mistype?
10     But we will follow up on that.
11                       The second one I want to ask
12     you about is the IME report dated 1/5/21 by
13     Ernesto Seldman.
14                       Do you remember consulting with
15     anyone named Ernesto Seldman?
16          A.        No, I don't remember that
17     name.
18                       And can you explain to me what
19     an IME report is?
20          Q.        Of course, yes.  An IME is
21     what you did with Dr. Ortof.  So you go
22     into their office, they will examine you,
23     they might look at your records, they might
24     ask you some questions about the accident.
25     And then they will prepare this report
```

```
 1                    S. Linzy
 2     which is used in the litigation.
 3                    This IME report, it says that
 4     there is an IME report dated January 5, 2021
 5     from Ernesto Seldman.
 6                    I understand that to mean that
 7     you -- this doctor reviewed a record with
 8     someone named Dr. Seldman, who you saw on
 9     January 5, '21.
10                    This may have been erroneously
11     included or something like that, so that is
12     why I'm asking.
13                    Do you remember seeing a
14     Dr. Seldman?
15          A.        No, I don't.
16          Q.        This would have been
17     someone -- it looks like it was just two
18     weeks before Dr. Ortof.  So do you remember
19     seeing some other doctor right around the
20     time that you saw Dr. Ortof?
21          A.        No, I don't remember.
22          Q.        So maybe that is another
23     erroneous inclusion there.
24                    And then the last thing I want
25     to ask you about is Dr. Ortof's conclusions
```

1                      S. Linzy

2       here.

3                      She says there is no clear

4       evidence on exam of cervical radiculopathy,

5       she's capable of performing all activities

6       of daily living that do not involve lifting,

7       pushing or pulling over ten pounds from a

8       neurological perspective.  The claimant is

9       not capable of returning to work as a sushi

10      chef at the current time because it involves

11      lifting fish weighing over 70 pounds.

12                     And my question is, is that

13      accurate?

14           A.      I'm sorry, I'm reading it

15      over.

16           Q.      Please.  And while you are

17      reading it I would like to note that my

18      question is, is that accurate as of January

19      '21, when you visited Dr. Ortof?

20           A.      No, it is not accurate.

21           Q.      Which part is inaccurate?

22           A.      Umm, I couldn't do cleaning or

23      like cooking and stuff at home.

24           Q.      So some tasks involving

25      lifting, pushing, pulling of less than ten

1                         S. Linzy

2     pounds you were still limited?

3          A.      Yes.

4          Q.      My second question is, is this

5     statement accurate as of today?

6          A.      Yes, it's accurate as of

7     today.

8                     MR. KLEIN:  Do you understand

9          that question, Shaarille?

10         Q.      To be clear, your counsel is

11    pointing out as of January of 2021 this

12    statement was not accurate, because you

13    were still limited in cooking and so forth.

14                    When I ask you is it accurate

15    today, my question is, is it true that as of

16    today, February 21, 2323, you are capable of

17    all activities of daily living that do not

18    involve lifting, pushing or pulling more

19    than ten pounds?

20         A.      Not all activities.

21         Q.      So you have the same

22    limitations now as you did in January of

23    '21.  Meaning you are still limited in some

24    cooking and household tasks that involve

25    lifting, pushing, pulling of less than ten

Page 97

```
 1                    S. Linzy
 2    pounds?
 3         A.       Yes.
 4                    MR. LEVITES:  I just have two
 5         more short exhibits and then we should
 6         be done.
 7                    This next one is a picture
 8         that was produced in litigation.
 9                    (The above-referred-to
10         photograph was marked as Defendant's
11         Exhibit 17 for identification as of
12         this date.)
13         Q.       I just wanted to ask you if
14    you know what the picture is of, who took
15    the picture, and when it was taken?
16                    And you can answer those
17    questions in any order you would like
18    (indicating).
19         A.       The picture is of the incision
20    on my back.  I don't remember who took it.
21    I don't remember exactly when it was taken.
22                    MR. LEVITES:  I understand.  I
23         apologize.  I'm not trying to tell
24         you.  I'm just trying to make sure
25         that we authenticate this photograph.
```

Page 98

1                          S. Linzy

2                          The very last thing I would

3          like to show you, Miss Linzy, I

4          haven't marked this as an exhibit.

5                          I will provide it to you,

6          counsel.

7          Q.      But I would like to just make

8     sure that I have this, that I have a better

9     understanding of where, how this accident

10    took place.

11                         So I have two pictures here

12    that I just pulled from Google maps today.

13                         And my question is, this first

14    picture I'll represent to you depicts the

15    intersection of Bruckner Boulevard and

16    Westchester Avenue with the BX12 stop nearby

17    it.

18                         So my question is, is this the

19    intersection where the accident occurred?

20          A.      No.

21          Q.      So it's not in the crosswalk

22    that is crossing Bruckner that is depicted

23    on the right foreground of this photograph?

24          A.      No.

25          Q.      It's a separate intersection?

Page 99

1                  S. Linzy

2        A.        Yes.

3        Q.        And then this second picture

4   is a picture of the Q50 stop on Bruckner

5   Boulevard.  This isn't the Q50 stop to

6   which you were referring to in your

7   deposition testimony; is that right?

8        A.        Not the one that is furthest

9   to the left, but the one towards the right

10  in your picture.

11       Q.        So I'm drawing a square.  Are

12  you saying this is the Q50 stop involved

13  that is the subject of this litigation

14  (indicating)?

15       A.        Yes.

16       Q.        Okay.  So this is the Q50 stop

17  you were heading towards at the time of

18  your accident?

19       A.        Yes.

20            MR. KLEIN:  Counsel, could you

21       just hold on questioning, because

22       these photographs were not shared

23       beforehand and I just want to take a

24       look.

25            MR. LEVITES:  Sure.  Can we go

Page 100

1                    S. Linzy

2       off the record?

3                    MR. KLEIN:  Yes.

4                    [A discussion was held off the

5       record.]

6       Q.        Miss Linzy, we have looked at

7    these two photographs, and you have

8    explained to me that the square that I've

9    drawn, which I will now try and do in a

10   permanent format so that you and your

11   counsel can refer to it (indicating).

12                   So I've drawn a red rectangle.

13   So the red rectangle in the center of this

14   picture depicts the Q50 stop to which you

15   were walking at the time of this incident

16   (indicating)?

17       A.        Yes.

18                   MR. LEVITES:  I think we are

19       done with our exhibits for now.  I

20       just have a few more questions.

21       Q.        Have you been to this

22   intersection since the accident?

23       A.        Unfortunately, yes.

24       Q.        Do you know if they moved any

25   of the bus stops around or changed the

```
 1                    S. Linzy
 2    arrangement of the intersection?
 3         A.        Not that I know of.
 4         Q.        Have you had any problems with
 5    your lumbar spine or cervical spine prior
 6    to December 5, 2019?
 7         A.        No.
 8         Q.        Were there any other ways that
 9    this accident affected you other than the
10    ways we have discussed so far in today's
11    deposition?
12         A.        You mean as far as physically?
13         Q.        Physically or otherwise.
14    Anything that we haven't talked about today
15    yet.
16         A.        I mean, it's affected me in
17    many ways.  Like it changed my life
18    completely.  Like, I don't do -- I can't do
19    none of the things I used to do.  And I
20    can't even like provide for myself.  I
21    can't even get out there.  It changed a lot
22    like.
23                    You know, things, it's
24    embarrassing cause like, because at some
25    point people had to help me take a shower.
```

```
 1                    S. Linzy
 2                    I used to be a chef, I love
 3    cooking.  I can't do that no more.  You know
 4    what I'm saying?  I can't go out, because
 5    it's like who wants to go out and have to
 6    find ways to be comfortable, to stand up, to
 7    sit down and move like.
 8                    I was very active, and just not
 9    no more, especially due to like the pain.
10    Socially, it's affected me socially; it's
11    affected me mentally, it's affected me
12    emotionally.
13         Q.        Thank you, Miss Linzy.  So I
14    just have a few bookends and then I will be
15    done for the day.
16                    My first of these bookends is,
17    have you understood all of my questions
18    today?
19         A.        For the most part, the ones
20    that I didn't you explained.
21         Q.        Okay.  Is there anything else
22    that you want to tell me about this
23    incident that we haven't talked about yet?
24         A.        Yeah, like, even like going
25    into the ambulance, we didn't really talk
```

1                    S. Linzy

2    about what they did in the ambulance, and

3    going into the ambulance.  Like things that

4    I, you know, seen or noticed.  We didn't

5    talk about that.

6        Q.      If there is anything you would

7    like to tell me about the incident, please

8    tell me.

9        A.      Well, in the ambulance they

10   did put a neck brace on, and they did take

11   my blood pressure.  When they were lifting

12   me up into the ambulance, like I kind of

13   like was trying to look around a little

14   bit.  And I seen a car there.  It had like

15   the Uber sign in the window.  And it had a

16   tablet like approximately eight inches in

17   the middle of the dashboard.

18       Q.      Is there anything else that

19   you want to tell me about the incident?

20       A.      No, sir.

21               MR. LEVITES:  I have no

22           further questions for you, Miss Linzy.

23           Thank you so much for taking the time.

24           I know it wasn't easy to go through

25           this a second time.  I appreciate your

Page 104

1              S. Linzy
2       consideration today.
3              Your attorney, Mr. Klein, may
4       have some additional questions.  But,
5       again, I appreciate your taking the
6       time and all the work you put into it.
7              THE WITNESS:  Thank you.
8              MR. KLEIN:  Thank you,
9       counsel.  I just have one or two
10      follow-up questions.
11   EXAMINATION BY
     MR. KLEIN:
12      Q.      Miss Linzy, you described the
13   sticker that you saw on the vehicle.  Can
14   you describe it in a little more detail
15   what you saw and where you saw it?
16      A.      It was kind of like -- it was
17   like circular, but it was a backwards C
18   where it was kind of open on one end.  And
19   it was like on the passenger's side at the
20   bottom of the window.
21      Q.      In the bottom portion of the
22   passenger window?
23      A.      Yes.
24      Q.      You described the dashboard;
25   is that correct?  Excuse me, a tablet on

```
 1                      S. Linzy
 2      the dashboard?
 3           A.      Yeah, in like the middle of
 4      the dashboard I could see like a tablet
 5      sticking up.  Like, it was approximately
 6      about like eight inches.
 7                    MR. KLEIN:  That is all I
 8           have.  Thank you.  I appreciate it,
 9           Miss Linzy.
10                    Counsel, I appreciate your
11           time.
12                    MR. LEVITES:  I just have one
13           quick one, Kevin.
14      BY MR. LEVITES:
15           Q.      The decal that you were
16      describing, was it a decal like a sticker
17      or was it like lit up?
18           A.      What do you mean, was it a
19      decal?
20           Q.      Was it a sticker that you saw
21      that you were describing, a shape that you
22      saw on the windshield.  My question was,
23      was it lit up or was it like a sticker?
24           A.      I'm not sure if it was lit up.
25           Q.      Did you see any other decals
```

Page 106

1                        S. Linzy
2    or stickers?
3            A.      Not that I could recognize.
4    Like little -- yeah, not that I could
5    recognize.
