1   SUPREME COURT OF THE STATE OF NEW YORK
     COUNTY OF BRONX
 2   -------------------------------------------X
     SHAARILLE LINZY,
 3
                                   PLAINTIFF,
 4
             -against-          Index No.:
 5                              23280/2020E

 6   JOSE A. ALEMAR, AMERICAN UNITED
     TRANSPORTATION, INC. and AMERICAN UNITED
 7   TRANSPORTATION II, INC.,

 8                                 DEFENDANTS.
     -------------------------------------------X
 9

10                    DATE: February 4, 2021

11                    TIME: 10:20 A.M.

12

13

14          EXAMINATION BEFORE TRIAL of the

15   Defendant, JOSE A. ALEMAR, taken by the

16   Plaintiff, pursuant to an Order, held via

17   video conference, before Sanite Conserve, a

18   Notary Public of the State of New York.

19

20

21

22

23

24

25

 1    A P P E A R A N C E S:

 2

 3    ROSENBAUM & ROSENBAUM, P.C.
        Attorneys for the Plaintiff
 4      SHAARILLE LINZY
        100 Wall Street, 15th Floor
 5      New York, New York 10005
        BY:  ANDREW MEIER, ESQ.

 6

 7

 8    ABRAMS FENSTERMAN
        Attorneys for the Defendants
        JOSE A. ALEMAR, AMERICAN UNITED
 9      TRANSPORTATION, INC. and AMERICAN UNITED
        TRANSPORTATION II, INC.
10      488 Madison Avenue, 23rd Floor
        New York, New York 10022
11      BY:  PETER OVERZAT, ESQ.

12

13

14    ALSO PRESENT:
15      RAUL ZAMBRANO - SPANISH INTERPRETER

16              *         *         *

17

18

19

20

21

22

23

24

25

1        221. UNIFORM RULES FOR THE
              CONDUCT OF DEPOSITIONS
2    221.1 Objections at Depositions
     (a) Objections in general. No objections
3    shall be made at a deposition except those
     which, pursuant to subdivision (b), (c) or
4    (d) of Rule 3115 of the Civil Practice Law
     and Rules, would be waived if not
5    interposed, and except in compliance with
     subdivision (e) of such rule.    All
6    objections made at a deposition shall be
     noted by the officer before whom the
7    deposition is taken, and the answer shall
     be given and the deposition shall proceed
8    subject to the objections and to the right
     of a person to apply for appropriate relief
9    pursuant to Article 31 of the CPLR.
     (b) Speaking objections restricted. Every
10   objection raised during a deposition shall
     be stated succinctly and framed so as not
11   to suggest an answer to the deponent and,
     at the request of the questioning attorney,
12   shall include a clear statement as to any
     defect in form or other basis of error or
13   irregularity.   Except to the extent
     permitted by CPLR Rule 3115 or by this
14   rule, during the course of the examination
     persons in attendance shall not make
15   statements or comments that interfere with
     the questioning.
16   221.2 Refusal to answer when objection is
     made. A deponent shall answer all questions
17   at a deposition, except (i) to preserve a
     privilege or right of confidentiality, (ii)
18   to enforce a limitation set forth in an
     order of the court, or (iii) when the
19   question is plainly improper and would, if
     answered, cause significant prejudice to
20   any person.   An attorney shall not direct
     a deponent not to answer except as provided
21   in CPLR Rule 3115 or this subdivision.
     Any refusal to answer or direction not to
22   answer shall be accompanied by a succinct
     and clear statement of the basis therefor.
23   If the deponent does not answer a question,
     the examining party shall have the right to
24   complete the remainder of the deposition.

25

1              221. UNIFORM RULES FOR THE
                  CONDUCT OF DEPOSITIONS
2

221.3 Communication with the deponent
3          An attorney shall not interrupt the
deposition for the purpose of communicating
4   with the deponent unless all parties
consent or the communication is made for
5   the purpose of determining whether the
question should not be answered on the
6   grounds set forth in section 221.2 of these
rules and, in such event, the reason for
7   the communication shall be stated for the
record succinctly and clearly.
8

9          IT IS FURTHER STIPULATED AND AGREED
that the transcript may be signed before
10  any Notary Public with the same force and
effect as if signed before a clerk or a
11  Judge of the court.

12

13          IT IS FURTHER STIPULATED AND AGREED
that the examination before trial may be
13  utilized for all purposes as provided by
14  the CPLR.

15

16          IT IS FURTHER STIPULATED AND AGREED
that all rights provided to all parties by
16  the CPLR cannot be deemed waived and the
17  appropriate sections of the CPLR shall be
controlling with respect hereto.
18

19          IT IS FURTHER STIPULATED AND AGREED
by and between the attorneys for the
20  respective parties hereto that a copy of
this examination shall be furnished,
21  without charge, to the attorneys
representing the witness testifying herein.
22

23

24

25

1  R A U L   Z A M B R A N O, a Spanish

2  interpreter, solemnly swore to translate

3  the following questions from English to

4  Spanish and answers from Spanish to

5  English:

6  J O S E   A L E M A R, called as a witness,

7  having been first duly sworn, through an

8  interpreter, by a Notary Public of the

9  State of New York, was examined and

10 testified as follows:

11 EXAMINATION BY

12 MR. MEIER:

13      Q.    Please state your name for the

14 record.

15      A.    Jose Antonio Alemar.

16      Q.    What is your address?

17      A.    1329 Balcom Avenue, 2nd Floor,

18 Bronx, New York 10461.

19      Q.    Good morning, sir.  My name is

20 Andrew Meier, and I'm an attorney at

21 Rosenbaum & Rosenbaum, and we represent a

22 woman by the name of Shaarille Linzy, in

23 association with a personal injury action

24 arising from a motor vehicle accident that

25 took place on December 5, 2019.

1      A.    Okay.

2      Q.    We're here today to ask you

3  some questions pursuant to a court order

4  about your involvement in that incident on

5  December 5, 2019.  Now I know that you do

6  speak some English, but we have a Spanish

7  interpreter here today.  So for purposes of

8  today's deposition, I want you to pretend

9  that you don't know any English; okay, sir?

10     A.    Okay.

11     Q.    Please allow me to ask all of

12  my questions in English and allow Raul to

13  translate my question from English to

14  Spanish before providing an answer, and I

15  ask that you provide your answer only in

16  Spanish; do not answer in English, and then

17  Raul will then translate the Spanish back

18  to English for the record.

19     A.    Okay.

20     Q.    Now, your attorney, I'm

21  assuming gave you some instructions about

22  how to answer today's testimony, but let me

23  just give you the same kind of ground rules

24  on the record; okay, sir?

25     A.    Okay.

1        Q.    We have a court reporter and

2    she's typing down everything that is said

3    to create a transcript.  And that

4    transcript is going to be used by all

5    parties for the remainder of this lawsuit.

6    So because she is typing up everything that

7    is said, there are some ground rules that

8    we have to make sure we follow to make her

9    job as easy as possible.

10              First of all, she can only

11   transcribe one person speaking at a time,

12   so I ask that we all try our best to not

13   talk over each other.  I further ask -- I

14   want to let you know that she can only take

15   down verbal questions and responses.  So

16   while we all know what you mean here today

17   when you shake your head up and down, that

18   will not show up on the transcript, so you

19   have to say, yes.  Likewise, shrugs of the

20   shoulders, uh-huhs, huh-uhs; we all know

21   what you mean here today, but that's not

22   going to show up on the transcript.

23              Also, I want to -- hopefully,

24   we'll be done in about an hour or so, if

25   all goes smoothly, so I want to -- also, I

1    want to accommodate you at the same time;

2    okay, sir?

3          A.    Okay.

4          Q.    So if at any point in time your

5    phone rings and you need to take a phone

6    call, text message you have to answer, you

7    have to use the restroom, you want to speak

8    with your attorney, I have absolutely no

9    problem accommodating that, so long as

10   there is not a question pending before we

11   take a break.  So if you want to take a

12   break, you just have to answer the question

13   and we can take as long a break as you

14   need; okay, sir?

15         A.    Okay.

16         Q.    And finally, if you do not

17   understand one of my questions, please let

18   me know and I will be more than happy to

19   rephrase it.  But for purposes of this

20   lawsuit, we all must assume that you

21   understood my question if you answer it; is

22   that fair, sir?

23         A.    Okay.

24         Q.    Are you ready to begin, sir?

25         A.    Yes, sir.

Jose A. Alemar
February 04, 2021                                              9

1          Q.    Now, the address that you gave,

2     how long have you resided at that address?

3          A.    Approximately, December, three

4     years.

5                MR. MEIER:  Madam reporter, his

6           name and address are on the record?

7                COURT REPORTER:  Yes.

8                MR. MEIER:  Thank you.

9          Q.    Sir, were you employed back in

10    December of 2019?

11         A.    Yes, I was employed.

12         Q.    And by whom were you employed

13    in December of 2019?

14         A.    I worked for Uber.  I'm a taxi

15    driver.  I am self-employed.

16         Q.    Sir, on December 5, 2019,

17    specifically, were you a self-employed taxi

18    driver that worked for Uber?

19         A.    Yes.  Correct.

20         Q.    On December 5, 2019, did you

21    also work for Lyft or just Uber?

22         A.    I had Lyft as a part-time; I

23    mean, to complete.

24         Q.    Can you explain that further,

25    sir?

Jose A. Alemar
February 04, 2021

10

1       A.      Yes.  I was affiliated with

2  another company to complete; sometimes you

3  would have to do that to complete the day.

4  But I worked mostly with the other company.

5       Q.      Sir, just so I'm clear.  On

6  December 5, 2019, you were affiliated with

7  Lyft; is that what you were saying?

8       A.      If I'm not mistaken, I think I

9  was still affiliated with Lyft, but I do

10  not know if I had it active at that time.

11       Q.      And sir, just so I'm clear.

12  You were also affiliated and worked for

13  Uber on December 5, 2019; correct?

14       A.      Yes.  Correct.

15       Q.      Okay.  Now, other than Lyft and

16  Uber, were you affiliated with any other

17  employer, or ride-sharing app on December

18  5, 2019?

19       A.      No.  At that time, I was no

20  longer working at another company.

21       Q.      On December 5, 2019, were you

22  operating a motor vehicle as a taxi driver

23  for Uber and/or Lyft?

