Todd Gaddis
May 19, 2023


UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

SHAARILLE LINZY,

        Plaintiff,

                Civil Case No.:  1:21-cv-05097

        -against-

UBER TECHNOLOGIES, INC.,

        Defendants.

------------------------------------------------------------


                VIDEO CONFERENCE

                DEPOSITION


                Date:  May 19, 2023

                Time:  12:06 p.m.


        EXAMINATION BEFORE TRIAL of TODD GADDIS, a

Defendant herein, taken on behalf of the Plaintiff and

held before ANTHONY R. DEPALMA, a Notary Public of the

State of New York.

Todd Gaddis
May 19, 2023

1    A P P E A R A N C E S:

2

3        ROSENBAUM & ROSENBAUM, P.C.
              Attorneys for Plaintiff
              100 Wall Street, 15 Floor
4             New York, New York 10005
              (212) 514-5007
5        BY: MATTHEW GAMMONS, ESQ.

6

7        PERKINS COIE LLP
              Attorneys for Defendant
8             1155 6th Ave 22nd floor
              New York, New York 10036
9             (212) 262-6900
         BY: STEVEN WILLIAMSON, ESQ.

10

11

    ALSO PRESENT:

12

    Leah Alman, Uber Senior Counsel

13

14

15

16

17

18

19

20

21

22

23

24

25

Todd Gaddis
May 19, 2023

Todd Gaddis
May 19, 2023

1

2      IT IS HEREBY STIPULATED AND AGREED by and between

3    the attorney for the respective parties herein, and in

4    compliance with Rule 221 of the Uniform Rules for the

5    Trial Courts:

6      THAT the parties recognize the provision of Rule

7    3115 subdivisions (b), (c) and/or (d).  All objections

8    made at a deposition shall be noted by the officer before

9    whom the deposition is taken, and the answer shall be

10   given and the deposition shall proceed subject to the

11   objections and to the right of a person to apply for

12   appropriate relief pursuant to Article 31 of the CPLR.

13     THAT every objection raised during a deposition

14   shall be stated succinctly and framed so as not to

15   suggest an answer to the deponent and, at the request of

16   the questioning attorney, shall included a clear

17   statement as to any defect in form or other basis or

18   error in irregularity.  Except to the extend permitted by

19   CPLR Rule 3115 or by this rule, during the course of the

20   examination persons in attendance shall not make

21   statement or comments that interfere with the

22   questioning.

23     THAT a deponent shall answer all questions at a

24   deposition, except (i) to preserve a privilege or right

25   of confidentiality, (ii) to enforce a limitation set

Todd Gaddis
May 19, 2023

Todd Gaddis
May 19, 2023

1   forth in an order of a court, or (iii) when the question

2   is plainly improper and would, if answered, cause

3   significant prejudice to any person.  An attorney shall

4   not direct a deponent not to answer except as provided in

5   CPLR Rule 3115 or this subdivision.  Any refusal to

6   answer or direction not to answer shall be accompanied by

7   a succinct and clear statement of the basis therefore.

8   If the deponent does not answer a question, the examining

9   party shall have the right to complete the remainder of

10  the deposition.

11      THAT an attorney shall not interrupt the deposition

12  for the purpose of communicating with the deponent unless

13  all parties consent or the communication is made for the

14  purpose of determining whether the question should not be

15  answered on the grounds set forth in section 221.2 of

16  these rules and, in such event, the reason for the

17  communication shall be stated for the record succinctly

18  and clearly

19      THAT failure to object to any question or to move

20  to strike any testimony at the examination shall no be a

21  bar or waiver to make such objection or motion at the

22  time of the trial of this action, and is hereby reserved;

23  and

24      THAT the examination may be signed and sworn to by

25  the witness examined herein before any Notary Public, but

Todd Gaddis
May 19, 2023

1    failure to do so or to return the original of the

2    examination to the attorney on whose behalf the

3    examination if taken shall not be deemed a waiver of the

4    rights provided by Rules 3116 and 3117 of the CPLR, and

5    shall be controlled thereby and

6         THAT certification and filing of the original of

7    the examination are waived; and

8         THAT the questioning attorney shall provide counsel

9    for the witness examined herein with a copy of the

10   examination at no charge.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Todd Gaddis
May 19, 2023

Todd Gaddis
May 19, 2023

1        THE COURT REPORTER:   The attorneys

2    participating in this deposition

3    acknowledge that I am not physically

4    present in the deposition room and that I

5    will be reporting this deposition

6    remotely.

7        They further acknowledge that, in

8    lieu of an oath administered in person, I

9    will administer the oath remotely,

10   pursuant to Executive Order Number 202.7

11   issued by Governor Cuomo on March 19,

12   2020.

13       The parties and their counsel consent

14   to this arrangement and waive any

15   objections to this manner of reporting.

16       Please indicate your agreement by

17   stating your name and your agreement on

18   the record.

19       MR. GAMMONS:   Plaintiff's counsel,

20   Matthew Gammons.   We consent.

21       MR. WILLIAMSON:   This is Steven

22   Williamson for Uber.   I consent.

23       THE COURT REPORTER:   Will the witness

24   kindly present their government-issued ID

25   by holding it up to the camera for

Todd Gaddis
May 19, 2023

1    verification.

2        (Witness complying)

3            THE COURT REPORTER:  I will swear you

4        in.

5                T O D D   G A D D I S

6    having first been duly sworn by the Notary Public

7    (Anthony R. DePalma) of the State of New York, was

8    examined and testified as follows:

9    EXAMINATION BY

10   MR. GAMMONS:

11       Q.  Please, state and spell your name for the

12   record.

13       A.  Todd Gaddis, T-O-D-D  G-A-D-D-I-S.

14       Q.  Please, state your address for the record.

15       A.  Is my business address fine?

16            MR. WILLIAMSON:  Business address is

17        fine.

18       A.  1725 3rd Street, San Francisco, California

19   94158.

20       Q.  Good afternoon, Mr. Gaddis.  My name is

21   Matthew Gammons.  I represent the plaintiff in this

22   matter.

23            I'm going to be asking you some questions

24   today.  During the course of the deposition, as you

25   obviously know, were on a virtual platform and

Todd Gaddis
May 19, 2023

Todd Gaddis
May 19, 2023

1  occasionally, hopefully not, we might have audio or

2  visual difficulties.  If either of those happen,

3  please don't answer the question.

4          Let's make sure you heard the whole thing.

5  The court reporter will read it back, but please,

6  if there's any, you know, difficulty hearing for

7  any reason at all, you let me know and I'll make

8  sure the question is read back.

9          I don't want you answering a question

10  you're not sure about, okay?

11      A.  Okay.

12      Q.  Okay.  Same thing for if you don't

13  understand the question.  If I ask a question

14  that's just not comprehensible to you or for

15  whatever reason you just don't understand it,

16  again, I don't want you to answer a question if you

17  don't understand or don't hear.

