**MEMO ENDORSED**

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

Shaarille Linzy,

        Plaintiff,

v.

Uber Technologies, Inc.,

        Defendant.

Case No. 1:21-cv-05097 (ER) (SDA)

## Defendant Uber Technologies, Inc.'s Notice of Motion for Reconsideration or, in the Alternative, for Certification for Interlocutory Appeal

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of the Motion for Reconsideration, or, in the Alternative, for Certification for Interlocutory Appeal by Defendant Uber Technologies, Inc., ("Uber"), dated November 20, 2023, and all pleadings, submissions and proceedings herein, Uber hereby moves this Court before the Honorable Edgardo Ramos, United States District Judge, at the United States District Court for the Southern District of New York, located at 40 Foley Square, New York, New York 10007, for an order granting reconsideration of its November 6, 2023 order denying Uber's Motion for Summary Judgment or, in the alternative, the entry of an order for interlocutory appeal under 28 U.S.C. 1292(b).

> Plaintiff shall respond to Defendant's motion by December 5, 2023.
> SO ORDERED.
>
> _/s/ Edgardo Ramos_
> Edgardo Ramos, U.S.D.J.
> Dated: November 21, 2023
> New York, New York

1

2

Dated: November 20, 2023          Respectfully submitted,

**DEFENDANT UBER TECHNOLOGIES, INC.**

By:     */s/ Steven G. Williamson*
         Christopher Betke (CB8047)
         Andrew R. Ferguson (AF5154)
         COUGHLIN BETKE LLP
         1330 Avenue of the Americas, Suite 23A
         New York, NY 10019
         Telephone: (212) 653-0380
         cbetke@coughlinbetke.com
         aferguson@coughlinbetke.com

         Steven G. Williamson (pro hac vice)
         PERKINS COIE LLP
         1888 Century Park East, Suite 1700
         Los Angeles, CA 90067
         Telephone: (310) 788-3368
         swilliamson@perkinscoie.com

## CERTIFICATE OF SERVICE

I hereby certify that, on November 20, 2023, a true and correct copy of the foregoing was served via the Court's electronic filing system upon all counsel of record.

/s/ *Steven G. Williamson*