6                    MR. LEVITES:  Thank you,
7          Miss Linzy.  I appreciate it.
8                    (Time: 12:24 p.m.)
9
10
11           -------------------------------
                      SHAARILLE LINZY
12
     Subscribed and sworn to
13
     before me on this _____day
14
     of _____, 2023.
15
16
17

     -----------------------------------
18                  NOTARY PUBLIC
19
20
21
22
23
24
25

Page 107

1
2                                    **INDEX**
3                          **INDEX TO TESTIMONY**
4                                      Page        Line
5    Examination by              4           19
       Mr. Levites
6
       Examination by           104           7
7        Mr. Klein
8    Continued Examination by  105          10
       Mr. Levites
9
10                   **INDEX TO DEFENDANT'S EXHIBITS**
11
       Description                 Page        Line
12
       1   Complaint              23          23
13
       2   Verified Bill of       23          23
14         Particulars
15     3   Linzy deposition       25          20
           testimony
16
       4   Alemar depositon       31           5
17         testimony
18     5   police report          34           9
19     6   FDNY report            38           3
20     7   Jacobi Medical         39          18
           Center records
21
       8   Northwell Health       43           6
22         records
23     9   Bronx medical          46          23
           records
24
       10 Dr. Datta's records     51           6
25

1

2                    INDEX CONTINUED

3

4    11 Complete Care          54          17
        records

5

     12 Dr. Krishna's          58          14
6       records

7    13 Dr. Gallina's          60          13
        records

8

     14 Team Rehab             70           9

9

     15 CitiMed                83          14

10

     16 IME, Dr. Ortof         92          10

11

     17 photograph             97           6

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 109

1

2                    C E R T I F I C A T I O N

3

4

5

6        I, CLAIRE GOULD, a Professional Reporter and a

7    Notary Public, do hereby certify that the foregoing

8    witness, SHAARILLE LINZY, was duly sworn on the date

9    indicated, and that the foregoing is a true and accurate

10   transcription of my stenographic notes.

11       I further certify that I am not employed by nor

12   related to any party to this action.

13       IN WITNESS HEREOF, I hereunto set my hand this 2nd

14   day of March, 2023.

15

16

17   *Claire Gould*

     CLAIRE GOULD

18

19

20

21

22

23

24

25

Page 110

**ERRATA SHEET**

**VERITEXT/NEW YORK REPORTING, LLC**

CASE NAME: Linzy, Shaarilee v. Uber Technologies Inc.
DATE OF DEPOSITION: 2/21/2023
WITNESSES' NAME: Shaarille Linzy

| PAGE | LINE (S) | CHANGE | REASON |
|------|----------|--------|--------|
| ___ | ___ | _____ | _____ |
| ___ | ___ | _____ | _____ |
| ___ | ___ | _____ | _____ |
| ___ | ___ | _____ | _____ |
| ___ | ___ | _____ | _____ |
| ___ | ___ | _____ | _____ |
| ___ | ___ | _____ | _____ |
| ___ | ___ | _____ | _____ |
| ___ | ___ | _____ | _____ |
| ___ | ___ | _____ | _____ |
| ___ | ___ | _____ | _____ |
| ___ | ___ | _____ | _____ |
| ___ | ___ | _____ | _____ |
| ___ | ___ | _____ | _____ |
| ___ | ___ | _____ | _____ |

_____
Shaarille Linzy

SUBSCRIBED AND SWORN TO BEFORE ME
THIS _____ DAY OF _____, 20__.


_____              _____
(NOTARY PUBLIC)                       MY COMMISSION EXPIRES:

[& - 51]                                                    Page 1

| **&** |
| --- |
| **&**   2:3 23:25 |

| **0** |
| --- |
| **05097**   1:3 |

| **1** |
| --- |
| **1**   23:20,25 107:12 |
| **1/5/21**   93:12 |
| **10**   51:4,7,19 85:22 107:8,24 108:10 |
| **100**   2:4 5:2 11:10 |
| **10005**   2:5 |
| **10019**   2:10 |
| **104**   107:6 |
| **10475**   5:3 11:11 |
| **105**   107:8 |
| **106**   79:3 |
| **10:05**   1:11 |
| **10:57**   51:13 |
| **11**   53:17 54:13 54:18 85:22 108:4 |
| **11:05**   51:14 |
| **11:46**   76:23 |
| **12**   12:4 18:13 23:8 24:12 58:11,16 108:5 |
| **12:24**   106:8 |
| **13**   60:12,15,22 108:7,7 |

| **1330**   2:9 |
| --- |
| **14**   16:24 17:7 17:13 70:8,11 77:2 92:9 108:5,8,9 |
| **15**   24:7 83:16 108:9 |
| **15th**   2:4 |
| **16**   25:10 58:6 65:12 92:6,14 108:10 |
| **16th**   77:5 |
| **17**   92:7 97:11 108:4,11 |
| **18**   79:25 107:20 |
| **19**   61:5 91:4,22 107:5 |
| **19th**   90:24 |
| **1:21**   1:3 |

| **2** |
| --- |
| **2**   23:20,25 24:3 107:13 |
| **2/21/2023** 110:3 |
| **20**   81:5 82:17 107:15 110:22 |
| **2011**   15:8 |
| **2017**   15:17 |
| **2018**   15:9,18 |
| **2019**   6:8,15 10:12 12:6 15:20 17:8 24:24 39:13 83:2 101:6 |

| **2020**   27:2 52:22 53:2,6 53:23 55:3 56:2 57:20 59:12 60:23 93:2 |
| --- |
| **2021**   13:24 24:12,25 25:3 25:11 64:12 65:5 68:13 69:10 70:21,24 92:10 94:4 96:11 |
| **2022**   15:24,24 65:13 66:3 67:16 68:2,5 69:14 79:13,25 |
| **2023**   1:10 5:18 106:14 109:14 |
| **21**   1:10 5:18 94:9 95:19 96:16,23 |
| **22**   53:5 62:2 64:24 65:2,6 67:4,4 68:15 78:24 80:6,15 80:22 84:14,19 84:23 85:5 88:8,24 90:16 |
| **23**   25:13 107:12,12,13 107:13,23 |
| **2323**   96:16 |
| **23a**   2:10 |

| **25**   107:15 |
| --- |
| **26d**   5:3 11:11 |
| **27**   63:14 |
| **2nd**   109:13 |

| **3** |
| --- |
| **3**   25:17,22 107:15,19 |
| **31**   34:15 40:16 107:16 |
| **31f**   38:12 |
| **34**   107:18 |
| **36**   27:14 |
| **3681**   6:9 17:9 |
| **37**   34:18 |
| **38**   31:9 107:19 |
| **3846**   109:17 |
| **39**   107:20 |

| **4** |
| --- |
| **4**   31:4,7 52:22 53:2 107:5,16 |
| **40**   52:20 67:19 |
| **43**   107:21 |
| **45**   80:19 |
| **46**   107:23 |
| **4:45**   18:19 |

| **5** |
| --- |
| **5**   6:8,14 17:8 24:23 34:7,11 39:13 83:2 94:4,9 101:6 107:16,18 |
| **50**   63:19,25 |
| **51**   107:24 |

**52** 53:4
**54** 30:14 108:4
**58** 108:5
**5:15** 18:19
**5th** 44:17

**6**

**6** 37:19 38:5
　64:12 107:19
　107:21,24
　108:11
**60** 82:15 108:7

**7**

**7** 39:16,20
　107:6,20
**70** 95:11 108:8

**8**

**8** 43:3,7 93:2
　107:21
**8/18/22** 79:22
**83** 108:9
**84** 26:21
**8th** 44:16

**9**

**9** 46:20,24 91:4
　107:18,23
　108:8
**9/23/2021** 83:6
**92** 108:10
**929-428-9791**
　12:2
**97** 108:11
**9th** 89:3,4
　90:15 91:14

**a**

**a.m.** 1:11
**ability** 86:14,15
**able** 8:19 10:3
　10:16 42:6
　43:21 74:19
　82:14
**above** 1:16
　23:23 25:20
　31:5 34:9 38:3
　39:18 43:5
　46:22 51:5
　54:16 58:14
　60:13 70:9
　83:14 92:12
　97:9
**absolutely** 17:5
　24:20 36:24
　45:20 76:13
　81:25 86:9
　91:15
**accept** 63:6
**acceptable** 5:21
**accident** 6:8,14
　17:2 18:10
　22:20,22 23:13
　24:9,23 26:12
　27:4,11,12,15
　31:14,15,21
　36:5 37:2
　39:13 58:19
　74:8,12 82:11
　82:15 93:24
　98:9,19 99:18
　100:22 101:9

**accidents** 14:24
　57:19,25
**accurate** 31:17
　31:19,25 32:2
　33:10,14,15
　36:21 38:14
　40:4,5 41:3
　42:11,12,19,22
　45:15 46:3,4
　50:19,20 57:21
　58:3 66:13
　67:4,5,16
　70:24 71:4,24
　72:18 75:17
　80:15 84:13
　95:13,18,20
　96:5,6,12,14
　109:9
**acknowledge**
　4:4,8
**action** 1:16
　13:14 109:12
**active** 75:12
　102:8
**activities** 95:5
　96:17,20
**actual** 7:4
**actually** 15:11
　81:22
**acupuncture**
　61:7,11,22
　62:8
**add** 28:8
**addition** 52:9

**additional**
　88:24 104:4
**additionally**
　28:5
**address** 4:25
　11:8,16,21
**adjusting** 81:18
**adjustments**
　49:19 61:16
**adjusts** 49:17
**administer**
　4:10
**administered**
　4:9
**admitting**
　39:23 41:6
**advil** 48:8
　71:11
**advils** 47:25
**advised** 63:15
**affected** 101:9
　101:16 102:10
　102:11,11
**ago** 53:11
　88:25
**agree** 5:8,16
　7:15,19,23 8:2
　27:19
**agreed** 3:3,7,10
　5:22,23