24       A.      Exactly when it happened, I was

25  going to start working an Uber.

1          Q.    So sir, just so I'm clear.

2     When you're referring to when it happened,

3     what do you mean by that?

4          A.    I am explaining that when it

5     occurred, I had just turned on the

6     application.  I had not worked yet.

7          Q.    So sir, when you say "when it

8     occurred," are you referring to an incident

9     that occurred on December 5, 2019 involving

10    a pedestrian?

11         A.    Correct.

12         Q.    And just so we're clear.  Did

13    the motor vehicle that you were operating,

14    when you just turned on the Uber

15    application, come in contact with a

16    pedestrian on December 5, 2019?

17         A.    Correct.

18         Q.    Okay.  How long had you been on

19    the Uber application prior to coming in

20    contact with a pedestrian on December 5,

21    2019, approximately?

22         A.    If I'm not mistaken, ten, 15

23    minutes, or less.

24         Q.    And when you were on the Uber

25    application for ten or 15 minutes prior to

1    the contact with the pedestrian on December

2    5, 2019, can you describe what exactly you

3    were doing?

4              And by that, sir, I mean, were

5    you -- you were on the application, were

6    you waiting -- had you been hailed by a

7    potential customer, were you driving around

8    with the application on, or something else?

9        A.    I had just dropped off a

10   friend.  I don't know if she was taking the

11   train or the bus.  I was stopped at

12   Westchester waiting for a call to come in,

13   nothing came in, so I proceeded.

14       Q.    And just so I'm clear.  The

15   Uber application was on the whole time for

16   the ten or 15 minutes up until and

17   including the moment your vehicle came in

18   contact with the pedestrian, yes or no?

19       A.    Yes.

20       Q.    And is the Uber app on your

21   cell phone, tablet, or something else?

22       A.    On the tablet.

23       Q.    On December 5, 2019, was that

24   also the case; was the Uber application on

25   your tablet?

Jose A. Alemar
February 04, 2021                                    13

1        A.      If I'm not mistaken, yes, I had

2    the tablet -- the tablet on.  Times before,

3    a few times, I had used the phone, but

4    mostly, I have stayed on the tablet.

5        Q.      On December 5, 2019, how large

6    was the tablet that you used the Uber

7    application on?

8        A.      If I'm not mistaken, I think

9    it's 8 inches.  I'm not that familiarized.

10   I had another one before, but I think, if

11   I'm not mistaken, that it is 8 inches.

12       Q.      And back on December 5, 2019,

13   in the ten to 15 minutes prior to coming in

14   contact with the pedestrian, where was the

15   tablet situated in the car when you were

16   using the Uber application?

17       A.      I always keep it on the right

18   side, the screen practically at the level

19   of the radio.

20       Q.      On December 5, 2019, when you

21   were on the Uber application, when you came

22   in contact with that pedestrian, was the

23   tablet on the dashboard, or something else?

24       A.      Yes, exactly where I told you,

25   by the radio that is exactly on the

1    dashboard of the car.

2         Q.    Sir, how long did you drive for

3    Uber prior to December 5, 2019?

4         A.    With Uber, right now it's three

5    and a half years.  If we go back to

6    December '19 and subtract two years, it

7    would be like two and a half years.

8         Q.    So approximately sometime in

9    2017, you started driving for Uber, sir?

10        A.    Yes, more or less.

11        Q.    Now, sir, on December 5, 2019,

12   while driving for Uber, were you following

13   any instructions from anybody from Uber on

14   how to operate with the tablet, the

15   application?

16             THE INTERPRETER:  Could you

17        read that back to me, please?  You

18        meant, was he following somebody from

19        Uber, right; is that what you meant,

20        sir?

21             MR. MEIER:  Yes.

22             THE INTERPRETER:  Like somebody

23        from Uber was giving him instructions

24        over the phone or something like

25        that?

1           MR. MEIER:  Yes.

2           THE INTERPRETER:  Could you

3      read that back to me, please?

4           (Whereupon, the referred-to

5      question was read back by the

6      Reporter.)

7           MR. OVERZAT:  Objection to

8      form.

9      A.    Excuse me.  I don't understand

10    the question.  Exactly on the 5th day?

11    Q.    I'll rephrase it.  We'll do a

12    little bit of background; okay, sir?

13    A.    Okay.

14    Q.    Sir, when you signed up as an

15    Uber driver in 2017, did anybody from Uber

16    explain to you what the rules were with

17    operating a car for Uber?

18    A.    Yes.  When I was going to sign

19    up for them, I watched some videos, not

20    specifically on how to use a tablet; not

21    specifically for that.

22    Q.    Were those videos, sir, videos

23    that Uber required for you to watch before

24    you could drive for Uber?

25    A.    No.

1        Q.    Sir, what were Uber's rules

2    when driving a taxi or car with the Uber

3    application on?

4        A.    I don't understand your

5    question.

6        Q.    Sir, when you were driving for

7    Uber back on December 5, 2019, did Uber

8    require that its application stay on?

9        A.    But I consider that for one to

10   begin working, the application has to be

11   on.

12       Q.    And why is that, sir?

13       A.    How am I going to receive calls

14   if the application is not turned on?

15       Q.    Sir, was the application being

16   turned on, was that the only way that you

17   received calls as an Uber driver, back on

18   December 5, 2019?

19       A.    Of course.  If not, in what

20   manner am I going to receive calls if the

21   application is not turned on?

22       Q.    So sir, I'm asking you

23   questions.  You're not asking me questions.

24              I understand what you're

25   saying.  It's kind of rhetorical, but

1    please just answer my question; okay, sir?

2              MR. OVERZAT:  Well, if it's

3         rhetorical, I'll object to the form

4         of the question.  How's that?

5              MR. MEIER:  He's asking me --

6              MR. OVERZAT:  Well, you give

7         him the answer, and he'll say, okay,

8         fine.

9              MR. MEIER:  Raul, can you

10        please translate that?

11   A.     No problem.

12   Q.     Thank you.

13             Sir, just so we're clear.  For

14   you to be working for Uber as a driver back

15   on December 5, 2019, the Uber application

16   had to be turned on either on your phone or

17   on your tablet?

18             MR. OVERZAT:  Objection to

19        form.  The problem with the question

20        seems to me is that you're asking

21        whether or not he can get an

22        assignment without having the tablet

23        on.  I understand that, but that's

24        not the way the question is coming

25        out.  He's trying to tell you that --

Jose A. Alemar
February 04, 2021                                    18

```
1          I guess he's inferring that if the
2     tablet is off, he's not going to get
3     a call.  Why don't you ask him if he
4     can get calls by the telephone or
5     some other means, if the tablet is
6     off?  I don't know.
7          MR. MEIER:  Yes.
8          MR. OVERZAT:  But right now
9     it's a question like a beating your
10    wife thing and we're going to go down
11    here for -- your hour is going to get
12    wasted before we get into any
13    details.
14         MR. MEIER:  Madam reporter, can
15    you read my question back?  And if he
16    can answer it, answer it.  And if
17    not, I'll rephrase it.
18         (Whereupon, the referred-to
19    question was read back by the
20    Reporter.)
21    Q.    Correct?
22    A.    Correct.
23    Q.    Okay.  And sir, after you
24    obtained a passenger through the Uber
25    application, did Uber require that the Uber
```

1    application remain on for the duration of

2    the ride?

3         A.    Of course.

4         Q.    So sir, is it safe to say that

5    when you were operating the vehicle back on

6    December 5, 2019 as an Uber driver, there

7    were certain rules that you had to follow

8    from Uber?

9         A.    Of course, all of the rules

10   that they have.

11        Q.    And sir, can you just tell me

12   what rules Uber had that you had to follow

13   the second you turned on the application on

14   December 5, 2019 up until and including the

15   moment of impact with that pedestrian?

16        A.    Naturally, you cannot be on the

17   phone, or touching the phone, or the

18   tablet.  The tablet has to be placed on a

19   mount and the cell phone also, so one can

20   concentrate well.

21        Q.    Sir, were there any other rules

22   that you had to follow back on December 5,

23   2019 as an Uber driver that Uber told you

24   you had to do?

25        A.    I do not consider to naturally

1    start working.

2            MR. MEIER:  I'm going to move

3        to strike the nonresponsive portion

4        of that answer.

5        Q.    Sir, I don't think you

6    understood my question; okay?  So please

7    listen to my question.  And if you don't

8    understand, let me know; okay, sir?

9        A.    Okay.

10        Q.    Sir, just so -- for one of the

11    rules that you had to follow from Uber, was

12    that the tablet or cell phone that the

13    application was on remained active for the

14    duration of looking for potential customers

15    and when a customer was in the car through

16    the Uber application; is that correct?

17        A.    Correct.

18        Q.    Sir, are you aware of the

19    vehicle and traffic laws prohibition on

20    using tablets or cell phones while

21    operating a vehicle?

22            MR. OVERZAT:  Objection to the

23        form of the question.  And don't

24        answer.

25            MR. MEIER:  What's the basis

1     for directing him not to answer,

2     Counsel?

3          MR. OVERZAT:  Because you can't

4     ask him what he -- is he aware of a

5     particular section of a law.  Ask him

6     in facts; he's a fact witness.

7          MR. MEIER:  I'm asking him his

8     understanding of the law.

9          MR. OVERZAT:  Make a motion if

10    you'd like.  Let's not waste the rest

11    --

12         MR. MEIER:  All right.

13         MR. OVERZAT:  Not that form.

14    You can ask him -- I understand the

15    content you want, but not in that

16    form.

17         MR. MEIER:  Mark that for a

18    ruling, because that's improper for

19    you to direct him not to answer that

20    question.

21    Q.    Sir, you have a driver's

22    license; correct?

23    A.    Correct.

24    Q.    And you had to take a written

25    test to obtain that driver's license here

1    in the state of New York; correct?

2         A.    Correct.

3         Q.    And as part of that test, was

4    your understanding of the rules of the

5    road; correct?

6              MR. OVERZAT:  Objection to

7         form.  He can answer.

8         A.    Repeat the question, please.

9              MR. MEIER:  Can I have that

10        question read back, please, madam

11        reporter?

12             (Whereupon, the referred-to

13        question was read back by the

14        Reporter.)

15        A.    Correct.

16        Q.    And you are a professional

17   driver for Uber for about four years now;

18   correct?