18          So, please let me know and I'll rephrase

19  it, explain it or ask a different question, okay?

20      A.  Okay.

21      Q.  Okay.  If and if you need to take a break

22  at any time, just let me know and I'll accommodate

23  you, okay?

24      A.  Sounds good.

25      Q.  Have you ever been deposed before?

Todd Gaddis
May 19, 2023

Todd Gaddis
May 19, 2023

1      A.   Yes, I have.

2      Q.   How many times have you been deposed?

3      A.   More than 20.  Not sure the exact amount.

4      Q.   Okay.  Were all of those 20-plus

5   depositions on behalf of Uber?

6      A.   Yes, they were.

7      Q.   So, what is your current title with Uber?

8      A.   I'm a data science manager.

9      Q.   And how long have you been a data manager

10  for Uber?

11     A.   Probably, around four years.

12     Q.   And prior to that, did you have any other

13  position within Uber?

14     A.   Yes.  Before that I was a data analyst.

15     Q.   And for how long were a data analyst for

16  Uber?

17     A.   A year and a half maybe.  Year and a

18  half/two years.

19     Q.   And prior to being a data analyst at Uber,

20  did you have any other positions?

21     A.   Yes.  I was a claims analyst.

22     Q.   For how long?

23     A.   Maybe, a year and a half.

24     Q.   And any other positions or titles at Uber

25  before that?

Todd Gaddis
May 19, 2023

1    A.   Just one more.  Before that I was a claims

2    advocate for probably about a year.

3    Q.   Do you have any other employment other

4    than you employment with Uber during that period of

5    time?

6    A.   No.

7    Q.   What do your job responsibilities include

8    over the last four years as a data manager at Uber?

9    A.   Sure.  So, I have a team that reports to

10   me.  So, a team of data scientists that report up

11   to me.  So, there's various managerial duties,

12   whether it's strategy, personal development, peer

13   reviewing their work.  So, everything that goes

14   along with being a manager.

15        But I also work very closely with the

16   insurance legal team for any matters such as this

17   where data is requested.

18   Q.   Okay.  And when you say you supervise data

19   scientists, what is the scope of what the team of

20   data scientists do?  What is the scope of their

21   job?

22   A.   It's going to vary by the individual, but

23   for example:  They will also be helping out with

24   these legal requests that we're discussing.

25   Q.   Is the data scientist team specifically

Todd Gaddis
May 19, 2023

1  for lawsuits or does it have a purpose that goes

2  beyond just responding to information regarding

3  lawsuits?

4      A.   Like I mentioned, it's going to be

5  dependant on the individual.  So, we do have a

6  portion of the team that is more focused on these

7  types of requests or maybe certain types of

8  regulatory requests for example.

9      Q.   In terms of supervision, how many data

10 scientists do you supervisor currently?

11     A.   I currently have three direct reports.

12     Q.   And in terms of -- you said you have

13 responsibilities relating to insurance and the

14 legal team and assisting with that, is it just to

15 determine whether or not individuals are on app,

16 off app, things of that nature or does it go beyond

17 that also?

18     A.   That's one of the types of things we're

19 often involved in, but it's going to depend on the

20 specific request.  There could be specific

21 discoveries, for example, that we need to help pull

22 data for.

23     Q.   Okay.  And now let's talk about your

24 couple of years as a data analyst at Uber.  What

25 were your job responsibilities as a data analyst?

Todd Gaddis
May 19, 2023

Todd Gaddis
May 19, 2023

1    A.   Sure.   Again, it varied a little bit, but

2    I was actually working on the same type of thing as

3    a data analyst.   So, I was working very closely

4    with the insurance legal team on these data

5    requests.

6         Q.   Anything else other than working with the

7    insurance legal team as a data analyst that you

8    did?

9         A.   You know, it was over four years ago.

10   There's probably lots of different things that I

11   was involved in, but there could have been a

12   regulatory request that requires some data being

13   pulled for the regulatory legal team.   It's just

14   going to be specific to that timeframe.

15        Q.   Okay.   And what was your job

16   responsibilities as a claims analyst for a couple

17   years?

18        A.   Yeah.   Before that, one of the things I

19   did was work very closely with our insurance claims

20   team to put together metrics monitoring dashboards.

21   Various different types of sequence based queries

22   to supporting the insurance claims team for any

23   type of data needs.

24        Q.   Okay.   And then what about your job

25   responsibilities as a claims advocate?

Todd Gaddis
May 19, 2023

Todd Gaddis
May 19, 2023

1    A.   Sure.  As a claims advocate one of the

2    things we did very often was look at these

3    application status types of requests for the

4    insurance carriers, but also worked very closely in

5    making sure there is information and communication

6    between involved parties and the insurance carrier

7    if they needed any contacts or anything like that.

8    We would be there to help connect the two parties

9    if needed.

10   Q.   Now, in your work with Uber have you ever

11   been involved in the development of the Uber app.

12   A.   I have not coded in the Uber application,

13   the Uber driver application, if that's what you're

14   referring to.

15   Q.   I wasn't being that specific about that

16   you coded to it, but just being part of a team of

17   individuals who helps develop the operation of this

18   application.

19        So, I think coding is one part of that I

20   would assume, but I assume there's other decisions

21   to be made.

22        Were you ever part of the decision making

23   or the development of the Uber app?

24             MR. WILLIAMSON:  You can say over

25             objection.

Todd Gaddis
May 19, 2023

Todd Gaddis
May 19, 2023

1    A.   I'm not involved in the development of the

2    application.

3    Q.   Have you or your team ever made

4    suggestions to modifications of the Uber app or/and

5    it's application?

6              MR. WILLIAMSON:   Same objection.

7    A.   Nothings come to mind where we're the ones

8    making the suggestion to the engineering

9    development of the app.

10   Q.   All right.  You had -- prior to this

11   deposition, did you review any documents to prepare

12   for this?

13   A.   Yes, I did.

14   Q.   Okay.  What did you review?

15   A.   My original affidavit.  There was an

16   attachment, I believe, for the application status

17   for that affidavit.  There was a police report.  I

18   believe there was some data relating to agreements

19   and dates of those agreements as well as some of

20   those agreements actually printed out.

21   Q.   Did you draft your affidavit?

22   A.   I worked in connection with the legal team

23   or collaboration with the legal team.

24   Q.   Okay.

25   A.   So, I reviewed it and verified everything

Todd Gaddis
May 19, 2023

Todd Gaddis
May 19, 2023

1    in there.

2         Q.  So, I want to talk you to now about just

3    how the Uber app actually works, how it operates.

4         So, how does a driver apply to be an Uber

5    driver?