**ah** 8:11
**aide** 46:3
**ajn** 1:3
**alemar** 14:13
　25:19 31:2,3,9

| | | | |
|---|---|---|---|
| 32:13 33:3 107:16 | apologize 35:10 59:18 75:8 81:9 91:9 92:7 97:23 | 63:6,13 86:12 86:17,18 | **aware** 6:20 |
| **allegations** 16:25 | | **asking** 6:6 7:8 7:10 25:6 28:6 28:7 36:12 42:20 63:2 73:17 78:7 81:13 87:12 94:12 | **b** |
| **allege** 17:7 18:8 | **appear** 21:23 22:8 | | **back** 12:24 13:21 15:13,19 19:21 43:24 44:23 45:2,3 48:20 49:3,17 51:14,17 53:13 54:2 57:8 59:18 64:5,10 67:21 68:8,11 68:14 69:13,18 76:18,22,25 79:4,7,13,17 83:19 86:12,16 88:18 97:20 |
| **alleviate** 63:20 64:2 | **appears** 84:25 | | |
| **ambulance** 19:5,7,8 102:25 103:2,3 103:9,12 | **applies** 9:3 | | |
| | **appreciate** 7:5 16:15 28:25 53:14 82:18 91:16 103:25 104:5 105:8,10 106:7 | **assessment** 59:22 | |
| | | **assistance** 45:12 46:2,5 69:2 | |
| **ambulate** 40:24 | | | |
| **ambulating** 45:10 | | **assisting** 86:23 | |
| **americas** 2:9 | **appreciated** 32:24 | **assume** 58:8 | **background** 13:18 |
| **amount** 35:2 | **approaching** 30:4 | **atlanta** 71:9 | **backwards** 104:17 |
| **analysis** 42:15 | | **attainment** 13:19 | **bad** 19:22 |
| **answer** 6:25 7:2 8:17,19,23 10:4 24:21 27:8,9 33:13 33:21 39:7 41:20 47:8 73:22 74:10 76:14 97:16 | **approximately** 15:9 30:5 34:18,22 53:3 90:22 103:16 105:5 | **attempting** 35:23 37:11 | **basically** 25:5 63:2 64:3 65:10 |
| | | **attorney** 6:5,10 9:13,14 104:3 | |
| | | **attorneys** 2:4,9 4:3 | **basis** 24:11 |
| | | | **becoming** 69:18 |
| | **april** 64:12 65:5 | **audio** 13:22 | |
| | **arbitrations** 14:20 | **august** 52:22 52:25 53:2,22 68:14 69:14 79:25 80:15,21 | **bed** 24:8,10 25:4 72:22,23 72:23,23,25 |
| **answered** 26:14 | | | |
| **answering** 7:11 | **arm** 86:12,18 86:19 | | |
| **answers** 8:9 | | | **bedridden** 24:22 |
| **anticipate** 7:5 | **arrangement** 4:12 101:2 | **authenticate** 97:25 | |
| **anybody** 9:15 72:12 | | | **began** 29:25 |
| | **asaro** 54:15,20 54:25 56:4 | **avenue** 2:9 58:13 98:16 | **beginning** 15:20 16:24 |
| **anymore** 69:19 | | | |
| **apartment** 5:2 11:10 | **asked** 19:17 32:19 60:2,5 | | |

27:14 37:25
57:12 71:6,18
74:21 81:10
**begun** 7:10
**believe** 27:13
55:12 90:4
**bend** 42:7
**benjamin** 2:11
6:2
**best** 27:17
52:23 80:16
91:2
**betke** 2:8
**better** 17:5
80:24 98:8
**bigger** 17:4
**bill** 23:16,21
24:4,6,11
107:13
**bills** 26:22,23
**biographical**
11:2
**bit** 17:4 24:6
53:14 72:21
103:14
**bleeding** 40:12
**block** 31:22
33:25
**blood** 103:11
**blow** 71:21
**body** 17:25
18:6 34:24
76:9,9,15,16,17
**bones** 72:17
73:9

**bookends**
102:14,16
**bottom** 104:20
104:21
**boulevard** 6:10
17:9 30:2
35:17 98:15
99:5
**box** 56:19
**brace** 19:14
103:10
**bracing** 73:10
**break** 7:18 8:21
8:24 51:11
70:2
**breaks** 78:22
**brief** 13:17
15:2 76:11
**briefly** 5:25
**broke** 73:7
**broken** 73:9
**bronx** 5:3 6:10
11:11 17:9
46:20 47:14
55:6 58:13
64:19 83:19
107:23
**brothering**
39:3
**brought** 14:12
14:16 63:10
68:22
**bruckner** 6:9
17:9 28:19
29:19,25 35:16

98:15,22 99:4
**bus** 18:13 23:8
23:9 28:3
32:15 34:4,21
35:23,24 37:12
37:15,16 38:19
40:19 41:13
100:25
**buses** 31:23
35:18 37:6
**bx12** 27:23
28:3,12 58:23
98:16

**c**

**c** 2:2 5:3 104:17
109:2,2
**call** 16:7 77:12
**calls** 16:8
**cane** 46:2
**capable** 95:5,9
96:16
**capture** 8:10
**car** 17:22 20:2
20:3,5,6 34:17
34:24 40:20,21
41:13,14
103:14
**cardio** 74:22
75:17,20,21
**care** 48:24 49:7
53:9,17 54:13
61:7 91:6
108:4
**carpenter's**
15:11

**cars** 29:18
**casals** 5:2
11:10
**case** 6:18,23
9:19 16:18
23:16 25:16
34:8 38:22
73:15 74:12
75:4 110:2
**cases** 14:12
**cat** 42:21
**catch** 40:19
41:12 73:3,4,6
73:25
**cause** 101:24
**causing** 35:19
**cell** 7:16 11:24
12:3
**cellular** 12:7
**center** 16:7
39:17 77:13
100:13 107:20
**certificate**
13:21
**certificates**
14:4
**certification**
3:5
**certify** 109:7,11
**cervical** 62:4
85:25 88:10
95:4 101:5
**cetera** 64:7,7
**chance** 45:12
54:10 63:19,22

63:25
**change** 28:8
  29:8 110:5
**changed** 12:23
  27:3,6,11
  100:25 101:17
  101:21
**changing** 66:7
**characterizati...**
  33:24
**charges** 14:17
**check** 65:9
**checked** 65:10
  65:17,21
**chef** 95:10
  102:2
**child** 13:5 58:3
**childhood** 58:3
**children** 12:25
**chiropractic**
  48:24 61:7,8
  61:15 62:7
  91:19
**chiropractor**
  49:8,10,12,21
  49:24 50:6
**circular** 104:17
**citimed** 83:12
  83:21,25 85:21
  86:5 90:17
  108:9
**civil** 1:18 14:11
**claimant** 95:8
**claiming** 73:14

**claire** 1:16
  109:6,17
**clarification**
  28:24 50:15
  82:18 91:17
**clarify** 86:7
  91:11,16
**clean** 65:25
**cleaning** 66:6
  95:22
**clear** 82:12,20
  82:21 83:8
  95:3 96:10
**cleared** 42:16
**clearly** 32:13
  44:4
**client** 22:15
**close** 58:18
**cloudy** 10:13
**cold** 32:22,22
  34:17
**collision** 17:11
  17:16,17,23
  18:2 19:3,12
  20:12,16 21:9
  22:8
**come** 21:22
  51:13 53:13
  57:7 76:18
**comfortable**
  81:12,21 102:6
**coming** 18:11
  40:20 41:13
  67:21

**commission**
  110:25
**communicated**
  23:11
**commute** 23:2
  23:5
**comorbidities**
  72:15
**compartment**
  45:13
**complainant**
  72:5
**complaining**
  34:16 35:3
  40:22 41:8
  44:24 66:17
  67:3
**complaint**
  16:18 23:19
  67:17 107:12
**complete** 53:17
  54:13 57:8
  81:23 108:4
**completely**
  101:18
**complying**
  21:12
**compressed**
  79:8
**computer** 16:3
**concerning** 6:7
  6:13,14 17:2
  20:21 23:12
**conclusions**
  94:25

**condition** 63:16
**conductivity**
  52:4
**confined** 24:8
  24:10 25:3
**confirmed**
  29:13,18
**confusing** 8:14
**congratulations**
  13:25
**connection**
  26:11 39:12
**consciousness**
  35:2 40:18
**consent** 4:12
**consequence**
  85:16
**conservative**
  48:23 60:24
  62:4
**consider** 79:20
**consideration**
  63:12 104:2
**consult** 60:25
**consultation**
  47:18 84:19
**consulted**
  79:14
**consulting**
  93:14
**continue** 16:15
  43:18 45:21
  59:14,19 60:4
  65:25 66:6
  67:22 81:20

[continued - defendant's]                                    Page 6

**continued**
  24:10 69:22
  107:8 108:2
**continues** 36:3
  45:9
**control** 20:22
  20:24 21:13
**conversation**
  7:4 20:10 32:6
  32:8 33:2,7,9
**conversations**
  30:20
**cooking** 95:23
  96:13,24 102:3
**corner** 17:20
  18:15 28:21
  29:4
**correct** 6:18
  20:7 26:18
  27:24,25 28:3
  28:7 29:5
  30:22,23 36:18
  37:13 42:23
  44:15,25 54:5
  69:23 70:14
  84:10 91:6,7
  104:25
**corrective** 73:8
**correctly** 35:5
  36:6,9,15
  40:25 71:14
**coughlin** 2:8
**counsel** 1:19
  3:4 4:11 5:7
  13:14 21:3

  27:9 36:11
  37:21 43:20
  50:11 51:9
  74:10 76:10
  86:8 91:17
  92:4 96:10
  98:6 99:20
  100:11 104:9
  105:10
**counselor** 75:5
**count** 22:24
**couple** 55:18
  67:6 68:13
  71:8 92:22
**course** 6:5 26:8
  82:21 93:20
**court** 1:2 3:13
  4:2 6:4 8:8
**criminal** 14:15
**cross** 18:15
  35:23 37:12
**crossing** 17:19
  29:5,8,10,25
  37:14 98:22
**crosswalk**
  17:20,21 18:16
  28:22 30:2,6
  31:25 35:21
  98:21
**ct** 42:14
**curious** 73:19
**current** 70:20
  80:5,8 83:4
  95:10

**currently** 14:6
  16:9 67:20
**custody** 13:5
**customer** 15:7
  15:13,15 16:5
**cv** 1:3

---

**d**

**d** 51:25
**daily** 23:2 95:6
  96:17
**dashboard**
  103:17 104:24
  105:2,4
**dassa** 47:3,11
  47:15 48:22
  49:6 50:22,25
  51:23 59:10
  60:18 89:10
  90:4
**dassa's** 49:13
**date** 15:12 24:2
  24:23,24 25:23
  31:8 34:12
  38:6 39:21
  43:8 46:25
  51:8 52:23
  54:19 57:20
  58:17 60:16
  65:7,14,20
  66:8 70:12
  80:3 83:17
  84:13 90:16
  91:23 92:15
  97:12 109:8
  110:3

**dated** 24:12
  92:9 93:2,12
  94:4
**dates** 74:4
**datta** 51:2,20
  51:22 52:3
  53:4,9 55:23
  59:11 60:19,21
**datta's** 107:24
**day** 15:4 18:18
  18:21 24:9