19        A.    No, not five years.

20        Q.    I said four years, sir.

21             THE INTERPRETER:  I said five.

22             (Whereupon, the referred-to

23        question was interpreted again by the

24        Interpreter.)

25        A.    Approximately, yes.

```
1          Q.    And as a professional driver,

2    who has taken a test on the rules of the

3    road, can you please tell me what your

4    understanding is with respect to operating

5    a motor vehicle and using either a tablet

6    or a cell phone while the vehicle is in

7    motion?

8                MR. OVERZAT:  Over my

9           objection, he can answer.

10         A.    Repeat it, please.

11               MR. MEIER:  Sure.  Madam

12          reporter, can you please read that

13          back?

14               (Whereupon, the referred-to

15          question was read back by the

16          Reporter.)

17         A.    Naturally, if one receives a

18    call and you do not have a passenger, you

19    park the vehicle to receive the call,

20    naturally.

21               MR. MEIER:  If you don't mind,

22          I have to take a two-minute break.

23               (Whereupon, a short recess was

24          taken.)

25         Q.    Now, sir, let's shift over to
```

Jose A. Alemar
February 04, 2021

24

1   the morning of -- I'm sorry -- the

2   afternoon of December 5, 2019; okay?

3       A.    Okay.

4       Q.    Now, you've already testified

5   that your motor vehicle came in contact

6   with a pedestrian on December 5, 2019; is

7   that correct?

8       A.    Correct.

9       Q.    When you were operating the

10  motor vehicle at the moment it came in

11  contact with the pedestrian on December 5,

12  2019, the Uber application was turned on in

13  your car, that's the testimony you

14  provided; is that correct, sir?

15      A.    Correct.

16      Q.    Okay.  What was the location of

17  the impact between your motor vehicle and

18  the pedestrian?

19      A.    It was exactly at building No.

20  3681 Bruckner Boulevard.

21      Q.    Sir, did you review anything in

22  preparation for your testimony today?

23      A.    Absolutely nothing.

24      Q.    Did you ever look at the police

25  report for this accident, sir?

1        A.    I did not see it.  Because, as

2    a matter of fact, I do not even know where

3    I have it, unfortunately.

4        Q.    That's fine that you don't know

5    where it is, sir.

6              Sir, what is located at 3681

7    Bruckner Boulevard; what type of building

8    is that?

9        A.    It's a commercial building.

10   There are several businesses.  Where it

11   occurred was exactly in front of the CVS

12   pharmacy.

13       Q.    And sir, did the impact between

14   your vehicle and the pedestrian occur on

15   Buhre Avenue or on Bruckner Avenue?

16       A.    Bruckner Boulevard.

17            MR. OVERZAT:  Andrew, it's

18        Buhre.  You're obviously not a Bronx

19        person.

20            MR. MEIER:  I'm not.

21            MR. OVERZAT:  Buhre.

22            MR. MEIER:  I'm more of a

23        Brooklyn guy.

24            MR. OVERZAT:  Lucky you.

25       Q.    Sir, let me ask you this

Jose A. Alemar
February 04, 2021                                          26

1    question.  In the three minutes before the

2    accident happened, what street were you

3    traveling on?

4         A.    I really wasn't driving.  I was

5    on Westchester Avenue, right there at the

6    corner where you turn to -- turn to

7    Bruckner Boulevard to the right.

8         Q.    What were the lighting

9    conditions like at the time your motor

10   vehicle came in contact with a pedestrian

11   on December 5, 2019?

12        A.    It was still light out; not

13   sunny.  It was cold for the season already.

14        Q.    In the 24 hours prior to coming

15   in contact with the pedestrian on December

16   5, 2019, did you consume any alcoholic

17   beverage?

18        A.    No, sir.

19        Q.    What about any illegal

20   narcotics?

21        A.    Never in my life.

22        Q.    Any prescription medication

23   that may have affected your ability to

24   drive?

25        A.    No, sir.

1       Q.     Did you fail to take any

2    prescription medication that you should

3    have taken, that the failure to do so would

4    have affected your ability to drive?

5       A.     No, sir.

6       Q.     Sir, I see you are wearing

7    glasses today; what do you need the glasses

8    for?

9       A.     To read.

10      Q.     Are you required to wear the

11   glasses to operate a motor vehicle?

12      A.     No, sir.  At the present time,

13   it is 20/20.  Thank the lord.

14      Q.     Sir, has your driver's license

15   ever been suspended at any point in time?

16      A.     One time it was suspended for

17   30 days.

18      Q.     When was that?

19      A.     Honestly, I do not recall the

20   date, but it's been approximately some ten

21   years, if I'm not mistaken.

22      Q.     Why was your license suspended

23   for 30 days approximately ten years ago?

24      A.     I had an attorney.  I had some

25   tickets that had accumulated.  He let the

1    time go by.  After, I was found guilty for

2    those incidents; the points added.

3         Q.    Sir, in the three minutes

4    before your car came in contact with the

5    pedestrian on December 5, 2019, what was

6    your highest rate of speed?

7         A.    Three minutes before I have

8    said that I was not going at any speed.  I

9    was stopped.

10              MR. OVERZAT:  Off the record.

11              (Whereupon, an off-the-record

12         discussion was held.)

13         Q.    Okay.  And sir, was your

14   vehicle moving at the moment that it came

15   in contact with the pedestrian on December

16   5, 2019?

17         A.    Of course.

18         Q.    And approximately how fast was

19   your vehicle moving at the moment of impact

20   with the pedestrian on December 5, 2019?

21         A.    Not more than five.

22         Q.    Now, your car was stopped at

23   some point in time before the impact; is

24   that correct, sir?

25         A.    Yes, of course, before the

Jose A. Alemar
February 04, 2021                                    29

1    light changed and I let pedestrians cross.

2         Q.    And then once the light

3    changed, you began to move the vehicle; is

4    that correct?

5         A.    Yes.  I moved it a little bit.

6    Further up is the crosswalk.  I let the

7    pedestrians cross, and then I moved the

8    vehicle.

9              MR. MEIER:  Move to strike the

10             nonresponsive portion of the answer.

11        Q.    Sir, did you move the vehicle

12   to the right, straight, or left, when the

13   light turned green or when the light

14   changed?

15        A.    Naturally, a bit forward,

16   because I have to wait to turn.

17        Q.    Sir, when the light changed,

18   was it your intention to go straight, make

19   a left, or make a right?

20        A.    To the right.  There, you can

21   only turn to the right.

22             MR. MEIER:  Madam reporter, can

23             I mark those photographs, Plaintiff's

24             1, 2, 3, 4, 5 and 6, please.

25             MR. OVERZAT:  On the record,

1        just so that counsel and I can

2        understand and we can refer to this

3        for the witness.  The pictures will

4        be identified by what Google Maps has

5        indicated at the top left above the

6        picture as being a geographical

7        address.  They misrepresent the word

8        "Buhre" as being B-U-R-R.  It's

9        actually B-U-H-R-E.  I concede that

10        there are five for Buhre Avenue and

11        one for Westchester.

12            MR. MEIER:  And then, madam

13        court reporter shall mark them

14        accordingly following the deposition.

15            MR. OVERZAT:  Off the record.

16            (Whereupon, an off-the-record

17        discussion was held.)

18            MR. MEIER:  We'll mark this

19        one.  This shall be Plaintiff's 1 and

20        Plaintiff's 1 will have -- it says

21        Google Maps, and then it's 3276 Buhre

22        Avenue.

23        Q.    Do you see this photo, sir?

24        A.    The thing is that is not Buhre.

25  Isn't that Westchester?

```
1              MR. MEIER:  Can we go off the
2         record for a second?
3              (Whereupon, an off-the-record
4         discussion was held.)
5              MR. MEIER:  Back on the record.
6         Q.   Sir, do you see on the
7    photograph where it says 3276 above the
8    picture?
9         A.   I do not see any number.  I
10   only see Buhre on the street -- on the
11   pavement.
12        Q.   Now, sir, do you see the word
13   Google Maps on the photograph?
14        A.   That, of course.
15        Q.   And right to the right -- I'm
16   not asking you about street names, sir.  I
17   want you to ignore street names; okay?
18              Do you see 3276?  Do you see
19   those four numbers where my mouse is?
20        A.   Yes, of course.  After Google
21   Maps.
22        Q.   Sir, now this photograph is
23   going to be marked as Plaintiff's Exhibit
24   1.  Now, I've zoomed in a little bit, so
25   you can see the photograph better.
```

Jose A. Alemar
February 04, 2021

32

1        Do you see on the right-hand

2   side a building with Dunkin Donuts on it?

3            (Whereupon, a photograph was

4        marked as Plaintiff's Exhibit 1 for

5        identification as of this date by the

6        Reporter.)

7        A.    Yes, of course.  You can see

8   the sign on the right side.

9        Q.    And there is an elevated subway

10  line above the road that's depicted in

11  Plaintiff's Exhibit 1; is that correct, yes

12  or no?

13       A.    Yes.

14       Q.    And do you see one of the

15  pillars that has yellow paint on it in the

16  middle -- in approximately the middle of

17  the photograph?

18       A.    Of course.

19       Q.    And right to the right of that

20  yellow pillar, do you see a car with its

21  brake lights on?

22       A.    Correct, of course.

23       Q.    In the few moments before the

24  impact occurred, were you facing this

25  light, that the car with the brake lights

1    on was facing?

2        A.    I cannot tell you if I was

3    looking at that vehicle.

4             MR. MEIER:  Move to strike.

5        Q.    Sir, I don't think you

6    understood my question.

7             You were stopped at a light

8    right before the accident happened;

9    correct?

10       A.    Yes, before turning.

11       Q.    And you were intending on

12   turning to the right, making a right-hand

13   turn; is that correct?

14       A.    Yes.  There, you can only turn

15   to the right.

16            MR. MEIER:  Can we go off the

17        record for a second?

18            MR. OVERZAT:  Sure.

19            (Whereupon, an off-the-record

20        discussion was held.)

21            MR. MEIER:  Back on the record,

22        please?

23       Q.    Sir, were you intending on

24   making a right onto Bruckner Avenue as

25   depicted in Plaintiff's Exhibit 1?

1        A.     Yes.

2        Q.     So when you were stopped at the

3    light, were you stopped on the right side,

4    or the left side of the pillar with the

5    yellow paint?