6         A.  Well, the driver can create an account.

7    So, generally with a phone number or e-mail and

8    password.

9         After creating the account, depending on

10   the market you're in, there can be certain

11   requirements that have to be met before you're able

12   to connect with a rider -- before the app will

13   connect riders and drivers together.

14        Once an individual has all those

15   requirements met, they can then go online within

16   the application to be connected with riders.

17        Q.  Okay.  The app is able to be downloaded --

18   the Uber App I should say, is able to be downloaded

19   on all different platforms; iPhones, tablets, all

20   sorts of things like that, correct?

21        A.  I believe the driver app currently works

22   on IOS and Android-based devices.

23        Q.  Okay.  And when you have -- once they've

24   created an account, they've downloaded the app to

25   be able to receive drivers, they have to turn it on

Todd Gaddis
May 19, 2023

1   as available status; is that correct?

2            MR. WILLIAMSON:  Object to form.

3       A.  Maybe I can clarify it.

4       Q.  Yes, please.

5       A.  The drivers, once they meet those

6   requirements they would then have to click the

7   online button to become available to connect with a

8   rider.

9       Q.  Now, if they have not clicked the online

10  button, would they -- let me do this language-wise.

11           You're saying the word "online".  In your

12  affidavit you us the word "offline status" to

13  describe "not available to receive a request on the

14  driver app"; is that correct?

15      A.  Correct.  Offline means you are not

16  available to receive a request.

17      Q.  Online on the reverse side would mean

18  you're online and available to receive a request,

19  correct?

20      A.  Correct.

21      Q.  Without clicking the button that says

22  "online", is there any way for the app to be

23  anything but offline?  Is it always offline until

24  you get on and click the online button?  No other

25  status?

Todd Gaddis
May 19, 2023

1   A.   So, you have to click "online" to become

2   available to receive a request.  Once you're online

3   there is the ability for you to move into another

4   status such as "in route" or "on trip".

5          So, I just want to make that distinction,

6   but you do need to click the online button to

7   actually go online to receive any of those requests

8   and be connected with riders.

9   Q.   Okay.  And when they click the online,

10  based upon the records I was seeing from Uber,

11  there's some type of documentation of that

12  timeframe when the person signs on.  It looked like

13  you had actual timestamps for when the driver

14  clicks that online button; is that correct?

15  A.   Correct.  Each -- we can call it a "status

16  change".  So, for example:  Moving offline to

17  online.

18          Every time there is one of those status

19  changes, that's recorded.  A realtime of the actual

20  timestamp where that event is occurring or that

21  status change is actually occurred.

22  Q.   Okay.  And how it that data stored?  How

23  is transmitted -- well, let me restart that

24  actually.  First let me ask the transmitter.

25          How is that data transmitted to Uber?

Todd Gaddis
May 19, 2023

Todd Gaddis
May 19, 2023

1        A.   Well, when you put it in your request to

2    change your status such as going online, that will

3    send the question to Uber's servers.   Uber's

4    servers will check to see if you meet the

5    requirements to go online.

6             And then if you are online -- if you are

7    able to, it will record it as an online status

8    change, and connect back to the app to move you

9    into the online status.

10       Q.   Okay.  So, these timestamps, these are

11   automated timestamps that are -- or status change

12   stamps that the computer registers when it receives

13   the data online; is that correct?

14       A.   This is when the servers identify that you

15   can be moved to the next status, and they will then

16   move the application to that status.

17       Q.   And, I mean, this all happens very --

18   we're talking about -- this obviously is multitude

19   of steps, but it all happens within seconds,

20   correct?

21       A.   Yes.  It's very fast.

22       Q.   Okay.  All right.

23            Now, is there any way for a driver's app

24   to register as offline when they are online?  Is

25   that possible under the operation of this app,

Todd Gaddis
May 19, 2023

1     A.   So, again, the Uber servers will -- when

2     you put in a request to change the status, Uber

3     servers have to approve that status change.

4          So, Uber servers will move you into

5     online, and then connect with the app to move you

6     into online.  So, Uber servers will always have the

7     most up-to-date status because they're the ones --

8     it's the one that making the decision on the status

9     change, and then it communicates that status change

10    to the phone.

11    Q.   So, based on the data that you reviewed

12    for this case, the conclusion you made based on the

13    affidavit was the driver was not on app when the

14    accident happen, correct?

15    A.   Correct.  The driver was not online on the

16    application at the time as it was listed in the

17    police report.

18    Q.   Okay.  Now, have you read a copy of the

19    driver of the vehicle's transcript?

20    A.   I have not.

21    Q.   Okay.  Have you received the summery of

22    the testimony that was given by the driver of the

23    vehicle?

24    A.   I have not.

25    Q.   Okay.  Are you aware that the driver of

Todd Gaddis
May 19, 2023

1   the vehicle said that he was, in fact, online using

2   the Uber app at the time that the accident

3   happened?

4       A.   I can't speak to the -- what the driver

5   said.  I wasn't there.  Nor can I speak to his --

6   to his intent, but what I can say is conclusively

7   from the data, the driver was not online and

8   available to receive any ride requests.

9       Q.   Got it.  Okay.  All right.

10          So, once the driver goes online, now what

11  happens next?  So, they can receive requests from

12  -- from riders; is that correct?

13      A.   So, once they move into that online status

14  they are now available to be connected with a

15  rider.

16          So, if a rider is in the area requesting a

17  ride, they may have the option or the -- they may

18  be connected with that rider for completing those

19  ride service.

20      Q.   Okay.  And so, it's not like the driver

21  has any choice in which riders he's picking?  The

22  riders are going to pick and reach out to him or

23  her first, correct?

24      A.   The rider will put in a request to be

25  connected with a driver, and then the driver has

Todd Gaddis
May 19, 2023

1    the ability to accept a request if they would like

2    to connect with that rider.

3        Q.  So, first the rider will accept the

4    driver, and then the driver has to accept, and then

5    the ride is accepted fully?

6        A.  Yeah.  I would say that the rider doesn't

7    accept the driver.  The rider puts out a request

8    saying "I would like ride services", and then

9    drivers can be the ones that accept whether they

10   want to provide those ride services.

11       Q.  Okay.  Now, how does -- how physically

12   does a driver accept the request from a rider?

13       A.  There's been different iterations over the

14   time, but in general there's an option when an

15   officer is received from a driver's perspective,

16   they have the option to accept or not accept that

17   ride.

18       Q.  Okay.  But how do they do that?  Do they

19   have click a button; do they have to type

20   information; how do they accept the ride?

21       A.  Generally, they would be clicking a

22   button.

23       Q.  Is it, like -- I mean, is it like an

24   online button; is it a button that says accept or

25   what is it?