  48:15 50:4,7
  57:9,11 65:16
  102:15 106:13
  109:14 110:22
**days** 43:10,25
  44:3,19 77:20
**decal** 105:15,16
  105:19
**decals** 105:25
**december** 6:8
  6:14 10:11
  17:8 24:23
  39:13 44:16,17
  53:5,22 83:2
  88:8,24 90:15
  90:22,24 91:3
  91:14,22 101:6
**decisions** 39:9
**defendant** 1:8
  2:9 6:3 31:2
**defendant's**
  23:25 25:21
  31:6 34:10
  38:4 39:19

[defendant's - driver]

43:6 46:23
51:6 54:17
58:15 60:14
70:10 83:15
92:13 97:10
107:10
**deficit** 83:4
**deficits** 70:20
70:23 80:6,8
80:15 83:5
**degree** 56:17
**degrees** 34:18
**delay** 72:3,6
**department**
45:11,25
**depicted** 98:22
**depicts** 98:14
100:14
**deposed** 6:17
26:9
**deposition** 1:15
3:6,11 4:4,5,7
5:17 7:17 9:10
9:22 10:4
13:11,12 25:17
30:25 33:20
81:18 99:7
101:11 107:15
110:3
**depositon**
107:16
**describe** 45:17
104:14
**described** 84:5
104:12,24

**describes** 70:17
74:14 80:5
83:5
**describing** 33:7
105:16,21
**description**
16:25 34:14
37:2 80:14,25
107:11
**detail** 104:14
**device** 12:8
**devices** 7:17
20:22,24
**diagnoses** 88:9
**different** 86:23
86:24 89:24
**difficult** 53:19
**difficulties**
77:16
**difficulty** 77:8
**directly** 66:19
87:11
**disabled** 25:11
**discharge** 42:2
**discharged**
42:8,16,24
**discuss** 27:15
**discussed** 54:4
66:5 84:24
85:5 101:10
**discusses** 85:23
**discussion** 5:5
100:4
**disks** 62:4

**dissolution**
13:4
**distinction**
27:13
**district** 1:2,2
**doctor** 13:12
55:20,21 56:13
59:15,17 60:7
62:25 67:19
84:24 90:5,8
90:18 94:7,19
**doctor's** 53:12
54:21 56:6
**doctors** 39:2
90:14
**document**
10:15,19 24:25
25:21 31:6
34:10 38:4
39:19 43:6
44:16 46:23
51:6 54:17
58:15 60:14
70:10 74:18
78:9 81:23
83:15 92:13
**documents**
7:21,24 10:17
10:21 23:24
**doing** 8:6 62:18
81:20 86:20,24
**dollar** 15:16,19
23:6
**door** 28:3,12,15

**dr** 47:3,11,15
48:22 49:6,8,9
49:13 50:13,16
50:17,19,21,22
50:25 51:2,20
51:22,23 52:3
53:4,9 54:15
54:20,24 55:8
55:11,16,23
56:2,4,11
58:11,25 59:2
59:13 60:10,18
60:21,21,23
63:13,14 64:23
66:10,15 79:14
79:18 83:22
85:15,19,20
88:19 89:5,10
90:4 91:25
92:17,20 93:9
93:21 94:8,14
94:18,20,25
95:19 107:24
108:5,7,10
**drawing** 99:11
**drawn** 100:9
100:12
**dresser** 73:5
**dressing** 66:7
**drink** 70:2
**drive** 22:11
**driver** 20:5,11
20:15,21 21:11
22:9 30:21,22
34:19 35:15

36:4 38:18
**driver's** 14:5
**driving** 20:15
20:17 21:24
22:10,14 35:16
**due** 72:16 77:8
102:9
**duly** 4:17 109:8
**dumbbells** 76:6
76:7

**e**

**e** 2:2,2 4:16
11:21,22 46:14
46:14 109:2
**earlier** 22:6
**easy** 103:24
**edge** 73:7
**educational**
13:17
**effect** 3:12
**eight** 82:16
84:18 103:16
105:6
**either** 80:22
93:5,6
**elaborate** 28:8
**electrical** 56:19
**electro** 61:23
**electronic** 7:16
**elizabeth** 92:10
**embarrassing**
101:24
**emerge** 35:17
37:5

**emergency**
45:11,25
**emg** 52:3,7
**emotionally**
102:12
**employed** 16:9
109:11
**employment**
15:3 68:23
**ems** 36:2
**ended** 50:18,21
55:24
**engineering**
13:22
**enlisted** 14:7
**enter** 35:24
37:12
**entered** 44:13
**entire** 57:9
**entitled** 1:16
37:2
**epidural** 52:8
52:23 53:5
54:4 60:25
61:4 79:20
90:14 91:4
**epidurals** 52:21
53:22 79:10
**er** 43:25
**ernesto** 93:13
93:15 94:5
**errata** 110:1
**erroneous**
37:20 94:23

**erroneously**
94:10
**especially**
102:9
**esq** 2:6,11
**essentially**
24:22
**et** 64:7,7
**eurney** 46:12
**evaluation**
70:21
**event** 40:24
**evidence** 95:4
**ex** 12:20
**exact** 80:2
**exactly** 25:7
28:18,23,24
31:21 33:20
44:12 72:9
77:22 84:17
97:21
**exam** 95:4
**examination**
4:19 92:9
104:11 107:5,6
107:8
**examine** 93:22
**examined** 4:18
**excellent** 8:7
84:3
**except** 3:8 5:11
7:18 71:25
**excessive** 21:24
**excuse** 58:4
104:25

**exercises** 76:4
**exhibit** 23:16
23:19,20,20
24:3 25:16,17
25:22 31:4,7
34:7,11 35:11
35:13 36:13
37:19 38:5
39:16,20 43:3
43:7 46:20,24
51:4,4,7,10,19
53:16 54:13,18
58:11,16 60:12
60:15 70:8,11
77:2 83:16
91:9 92:6,14
97:11 98:4
**exhibits** 23:25
97:5 100:19
107:10
**exit** 28:11
35:22
**exited** 28:2,15
**exiting** 18:13
**expand** 21:19
**experience** 15:3
**expires** 110:25
**explain** 63:21
85:7,15 93:18
**explained**
55:21 100:8
102:20
**extra** 7:14
**extreme** 54:2

extremities
  42:2,5

**f**

**f** 92:11 109:2
**face** 35:4 40:23
  41:9
**facility** 90:10
**fahrenheit**
  34:18
**failing** 85:9,10
**fair** 18:22
  67:13 69:11
**fairly** 72:11
**fall** 73:24
**familiar** 89:25
  90:11
**family** 15:16,19
  23:6 68:23
  69:4
**far** 8:7 20:15
  20:17 63:23
  64:10 65:22
  68:8 81:2
  101:10,12
**fast** 20:18
  21:17,19,22
  30:5
**fault** 26:21
**fdny** 35:12
  37:21 107:19
**february** 1:10
  5:18 15:24
  25:12 49:6
  55:2 56:2
  57:20 77:11,15

78:24 89:4
  90:15,20 91:4
  96:16
**federal** 1:18
**feel** 81:19 88:3
**feeling** 73:24
  77:8 87:19,23
**female** 34:15
  40:16
**figure** 65:19
**filing** 3:5
**find** 47:12,13
  54:24 57:17
  72:13 83:21,23
  102:6
**finding** 72:5
**fine** 51:13
  66:10 81:13
**finished** 7:8
**first** 4:16 23:18
  25:24 26:20
  38:8,11 39:22
  47:3,4 52:21
  52:23 53:18,21
  54:24 62:24
  63:5,12 67:24
  77:6 84:9
  89:22,25 92:21
  92:25 98:13
  102:16
**fish** 95:11
**five** 41:24
  70:16 82:22
  84:4 86:2,3

**flag** 32:4
**flagging** 53:14
**flex** 42:6 86:13
**flexeril** 52:12
**flexibility** 88:3
**flexion** 87:21
**floor** 2:4
**flow** 30:10
**follow** 45:14
  46:16,17 56:11
  59:21 60:5
  93:10 104:10
**following** 40:15
  71:6,7,18
**follows** 4:18
**force** 3:12
**foregoing**
  109:7,9
**foreground**
  98:23
**form** 3:8 5:11
**formal** 71:10
**format** 100:10
**forth** 69:18
  96:13
**forward** 30:12
**found** 34:15
  47:15 83:25
**four** 43:10 44:3
  59:21
**fracture** 45:12
**fracturing**
  72:17
**free** 76:4 81:19

**freely** 33:22
**friend** 46:8,9
  69:8,9,19
**friends** 69:4
**front** 34:20
  38:19 40:9
  78:9
**full** 11:3 38:8
  38:11
**fully** 39:8
**fun** 75:22
**function** 74:15
  74:21 75:16
  82:23,25
**functioning**
  82:7
**functions** 82:8
  82:10
**funny** 44:3
**further** 3:7,10
  4:7 18:8 31:23
  59:21 88:6
  103:22 109:11
**furthest** 99:8

**g**

**g** 60:11
**gallina** 50:17
  60:21,23 63:13
  63:14 64:23
  66:10,15 79:14
  79:18 83:22
  85:15,19,20
  88:19
**gallina's** 60:10
  89:5 91:25

108:7
**gap** 72:7
**gauze** 65:25
66:2
**ged** 13:20 15:4
**generally** 48:7
**georgia** 67:20
67:25 68:4,7
68:12,17,20,21
68:22 69:22
70:14
**getting** 56:24
71:11 72:22
77:17
**give** 13:16 15:2
32:21 45:13
57:4 82:13
**given** 42:14
46:15 88:22
**gives** 56:22
**giving** 25:25
26:5 72:16
90:6
**gmail.com.**
11:23
**go** 6:22 10:25
27:16 32:15
34:4 38:21
44:23 50:6
55:8 56:2
58:10 79:7
88:18 93:21
99:25 102:4,5
103:24

**goal** 6:24
**goes** 6:21
**going** 10:25
16:17 21:18
23:15 24:5
25:15 27:17,18
30:24 32:21
34:6,22 37:18
37:23 38:21
39:15 41:22
43:2,13 52:2
53:16 58:10
59:3 60:9
73:12,24 76:11
83:11 92:5,16
102:24 103:3
**good** 5:24 6:23
76:19,20 83:25
**google** 98:12
**googled** 47:13
83:24
**gould** 1:16 6:4
109:6,17
**graduated**
13:24
**ground** 18:24
32:22
**groups** 86:3
**gym** 75:12,23

**h**

**h** 4:16 11:22
58:12
**hah** 8:11
**halfway** 30:6

**hand** 29:10
72:16,21 73:5
73:7,14 74:7
109:13
**hands** 72:17
73:9
**happened** 19:2
22:20 27:15
32:18 33:17
**hard** 18:4
69:18
**haus's** 55:8
**hausknecht**
50:13,19,21
55:11,16 56:2
56:11
**hausknecht's**
50:16
**head** 19:23
35:4 40:9
**headache** 44:24
**headaches**
43:10
**heading** 99:17
**healing** 65:9,11
65:24
**health** 43:4
107:21
**hear** 9:4 27:8
**heard** 37:24
**heat** 71:12
**held** 5:6 15:5,7
86:12,16,17
100:4

**help** 68:24 69:3
69:19 71:12
101:25
**helpful** 90:3
**helps** 71:12
**hereof** 109:13
**hereto** 3:4
**hereunto**
109:13