6        A.     On the right side.

7        Q.     Approximately where the car

8    that we see in Plaintiff's Exhibit 1 with

9    the brake lights is located, in that

10   general area?

11       A.     Of course, exactly before the

12   line.

13       Q.     How many cars were stopped in

14   front of you at the light?

15       A.     There weren't any.  I was the

16   first.

17       Q.     And when the light turned

18   green, what, if anything, did you do with

19   your vehicle?

20       A.     I moved it forward a little,

21   and stopped, and waited for the pedestrians

22   to cross, who were going up to the train

23   station.

24       Q.     Now, when the pedestrians that

25   you stopped to allow to cross the street,

1    were they crossing over Bruckner Boulevard,

2    or some other street?

3        A.    Bruckner Boulevard.

4        Q.    And did you stop to allow those

5    pedestrians to cross because it is your

6    understanding that when turning right in

7    that situation, the pedestrians have the

8    right-of-way over Bruckner Boulevard?

9        A.    Of course.  Correct.

10       Q.    In addition to the traffic

11   light that turned green, was there a light

12   directing traffic over Bruckner Boulevard

13   at the time of the accident?

14       A.    The only light there is for the

15   pedestrians to cross when one turns there.

16       Q.    Sir, my question was, was there

17   a walk and do not walk sign located on the

18   other side of Bruckner Boulevard?

19       A.    Of course, to cross on the

20   street.

21       Q.    Sir, when you were attempting

22   to make the right-hand turn, and you

23   stopped to let those pedestrians cross, did

24   you observe the light controlling

25   pedestrian traffic?

1                    THE INTERPRETER:  I'm sorry.

2             Could you read that back?  I lost it

3             there.

4                    (Whereupon, the referred-to

5             question was read back by the

6             Reporter.)

7        A.    Of course.

8        Q.    And when you observed the light

9    controlling pedestrian traffic over

10   Bruckner Boulevard, before making that

11   right-hand turn, what color was it?

12       A.    Sorry about that (in English.)

13                    Turned the volume down, but

14   wasn't able.  Could you repeat the

15   question, please?

16                    MR. MEIER:  Madam court

17            reporter, can you please read the

18            question back, so the translator can

19            translate it, please?

20                    (Whereupon, the referred-to

21            question was read back by the

22            Reporter.)

23       A.    When you turn there, it's

24   always white.

25       Q.    Is that what color you saw

1    while you were waiting, attempting to make

2    that right-hand turn?

3        A.    Yes, of course.  The thing is,

4    it is always white when they are crossing.

5        Q.    Sir, at any point in time, from

6    when you started moving your vehicle when

7    your light turned green, up until coming in

8    contact with the pedestrian, did you see

9    the pedestrian light of any color, other

10   than white?

11       A.    I want to clear something up.

12   When I had the impact with the pedestrian,

13   I did not see the light; I was already

14   halfway on the other side.

15       Q.    Sir, my question is very clear,

16   and it's a yes-or-no question.

17             From the time you started

18   moving your vehicle up until the moment you

19   -- the second you came in contact with the

20   pedestrian, did you see the pedestrian

21   light turn from any color, other than

22   white, or was it white the whole time once

23   your light turned green?

24       A.    No.

25       Q.    Please let him finish the

1   question, sir.

2           THE INTERPRETER:  I'm sorry.

3       You're going to have to read that

4       back to me.

5           (Whereupon, the referred-to

6       question was read back by the

7       Reporter.)

8       A.    When I crossed -- I'll repeat

9   it to you -- I did not see any light,

10  because when I had the impact with her, I

11  had already turned.

12      Q.    Sir, did the impact -- what

13  portion of your vehicle came in contact

14  with the pedestrian?

15      A.    Exactly it was in the middle of

16  the hood and she was the one that hit it.

17          MR. MEIER:  I'm going to move

18      to strike the nonresponsive portion

19      of the witness's answer.

20      Q.    Sir, my question is a very

21  simple question.  Please just listen to my

22  questions; okay?

23          In the three seconds before the

24  impact happened, where were you looking?

25      A.    To the -- straight ahead.

1          Q.     And in the two seconds before

2     the impact occurred, where were you

3     looking?

4          A.     Two seconds before when I saw

5     something moving quickly, because it was

6     something that came out running.

7               MR. MEIER:  I'm going to move

8          to strike the nonresponsive portion

9          of the witness's answer.

10         Q.     Sir, please listen to my

11    question and answer my question.

12              In the two seconds before the

13    impact, where were you looking?

14         A.     Forward.  Forward.

15         Q.     Sir, in the one second before

16    the impact occurred, where were you

17    looking?

18         A.     Forward.

19         Q.     Sir, at the moment of impact,

20    where were you looking?

21         A.     Exactly forward; the person was

22    on top of the car and fell.

23              MR. MEIER:  Again, I'm going to

24         move to strike the nonresponsive

25         portion of the witness's answer.

Jose A. Alemar
February 04, 2021                                          40

1        Q.    Sir, did you see the pedestrian

2    that your vehicle came in contact with at

3    any point in time prior to the impact?

4        A.    No.

5        Q.    Sir, where on Bruckner

6    Boulevard did you come in contact with that

7    pedestrian?

8              MR. MEIER:  I'm sorry.  Mr.

9         Interpreter, I kind of --

10             MR. OVERZAT:  There's a

11        question pending.  Please let him

12        answer.

13             MR. MEIER:  I just said that,

14        Counsel.

15       A.    Exactly in the middle of the

16   block almost between the two busses.

17       Q.    How many busses were present at

18   the time of the impact?

19       A.    On the right side there were

20   two.

21       Q.    Did the impact between your

22   vehicle and the pedestrian, that you didn't

23   see before the impact, occur in the

24   crosswalk?

25       A.    Not possible.

Jose A. Alemar
February 04, 2021                                    41

```
1          Q.     Did you observe passengers

2    exiting one of the two busses at any point

3    in time prior to the impact on December 5,

4    2019?

5          A.     No.

6          Q.     Sir, prior to the impact, did

7    you sound your horn?

8          A.     No.  I did not have time; it

9    was a surprise when she fell on the car.

10         Q.     Did you slam on your brakes,

11   sir?

12         A.     Of course.

13         Q.     When did you -- did you slam on

14   your brakes prior to impact or at the

15   moment of impact?

16         A.     At the time of the impact.

17         Q.     Sir, what do you mean when you

18   said the impact was a surprise?

19         A.     Of course, because I wasn't

20   waiting for a person to run and fall on the

21   vehicle; that is how I saw it.

22         Q.     Sir, were you paying attention

23   to pedestrians and vehicles and the general

24   traffic conditions at the moment of impact?

25         A.     Of course.  You have to be very
```

1    cautious there, that is why I was going at

2    less than five.

3              MR. MEIER:  I'm going to move

4         to strike the nonresponsive portion

5         of the witness's answer.  Madam court

6         reporter, can --

7              MR. OVERZAT:  I oppose that

8         motion.  That was a clear answer.

9              MR. MEIER:  You can make that

10        motion at the time of trial, and you

11        can --

12             MR. OVERZAT:  No.  You make the

13        motion.

14             MR. MEIER:  You can object to

15        that motion at the time of trial.  I

16        don't know what it means when you put

17        your hand underneath your chin and

18        wave your fingers at me.

19             MR. OVERZAT:  Because you're

20        making an issue about whether I can

21        make a motion later on when you're

22        making a motion now.  I'm recording

23        the fact that I have an answer on

24        your other motions, but I am opposing

25        your motion now.  Thank you.

1            MR. MEIER:  I just didn't

2       understand as professional adults,

3       are we acting as little rascals or

4       are we going to proceed as grown-ups.

5            MR. OVERZAT:  As you wish.

6            MR. MEIER:  You're the one that

7       made an insane hand gesture.

8            Madam court reporter, can you

9       please read back my last question to

10      the witness?

11           (Whereupon, the referred-to

12      question was read back by the

13      Reporter.)

14      Q.   And that's a yes or a no

15  question, sir.

16      A.   Of course, yes.

17      Q.   So sir, let me just make sure I

18  understand it, and if this is correct, tell

19  me it's correct.  If it's not, tell me it's

20  not.

21           Is it your position that the

22  person that you came in contact with on

23  December 5, 2019, just ran out into the

24  middle of the street and you hit them?

25      A.   Of course.

1       Q.    So sir, then is it your

2    position that you are not responsible for

3    the happening of this accident?

4             MR. OVERZAT:  Objection.  Don't

5         answer the question.  It's

6         argumentative and it's the issue to

7         this case.  Don't answer.  His

8         opinion is --

9       Q.    Sir, who do you feel is at

10   fault for the happening of this accident?

11            MR. OVERZAT:  Objection.  Don't

12        answer the question.

13      Q.    Sir, do you feel there was

14   anything that you could have done to avoid

15   coming in contact with the pedestrian?

16            MR. OVERZAT:  You're asking him

17        for a hindsight opinion now.  I'm not

18        going to let him answer that either.

19      Q.    Sir, did you engage in any

20   evasive maneuvers to avoid coming in

21   contact with the pedestrian?

22            MR. OVERZAT:  Over my

23        objection, you can answer.

24      A.    There was no time, no.

25      Q.    Sir, did you observe the person

Jose A. Alemar
February 04, 2021                                    45

1    that you hit after the accident?

2         A.    Of course, as a matter of fact,

3    I got out of the car.

4         Q.    Did you have a conversation

5    with her?

6         A.    Yes.

7         Q.    What did you say to her?

8         A.    I asked her what happened,

9    where did she come from.

10        Q.    And what did she say to you?

11        A.    She clearly told me that she

12   was sorry and that she was running to go

13   and get on a bus on the other side.

14        Q.    Did you say anything else to

15   her?

16        A.    Yes, of course.  I asked her

17   how she was.  I was going to call 911.  She

18   was trying to get up and I told her not to

19   get up until I called 911.

20        Q.    Did she say anything else to

21   you?

22        A.    She repeated several times that

23   she was in a hurry, that she was sorry

24   because of what had happened.

25        Q.    Was there any other

1    conversation between you and the person

2    that you came in contact with on December

3    5, 2019?

4          A.    Yes, of course.

5          Q.    What else -- tell me the rest

6    of the conversation between you and the

7    person that you hit on December 5, 2019.