Todd Gaddis
May 19, 2023

1      A.  Like I mentioned, it's changed over time.

2   I don't remember the exact product appearance in

3   2019, but, you know, it's pretty obvious you're

4   accepting it or not accepting it.

5      Q.  Got it.  On all the different iterations

6   and applications on all the different devices, you

7   still have to touch something to cause it to

8   actually accept the ride, correct?

9      A.  Yeah.  Generally that's how it would work,

10  correct.

11     Q.  Now, are there instructions to the drivers

12  given or advisories given to the drivers to not be

13  operating the motor vehicle at the time that you

14  accept the ride, have the to click the button for

15  the ride?

16             MR. WILLIAMSON:  Object to form.

17     A.  I don't know what type of guidance is

18  provided in those situations.

19     Q.  Okay.  Are there any instructions that

20  you're aware to any of the drivers to not click the

21  button while they're operating a vehicle?

22             MR. WILLIAMSON:  Same objection.

23     A.  I don't know.

24     Q.  Does that ever come up in discussions with

25  you and the insurance and the legal team about the

Todd Gaddis
May 19, 2023

Todd Gaddis
May 19, 2023

1    fact that they need to click a button to accept the

2    ride?

3                 MR. WILLIAMSON:   Object to form and

4              object to the extent you're asking about

5              any privileged communications with the

6              legal team.

7        Q.   I'm going to retract the part about the

8    legal team.  We don't want you to talk about

9    confidential information with your lawyers to the

10   extent there's been any conversations not with the

11   lawyers, but with the insurance team or development

12   team regarding the actual driver needing to click a

13   button to accept the ride?

14       A.   I'm not involved in that type of process

15   or decision making.

16       Q.   Who is?

17       A.   I imagine many people but it's -- I don't

18   know.

19       Q.   Well, is there -- are there people at Uber

20   that are responsible for making sure the Uber app

21   is safe?

22                 MR. WILLIAMSON:   Object to form.

23       A.   There's lots of people within the company

24   that work on lots of different portions of the

25   application.

Todd Gaddis
May 19, 2023

 1    Q.  Okay.  My question was a little more

 2  specific than that.  It was just:  Is there anyone

 3  at Uber that you're aware of that's responsible for

 4  making sure that Uber app is safe for the users?

 5              MR. WILLIAMSON:  Same objection and

 6          object to the extent it's outside the

 7          limited scope of the deposition as ordered

 8          by the court.

 9              You can answer, Todd.

10    A.  Like I, mentioned you know, I'm not

11  involved in the decision making of the development

12  of the app.  So, I can't speak to what thought

13  processes or decisions are being made when these

14  decisions or these product developments are being

15  made.

16    Q.  Okay.  That was wasn't my question.  I'm

17  asking you if you are aware of anyone that is.  I

18  know that you're not and you're privy to that.

19              I'm asking if there's a department or a

20  person that concerns themselves with that?

21              MR. WILLIAMSON:  Same objections.

22    A.  Well, safety is very important at the

23  company, but I can't speak for individuals.

24    Q.  Okay.  I'm not asking you to speak for

25  individuals, Mr. Gaddis.

Todd Gaddis
May 19, 2023

1    I'm asking you if there is a person or a

2    department or a number of people, a team of people,

3    that are responsibile for looking at the safety

4    elements of the Uber app?

5          That's just yes or no or I don't know.

6    That's not -- I'm not looking for you to look into

7    the heads of anyone.

8          A.  There's people --

9                MR. WILLIAMSON:  Sorry Todd.

10               Same objections.

11         A.  Sorry.  There are people, you know, who

12   are looking at safety.  That's the extent that I

13   can answer to that.

14         Q.  Do you know who those people are?

15         A.  There could be different people.  Again,

16   it's going to be very situational.  So, I don't --

17   I don't have a name to give to you.

18         Q.  Do you know any of the names of people

19   that deal with the safety of the Uber app?

20         A.  You can go with my manager.  He's involved

21   in the safety of the app, I guess you can say.

22         Q.  Okay.  Who's your manager?

23         A.  Sunny Wong.

24         Q.  Okay.  First name S-O-N-N-I or Y?

25         A.  With a Y.

Todd Gaddis
May 19, 2023

Todd Gaddis
May 19, 2023

1     Q.  And last name you said, Wong?

2     A.  Yeah.  W-O-N-G.

3     Q.  Got it.  And what is Ms. Wong's title?

4     A.  It's Mr., and he is an applied scientist

5  manager.

6     Q.  Okay.  And after the driver selects the

7  accept or decline button or let's say they hit the

8  accept button, now they're going to have to pick up

9  the rider, correct, that's the next step?

10    A.  Correct.  After they accept a ride request

11  they will then move into the, we call it the

12  in-route stage, where they're in route to pick up

13  the rider.

14    Q.  Okay.  And now, in route how does the

15  driver determine where they need to go for the

16  pickup?

17    A.  So, they'll receive a pickup location that

18  they can navigate to to locate that rider.

19    Q.  Are they supposed to use the Uber app's

20  mapping features to reach the location?

21         MR. WILLIAMSON:  Object to form.

22    A.  The driver has the option to use the

23  navigation built in or they can use their own

24  personal navigation.

25    Q.  Is there -- is there any policy of Uber

Todd Gaddis
May 19, 2023

1   that Uber would like the drivers to use the

2   navigation for safety purposes?

3            MR. WILLIAMSON:   Form.

4       A.   I'm not aware of any policies relating to

5   that.

6       Q.   Is there -- if they're using their own

7   navigation, is it still transmitting data back to

8   Uber that they're still in route or on trip or

9   something?

10      A.   Them using their own navigation does not

11  change the application status of in route.

12      Q.   Right.  Now, to use the navigation option

13  for Uber, do they have to select another button?

14  They have to press another button to accept that

15  navigation or to opt out of it to use their own

16  navigation.

17      A.   I'm not familiar with the specific product

18  experience in 2019.  I don't know off the top of my

19  head.

20      Q.   Are you familiar at all with any of the

21  laws in New York State regarding operating a

22  vehicle while using an electronic device, a

23  portable electronic device?

24      A.   I am not.

25      Q.   Okay.  Are you familiar in any of the

Todd Gaddis
May 19, 2023

Todd Gaddis
May 19, 2023

1  states whether or not there's any prohibitions

2  against using a portable electronic device as

3  you're operating a motor vehicle?

4       MR. WILLIAMSON:  Form and scope of

5       the deposition.

6    A.  Yeah, I don't know.

7    Q.  Are there any other options for the driver

8  to be able to operate the vehicle -- excuse me --

9  to be able to operate the application without

10  touching the screen and looking at the screen?

11   A.  I don't know.

12   Q.  There's no audio ways to select these

13  choices of accepting or not accepting and the

14  mapping on the app, correct?