**high** 13:18
**higher** 72:24
**highest** 13:19
**highlighted**
38:2
**hip** 19:22 40:23
41:9
**hips** 42:7
**history** 57:19
58:2 84:4
**hit** 17:22 18:3,6
30:12 34:16,22
34:24 73:6
**hmm** 45:4
75:14 76:8
77:23 80:9
**hold** 99:21
**home** 4:24 16:2
22:25 24:8,10
50:6 69:7 78:6
78:6 95:23
**honestly** 87:23
**hospital** 36:2
42:8,17 44:21
47:6 64:21

hot 57:6
hour 34:23
hours 55:18,18
  77:9,11 82:16
household
  96:24
huh 8:10
hurry 32:17
hurt 19:18
hurting 39:3
hurts 19:22,23

**i**

ibuprofen
  10:10
ice 18:24
idea 41:16
identification
  24:2 25:22
  31:7 34:11
  38:5 39:20
  43:7 46:24
  51:7 54:18
  58:16 60:15
  70:11 83:16
  92:14 97:11
illnesses 84:4
ime 92:8 93:12
  93:19,20 94:3
  94:4 108:10
immediately
  19:12 31:14
impact 31:24
implicated
  73:18

implication
  82:14
imply 82:13
important 7:14
  39:2,7
impression
  86:10
improved 87:9
  87:17,20
inaccurate
  26:17 38:17
  80:18 95:21
inches 103:16
  105:6
incident 13:9
  44:17 100:15
  102:23 103:7
  103:19
incision 65:10
  65:17,21 97:19
include 64:5
included 62:5
  75:16 94:11
including 63:16
inclusion 94:23
inconsistency
  44:9
incorrectly
  44:14
independent
  92:8
index 1:3 107:2
  107:3,10 108:2
indicated 109:9

indicating
  16:20 26:3
  40:10 70:25
  71:3,22 97:18
  99:14 100:11
  100:16
infection 64:7
information
  11:2 45:14
  46:16
initial 39:23
  47:17 70:20
initially 44:20
injection 53:11
  79:20 84:6
  88:25 90:2,7
  90:15 91:5
injections
  63:11 84:10,11
  84:15 89:23
injured 17:10
injuries 73:14
  75:4
injury 39:25
  40:7
inquiries 82:24
inquiring 75:6
  87:16
instructing
  41:19 74:9
intermittent
  24:11,16
intermittently
  24:9

intersection
  22:20 28:19
  98:15,19,25
  100:22 101:2
interval 67:10
intervening
  91:6
involve 95:6
  96:18,24
involved 14:10
  14:19 99:12
involves 95:10
involving 6:8
  95:24
iphone 12:4
issues 13:3,4
  16:19 58:7

**j**

jacket 32:21
jacobi 35:25
  39:16 41:7
  44:20 107:20
january 15:24
  48:21 77:11,15
  78:24 90:20
  92:9 94:4,9
  95:18 96:11,22
jasmine 46:10
jasmine's 46:11
jaw 19:24
  40:23 41:9
jersey 89:9,11
  89:23 91:5
job 8:7 15:22
  15:23,25 77:12

Veritext Legal Solutions
www.veritext.com
212-267-6868                               516-608-2400

[job - lifting]                                    Page 12

78:2,4,5,6,23
**joke**  56:18
**jose**  14:12 31:3
**july**  71:9,25
**june**  64:24 65:2
  65:6 66:3,22
  67:4,15,25
  68:5,12 69:10
  72:2 79:13

**k**

**k**  58:12
**kevin**  2:6 16:11
  105:13
**kind**  17:4 20:2
  47:22 53:24
  56:18 72:24
  76:3,5 81:7,16
  86:11 88:5
  103:12 104:16
  104:18
**kinda**  73:4
**klein**  2:6 5:4,9
  5:22 6:5,11
  16:14 21:3
  22:15 24:18
  27:7 33:11
  35:8 36:10,23
  41:18 43:13
  44:8,13,18
  45:16,21 47:7
  48:5,11 50:7
  51:9,15 73:12
  73:21 74:5,7
  74:17,24 75:8
  75:18 76:10,20

78:7 86:7
91:11 96:8
99:20 100:3
104:3,8,11
105:7 107:7
**knees**  42:7
**know**  6:17 7:9
  10:22 13:8
  16:12,19 21:4
  21:18 38:9
  49:16 56:16
  57:6,11 58:21
  59:5,8 63:24
  65:8,9 66:22
  69:25 70:3,23
  71:20 72:12
  74:6,22 80:11
  81:6,7,17
  85:13 86:14,18
  87:16,24 93:3
  97:14 100:24
  101:3,23 102:3
  103:4,24
**known**  11:5
**krishna**  58:12
  58:25 59:2,13
**krishna's**  108:5

**l**

**l**  3:2 4:16,16,16
  5:3 11:22,22
  11:23,23 60:11
  60:11
**laboratory**
  42:15

**laminectomy**
  85:3,8
**lane**  22:9,13
  30:10
**lanes**  22:14
**language**  24:19
**largely**  66:12
**law**  56:17
**lawfully**  18:9
**lawsuit**  6:7,13
  14:11,11
**lawsuits**  14:20
**lawyer**  9:5,6
  13:10
**lean**  86:17
**leave**  81:22
**lecrystal**  11:4
**lee**  37:20
**left**  15:5 18:7
  29:22 30:5
  35:3 40:9,23
  40:23 55:19
  66:12,17 67:3
  67:12 86:17
  99:9
**leg**  19:22 35:4
  38:12 43:10
  44:25 64:6,10
  66:12,17 67:3
  67:12,16 72:16
  72:25 73:19,19
**legs**  53:25 81:7
  81:8
**letting**  16:12

**level**  13:19 54:2
  74:15,21 75:15
  82:7,8,9,23,25
**levites**  2:11
  4:20 5:7,12,15
  6:2 16:11,16
  21:7 22:18
  23:18 24:20
  25:15 27:10
  30:24 34:6
  35:10 36:12,24
  37:18 39:15
  41:21 43:2,19
  43:23 44:2,11
  44:15 45:20
  46:19 48:7
  50:10 51:3,12
  51:17,25 54:12
  58:10 60:9
  70:6 73:16
  75:5 76:13,18
  76:22 83:10
  86:9 89:4 91:8
  91:15 92:3
  97:4,22 99:25
  100:18 103:21
  105:12,14
  106:6 107:5,8
**licenses**  14:3
**lieu**  4:8
**life**  75:12
  101:17
**lift**  82:14
**lifting**  75:23
  76:3 95:6,11

95:25 96:18,25
103:11
**light** 21:2
**lights** 20:18
21:5,19,22
22:17 30:4
**limbs** 86:23
**limitations**
96:22
**limited** 96:2,13
96:23
**line** 38:2 43:14
53:20 73:13
74:25 81:2
107:4,11 110:5
**linzy** 1:4,15
4:23 5:1,24 6:1
7:1 8:1 9:1
10:1 11:1,4
12:1,24 13:1
14:1 15:1 16:1
16:22 17:1
18:1 19:1 20:1
21:1 22:1 23:1
24:1 25:1,19
26:1 27:1 28:1
28:25 29:1
30:1,13 31:1,2
32:1 33:1,19
34:1 35:1,13
36:1,7 37:1
38:1 39:1 40:1
41:1,23 42:1
43:1 44:1 45:1
46:1 47:1 48:1

49:1 50:1 51:1
52:1 53:1 54:1
55:1 56:1 57:1
58:1 59:1 60:1
61:1 62:1 63:1
64:1 65:1 66:1
67:1 68:1 69:1
70:1 71:1 72:1
73:1,18 74:1
75:1 76:1,15
77:1 78:1 79:1
80:1 81:1,9
82:1,12 83:1,9
84:1 85:1,13
86:1 87:1,13
88:1 89:1 90:1
91:1 92:1,4
93:1 94:1 95:1
96:1 97:1 98:1
98:3 99:1
100:1,6 101:1
102:1,13 103:1
103:22 104:1
104:12 105:1,9
106:1,7,11
107:15 109:8
110:2,3,21
**lists** 70:19
**lit** 105:17,23,24
**literally** 65:16
72:25
**litigation** 94:2
97:8 99:13
**little** 10:13 17:3
24:6 29:10,11

53:14 68:16
71:3,21 72:20
88:6 103:13
104:14 106:4
**living** 11:13
67:20,25 68:19
95:6 96:17
**llc** 110:1
**llp** 2:8
**local** 23:9,10
**location** 18:10
89:25
**locations** 11:19
89:24
**long** 68:6 78:2
78:16,18
**longer** 75:6
**look** 39:16 52:2
65:19 93:23
99:24 103:13
**looked** 29:9,22
82:3,5 100:6
**looking** 29:4
72:10 77:2
**looks** 48:21
55:5,25 79:21
79:22 94:17
**loss** 34:25
40:17
**lot** 47:20 69:7
71:11 101:21
**love** 102:2
**low** 45:12
**lower** 64:17
76:9,16

**lumbar** 62:3
65:13 88:10
101:5
**lumbosacral**
85:25
**lump** 40:8

**m**

**machine** 61:23
**machines** 76:5
**made** 21:10
87:6
**magnify** 10:22
71:2
**mail** 11:21
**main** 67:17
**maintain** 11:18
**make** 17:3 20:3
20:14,20 21:14
21:17 39:8
77:22 97:24
98:7
**makes** 81:12,21
**making** 30:15
**man** 29:12
**management**
48:23,25 50:18
51:2 55:22,23
60:24 69:17
79:10,19 83:24
90:18
**maneuvering**
81:17
**manhattan**
64:18,20

manipulation
  49:19
manipulations
  49:15
manner 4:13
maps 98:12
march 109:14
marietta 68:21
  69:10
marked 23:24
  25:21 31:3,6
  34:10 38:4
  39:19 43:6
  46:23 51:6
  54:17 58:15
  60:11,14 70:10
  83:15 92:13
  97:10 98:4
marriage 13:5
married 12:13
  12:15,17
math 44:5
matter 25:19
mean 20:23
  22:2,12 42:4
  49:18 66:24
  69:6 72:7 87:4
  87:5 94:6
  101:12,16
  105:18
meaning 96:23
means 24:16
measured
  86:14

mediations
  14:20
medicaid 26:24
medical 38:22
  38:25 39:17
  41:6 43:15,16
  44:9,12,14
  45:17,22 46:20
  56:17 69:5
  92:9 107:20,23
medicare 26:23
medication
  9:25 10:7
  47:18 48:4,9
medications
  10:9 47:22
  48:14
meet 9:12
meeting 9:16
memory 10:11
mentally
  102:11
mentioned
  55:12 88:22
mentions 61:5
met 5:25
middle 31:22
  33:24 103:17
  105:3
miles 34:22
military 14:8
mind 9:9 55:7
  86:8
minutes 76:19
  80:20 81:6

  82:17
mis 91:10
misread 36:13
missed 77:7
mistaken 59:7
mistype 93:9
model 12:3
moment 38:8
momentarily
  57:7
month 15:23
  48:20 49:3
  89:3
months 66:23
  67:6,7,10
  68:13
morning 5:24
motor 17:11,17
  39:13
move 10:22
  11:12 41:21,23
  51:10 68:4
  69:13 86:13
  88:5 102:7
moved 18:2
  68:8,11,12
  69:9 83:18
  100:24
moving 31:11
  41:25 86:23
mri 65:13,16
  79:6
muscle 10:10
  52:14 86:2,3,4
  87:14

muscles 87:7,8
muscular 86:15
  87:2
must've 73:6

**n**

n 2:2 3:2 4:16
  11:23 46:14
  58:12 60:11
  109:2
nagendra
  92:25
name 4:21 5:25
  11:3,6 12:20
  12:22 46:11
  53:12 54:22