8          A.    Yes.  Naturally, I asked her if

9    she wanted to use something to get warm.  I

10   was going to give her my jacket because the

11   ground was cold.  The temperature was cold.

12         Q.    And did she say anything else

13   to you?

14         A.    She told me that, no, that she

15   was okay, that she appreciated it, that

16   thank you.

17         Q.    Sir, have you now told me all

18   of the conversations between you and the

19   person that you hit on December 5, 2019?

20         A.    Yes, of course.

21         Q.    Were your headlights on at the

22   time of the impact?

23         A.    Yes, of course, and then I

24   turned on the hazard lights.

25         Q.    Did the ambulance come?

Jose A. Alemar
February 04, 2021                                47

1      A.    Yes, sir.

2      Q.    Who called the ambulance?

3      A.    I didn't call the ambulance.  I

4   called 911, explained to them that there

5   was a person that had been hit on the

6   ground.

7      Q.    Did the woman appear to be in

8   pain when she was on the ground, after you

9   struck her with your vehicle?

10      A.    I really cannot say.  I would

11   say not.  I cannot decide for her, but she

12   was on the ground, stayed on the ground.

13      Q.    Did you see her face grimace,

14   at all, at any point in time after the

15   impact up until the time she left in an

16   ambulance?

17      A.    She was complaining naturally

18   because of the impact.  I don't know about

19   grimace, but she was crying and all of

20   that.

21      Q.    So then is it safe -- you

22   observed her crying; is that correct, sir,

23   is that what you are saying?

24      A.    No.  She made a gesture with

25   her face.  I did not see any tears on her

1  face.

2      Q.   Can you describe the gesture

3  that she made with her face?

4      A.   Something like pain, but she

5  felt uncomfortable that she was in pain.

6  Naturally, it was an impact.

7      Q.   What do you mean by "naturally,

8  it was an impact," sir; what do you mean by

9  that?

10     A.   I don't understand.  Excuse me.

11     Q.   Sir, you just said "naturally,

12 it was an impact."  I am asking you what

13 did you mean when you said "naturally, it

14 was an impact"?

15     A.   So that you can understand.

16 The impact with my car, she fell to the

17 ground; that, naturally, can cause pain.

18     Q.   Sir, would you describe the

19 impact between your vehicle and the

20 pedestrian on December 5, 2019, as hard,

21 medium, or light?

22     A.   Light.

23     Q.   Did the pedestrian that you

24 struck on December 5, 2019, remain on the

25 ground until the ambulance arrived on the

1    scene?

2          A.    Yes.  Correct.

3          Q.    Did you observe her get into

4    the ambulance?

5          A.    Yes.  I waited until she was in

6    the ambulance.

7          Q.    How did she get into the

8    ambulance?

9          A.    The paramedics placed a bed on

10   the ground, and then they took her inside.

11   If I'm not mistaken, that's how it was.

12         Q.    Did you observe them put any

13   braces on any portion of her body before

14   placing her on the stretcher?

15         A.    I cannot tell you, because at

16   that time, the officers had already arrived

17   and had asked me for the papers for my

18   vehicle and my license.

19         Q.    At any point in time, did you

20   observe the woman that you struck with the

21   vehicle have a conversation with the police

22   on December 5, 2019?

23         A.    Yes, of course.  One of the

24   officers approached her; she spoke with one

25   of them, with the other one.  I don't know.

1        Q.    When you observed that

2    conversation, was she on the ground, on the

3    stretcher, or in the ambulance, or

4    something else?

5        A.    I don't remember exactly, but

6    she was not in the ambulance yet.  She was

7    either on the ground or already on the

8    stretcher.

9        Q.    Sir, when you had conversations

10   with her following the impact, did she

11   appear to be lucid?

12            MR. OVERZAT:  Over my

13        objection, you can answer.

14       A.    Totally.

15       Q.    Sir, after the impact between

16   your vehicle and the pedestrian on December

17   5, 2019, did she remain on your hood, or

18   did she fly off to the ground, or something

19   else?

20       A.    Fell on the hood.

21       Q.    And at some point in time, did

22   she go off to the ground, or did she remain

23   on your hood, sir?

24       A.    Fell to the ground, but it

25   wasn't a fall like that she flew to the

1    ground.  She rolled to the ground; that is

2    what it was.

3         Q.    How far away from the front of

4    your vehicle did she come to a rest on the

5    ground?

6         A.    Exactly in front.

7         Q.    How many feet would you say,

8    sir?

9         A.    One foot, at the most.  One; I

10   don't think it was two feet.

11        Q.    All right.  Can you see my

12   screen again, sir?

13        A.    I see the screen, the

14   photograph.

15        Q.    And do you see the number

16   2,000, right to the right of Google Maps?

17        A.    Yes.  It says, "2000 Buhre

18   Avenue."

19             MR. MEIER:  Madam reporter,

20          this shall be marked as Plaintiff's

21          Exhibit 2.  The photograph that has

22          2000 Buhre Avenue right next to the

23          Google Maps outside of the photo.

24             (Whereupon, a photograph was

25          marked as Plaintiff's Exhibit 2 for

1          identification as of this date by the

2          Reporter.)

3          Q.    Sir, do you see the bus that's

4    in this photograph?

5          A.    Yes, of course.

6          Q.    Do you see the back of the bus?

7          A.    Correct, of course.

8          Q.    Where the back of the bus is in

9    Plaintiff's Exhibit 2, is that

10   approximately where the impact occurred on

11   the street?

12         A.    A lot more further up.

13         Q.    Approximately, how much further

14   up the block?

15         A.    In feet, I cannot tell you.

16   But where my car ended up was right in

17   front of where it says, "CVS."

18         Q.    Was the CVS on your right or on

19   your left?

20         A.    The right side, of course.

21         Q.    How long after you had

22   completed the right-hand turn and your car

23   was fully on Bruckner Boulevard was it

24   before the impact occurred, how many

25   seconds?

1      A.    I would say five or seven

2    seconds.  I cannot tell you the exact time,

3    but more or less.

4      Q.    Sir, approximately ten or 15

5    minutes prior to coming in contact with the

6    pedestrian, you had turned on the Uber app,

7    and it was turned on for that ten to 15

8    minutes prior to and including the moment

9    of impact; that's been your testimony.

10            So with that in mind, sir, at

11   any point in time during the ten to 15

12   minutes that the Uber app was on up until

13   and including the impact, did anybody hail

14   a ride from you?

15            THE INTERPRETER:  Do you mind

16        reading that back to me in complete

17        sentences?

18            (Whereupon, the referred-to

19        question was read back by the

20        Reporter.)

21     A.    No, sir.

22     Q.    It was a yes or a no question.

23     A.    No, sir.  And I'll repeat it to

24   you, that I had not started working yet.

25   And I need to explain to you, so that I can

1    clear up your question.

2              MR. MEIER:  So I'm going to

3         move to strike the nonresponsive

4         portion of the answer.

5         Q.    Sir, yes or no.  Please just

6    answer yes or no, sir.

7              Had anybody actually hailed you

8    through the Uber app for a ride, yes or no?

9         A.    No.

10             MR. MEIER:  Thank you.  I have

11        no further questions, sir.

12             (Whereupon, at 12:20 P.M., the

13        Examination of this witness was

14        concluded.)

15

16            o           o         o          o

17

18

19

20

21

22

23

24

25

1                   D E C L A R A T I O N

2

3        I hereby certify that having been

4    first duly sworn to testify to the truth, I

5    gave the above testimony.

6

7        I FURTHER CERTIFY that the foregoing

8    transcript is a true and correct transcript

9    of the testimony given by me at the time

10   and place specified hereinbefore.

11

12

13

14                    JOSE ALEMAR

15

16

17   Subscribed and sworn to before me

18   this _____ day of _____ 20____.

19

20

21      NOTARY PUBLIC

22

23

24

25

1               E X H I B I T S

2    PLAINTIFF EXHIBITS

3

4    EXHIBIT    EXHIBIT                    PAGE

5    NUMBER     DESCRIPTION

6    1          Photograph                 32

7    2          Photograph                 52

8      (Original Exhibits retained by Counsel.)

9

10               I N D E X

11   EXAMINATION BY                        PAGE

12   Mr. Meier                             5

13

14     INFORMATION AND/OR DOCUMENTS REQUESTED

15   INFORMATION AND/OR DOCUMENTS         PAGE

16   (None)

17

18       QUESTIONS MARKED FOR RULINGS

19   PAGE LINE QUESTION

20   20   18   are you aware of the vehicle and

21            traffic laws prohibition on

22            using tablets or cell phones

23            while operating a vehicle

24

25

Jose A. Alemar
February 04, 2021                               57

1                    C E R T I F I C A T E

2

3      STATE OF NEW YORK        )
                                :  SS.:
4      COUNTY OF QUEENS         )

5

6           I, SANITE CONSERVE, a Notary Public

7      for and within the State of New York, do

8      hereby certify:

9           That the witness whose examination is

10     hereinbefore set forth was duly sworn and

11     that such examination is a true record of

12     the testimony given by that witness.

13          I further certify that I am not

14     related to any of the parties to this

15     action by blood or by marriage and that I

16     am in no way interested in the outcome of

17     this matter.

18          IN WITNESS WHEREOF, I have hereunto

19     set my hand this 4th day of February 2021.