15   A.  I don't know the experience in 2019.

16   Q.  Have you ever heard of an audio option

17  that allows you to not use your hands to select

18  these options?

19   A.  I may have, but honestly I don't know.

20  So, I don't want to speculate.

21   Q.  Who would know that?

22   A.  I don't know.

23   Q.  Are you familiar with Uber's business

24  practices in general?

25       MR. WILLIAMSON:  Object to form.

Todd Gaddis
May 19, 2023

Todd Gaddis
May 19, 2023

1    A.   Generally, it's very vague, but I can say

2    in general, sure.

3        Q.   To retrieve the data that you retrieved

4    for the purpose of your affidavit that shows the --

5    the particular phase -- changes when it went on

6    trip and offline, how do you actually produce that

7    document?  Do you have to go in and extract the

8    data or is this a report that you run and it does

9    it automatically or something else?

10       A.   Sure.  So, we have a database that I can

11   use a query to access the information from the

12   database and then proved that information in a, I

13   believe, it was a PDF document.

14       Q.   Okay.  And a PDF document, that's actually

15   created by you, that's not generated automatically

16   by the query, is it?

17       A.   So, no.  He have to have a means to

18   provide that information to you.

19       Q.   Right.

20       A.   So, you can think of it as raw text, but

21   we need to provide the text to you somehow, so that

22   has to be saved in some type of document.  But I

23   can confirm everything in that PDF is what we would

24   see in the actual whole.

25       Q.   Go it, right.  Let's just finish out the

Todd Gaddis
May 19, 2023

Todd Gaddis
May 19, 2023

1   technological operation of the app with the

2   drivers.

3        So, what we're talking about before is

4   they pick up a driver, they're now out on route --

5   on trip.

6        Now, when they drop off the rider, what's

7   the next step?  What do they do then?

8        A.  So, after they complete a trip they would

9   then move into the available trip status which

10  would, again, allow them to then be available to

11  receive a ride request similar as to when they

12  logged in online.

13       Q.  When they conclude the ride, do they then

14  have to press another button to conclude the ride

15  or does it conclude automatically when they reach

16  the destination?

17       A.  I believe that they will end the trip by

18  clicking a button.

19       Q.  Okay.  And then after they click that

20  button that ends the ride, they click another

21  button that puts themselves back on open and

22  available, or they automatically go back to open

23  and available?

24       A.  So, after they end that trip they will

25  automatically be pushed back in to available.

Todd Gaddis
May 19, 2023

Todd Gaddis
May 19, 2023

1    Q.   Got it.

2              MR. GAMMONS:   I'm just going to look

3         through my notes, but I don't think I got

4         a lot left.   There may be nothing.   So,

5         give me one second.

6              MR. WILLIAMSON:   Take your time.

7    Q.   Oh, I missed one step.   I'm sorry.

8              So, the driver takes on a rider and is on

9    route to go pick up the rider, with they actually

10   get to the rider, before it changes to "on trip" do

11   they again have to click another button to say,

12   hey, we got the rider in the car now, or is that

13   something automatic?

14              (page break for jurat)

15

16

17

18

19

20

21

22

23

24

25

Todd Gaddis
May 19, 2023

Todd Gaddis
May 19, 2023

1    A.   Yeah.   I believe once the rider would

2    enter into the car, the driver would click the

3    "begin trip" button to actually start the on-trip

4    status change.

5        Q.   Got it.   Okay.

6             MR. GAMMONS:   All right, guys.   That

7        was quick.   We're all done.

8                  (TIME NOTED:   12:42 p.m.)

9

10       I, TODD GADDIS, the witness herein, having read the

11   foregoing testimony of the pages of this deposition, do

12   hereby certify it to be a true and correct transcript,

13   subject to the corrections, if any, shown on the attached

14   page.

15                          _____

16                          TODD GADDIS

17

18

19   SUBSCRIBED AND SWORN TO BEFORE ME

20   THIS____DAY OF_____, 20____.

21

22

23   _____

24        NOTARY PUBLIC

25

Todd Gaddis
May 19, 2023

1   STATE OF NEW YORK          )
                              )
2   COUNTY OF NASSAU           )

3

4           I, ANTHONY R. DEPALMA, a Certified Shorthand

5   Reporter, do hereby certify:

6           That prior to being examined, the witness in

7   the foregoing proceedings was by me duly sworn to testify

8   to the truth, the whole truth, and nothing but the truth;

9   That said proceedings were taken before me at the time

10  and place therein set forth and were taken down by me in

11  shorthand and thereafter transcribed into typewriting

12  under my direction and supervision;

13          I further certify that I am neither counsel

14  for, nor related to, any party to said proceedings, not

15  in anywise interested in the outcome thereof.

16          In Witness Whereof, I have hereunto set by

17  this 4th day of June, 2023.

18

19
            *Anthony R. DePalma*
20  _____
            ANTHONY R. DEPALMA
21

22

23

24

25

Todd Gaddis
May 19, 2023

Todd Gaddis
May 19, 2023

1   DEPOSITION ERRATA SHEET

2

Page No._____ Line No. _____

3

Change:_____

4

Reason for change: _____

5

Page No._____ Line No. _____

6

Change:_____

7

Reason for change: _____

8

Page No._____ Line No. _____

9

Change:_____

10

Reason for change: _____

11

Page No._____ Line No. _____

12

Change:_____

13

Reason for change: _____

14

Page No._____ Line No. _____

15

Change:_____

16

Reason for change: _____

17

Page No._____ Line No. _____

18

Change:_____

19

Reason for change: _____

20

Page No._____ Line No. _____

21

Change:_____

22

Reason for change: _____

23

24

25   _____    _____
     TODD GADDIS                          DATED

Todd Gaddis
May 19, 2023

Todd Gaddis
May 19, 2023

1

         I N D E X   O F   W I T N E S S E S
2  EXAMINATION BY                                    PAGE

3    MR. GAMMONS                                       7

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Todd Gaddis
May 19, 2023

---

**1**

**1725**
 7:18

---

**2**

**20**
 9:3
**20-plus**
 9:4
**2019**
 22:3 27:18
 28:15

---

**3**

**3rd**
 7:18

---

**9**

**94158**
 7:19

---

**A**

**ability**
 17:3 21:1
**able**
 15:11,17,18,
 25 18:7
 28:8,9
**accept**
 21:1,3,4,7,
 9,12,16,20,
 24 22:8,14
 23:1,13
 26:7,8,10
 27:14
**accepted**
 21:5
**accepting**
 22:4 28:13