  55:9 56:6 93:4
  93:17 110:2,3
named 93:15
  94:8
naturally 32:19
nature 7:6 21:6
near 6:9 17:9
nearby 98:16
neck 19:14,23
  35:4 49:17
  88:5 103:10
need 7:7 69:25
  70:5 81:14
needed 68:24
  69:17 73:8,25
  75:24 83:23
needs 79:7,9
negative 42:24
  45:6

Veritext Legal Solutions
www.veritext.com
212-267-6868    516-608-2400

| | | | |
|---|---|---|---|
| **neither** 40:20 | 77:25 79:3 | 73:13 | 8:25 10:15,23 |
| 40:21 41:14 | **notes** 7:21,24 | **objection** 33:11 | 10:24 13:16 |
| **nerve** 52:4 | 37:3 39:24 | 41:18,20 43:14 | 19:25 22:18 |
| 56:22 | 42:13 77:7 | 45:16 47:7 | 27:20 28:10 |
| **nerves** 79:8 | 87:6,13 109:10 | 48:5 73:21 | 29:2 32:23 |
| **neurological** | **notice** 22:16 | 74:5,17,24,25 | 38:13 44:18 |
| 95:8 | 74:14 | 75:18 | 50:22 51:15 |
| **neurologist** | **noticed** 40:14 | **objections** 3:8 | 60:9 62:2 63:7 |
| 50:13 | 103:4 | 4:13 5:10 | 65:3,18 70:6 |
| **never** 50:18,20 | **noting** 88:9 | **observation** | 71:17 78:14 |
| 57:8 60:7 | **november** | 21:15 | 80:13 82:8 |
| **new** 1:2,18 2:5 | 84:19 | **observations** | 84:3,20 86:25 |
| 2:5,10,10 4:17 | **novocaine** 45:7 | 20:14,20 21:11 | 87:25 88:21 |
| 5:3 6:10 11:11 | **nuances** 8:10 | 21:17 | 90:3 99:16 |
| 12:7 17:9 64:5 | **numb** 73:2 | **obviously** | 102:21 |
| 64:6 68:9,11 | **number** 11:25 | 56:11 87:14 | **old** 34:15 40:16 |
| 68:14 72:12 | 12:9 25:10 | **occur** 17:16 | **once** 12:18 |
| 79:13 89:9,11 | 49:25 50:2 | **occurred** 31:24 | 83:24 |
| 89:23 91:5 | 70:17 81:2 | 58:19 98:19 | **ones** 102:19 |
| 110:1 | **numbered** | **october** 13:24 | **open** 104:18 |
| **nine** 77:7 | 91:10 | 27:2,3 93:2 | **operation** |
| **normally** 10:6 | **numbness** 64:6 | **offered** 25:18 | 64:16 |
| **northwell** 43:4 | 67:7 | **office** 49:13 | **operative** 52:21 |
| 43:9 44:24 | **nurses** 90:9 | 50:16 55:6,10 | **opposed** 22:14 |
| 107:21 | **ny** 79:4 | 55:13 61:9 | **options** 84:25 |
| **notary** 1:17 | **nyu** 64:20 | 62:14 86:5 | **order** 97:17 |
| 3:11 4:17 | 67:21 | 89:6 90:5 | **ordinarily** |
| 106:18 109:7 | | 92:17 93:22 | 52:15 |
| 110:25 | **o** | **officer** 34:14 | **ordinary** 5:8 |
| **note** 43:14 | **o** 3:2 92:11,11 | 36:17 | **orthopedic** |
| 70:17 77:6 | 109:2 | **officer's** 37:3 | 45:14 46:15 |
| 79:11 95:17 | **oath** 4:8,10 | **oh** 56:20 75:19 | **orthopedist** |
| **noted** 39:24,25 | 5:20 | 82:12 | 47:5 |
| 40:7 41:24 | **obeying** 20:21 | **okay** 5:15 7:2 | **ortof** 92:10 |
| 49:7 66:16 | **object** 33:23 | 7:12 8:11,19 | 93:21 94:18,20 |
| | 34:5 45:22 | | |

95:19 108:10
**ortof's** 92:17
92:20 94:25
**overtime** 78:2,4
**own** 72:23
**owner** 11:15

**p**

**p** 2:2,2 3:2
**p.c.** 2:3
**p.m.** 106:8
**packs** 57:6
**page** 26:21
27:14 40:15
41:24 52:20
53:4 60:22
61:5 62:2
63:14 67:19
70:16 79:3
82:22 84:3,18
84:20,22 107:4
107:11 110:5
**pages** 85:22
**paid** 26:21
**pain** 35:3 40:22
41:9 43:11
44:25 45:3
47:18,21,22
48:3,24 50:18
50:25 54:7
55:21,23 56:23
57:7,12 63:20
63:22 64:2,5,6
64:11 66:12,17
67:3 69:17
71:12 79:9,19

83:23 84:7,16
87:24 88:2
90:17 102:9
**pains** 45:2
**paragraph**
16:24 17:7
38:8,11,15
71:19 74:16
**pardon** 15:21
**parked** 35:18
37:6
**part** 34:24
38:17 62:8,10
80:18 95:21
102:19
**partially** 25:11
**participating**
4:3
**particular** 39:4
47:24 64:9
**particulars**
23:17,22 24:4
24:7,12 107:14
**parties** 3:4 4:11
5:21 13:14
**party** 109:12
**passenger** 20:7
104:22
**passenger's**
104:19
**past** 75:2
**patch** 45:7 66:2
**patches** 61:25
**patient** 34:19
59:19 84:6

85:2
**pdf** 91:9 92:6
**pedestrian**
18:10 29:5,8
29:14 34:22,23
35:3,17,20,20
35:22,25 36:5
40:17
**pending** 8:23
78:12
**people** 13:10
19:5 85:20
101:25
**percent** 63:19
63:25
**performance**
16:4
**performed**
64:16
**performing**
95:5
**period** 54:8
77:19
**periods** 78:3,16
78:19
**permanent**
100:10
**permit** 14:5
77:22
**person** 4:9 20:6
**personally**
78:21
**personnel** 19:7
41:6

**perspective**
95:8
**pertaining** 27:4
**phone** 11:24
12:3
**phones** 7:16
**phonetic** 49:8
**photograph**
97:10,25 98:23
108:11
**photographs**
99:22 100:7
**physical** 46:18
47:13,14 48:23
52:9 59:14,20
59:25 60:3
61:11 62:11,13
67:22 69:16,22
72:4,10 79:10
79:19 87:15,20
88:11,14,16
91:12,19
**physically** 4:5
69:6 101:12,13
**picture** 97:7,14
97:15,19 98:14
99:3,4,10
100:14
**pictures** 98:11
**pilates** 62:5,13
62:18
**place** 5:2,18
31:21 62:17
98:10

| | | | |
|---|---|---|---|
| **plain** 24:19 | **pounds** 82:15 | **primary** 11:9 | **provider** 59:6 |
| **plaintiff** 1:5,15 | 95:7,11 96:2 | **principle** 88:9 | 72:5 |
| 2:4 34:20 | 96:19 97:2 | **prior** 14:23 | **providers** 69:5 |
| **plaintiff's** | **practicing** | 20:16 44:20 | **pt** 38:18 50:5 |
| 23:21 82:25 | 62:12 | 54:4 57:19,25 | 62:8 71:8,9 |
| **plan** 12:11 | **practitioners** | 74:15,21 75:15 | **pt's** 61:9 |
| **please** 4:21 | 93:8 | 82:7,8,9,11,23 | **public** 1:17 |
| 24:19 28:9 | **preparation** | 82:25,25 101:5 | 3:11 4:17 |
| 33:19 45:17 | 9:22 | **prn** 71:11 | 106:18 109:7 |
| 46:13 57:22 | **prepare** 9:10 | **probably** 50:3 | 110:25 |
| 63:9 79:15,16 | 93:25 | 86:11 90:4,21 | **pull** 43:12 |
| 81:4,19 95:16 | **prescribed** | **problem** 16:13 | 86:18 |
| 103:7 | 52:12 56:13,24 | 16:14,16 | **pulled** 44:7 |
| **plug** 56:21 | **present** 4:5,24 | **problems** 101:4 | 98:12 |
| **plus** 40:17 | 6:4 8:3 9:15 | **procedure** 1:19 | **pulling** 16:19 |
| **point** 50:14 | 15:4 84:4 | 6:21 | 95:7,25 96:18 |
| 62:20 67:11 | 90:16 91:23 | **proceed** 62:21 | 96:25 |
| 101:25 | **presentation** | **proceeded** | **purporting** |
| **pointed** 37:21 | 83:6 | 17:21 18:14 | 30:22 |
| **pointing** 96:11 | **presenting** | 28:16 29:23 | **purpose** 33:20 |
| **pokey** 15:14,16 | 40:17 | **proceeding** | **pursuant** 1:18 |
| 15:19 23:5,7 | **pressure** 70:4 | 29:19 | **pursue** 88:13 |
| **police** 30:15 | 103:11 | **proceedings** | **pursued** 88:16 |
| 34:7,14 36:20 | **presume** 48:8 | 7:7 14:16 | **pushing** 95:7 |
| 107:18 | **pretty** 58:18 | **process** 65:11 | 95:25 96:18,25 |
| **portion** 32:3 | **previous** 36:13 | **produced** 97:8 | **put** 10:15,17 |
| 104:21 | 57:18,24 | **professional** | 19:13 24:18 |
| **position** 15:7 | **previously** 6:18 | 1:17 109:6 | 61:24 103:10 |
| 71:13 | 25:18 26:9 | **properly** 36:14 | 104:6 |
| **positions** 15:5 | 27:19,22 30:19 | **property** 11:16 | **putting** 16:20 |
| **possible** 31:24 | 32:7,25 36:16 | **proposed** 62:25 | |
| **post** 13:4 85:3 | 48:4,15 50:15 | **provide** 84:7 | **q** |
| 85:8 | 51:21 60:17 | 98:5 101:20 | **q50** 27:24 99:4 |
| **potential** 85:16 | 82:3 | **provided** 84:15 | 99:5,12,16 |
| | | | 100:14 |

| | | | |
|---|---|---|---|
| **question** 3:8 | **r** | **reason** 8:22 | **record** 4:22 5:4 |
| 6:25 7:2,6,8,10 | | 73:17 87:12 | 5:6,25 40:16 |
| 8:13,15,17,24 | **r** 2:2 4:16 11:22 | 110:5 | 42:13 43:12 |
| 21:16 24:13 | 46:14 58:12 | **recall** 32:8,12 | 44:6 45:9,24 |
| 25:2,9,24 | 92:11 109:2 | 33:2,12 | 47:3 51:18 |
| 26:15,20,25 | **radiculopathy** | **recalled** 26:17 | 54:14 66:4 |
| 27:2 39:22 | 95:4 | **received** 13:20 | 72:15 76:25 |
| 47:4 48:13 | **ran** 34:20 | 13:21 53:10 | 77:7 79:12 |
| 53:18 62:6 | 38:18 | 90:2 | 80:4 82:22 |
| 67:24 76:15 | **ranga** 58:11 | **recently** 13:22 | 84:19,23 90:23 |
| 77:6 78:12,15 | 59:2 | 15:22 53:10 | 93:2 94:7 |
| 79:11 88:13 | **rash** 40:12 | **recess** 51:16 | 100:2,5 |
| 95:12,18 96:4 | **rate** 21:25 | 76:11,24 | **records** 38:22 |
| 96:9,15 98:13 | **rather** 27:16 | **recline** 81:12 | 39:17 43:4,15 |
| 98:18 105:22 | 40:21 90:5 | **reclined** 71:13 | 43:16 44:10,12 |
| **questioning** | **ray** 42:14 | **recognize** | 44:14 45:23 |
| 43:15,18 73:13 | **rays** 42:21 45:6 | 53:19 93:4,5 | 46:21 47:2 |