20

21

22                    _____
                              SANITE CONSERVE
23

24

25

Jose A. Alemar
February 04, 2021                                    1

---

**Exhibits**

EX 0001 Jose
A. Alemar 02-
04-21
  31:23,24
  32:4,11
  33:25 34:8
  56:6
EX 0002 Jose
A. Alemar 02-
04-21
  51:21,25
  52:9 56:7

---

**1**

**1**
  29:24 30:19,
  20 31:24
  32:4,11
  33:25 34:8
**10461**
  5:18
**1329**
  5:17
**15**
  11:22,25
  12:16 13:13
**19**
  14:6

---

**2**

**2**
  29:24 51:21,
  25
**2,000**
  51:16
**20/20**
  27:13
**2000**
  51:17,22
**2017**
  14:9 15:15

---

**2019**
  5:25 6:5
  9:10,13,16,
  20 10:6,13,
  18,21 11:9,
  16,21 12:2,
  23 13:5,12,
  20 14:3,11
  16:7,18
  17:15 19:6,
  14,23 24:2,
  6,12 26:11,
  16 28:5,16,
  20 41:4
  43:23 46:3,
  7,19 48:20,
  24 49:22
  50:17
**24**
  26:14
**2nd**
  5:17

---

**3**

**3**
  29:24
**30**
  27:17,23
**3276**
  30:21 31:7,
  18
**3681**
  24:20 25:6

---

**4**

**4**
  29:24

---

**5**

**5**
  5:25 6:5
  9:16,20
  10:6,13,18,
  21 11:9,16,

---

**20** 12:2,23
  13:5,12,20
  14:3,11
  16:7,18
  17:15 19:6,
  14,22 24:2,
  6,11 26:11,
  16 28:5,16,
  20 29:24
  41:3 43:23
  46:3,7,19
  48:20,24
  49:22 50:17
**5th**
  15:10

---

**6**

**6**
  29:24

---

**8**

**8**
  13:9,11

---

**9**

**911**
  45:17,19
  47:4

---

**A**

**ability**
  26:23 27:4
**able**
  36:14
**above**
  30:5 31:7
  32:10
**absolutely**
  8:8 24:23
**accident**
  5:24 24:25
  26:2 33:8
  35:13 44:3,

---

**10** 45:1
**accommodate**
  8:1
**accommodating**
  8:9
**accumulated**
  27:25
**acting**
  43:3
**action**
  5:23
**active**
  10:10 20:13
**added**
  28:2
**addition**
  35:10
**address**
  5:16 9:1,2,6
  30:7
**adults**
  43:2
**affected**
  26:23 27:4
**affiliated**
  10:1,6,9,12,
  16
**afternoon**
  24:2
**ago**
  27:23
**ahead**
  38:25
**alcoholic**
  26:16
**Alemar**
  5:15
**allow**
  6:11,12
  34:25 35:4
**ambulance**
  46:25 47:2,
  3,16 48:25
  49:4,6,8
  50:3,6
**and/or**
  10:23

Jose A. Alemar
February 04, 2021

2

**Andrew**
 5:20 25:17
**answer**
 6:14,15,16,
 22 8:6,12,21
 17:1,7 18:16
 20:4,24
 21:1,19 22:7
 23:9 29:10
 38:19 39:9,
 11,25 40:12
 42:5,8,23
 44:5,7,12,
 18,23 50:13
**answers**
 5:4
**Antonio**
 5:15
**anybody**
 14:13 15:15
**app**
 10:17 12:20
**application**
 11:6,15,19,
 25 12:5,8,
 15,24 13:7,
 16,21 14:15
 16:3,8,10,
 14,15,21
 17:15 18:25
 19:1,13
 20:13,16
 24:12
**appreciated**
 46:15
**approached**
 49:24
**approximately**
 9:3 11:21
 14:8 22:25
 27:20,23
 28:18 32:16
 34:7
**area**
 34:10
**argumentative**
 44:6

**arising**
 5:24
**around**
 12:7
**arrived**
 48:25 49:16
**asked**
 45:8,16 46:8
 49:17
**asking**
 16:22,23
 17:5,20 21:7
 31:16 44:16
 48:12
**assignment**
 17:22
**association**
 5:23
**assume**
 8:20
**assuming**
 6:21
**attempting**
 35:21 37:1
**attention**
 41:22
**attorney**
 5:20 6:20
 8:8 27:24
**Avenue**
 5:17 25:15
 26:5 30:10,
 22 33:24
 51:18,22
**avoid**
 44:14,20
**aware**
 20:18 21:4

— B —

**B-U-H-R-E**
 30:9
**B-U-R-R**
 30:8
**back**
 6:17 9:9

 13:12 14:5,
 17 15:3,5
 16:7,17
 17:14 18:15,
 19 19:5,22
 22:10,13
 23:13,15
 31:5 33:21
 36:2,5,18,21
 38:4,6 43:9,
 12
**background**
 15:12
**Balcom**
 5:17
**basis**
 20:25
**beating**
 18:9
**bed**
 49:9
**began**
 29:3
**begin**
 8:24 16:10
**best**
 7:12
**better**
 31:25
**beverage**
 26:17
**bit**
 15:12 29:5,
 15 31:24
**block**
 40:16
**body**
 49:13
**Boulevard**
 24:20 25:7,
 16 26:7
 35:1,3,8,12,
 18 36:10
 40:6
**braces**
 49:13

**brake**
 32:21,25
 34:9
**brakes**
 41:10,14
**break**
 8:11,12,13
 23:22
**Bronx**
 5:18 25:18
**Brooklyn**
 25:23
**Bruckner**
 24:20 25:7,
 15,16 26:7
 33:24 35:1,
 3,8,12,18
 36:10 40:5
**Buhre**
 25:15,18,21
 30:8,10,21,
 24 31:10
 51:17,22
**building**
 24:19 25:7,9
 32:2
**bus**
 12:11 45:13
**businesses**
 25:10
**busses**
 40:16,17
 41:2

— C —

**call**
 8:6 12:12
 18:3 23:18,
 19 45:17
 47:3
**called**
 5:6 45:19
 47:2,4
**calls**
 16:13,17,20
 18:4

Jose A. Alemar
February 04, 2021

3

**car**
13:15 14:1
15:17 16:2
20:15 24:13
28:4,22
32:20,25
34:7 39:22
41:9 45:3
48:16
**cars**
34:13
**case**
12:24 44:7
**cautious**
42:1
**cell**
12:21 19:19
20:12,20
23:6
**certain**
19:7
**changed**
29:1,3,14,17
**chin**
42:17
**clear**
10:5,11
11:1,12
12:14 17:13
37:11,15
42:8
**clearly**
45:11
**cold**
26:13 46:11
**color**
36:11,25
37:9,21
**come**
11:15 12:12
40:6 45:9
46:25 51:4
**commercial**
25:9
**company**
10:2,4,20

**complaining**
47:17
**complete**
9:23 10:2,3
**concede**
30:9
**concentrate**
19:20
**conditions**
26:9 41:24
**consider**
16:9 19:25
**consume**
26:16
**contact**
11:15,20
12:1,18
13:14,22
24:5,11
26:10,15
28:4,15
37:8,19
38:13 40:2,6
43:22 44:15,
21 46:2
**content**
21:15
**controlling**
35:24 36:9
**conversation**
45:4 46:1,6
49:21 50:2
**conversations**
46:18 50:9
**corner**
26:6
**correct**
9:19 10:13,
14 11:11,17
18:21,22
20:16,17
21:22,23
22:1,2,5,15,
18 24:7,8,
14,15 28:24
29:4 32:11,
22 33:9,13

35:9 43:18,
19 47:22
49:2
**counsel**
21:2 30:1
40:14
**course**
16:19 19:3,9
28:17,25
31:14,20
32:7,18,22
34:11 35:9,
19 36:7 37:3
41:12,19,25
43:16,25
45:2,16
46:4,20,23
49:23
**court**
6:3 7:1 9:7
30:13 36:16
42:5 43:8
**create**
7:3
**cross**
29:1,7
34:22,25
35:5,15,19,
23
**crossed**
38:8
**crossing**
35:1 37:4
**crosswalk**
29:6 40:24
**crying**
47:19,22
**customer**
12:7 20:15
**customers**
20:14
**CVS**
25:11

**D**

**dashboard**
13:23 14:1
**date**
27:20 32:5
**day**
10:3 15:10
**days**
27:17,23
**December**
5:25 6:5
9:3,10,13,
16,20 10:6,
13,17,21
11:9,16,20
12:1,23
13:5,12,20
14:3,6,11
16:7,18
17:15 19:6,
14,22 24:2,
6,11 26:11,
15 28:5,15,
20 41:3
43:23 46:2,
7,19 48:20,
24 49:22
50:16
**decide**
47:11
**depicted**
32:10 33:25
**deposition**
6:8 30:14
**describe**
12:2 48:2,18
**details**
18:13
**direct**
21:19
**directing**
21:1 35:12
**discussion**
28:12 30:17
31:4 33:20

doing
  12:3
Donuts
  32:2
drive
  14:2 15:24
  26:24 27:4
driver
  9:15,18
  10:22 15:15
  16:17 17:14
  19:6,23
  22:17 23:1
driver's
  21:21,25
  27:14
driving
  12:7 14:9,12
  16:2,6 26:4
dropped
  12:9
duly
  5:7
Dunkin
  32:2
duration
  19:1 20:14

**E**

easy
  7:9
either
  17:16 23:5
  44:18 50:7
elevated
  32:9
employed
  9:9,11,12
employer
  10:17
engage
  44:19
English
  5:3,5 6:6,9,
  12,13,16,18
  36:12

evasive
  44:20
exactly
  10:24 12:2
  13:24,25
  15:10 24:19
  25:11 34:11
  38:15 39:21
  40:15 50:5
  51:6
EXAMINATION
  5:11
examined
  5:9
Excuse
  15:9 48:10
Exhibit
  31:23 32:4,
  11 33:25
  34:8 51:21,
  25
exiting
  41:2
explain
  9:24 15:16
explained
  47:4
explaining
  11:4

**F**

face
  47:13,25
  48:1,3
facing
  32:24 33:1
fact
  21:6 25:2
  42:23 45:2
facts
  21:6
fail
  27:1
failure
  27:3

fair
  8:22
fall
  41:20 50:25
familiarized
  13:9
far
  51:3
fast
  28:18
fault
  44:10
feel
  44:9,13
feet
  51:7,10
fell
  39:22 41:9
  48:16 50:20,
  24
felt
  48:5
finally
  8:16
fine
  17:8 25:4
fingers
  42:18
finish
  37:25
first
  5:7 7:10
  34:16
five
  22:19,21
  28:21 30:10
  42:2
flew
  50:25
Floor
  5:17
fly
  50:18
follow
  7:8 19:7,12,
  22 20:11

following
  5:3 14:12,18
  30:14 50:10
follows
  5:10
foot
  51:9
form
  15:8 17:3,19
  20:23 21:13,
  16 22:7
forward
  29:15 34:20
  39:14,18,21
found
  28:1
four
  22:17,20
  31:19
friend
  12:10
front
  25:11 34:14
  51:3,6