**access**
 29:11
**accident**
 19:14 20:2
**accommodate**
 8:22
**account**
 15:6,9,24
**actual**
 17:13,19
 23:12 29:24
**address**
 7:14,15,16
**advisories**
 22:12
**advocate**
 10:2 12:25
 13:1
**affidavit**
 14:15,17,21
 16:12 19:13
 29:4
**afternoon**
 7:20
**ago**
 12:9
**agreements**
 14:18,19,20
**allow**
 30:10
**allows**
 28:17
**amount**
 9:3
**analyst**
 9:14,15,19,
 21 11:24,25
 12:3,7,16
**Android-based**
 15:22
**answer**
 8:3,16 24:9
 25:13
**answering**
 8:9
**anthony**
 7:7

**anyone**
 24:2,17 25:7
**app**
 11:15,16
 13:11,23
 14:4,9 15:3,
 12,17,18,21,
 24 16:14,22
 18:8,23,25
 19:5,13 20:2
 23:20 24:4,
 12 25:4,19,
 21 28:14
 30:1
**app's**
 26:19
**appearance**
 22:2
**application**
 13:3,12,13,
 18 14:2,5,16
 15:16 18:16
 19:16 23:25
 27:11 28:9
**applications**
 22:6
**applied**
 26:4
**apply**
 15:4
**approve**
 19:3
**area**
 20:16
**around**
 9:11
**asking**
 7:23 23:4
 24:17,19,24
 25:1
**assisting**
 11:14
**assume**
 13:20
**attachment**
 14:16

**audio**
 8:1 28:12,16
**automated**
 18:11
**automatically**
 29:9,15
 30:15,22,25
**available**
 16:1,7,13,
 16,18 17:2
 20:8,14
 30:9,10,22,
 23,25
**aware**
 19:25 22:20
 24:3,17 27:4

---

**B**

**back**
 8:5,8 18:8
 27:7 30:21,
 22,25
**based**
 12:21 17:10
 19:11,12
**behalf**
 9:5
**believe**
 14:16,18
 15:21 29:13
 30:17
**bit**
 12:1
**break**
 8:21
**built**
 26:23
**business**
 7:15,16
 28:23
**button**
 16:7,10,21,
 24 17:6,14
 21:19,22,24
 22:14,21
 23:1,13

Todd Gaddis
May 19, 2023

26:7,8
27:13,14
30:14,18,20,
21

---

C

California
  7:18
call
  17:15 26:11
carrier
  13:6
carriers
  13:4
case
  19:12
certain
  11:7 15:10
change
  17:16,21
  18:2,8,11
  19:2,3,9
  27:11
changed
  22:1
changes
  17:19 29:5
check
  18:4
choice
  20:21
choices
  28:13
claims
  9:21 10:1
  12:16,19,22,
  25 13:1
clarify
  16:3
click
  16:6,24
  17:1,6,9
  21:19 22:14,
  20 23:1,12
  30:19,20

clicked
  16:9
clicking
  16:21 21:21
  30:18
clicks
  17:14
closely
  10:15 12:3,
  19 13:4
coded
  13:12,16
coding
  13:19
collaboration
  14:23
come
  14:7 22:24
communicates
  19:9
communication
  13:5
communication
s
  23:5
company
  23:23 24:23
complete
  30:8
completing
  20:18
complying
  7:2
comprehensibl
e
  8:14
computer
  18:12
concerns
  24:20
conclude
  30:13,14,15
conclusion
  19:12
conclusively
  20:6

confidential
  23:9
confirm
  29:23
connect
  13:8 15:12,
  13 16:7 18:8
  19:5 21:2
connected
  15:16 17:8
  20:14,18,25
connection
  14:22
contacts
  13:7
conversations
  23:10
copy
  19:18
correct
  15:20 16:1,
  14,15,19,20
  17:14,15
  18:13,20
  19:14,15
  20:12,23
  22:8,10
  26:9,10
  28:14
couple
  11:24 12:16
course
  7:24
court
  7:3 8:5 24:8
create
  15:6
created
  15:24 29:15
creating
  15:9
current
  9:7

D

dashboards
  12:20
data
  9:8,9,14,15,
  19 10:8,10,
  17,18,20,25
  11:9,22,24,
  25 12:3,4,7,
  12,23 14:18
  17:22,25
  18:13 19:11
  20:7 27:7
  29:3,8
database
  29:10,12
dates
  14:19
deal
  25:19
decision
  13:22 19:8
  23:15 24:11
decisions
  13:20 24:13,
  14
decline
  26:7
Depalma
  7:7
department
  24:19 25:2
depend
  11:19
dependant
  11:5
depending
  15:9
deposed
  8:25 9:2
deposition
  7:24 14:11
  24:7 28:5
depositions
  9:5

Todd Gaddis
May 19, 2023

describe
  16:13
destination
  30:16
determine
  11:15 26:15
develop
  13:17
development
  10:12 13:11,
  23 14:1,9
  23:11 24:11
developments
  24:14
device
  27:22,23
  28:2
devices
  15:22 22:6
different
  8:19 12:10,
  21 15:19
  21:13 22:5,6
  23:24 25:15
difficulties
  8:2
difficulty
  8:6
direct
  11:11
discoveries
  11:21
discussing
  10:24
discussions
  22:24
distinction
  17:5
document
  29:7,13,14,
  22
documentation
  17:11
documents
  14:11
downloaded
  15:17,18,24

draft
  14:21
driver
  13:13 15:4,
  5,6,21 16:14
  17:13 19:13,
  15,19,22,25
  20:4,7,10,
  20,25 21:4,
  7,12 23:12
  26:6,15,22
  28:7 30:4
driver's
  18:23 21:15
drivers
  15:13,25
  16:5 21:9
  22:11,12,20
  27:1 30:2
drop
  30:6
duly
  7:6
duties
  10:11

            E

e-mail
  15:7
either
  8:2
electronic
  27:22,23
  28:2
elements
  25:4
employment
  10:3,4
end
  30:17,24
ends
  30:20
engineering
  14:8
event
  17:20

exact
  9:3 22:2
EXAMINATION
  7:9
examined
  7:8
excuse
  28:8
experience
  27:18 28:15
explain
  8:19
extent
  23:4,10 24:6
  25:12
extract
  29:7

            F

fact
  20:1 23:1
familiar
  27:17,20,25
  28:23
fast
  18:21
features
  26:20
fine
  7:15,17
finish
  29:25
first
  7:6 17:24
  20:23 21:3
  25:24
focused
  11:6
follows
  7:8
form
  16:2 22:16
  23:3,22
  26:21 27:3
  28:4,25

four
  9:11 10:8
  12:9
Francisco
  7:18
fully
  21:5

            G

G-A-D-D-I-S
  7:13
Gaddis
  7:13,20
  24:25
Gammons
  7:10,21
general
  21:14 28:24
  29:2
generally
  15:7 21:21
  22:9 29:1
generated
  29:15
give
  25:17
given
  19:22 22:12
goes
  10:13 11:1
  20:10
going
  7:23 10:22
  11:4,19
  12:14 18:2
  20:22 23:7
  25:16 26:8
good
  7:20 8:24
guess
  25:21
guidance
  22:17