| 75:2 99:21 | **read** 5:13 35:5 | 106:3,5 | 48:20 51:19 |
| **questions** 6:6 | 36:6,9,15 | **recognized** | 53:17 54:14 |
| 9:4 10:4 33:21 | 37:20,23 38:7 | 90:6 | 60:10 64:5 |
| 39:7 45:22 | 40:25 71:14,15 | **recollection** | 70:13 77:3 |
| 77:4 78:8 | 71:18 74:20 | 33:4 52:24 | 82:23 92:22 |
| 81:14 84:8 | 75:9 79:15 | 80:16 91:3 | 93:6,23 107:20 |
| 92:19 93:24 | 80:10 | **recommend** | 107:22,23,24 |
| 97:17 100:20 | **reading** 10:21 | 79:9 | 108:4,6,7 |
| 102:17 103:22 | 35:7,11,14 | **recommendat...** | **rectangle** |
| 104:4,10 | 36:14 38:10 | 88:11 | 100:12,13 |
| **quick** 11:2 | 71:23 78:8,11 | **recommended** | **recuperate** |
| 51:11 81:8 | 82:9 95:14,17 | 50:25 52:8 | 69:11 |
| 105:13 | **reads** 6:25 | 59:13 62:21 | **recur** 54:8 |
| **quickly** 6:22 | **real** 20:18 81:8 | 66:6 67:22 | **red** 21:2 29:10 |
| 31:11 | **really** 18:4 | 69:21 | 100:12,13 |
| | 19:22 26:6 | **recommending** | **reduce** 56:23 |
| | 72:12 102:25 | 48:22 50:23 | **refer** 7:23 |
| | **rear** 28:3,12 | 59:25 60:24 | 82:24 100:11 |

referral  88:19
  91:25
referrals  60:18
referred  23:23
  25:20 31:5
  34:9 38:3
  39:18 43:5
  46:22 47:5,10
  51:5,22 54:16
  58:14 59:5,8
  59:10,11 60:13
  60:20 70:9
  83:14 92:12
  97:9
referring  79:12
  84:9 91:12
  99:6
refresh  33:3
regina  54:24
rehab  70:7,16
  77:3 79:24
  82:23 83:6
  108:8
rehabilitation
  70:14
related  14:12
  25:19 27:12
  33:10 74:8
  109:12
relation  75:4
relaxer  52:14
relaxers  10:10
relief  53:21,24
  54:11 57:4,8
  67:9 84:7,16

relieve  57:5,6
remain  36:4
remarking  87:2
  87:5
remember  15:6
  15:12 17:25
  18:3,5,17,20
  19:2,15,19,25
  20:4 21:21
  25:25 26:5,8
  26:16 30:14,20
  33:6 36:17
  41:5,8,11 42:3
  42:17 48:25
  49:9,10,23
  52:5 53:20
  54:20 55:2
  56:6,7,14,24
  58:25 59:3,24
  60:3 61:2
  62:22 63:17,18
  64:8,13,24
  65:4,7,23
  73:20,23,24
  78:3,16,18
  85:4 86:4,20
  86:22,25 92:16
  93:14,16 94:13
  94:18,21 97:20
  97:21
remind  8:7
remote  5:17
remotely  4:7,10
  5:19,20

removed  35:25
repeat  27:9
repeated  32:16
rephrase  8:16
report  34:8
  35:12 36:20
  37:21 52:21
  92:20 93:12,19
  93:25 94:3,4
  107:18,19
reporter  1:17
  4:2 6:4 8:8
  109:6
reporting  4:6
  4:14 110:1
represent  6:2
  98:14
request  8:23
requested
  47:18
reserve  5:9
reserved  3:9
residence  11:9
residences
  11:18
resist  86:14,15
resolution
  66:21,25
resolved  66:12
resolving  66:18
respect  13:4
  25:9 39:11
  61:10 62:3
  73:15 75:2,6
  76:2 78:8

  85:24
respective  3:4
responded  19:7
  19:9
response  24:7
rest  7:5
resting  71:13
restroom  51:11
result  17:11
  52:7 66:11
resulted  87:17
returned  43:9
returning
  27:24 95:9
review  7:25
  9:21 10:16
  70:22
reviewed  92:21
  94:7
reviews  83:25
revisit  81:23
ride  77:9,17,19
right  7:21 8:4
  11:9 17:13
  18:15 28:12,14
  28:17 29:20,22
  29:24 30:16,17
  32:9,10,12
  35:4 40:23
  41:22 44:21,24
  49:4 50:6,24
  52:10 53:6,9
  54:23 56:4,5
  57:8 58:19,23
  59:14 61:3

| | | | |
|---|---|---|---|
| 65:14,18 67:16 | 31:1 32:1 33:1 | 90:19 94:8,20 | 103:25 |
| 77:21 83:19 | 34:1 35:1 36:1 | 104:13,15,15 | **seconds** 29:18 |
| 89:2,14 90:24 | 37:1 38:1 39:1 | 105:20,22 | 29:22 31:10,14 |
| 92:2 94:19 | 40:1 41:1 42:1 | **saying** 31:13 | 31:15 |
| 98:23 99:7,9 | 43:1 44:1 45:1 | 82:11 89:19 | **section** 35:14 |
| **risk** 45:12 54:3 | 46:1 47:1 48:1 | 99:12 102:4 | 36:25 74:20 |
| 54:6,7 64:5 | 49:1 50:1 51:1 | **says** 24:7,21 | 80:10 82:2,6 |
| **risks** 63:15 | 52:1 53:1 54:1 | 26:7 34:15 | 83:5 |
| 64:9 | 55:1 56:1 57:1 | 36:8 41:2 | **securing** 72:3 |
| **road** 40:12 | 58:1,12 59:1 | 45:10,24 47:17 | **see** 16:21 17:2 |
| **roadway** 6:9 | 60:1 61:1 62:1 | 50:12 57:16,17 | 17:12,23 21:5 |
| 17:8 | 63:1 64:1 65:1 | 57:18,24,25 | 21:8 24:6 26:6 |
| **roasenbaum** | 66:1 67:1 68:1 | 62:20 64:4 | 35:6,8 37:25 |
| 2:3 | 69:1 70:1 71:1 | 67:2,19 71:6 | 39:23 40:2,3 |
| **room** 4:6 8:4 | 72:1 73:1 74:1 | 72:15 75:11,15 | 50:5 54:23 |
| 45:11 | 75:1 76:1 77:1 | 77:25 80:4,7 | 55:8,13,20 |
| **rosenbaum** 2:3 | 78:1 79:1 80:1 | 92:6 94:3 95:3 | 56:2,3 65:4,12 |
| **route** 22:25 | 81:1 82:1 83:1 | **scan** 42:14 | 65:19 66:15 |
| **rules** 1:18 6:21 | 84:1 85:1 86:1 | **scans** 42:21 | 71:2 74:16,19 |
| **run** 30:8,11 | 87:1 88:1 89:1 | **scene** 19:8,10 | 75:11 78:10 |
| 31:16 | 90:1 91:1 92:1 | 36:4,18 | 80:7 87:16 |
| **running** 31:12 | 93:1 94:1 95:1 | **school** 13:18,21 | 90:8 105:4,25 |
| 32:15 34:3 | 96:1 97:1 98:1 | 56:17 | **seeing** 21:21 |
| 40:18 41:12 | 99:1 100:1 | **scrapes** 40:12 | 50:19,21 55:23 |
| | 101:1 102:1 | **screen** 10:17 | 59:16 85:20 |
| **s** | 103:1 104:1 | **scroll** 24:5 | 94:13,19 |
| **s** 2:2 3:2,2 4:16 | 105:1 106:1 | 59:18 | **seeking** 38:25 |
| 5:1,3,3 6:1 7:1 | 110:5 | **sda** 1:3 | 39:12 47:23,23 |
| 8:1 9:1 10:1 | **saddlebrook** | **sealing** 3:5 | 48:10,14 |
| 11:1,22 12:1 | 89:14,15,20,22 | **seated** 78:3,16 | **seen** 10:19 |
| 13:1 14:1 15:1 | **saw** 30:4 31:10 | 78:19 | 44:20 50:13 |
| 16:1 17:1 18:1 | 31:15 40:19 | **second** 35:24 | 60:7 64:25 |
| 19:1 20:1 21:1 | 41:13 59:13 | 53:5 61:4 | 85:19 90:9 |
| 22:1 23:1 24:1 | 64:23 65:5 | 84:12 93:11 | 103:4,14 |
| 25:1 26:1 27:1 | 66:4 79:5 | 96:4 99:3 | |
| 28:1 29:1 30:1 | | | |

[seldman - stenographic]                                    Page 21

| | | | |
|---|---|---|---|
| **seldman** 93:13 | **shorthand** 1:17 | **slash** 37:2 | **spell** 46:13 |
| 93:15 94:5,8 | **show** 98:3 | **sleep** 9:11 | **spinal** 62:22 |
| 94:14 | **shower** 101:25 | **slow** 21:18 | **spine** 64:17 |
| **select** 23:9 | **showing** 26:3 | **small** 17:4 | 65:13 85:25 |
| **sensation** 56:23 | **sic** 55:9 | **snow** 18:23 | 86:2 101:5,5 |
| **sense** 77:22 | **sick** 55:16 | **socially** 102:10 | **spoke** 9:14 |
| **sent** 55:19 | **side** 18:5,7 30:5 | 102:10 | 13:11 |
| **sentence** 36:11 | 32:16 34:4 | **somebody** 46:7 | **spoken** 9:18 |
| 36:11 | 35:3 37:13,15 | 59:9 | 85:18 |
| **separate** 98:25 | 40:9 92:11 | **sorry** 22:11 | **spouse's** 12:20 |
| **september** | 104:19 | 27:7 32:14,17 | **sprain** 88:10 |
| 59:12 60:23 | **sidewalk** 18:14 | 33:17 57:23 | **square** 99:11 |
| 70:21,24 80:6 | 28:16 | 66:9,14 68:12 | 100:8 |
| 84:14,23 85:5 | **sign** 5:13 29:14 | 71:15 75:10 | **stand** 80:19 |
| **seriously** 17:10 | 39:25 103:15 | 87:5 89:17,18 | 81:5,11 82:15 |
| **served** 23:17 | **signal** 29:5,8,10 | 95:14 | 82:17 102:6 |
| **service** 15:14 | 29:15 | **sort** 28:24 | **start** 57:13 |
| 15:15 16:5 | **signature** | **sound** 56:4 | **started** 15:18 |
| **session** 61:15 | 109:17 | 65:13 79:23 | 19:13 67:7,12 |
| **set** 109:13 | **signed** 3:11,12 | 90:24 | 71:8 |
| **seven** 84:22 | 24:24 | **sounds** 56:5 | **state** 1:2,18 |
| **several** 32:16 | **significant** 84:7 | **south** 35:16 | 4:17,21 |
| **shaarilee** 110:2 | 84:15 | **southern** 1:2 | **stated** 84:25 |
| **shaarille** 1:4,15 | **signing** 25:6 | **spasms** 71:12 | **statement** |
| 4:23 11:4,22 | **signs** 40:6 | **speak** 19:11 | 30:15 96:5,12 |
| 96:9 106:11 | **similar** 30:18 | 43:16 | **states** 25:10 |
| 109:8 110:3,21 | **similarly** 7:9 | **speaking** 36:17 | 34:19,23 35:16 |
| **shan** 92:25 | 31:20 42:13 | **specifically** | 38:18 40:16,18 |
| **shaniqua** 12:21 | **sir** 21:14 39:14 | 27:12 36:25 | 62:3 71:7 79:7 |
| **shape** 105:21 | 49:22 103:20 | 85:24 88:25 | 84:23 85:24 |
| **shared** 99:22 | **sit** 10:3 78:6 | **specify** 36:23 | **stating** 41:5,11 |
| **shaw** 93:9 | 81:6 102:7 | 48:6 82:10 | **stay** 68:6 |
| **sheet** 110:1 | **sitting** 81:15 | **speed** 21:25 | **staying** 22:9,13 |
| **short** 51:16 | **slammed** 73:5 | **speeding** 22:3,5 | **stenographic** |
| 76:24 97:5 | | | 109:10 |

| | | | |
|---|---|---|---|