**G**

gave
  6:21 9:1
general
  34:10 41:23
geographical
  30:6
gesture
  43:7 47:24
  48:2
give
  6:23 17:6
  46:10
giving
  14:23
glasses
  27:7,11
goes
  7:25
going
  7:4,22 10:25

15:18 16:13,
20 18:2,10,
11 20:2 28:8
31:23 34:22
38:3,17
39:7,23
42:1,3 43:4
44:18 45:17
46:10
**Good**
5:19
**Google**
30:4,21
31:13,20
51:16,23
**green**
29:13 34:18
35:11 37:7,
23
**grimace**
47:13,19
**ground**
6:23 7:7
46:11 47:6,
8,12 48:17,
25 49:10
50:2,7,18,
22,24 51:1,5
**grown-ups**
43:4
**guess**
18:1
**guilty**
28:1
**guy**
25:23

**H**

**hailed**
12:6
**half**
14:5,7
**halfway**
37:14
**hand**
42:17 43:7

**happened**
10:24 11:2
26:2 33:8
38:24 45:8,
24
**happening**
44:3,10
**happy**
8:18
**hard**
48:20
**hazard**
46:24
**he'll**
17:7
**head**
7:17
**headlights**
46:21
**held**
28:12 30:17
31:4 33:20
**highest**
28:6
**hindsight**
44:17
**hit**
38:16 43:24
45:1 46:7,19
47:5
**Honestly**
27:19
**hood**
38:16 50:17,
20,23
**horn**
41:7
**hour**
7:24 18:11
**hours**
26:14
**How's**
17:4
**huh-uhs**
7:20
**hurry**
45:23

**I**

**identificatio
n**
32:5
**identified**
30:4
**ignore**
31:17
**illegal**
26:19
**impact**
19:15 24:17
25:13 28:19,
23 32:24
37:12 38:10,
12,24 39:2,
13,16,19
40:3,18,21,
23 41:3,6,
14,15,16,18,
24 46:22
47:15,18
48:6,8,12,
14,16,19
50:10,15
**improper**
21:18
**inches**
13:9,11
**incident**
6:4 11:8
**incidents**
28:2
**including**
12:17 19:14
**indicated**
30:5
**inferring**
18:1
**injury**
5:23
**insane**
43:7
**inside**
49:10

**instructions**
6:21 14:13,
23
**intending**
33:11,23
**intention**
29:18
**interpreted**
22:23
**interpreter**
5:2,8 6:7
14:16,22
15:2 22:21,
24 36:1 38:2
40:9
**involvement**
6:4
**involving**
11:9
**issue**
42:20 44:6

**J**

**jacket**
46:10
**job**
7:9
**Jose**
5:15

**K**

**keep**
13:17
**kind**
6:23 16:25
40:9
**know**
6:5,9 7:14,
16,20 8:18
10:10 12:10
18:6 20:8
25:2,4 42:16
47:18 49:25

Jose A. Alemar
February 04, 2021

6

---

**L**

---

**large**
13:5
**law**
21:5,8
**laws**
20:19
**lawsuit**
7:5 8:20
**left**
29:12,19
30:5 34:4
47:15
**level**
13:18
**license**
21:22,25
27:14,22
49:18
**life**
26:21
**light**
26:12 29:1,
2,13,17
32:25 33:7
34:3,14,17
35:11,14,24
36:8 37:7,9,
13,21,23
38:9 48:21,
22
**lighting**
26:8
**lights**
32:21,25
34:9 46:24
**Likewise**
7:19
**line**
32:10 34:12
**Linzy**
5:22
**listen**
20:7 38:21
39:10

**little**
15:12 29:5
31:24 34:20
43:3
**located**
25:6 34:9
35:17
**location**
24:16
**long**
8:9,13 9:2
11:18 14:2
**longer**
10:20
**look**
24:24
**looking**
20:14 33:3
38:24 39:3,
13,17,20
**lord**
27:13
**lost**
36:2
**lucid**
50:11
**Lucky**
25:24
**Lyft**
9:21,22
10:7,9,15,23

---

**M**

---

**madam**
9:5 18:14
22:10 23:11
29:22 30:12
36:16 42:5
43:8 51:19
**made**
43:7 47:24
48:3
**make**
7:8 21:9
29:18,19
35:22 37:1

42:9,12,21
43:17
**making**
33:12,24
36:10 42:20,
22
**maneuvers**
44:20
**manner**
16:20
**Maps**
30:4,21
31:13,21
51:16,23
**mark**
21:17 29:23
30:13,18
**marked**
31:23 32:4
51:20,25
**matter**
25:2 45:2
**mean**
7:16,21 9:23
11:3 12:4
41:17 48:7,
8,13
**means**
18:5 42:16
**meant**
14:18,19
**medication**
26:22 27:2
**medium**
48:21
**Meier**
5:12,20 9:5,
8 14:21 15:1
17:5,9 18:7,
14 20:2,25
21:7,12,17
22:9 23:11,
21 25:20,22
29:9,22
30:12,18
31:1,5 33:4,
16,21 36:16

38:17 39:7,
23 40:8,13
42:3,9,14
43:1,6 51:19
**message**
8:6
**middle**
32:16 38:15
40:15 43:24
**mind**
23:21
**minutes**
11:23,25
12:16 13:13
26:1 28:3,7
**misrepresent**
30:7
**mistaken**
10:8 11:22
13:1,8,11
27:21 49:11
**moment**
12:17 19:15
24:10 28:14,
19 37:18
39:19 41:15,
24
**moments**
32:23
**morning**
5:19 24:1
**motion**
21:9 23:7
42:8,10,13,
15,21,22,25
**motions**
42:24
**motor**
5:24 10:22
11:13 23:5
24:5,10,17
26:9 27:11
**mount**
19:19
**mouse**
31:19

Jose A. Alemar
February 04, 2021

7

move
  20:2 29:3,9,
  11 33:4
  38:17 39:7,
  24 42:3
moved
  29:5,7 34:20
moving
  28:14,19
  37:6,18 39:5

_____

**N**

_____

name
  5:13,19,22
  9:6
names
  31:16,17
narcotics
  26:20
naturally
  19:16,25
  23:17,20
  29:15 46:8
  47:17 48:6,
  7,11,13,17
need
  8:5,14 27:7
Never
  26:21
nonresponsive
  20:3 29:10
  38:18 39:8,
  24 42:4
Notary
  5:8
number
  31:9 51:15
numbers
  31:19

_____

**O**

_____

object
  17:3 42:14
objection
  15:7 17:18

20:22 22:6
23:9 44:4,
11,23 50:13
observe
  35:24 41:1
  44:25 49:3,
  12,20
observed
  36:8 47:22
  50:1
obtain
  21:25
obtained
  18:24
obviously
  25:18
occur
  25:14 40:23
occurred
  11:5,8,9
  25:11 32:24
  39:2,16
off-the-
record
  28:11 30:16
  31:3 33:19
officers
  49:16,24
okay
  6:1,9,10,19,
  24,25 8:2,3,
  14,15,23
  10:15 11:18
  15:12,13
  17:1,7 18:23
  20:6,8,9
  24:2,3,16
  28:13 31:17
  38:22 46:15
once
  29:2 37:22
one
  7:11 8:17
  13:10 16:9
  19:19 20:10
  23:17 27:16
  30:11,19

32:14 35:15
38:16 39:15
41:2 43:6
49:23,24,25
51:9
operate
  14:14 27:11
operating
  10:22 11:13
  15:17 19:5
  20:21 23:4
  24:9
opinion
  44:8,17
oppose
  42:7
opposing
  42:24
order
  6:3
outside
  51:23
OVERZAT
  15:7 17:2,6,
  18 18:8
  20:22 21:3,
  9,13 22:6
  23:8 25:17,
  21,24 28:10
  29:25 30:15
  33:18 40:10
  42:7,12,19
  43:5 44:4,
  11,16,22
  50:12

_____

**P**

_____

pain
  47:8 48:4,5,
  17
paint
  32:15 34:5
papers
  49:17
paramedics
  49:9

park
  23:19
part
  22:3
part-time
  9:22
particular
  21:5
parties
  7:5
passenger
  18:24 23:18
passengers
  41:1
pavement
  31:11
paying
  41:22
pedestrian
  11:10,16,20
  12:1,18
  13:14,22
  19:15 24:6,
  11,18 25:14
  26:10,15
  28:5,15,20
  35:25 36:9
  37:8,9,12,20
  38:14 40:1,
  7,22 44:15,
  21 48:20,23
  50:16
pedestrians
  29:1,7
  34:21,24
  35:5,7,15,23
  41:23
pending
  8:10 40:11
person
  7:11 25:19
  39:21 41:20
  43:22 44:25
  46:1,7,19
  47:5
personal
  5:23

Jose A. Alemar
February 04, 2021

8

pharmacy
  25:12
phone
  8:5 12:21
  13:3 14:24
  17:16 19:17,
  19 20:12
  23:6
phones
  20:20
photo
  30:23 51:23
photograph
  31:7,13,22,
  25 32:3,17
  51:14,21,24
photographs
  29:23
picture
  30:6 31:8
pictures
  30:3
pillar
  32:20 34:4
pillars
  32:15
place
  5:25
placing
  49:14
Plaintiff's
  29:23 30:19,
  20 31:23
  32:4,11
  33:25 34:8
  51:20,25
please
  5:13 6:11
  8:17 14:17
  15:3 17:1,10
  20:6 22:8,10
  23:3,10,12
  29:24 33:22
  36:15,17,19
  37:25 38:21
  39:10 40:11
  43:9

point
  8:4 27:15
  28:23 37:5
  40:3 41:2
  47:14 49:19
  50:21
points
  28:2
police
  24:24 49:21
portion
  20:3 29:10
  38:13,18
  39:8,25 42:4
  49:13
position
  43:21 44:2
possible
  7:9 40:25
potential
  12:7 20:14
practically
  13:18
preparation
  24:22
prescription
  26:22 27:2
present
  27:12 40:17
pretend
  6:8
prior
  11:19,25
  13:13 14:3
  26:14 40:3
  41:3,6,14
problem
  8:9 17:11,19
proceed
  43:4
proceeded
  12:13
professional
  22:16 23:1
  43:2
prohibition
  20:19

provide
  6:15
provided
  24:14
providing
  6:14
Public
  5:8
purposes
  6:7 8:19
pursuant
  6:3
put
  42:16 49:12