Todd Gaddis
May 19, 2023

## H

**half**
9:17,23
**half/two**
9:18
**hands**
28:17
**happen**
8:2 19:14
**happened**
20:3
**head**
27:19
**heads**
25:7
**hear**
8:17
**heard**
8:4 28:16
**hearing**
8:6
**help**
11:21 13:8
**helping**
10:23
**helps**
13:17
**hit**
26:7
**honestly**
28:19

## I

**identify**
18:14
**imagine**
23:17
**important**
24:22
**in-route**
26:12
**include**
10:7

**individual**
10:22 11:5
15:14
**individuals**
11:15 13:17
24:23,25
**information**
11:2 13:5
21:20 23:9
29:11,12,18
**instructions**
22:11,19
**insurance**
10:16 11:13
12:4,7,19,22
13:4,6 22:25
23:11
**intent**
20:6
**involved**
11:19 12:11
13:6,11 14:1
23:14 24:11
25:20
**IOS**
15:22
**iphones**
15:19
**iterations**
21:13 22:5

## J

**job**
10:7,21
11:25 12:15,
24

## K

**know**
7:25 8:6,7,
18,22 12:9
22:3,17,23
23:18 24:10,
18 25:5,11,
14,18 27:18

28:6,11,15,
19,21,22

## L

**language-wise**
16:10
**laws**
27:21
**lawsuits**
11:1,3
**lawyers**
23:9,11
**legal**
10:16,24
11:14 12:4,
7,13 14:22,
23 22:25
23:6,8
**limited**
24:7
**listed**
19:16
**little**
12:1 24:1
**locate**
26:18
**location**
26:17,20
**logged**
30:12
**long**
9:9,15,22
**look**
13:2 25:6
**looked**
17:12
**looking**
25:3,6,12
28:10
**lots**
12:10 23:23,
24

## M

**made**
13:21 14:3
19:12 24:13,
15
**make**
8:4,7 17:5
**making**
13:5,22 14:8
19:8 23:15,
20 24:4,11
**manager**
9:8,9 10:8,
14 25:20,22
26:5
**managerial**
10:11
**mapping**
26:20 28:14
**market**
15:10
**matter**
7:22
**matters**
10:16
**Matthew**
7:21
**mean**
16:17 18:17
21:23
**means**
16:15 29:17
**meet**
16:5 18:4
**mentioned**
11:4 22:1
24:10
**met**
15:11,15
**metrics**
12:20
**mind**
14:7
**modifications**
14:4

Todd Gaddis
May 19, 2023

**monitoring**
  12:20
**motor**
  22:13 28:3
**move**
  17:3 18:8,16
  19:4,5 20:13
  26:11 30:9
**moved**
  18:15
**Moving**
  17:16
**multitude**
  18:18

**N**

**name**
  7:11,20
  25:17,24
  26:1
**names**
  25:18
**nature**
  11:16
**navigate**
  26:18
**navigation**
  26:23,24
  27:2,7,10,
  12,15,16
**need**
  8:21 11:21
  17:6 23:1
  26:15 29:21
**needed**
  13:7,9
**needing**
  23:12
**needs**
  12:23
**Notary**
  7:6
**Nothings**
  14:7
**number**
  15:7 25:2

**O**

**object**
  16:2 22:16
  23:3,4,22
  24:6 26:21
  28:25
**objection**
  13:25 14:6
  22:22 24:5
**objections**
  24:21 25:10
**obvious**
  22:3
**obviously**
  7:25 18:18
**occasionally**
  8:1
**occurred**
  17:21
**occurring**
  17:20
**officer**
  21:15
**offline**
  16:12,15,23
  17:16 18:24
  29:6
**okay**
  8:10,11,12,
  19,20,21,23
  9:4 10:18
  11:23 12:15,
  24 14:14,24
  15:17,23
  17:9,22
  18:10,22
  19:18,21,25
  20:9,20
  21:11,18
  22:19 24:1,
  16,24 25:22,
  24 26:6,14
  27:25 29:14
  30:19

**once**
  15:14,23
  16:5 17:2
  20:10,13
**one**
  10:1 11:18
  12:18 13:1,
  19 17:18
  19:8
**ones**
  14:7 19:7
  21:9
**online**
  15:15 16:7,
  9,11,17,18,
  22,24 17:1,
  2,6,7,9,14,
  17 18:2,5,6,
  7,9,13,24
  19:5,6,15
  20:1,7,10,13
  21:24 30:12
**open**
  30:21,22
**operate**
  28:8,9
**operates**
  15:3
**operating**
  22:13,21
  27:21 28:3
**operation**
  13:17 18:25
  30:1
**opt**
  27:15
**option**
  20:17 21:14,
  16 26:22
  27:12 28:16
**options**
  28:7,18
**or/and**
  14:4
**ordered**
  24:7

**original**
  14:15
**outside**
  24:6

**P**

**part**
  13:16,19,22
  23:7
**particular**
  29:5
**parties**
  13:6,8
**password**
  15:8
**PDF**
  29:13,14,23
**peer**
  10:12
**people**
  23:17,19,23
  25:2,8,11,
  14,15,18
**period**
  10:4
**person**
  17:12 24:20
  25:1
**personal**
  10:12 26:24
**perspective**
  21:15
**phase**
  29:5
**phone**
  15:7 19:10
**physically**
  21:11
**pick**
  20:22 26:8,
  12 30:4
**picking**
  20:21
**pickup**
  26:16,17

Todd Gaddis
May 19, 2023

plaintiff
 7:21
platform
 7:25
platforms
 15:19
please
 7:11,14 8:3,
 5,18 16:4
police
 14:17 19:17
policies
 27:4
policy
 26:25
portable
 27:23 28:2
portion
 11:6
portions
 23:24
position
 9:13
positions
 9:20,24
possible
 18:25
practices
 28:24
prepare
 14:11
press
 27:14 30:14
pretty
 22:3
printed
 14:20
prior
 9:12,19
 14:10
privileged
 23:5
privy
 24:18
probably
 9:11 10:2

12:10
process
 23:14
processes
 24:13
produce
 29:6
product
 22:2 24:14
 27:17
prohibitions
 28:1
proved
 29:12
provide
 21:10 29:18,
 21
provided
 22:18
Public
 7:6
pull
 11:21
pulled
 12:13
purpose
 11:1 29:4
purposes
 27:2
pushed
 30:25
put
 12:20 18:1
 19:2 20:24
puts
 21:7 30:21