| **sticker** 104:13 105:16,20,23 | **stuff** 56:23 62:16 66:2 95:23 | 66:16,19,23 67:10,11 68:13 68:25 69:11 | **talked** 61:8 101:14 102:23 |
| **stickers** 106:2 | **style** 75:12 | 71:7,7 73:9 | **talking** 19:5,6 |
| **sticking** 105:5 | **subject** 22:6 | 79:9 85:10,17 | 45:18 59:15 |
| **stim** 61:23 | 99:13 | **surgical** 57:19 | 77:12 83:22 |
| **stimulation** 56:22 57:15 | **submitted** 26:23 | 57:25 | **tasks** 95:24 96:24 |
| **stipulated** 3:3,7 3:10 | **subscribed** 106:12 110:22 | **sushi** 95:9 **swearing** 5:20 | **team** 70:7,16 77:3 79:24 |
| **stipulations** 5:8 5:16 | **subsequent** 48:19 | **sworn** 3:12 4:17 106:12 | 82:22 83:6 108:8 |
| **stop** 40:20 41:13 98:16 99:4,5,12,16 100:14 | **suffering** 85:2 **suite** 2:10 **summarize** 27:17 | 109:8 110:22 **symptoms** 66:22 67:12,16 78:25 | **technologies** 1:7 6:3 110:2 **tele** 16:4 **tell** 8:14 22:4 24:15 39:2 |
| **stops** 100:25 | **summary** 13:17 | **syndrome** | 66:8 72:20 |
| **straight** 80:20 | 15:3 | 45:13 85:3,8 | 97:23 102:22 |
| **street** 2:4 11:10 17:20 34:16,21 35:23 37:12,14 38:20 40:19 41:12 | **supine** 34:15 **supposed** 54:11 56:22 58:5 **sure** 12:23 51:12 53:11 | **t** **t** 3:2,2 51:25,25 92:11 109:2,2 **tablet** 103:16 | 103:7,8,19 **telling** 55:7 60:4 63:18 64:8 **temperature** 32:22 34:17 |
| **strength** 86:2 87:2,14,17,20 88:4 | 80:2 89:12,21 97:24 98:8 99:25 105:24 | 104:25 105:4 **take** 8:21,24 10:6 22:25 | **temporary** 15:23,25 54:11 **ten** 11:14 34:22 |
| **stretch** 81:7 | **surgeon** 79:5 | 51:11 52:15 | 76:19 95:7,25 |
| **stretches** 62:15 | **surgeries** 58:2 | 65:19 70:2 | 96:19,25 |
| **strictly** 13:13 | 72:16,21 74:4 | 77:18 78:21 | **tens** 56:14,15 |
| **strike** 35:20 | 74:7,11 75:3 | 79:16 99:23 | 56:16 |
| **strong** 87:8 | 84:6,14 | 101:25 103:10 | **terminology** |
| **struck** 20:2 30:9 35:24 40:17 44:19 | **surgery** 50:23 62:22,25 63:3 63:6,15 64:13 | **taken** 1:16 9:24 48:3,8,14 51:16 76:24 | 45:18 **tested** 86:3 |
| **study** 52:4 | 64:15,25 66:11 | 97:15,21 **talk** 102:25 103:5 | |

**testified** 4:18
21:4,8 22:16
26:21 27:20,22
28:2 30:14,19
30:19 31:9,20
32:5,7,13,25
33:12 36:16
48:12 50:15
51:21 60:17
82:16 83:3
**testimony** 22:7
25:18,25 26:2
26:5,6,16
31:17 32:4
33:3 99:7
107:3,15,17
**testing** 85:23
86:5,11
**text** 37:25
**thank** 7:20 14:2
24:19 28:11,23
28:25 30:13
44:2 50:10
58:7 76:12,21
83:7,9 92:3,4
102:13 103:23
104:7,8 105:8
106:6
**thanks** 32:24
**therapist** 46:18
47:13 61:12
72:11
**therapist's**
62:14

**therapy** 47:14
48:24 52:9
59:14,20,25
60:3 62:11
67:23 69:16,22
72:4 79:10,19
87:15,20 88:11
88:14,16 91:13
91:19
**thereto** 82:24
**thing** 55:14
76:5 84:12
94:24 98:2
**things** 61:7
70:18,19 71:5
86:24 87:21
101:19,23
103:3
**think** 15:8
16:13 26:14
50:3 58:22
80:3 90:19
100:18
**third** 61:19
**three** 29:17,21
43:25 44:4,5
44:19 47:2
50:4,8 55:18
59:20 72:17
75:12 88:11,14
**threes** 50:7
**till** 15:9
**time** 3:9 5:10
8:22 15:8
18:12,17 20:22

21:24 30:9
35:2 37:9
38:24 40:7
42:2,15 45:5
48:21 50:4,24
59:4,9 62:24
63:5,13 65:22
66:4,13 67:15
67:25 70:3
72:4 78:17
79:16,24 87:3
88:17 94:20
95:10 99:17
100:15 103:23
103:25 104:6
105:11 106:8
**times** 22:23
23:3 32:16
49:23,25 50:2
50:4,7,8 59:20
61:22 75:13
88:12,14
**tingling** 64:6
**today** 6:13 9:4
9:22,25 10:4,7
10:12 24:14
25:12 30:19
52:18 81:21
92:23 96:5,7
96:15,16 98:12
101:14 102:18
104:2
**today's** 7:7
9:10 101:10

**together** 7:25
**told** 9:5,6 19:19
19:21,23 32:14
32:23 46:17
47:12 54:10
55:22 79:18
88:18 91:24
**tone** 8:10
**tonsillectomy**
58:5,8
**took** 31:21
97:14,20 98:10
**top** 40:8
**towards** 40:9
99:9,17
**tpo** 35:15,22
**traffic** 20:22,23
21:5,13 29:14
30:10 31:16
35:19 37:8
**training** 75:16
75:19,21,25
76:3
**transcribe** 8:8
**transcript** 6:23
6:25 8:9 30:25
**transcription**
109:10
**transferring**
27:23
**travel** 22:10
**traveling** 18:9
69:18
**treat** 39:4
49:20

| | | | |
|---|---|---|---|
| **treated** 49:24 | **turns** 29:11 | **understanding** | **v** |
| 61:6 79:24 | **two** 22:14 | 85:14 88:23 | |
| 90:13 91:18 | 29:17,21 31:10 | 98:9 | **v** 110:2 |
| **treating** 50:17 | 31:13,15,22 | **understood** | **various** 84:24 |
| **treatment** | 35:18 37:6 | 8:18 13:13 | 86:13 |
| 38:25 39:8,12 | 53:11,22,25 | 39:6 43:19 | **vehicle** 17:11 |
| 54:15 62:5 | 58:2 59:20 | 65:12 72:14 | 17:17 19:8 |
| 67:21 71:10 | 66:22 72:15,21 | 73:16 74:3 | 20:11 22:17 |
| 84:24 88:24 | 84:8 88:25 | 81:19 88:21 | 30:21 35:15,19 |
| **trial** 3:9 5:10 | 89:22,24 94:17 | 102:17 | 35:25 36:4 |
| **tried** 9:11 30:8 | 97:4 98:11 | **underwent** | 39:13 104:13 |
| **trouble** 10:20 | 100:7 104:9 | 64:12 | **verbal** 8:9 |
| **true** 24:13 | **tylenol** 71:10 | **unfortunately** | **verified** 23:21 |
| 25:12 33:18 | **tylenols** 47:25 | 100:23 | 107:13 |
| 96:15 109:9 | | **union** 15:11 | **veritext** 1:12 |
| **try** 6:22 73:5 | **u** | **unit** 56:14,15 | 110:1 |
| 100:9 | | 56:16 | **versus** 25:19 |
| **trying** 30:11 | **u** 3:2 46:14 | **unites** 1:2 | 31:2 |
| 34:20 35:6 | **uber** 1:7 6:3,7 | **unknown** 35:2 | **viciously** 17:22 |
| 38:19 72:13 | 6:14 23:12 | **unremarkable** | 30:12 |
| 82:13 97:23,24 | 103:15 110:2 | 65:22 | **video** 16:12 |
| 103:13 | **um** 45:4 75:14 | **unsure** 34:23 | **view** 22:7 31:18 |
| **tuesday** 5:17 | 76:8 77:23 | **updated** 44:16 | **virtual** 1:12 |
| **turn** 23:15 | 80:9 | **upper** 35:4 | **visible** 39:25 |
| 25:16 30:25 | **umm** 19:9 69:6 | 38:12 76:9,15 | 40:6 |
| 34:7 37:19 | 90:17 95:22 | 76:17 92:11 | **visit** 47:2 55:24 |
| 43:3 53:16 | **un** 8:10 | **use** 7:16 32:20 | 66:5 77:5,24 |
| 60:10 77:10 | **unable** 40:23 | 57:2,10 | 79:18,22 86:21 |
| 82:2 83:11 | **uncomfortable** | **used** 94:2 | 91:4,14 |
| 92:5 | 81:15 | 101:19 102:2 | **visited** 95:19 |
| **turned** 24:3 | **under** 49:7 | **using** 46:6 | **visits** 77:7 |
| 28:14,17 51:18 | **understand** | **usual** 5:16 | |
| **turning** 16:17 | 6:12 8:15,18 | | **w** |
| 46:19 54:12 | 9:7 21:7 38:24 | | **wait** 7:7 37:15 |
| 66:3 70:7 91:8 | 83:4 94:6 96:8 | | 42:20 |
| | 97:22 | | **waited** 29:7,11 |
| | | | 29:17 55:17 |

[waiting - zoom]

waiting 88:20
91:24
waive 4:12
waived 3:6
walk 29:14
35:19 37:8
81:11
walked 18:14
28:18,21
walker 46:2
walking 45:25
100:15
wall 2:4
wand 73:3
want 9:4 32:4
36:10 81:11
93:11 94:24
99:23 102:22
103:19
wanted 32:20
63:3 65:8 77:5
82:19 83:7
92:23 97:13
wants 102:5
warm 32:20
warner 15:8
water 70:2
way 29:20,24
30:9 47:15
48:23 77:19
ways 86:13
101:8,10,17
102:6
weak 87:7

weakened 87:9
weakness 64:6
weather 18:20
18:22
week 50:8,9
59:21 75:13
88:12,14
weeks 53:11,25
54:8 59:21
65:8 71:8
87:15 88:25
94:18
weighing 95:11
weight 75:16
75:19,21,24
76:2
weights 75:23
76:4,5
went 13:20
15:13,19 43:24
48:20 49:3
50:16 55:15,16
55:25 59:9
69:2 72:24
73:3 79:4,13
79:17 84:2
88:17 91:3
west 92:11
westchester
28:20 58:24
98:16
white 29:12
wilkinson
58:13,21

window 103:15
104:20,22
windshield
105:22
witness 5:13,14
5:19,23 36:5
43:21,24 50:9
75:9 78:14
83:3 104:7
109:8,13
witnesses'
110:3
woman 56:8
wondering
21:10 93:7
word 63:24
71:18 74:22
work 15:18
22:25 27:24
63:11 77:9,11
78:5 95:9
104:6
worked 15:10
15:15,16,21
working 15:14
16:2,3 78:2,4,5
78:13,16,18,23
works 15:15,16
15:19 23:6,7
worse 57:12
63:22,23,24
worsen 63:16
78:24
written 41:17

wrong 35:11
84:20

**x**

x 1:3,9 42:14
42:21 45:6

**y**

y 4:16 46:14
yeah 15:20
19:21 56:20
59:3 62:15,16
64:11 67:5
69:8,15 73:11
77:14 81:16
82:19 86:22
89:15 90:25
102:24 105:3
106:4
year 34:15
40:16 68:16
79:4
years 11:14
53:20
yoga 62:5,13,18
york 1:2,18 2:5
2:5,10,10 4:17
5:3 6:10 11:11
17:10 68:9,11
68:14 79:13
110:1

**z**

z 4:16
zirin 49:8,9
zoom 5:16 7:15

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.