**Q**

question
  6:13 8:10,
  12,21 15:5,
  10 16:5
  17:1,4,19,24
  18:9,15,19
  20:6,7,23
  21:20 22:8,
  10,13,23
  23:15 26:1
  33:6 35:16
  36:5,15,18,
  21 37:15,16
  38:1,6,20,21
  39:11 40:11
  43:9,12,15
  44:5,12
questions
  5:3 6:3,12
  7:15 8:17
  16:23 38:22
quickly
  39:5

**R**

radio
  13:19,25
ran
  43:23

rascals
  43:3
rate
  28:6
Raul
  6:12,17 17:9
read
  14:17 15:3,5
  18:15,19
  22:10,13
  23:12,15
  27:9 36:2,5,
  17,21 38:3,6
  43:9,12
ready
  8:24
recall
  27:19
receive
  16:13,20
  23:19
received
  16:17
receives
  23:17
recess
  23:23
record
  5:14 6:18,24
  9:6 28:10
  29:25 30:15
  31:2,5
  33:17,21
recording
  42:22
refer
  30:2
referred-to
  15:4 18:18
  22:12,22
  23:14 36:4,
  20 38:5
  43:11
referring
  11:2,8
remain
  19:1 48:24

50:17,22
**remainder**
7:5
**remained**
20:13
**remember**
50:5
**repeat**
22:8 23:10
36:14 38:8
**repeated**
45:22
**rephrase**
8:19 15:11
18:17
**report**
24:25
**reporter**
7:1 9:5,7
15:6 18:14,
20 22:11,14
23:12,16
29:22 30:13
32:6 36:6,
17,22 38:7
42:6 43:8,13
51:19
**represent**
5:21
**require**
16:8 18:25
**required**
15:23 27:10
**resided**
9:2
**respect**
23:4
**responses**
7:15
**responsible**
44:2
**rest**
21:10 46:5
51:4
**restroom**
8:7

**review**
24:21
**rhetorical**
16:25 17:3
**ride**
19:2
**ride-sharing**
10:17
**right**
13:17 14:4,
19 18:8
21:12 26:5,7
29:12,19,20,
21 31:15
32:8,19
33:8,12,15,
24 34:3,6
35:6 40:19
51:11,16,22
**right-hand**
32:1 33:12
35:22 36:11
37:2
**right-of-way**
35:8
**rings**
8:5
**road**
22:5 23:3
32:10
**rolled**
51:1
**Rosenbaum**
5:21
**rules**
6:23 7:7
15:16 16:1
19:7,9,12,21
20:11 22:4
23:2
**ruling**
21:18
**run**
41:20
**running**
39:6 45:12

------------------
**S**
------------------

**safe**
19:4 47:21
**saying**
10:7 16:25
47:23
**says**
30:20 31:7
51:17
**scene**
49:1
**screen**
13:18 51:12,
13
**season**
26:13
**second**
19:13 31:2
33:17 37:19
39:15
**seconds**
38:23 39:1,
4,12
**section**
21:5
**see**
25:1 27:6
30:23 31:6,
9,10,12,18,
25 32:1,7,
14,20 34:8
37:8,13,20
38:9 40:1,23
47:13,25
51:11,13,15
**self-employed**
9:15,17
**several**
25:10 45:22
**Shaarille**
5:22
**shake**
7:17
**shift**
23:25

**short**
23:23
**shoulders**
7:20
**show**
7:18,22
**shrugs**
7:19
**side**
13:18 32:2,8
34:3,4,6
35:18 37:14
40:19 45:13
**sign**
15:18 32:8
35:17
**signed**
15:14
**simple**
38:21
**sir**
5:19 6:9,24
8:2,14,22,
24,25 9:9,
16,25 10:5,
11 11:1,7
12:4 14:2,9,
11,20 15:12,
14,22 16:1,
6,12,15,22
17:1,13
18:23 19:4,
11,21 20:5,
8,10,18
21:21 22:20
23:25 24:14,
21,25 25:5,
6,13,25
26:18,25
27:5,6,12,14
28:3,13,24
29:11,17
30:23 31:6,
12,16,22
33:5,23
35:16,21
37:5,15
38:1,12,20

39:10,15,19
40:1,5 41:6,
11,17,22
43:15,17
44:1,9,13,
19,25 46:17
47:1,22
48:8,11,18
50:9,15,23
51:8,12
**situated**
13:15
**situation**
35:7
**slam**
41:10,13
**smoothly**
7:25
**solemnly**
5:2
**sound**
41:7
**Spanish**
5:1,4 6:6,
14,16,17
**speak**
6:6 8:7
**speaking**
7:11
**specifically**
9:17 15:20,
21
**speed**
28:6,8
**spoke**
49:24
**start**
10:25 20:1
**started**
14:9 37:6,17
**state**
5:9,13 22:1
**station**
34:23
**stay**
16:8

**stayed**
13:4 47:12
**stop**
35:4
**stopped**
12:11 28:9,
22 33:7
34:2,3,13,
21,25 35:23
**straight**
29:12,18
38:25
**street**
26:2 31:10,
16,17 34:25
35:2,20
43:24
**stretcher**
49:14 50:3,8
**strike**
20:3 29:9
33:4 38:18
39:8,24 42:4
**struck**
47:9 48:24
49:20
**subtract**
14:6
**subway**
32:9
**sunny**
26:13
**sure**
7:8 23:11
33:18 43:17
**surprise**
41:9,18
**suspended**
27:15,16,22
**swore**
5:2
**sworn**
5:7

**T**

**tablet**
12:21,22,25
13:2,4,6,15,
23 14:14
15:20 17:17,
22 18:2,5
19:18 20:12
23:5
**tablets**
20:20
**take**
7:14 8:5,11,
13 21:24
23:22 27:1
**taken**
23:2,24 27:3
**taking**
12:10
**talk**
7:13
**taxi**
9:14,17
10:22 16:2
**tears**
47:25
**telephone**
18:4
**tell**
17:25 19:11
23:3 33:2
43:18,19
46:5 49:15
**temperature**
46:11
**ten**
11:22,25
12:16 13:13
27:20,23
**test**
21:25 22:3
23:2
**testified**
5:10 24:4

**testimony**
6:22 24:13,
22
**text**
8:6
**thank**
9:8 17:12
27:13 42:25
46:16
**thing**
18:10 30:24
37:3
**think**
10:8 13:8,10
20:5 33:5
51:10
**three**
9:3 14:4
26:1 28:3,7
38:23
**tickets**
27:25
**time**
7:11 8:1,4
10:10,19
12:15 26:9
27:12,15,16
28:1,23
35:13 37:5,
17,22 40:3,
18 41:3,8,16
42:10,15
44:24 46:22
47:14,15
49:16,19
50:21
**times**
13:2,3 45:22
**today**
6:2,7 7:16,
21 24:22
27:7
**today's**
6:8,22
**told**
13:24 19:23
45:11,18

46:14,17

**top**
  30:5 39:22

**Totally**
  50:14

**touching**
  19:17

**traffic**
  20:19 35:10,
  12,25 36:9
  41:24

**train**
  12:11 34:22

**transcribe**
  7:11

**transcript**
  7:3,4,18,22

**translate**
  5:2 6:13,17
  17:10 36:19

**translator**
  36:18

**traveling**
  26:3

**trial**
  42:10,15

**try**
  7:12

**trying**
  17:25 45:18

**turn**
  26:6 29:16,
  21 33:13,14
  35:22 36:11,
  23 37:2,21

**turned**
  11:5,14
  16:14,16,21
  17:16 19:13
  24:12 29:13
  34:17 35:11
  36:13 37:7,
  23 38:11
  46:24

**turning**
  33:10,12
  35:6

**turns**
  35:15

**two**
  14:6,7 39:1,
  4,12 40:16,
  20 41:2
  51:10

**two-minute**
  23:22

**type**
  25:7

**typing**
  7:2,6

_____

## U

**Uber**
  9:14,18,21
  10:13,16,23,
  25 11:14,19,
  24 12:15,20,
  24 13:6,16,
  21 14:3,4,9,
  12,13,19,23
  15:15,17,23,
  24 16:2,7,17
  17:14,15
  18:24,25
  19:6,8,12,23
  20:11,16
  22:17 24:12

**Uber's**
  16:1

**uh-huhs**
  7:20

**uncomfortable**
  48:5

**underneath**
  42:17

**understand**
  8:17 15:9
  16:4,24
  17:23 20:8
  21:14 30:2
  43:2,18
  48:10,15

**understanding**
  21:8 22:4
  23:4 35:6

**understood**
  8:21 20:6
  33:6

_____

## V

**vehicle**
  5:24 10:22
  11:13 12:17
  19:5 20:19,
  21 23:5,6,19
  24:5,10,17
  25:14 26:10
  27:11 28:14,
  19 29:3,8,11
  33:3 34:19
  37:6,18
  38:13 40:2,
  22 41:21
  47:9 48:19
  49:18,21
  50:16 51:4

**vehicles**
  41:23

**verbal**
  7:15

**videos**
  15:19,22

**volume**
  36:13

_____

## W

**wait**
  29:16

**waited**
  34:21 49:5

**waiting**
  12:6,12 37:1
  41:20

**walk**
  35:17

**want**
  6:8 7:14,23,

25 8:1,7,11
  21:15 31:17
  37:11

**wanted**
  46:9

**warm**
  46:9

**waste**
  21:10

**wasted**
  18:12

**watch**
  15:23

**watched**
  15:19

**wave**
  42:18

**way**
  16:16 17:24

**wear**
  27:10

**wearing**
  27:6

**Westchester**
  12:12 26:5
  30:11,25

**white**
  36:24 37:4,
  10,22

**wife**
  18:10

**witness**
  5:6 21:6
  30:3 43:10

**witness's**
  38:19 39:9,
  25 42:5

**woman**
  5:22 47:7
  49:20

**word**
  30:7 31:12

**work**
  9:21

**worked**
  9:14,18
  10:4,12 11:6

**working**
  10:20,25
  16:10 17:14
  20:1
**written**
  21:24

---

### Y

**years**
  9:4 14:5,6,7
  22:17,19,20
  27:21,23
**yellow**
  32:15,20
  34:5
**yes-or-no**
  37:16
**York**
  5:9,18 22:1

---

### Z

**zoomed**
  31:24