Q

queries
 12:21
query
 29:11,16
question
 8:3,8,9,13,
 16,19 18:3

24:1,16
questions
 7:23

R

raw
 29:20
reach
 20:22 26:20
 30:15
read
 8:5,8 19:18
realtime
 17:19
reason
 8:7,15
receive
 15:25 16:13,
 16,18 17:2,7
 20:8,11
 26:17 30:11
received
 19:21 21:15
receives
 18:12
record
 7:12,14 18:7
recorded
 17:19
records
 17:10
referring
 13:14
regarding
 11:2 23:12
 27:21
register
 18:24
registers
 18:12
regulatory
 11:8 12:12,
 13
relating
 11:13 14:18

27:4
remember
 22:2
rephrase
 8:18
report
 10:10 14:17
 19:17 29:8
reporter
 7:3 8:5
reports
 10:9 11:11
represent
 7:21
request
 11:20 12:12
 16:13,16,18
 17:2 18:1
 19:2 20:24
 21:1,7,12
 26:10 30:11
requested
 10:17
requesting
 20:16
requests
 10:24 11:7,8
 12:5 13:3
 17:7 20:8,11
requirements
 15:11,15
 16:6 18:5
requires
 12:12
responding
 11:2
responsibile
 25:3
responsibilit
ies
 10:7 11:13,
 25 12:16,25
responsible
 23:20 24:3
restart
 17:23

Todd Gaddis
May 19, 2023

**retract**
23:7
**retrieve**
29:3
**retrieved**
29:3
**reverse**
16:17
**review**
14:11,14
**reviewed**
14:25 19:11
**reviewing**
10:13
**ride**
20:8,17,19
21:5,8,10,
17,20 22:8,
14,15 23:2,
13 26:10
30:11,13,14,
20
**rider**
15:12 16:8
20:15,16,18,
24 21:2,3,6,
7,12 26:9,
13,18 30:6
**riders**
15:13,16
17:8 20:12,
21,22
**right**
14:10 18:22
20:9 27:12
29:19,25
**route**
17:4 26:12,
14 27:8,11
30:4
**run**
29:8

**S**

**S-O-N-N-I**
25:24

**safe**
23:21 24:4
**safety**
24:22 25:3,
12,19,21
27:2
**San**
7:18
**saved**
29:22
**saying**
16:11 21:8
**says**
16:21 21:24
**science**
9:8
**scientist**
10:25 26:4
**scientists**
10:10,19,20
11:10
**scope**
10:19,20
24:7 28:4
**screen**
28:10
**seconds**
18:19
**see**
18:4 29:24
**seeing**
17:10
**select**
27:13 28:12,
17
**selects**
26:6
**send**
18:3
**sequence**
12:21
**servers**
18:3,4,14
19:1,3,4,6
**service**
20:19

**services**
21:8,10
**shows**
29:4
**side**
16:17
**signs**
17:12
**similar**
30:11
**situational**
25:16
**situations**
22:18
**sorts**
15:20
**Sounds**
8:24
**speak**
20:4,5
24:12,23,24
**specific**
11:20 12:14
13:15 24:2
27:17
**specifically**
10:25
**speculate**
28:20
**spell**
7:11
**stage**
26:12
**stamps**
18:12
**state**
7:7,11,14
27:21
**states**
28:1
**status**
13:3 14:16
16:1,12,25
17:4,15,18,
21 18:2,7,9,
11,15,16
19:2,3,7,8,9

**services**
20:13 27:11
30:9
**step**
26:9 30:7
**steps**
18:19
**stored**
17:22
**strategy**
10:12
**Street**
7:18
**suggestion**
14:8
**suggestions**
14:4
**summery**
19:21
**Sunny**
25:23
**supervise**
10:18
**supervision**
11:9
**supervisor**
11:10
**supporting**
12:22
**supposed**
26:19
**sure**
8:4,8,10 9:3
10:9 12:1
13:1,5 23:20
24:4 29:2,10
**swear**
7:3
**sworn**
7:6

**T**

**T-O-D-D**
7:13
**tablets**
15:19

Todd Gaddis
May 19, 2023

take
 8:21
talk
 11:23 15:2
 23:8
talking
 18:18 30:3
team
 10:9,10,16,
 19,25 11:6,
 14 12:4,7,
 13,20,22
 13:16 14:3,
 22,23 22:25
 23:6,8,11,12
 25:2
technological
 30:1
terms
 11:9,12
testified
 7:8
testimony
 19:22
text
 29:20,21
thing
 8:4,12 12:2
things
 11:16,18
 12:10,18
 13:2 15:20
think
 13:19 29:20
thought
 24:12
three
 11:11
time
 8:22 10:5
 17:18 19:16
 20:2 21:14
 22:1,13
timeframe
 12:14 17:12
times
 9:2

timestamp
 17:20
timestamps
 17:13 18:10,
 11
title
 9:7 26:3
titles
 9:24
today
 7:24
Todd
 7:13 24:9
 25:9
top
 27:18
touch
 22:7
touching
 28:10
transcript
 19:19
transmitted
 17:23,25
transmitter
 17:24
transmitting
 27:7
trip
 17:4 27:8
 29:6 30:5,8,
 9,17,24
turn
 15:25
two
 13:8
type
 12:2,23
 17:11 21:19
 22:17 23:14
 29:22
types
 11:7,18
 12:21 13:3

U

Uber
 9:5,7,10,13,
 16,19,24
 10:4,8 11:24
 13:10,11,12,
 13,23 14:4
 15:3,4,18
 17:10,25
 19:1,2,4,6
 20:2 23:19,
 20 24:3,4
 25:4,19
 26:19,25
 27:1,8,13
Uber's
 18:3 28:23
understand
 8:13,15,17
up-to-date
 19:7
users
 24:4

V

vague
 29:1
varied
 12:1
various
 10:11 12:21
vary
 10:22
vehicle
 19:23 20:1
 22:13,21
 27:22 28:3,8
vehicle's
 19:19
verification
 7:1
verified
 14:25

virtual
 7:25
visual
 8:2

W

W-O-N-G
 26:2
want
 8:9,16 15:2
 17:5 21:10
 23:8 28:20
way
 16:22 18:23
ways
 28:12
went
 29:5
WILLIAMSON
 7:16 13:24
 14:6 16:2
 22:16,22
 23:3,22
 24:5,21 25:9
 26:21 27:3
 28:4,25
witness
 7:2
Wong
 25:23 26:1
Wong's
 26:3
word
 16:11,12
work
 10:13,15
 12:19 13:10
 22:9 23:24
worked
 13:4 14:22
working
 12:2,3,6
works
 15:3,21

Todd Gaddis
May 19, 2023

| **Y** |
|---|
| **Yeah** |
|   12:18 21:6 |
|   22:9 26:2 |
|   28:6 |
| **year** |
|   9:17,23 10:2 |
| **years** |
|   9:11,18 10:8 |
|   11:24 12:9, |
|   17 |
| **York** |
|   7:7 27:21 |