**PERKINS**COIE

1888 Century Park East
Suite 1700
Los Angeles, CA 90067-1721

● +1.310.788.9900
● +1.310.788.3399
PerkinsCoie.com

November 21, 2023

Steven G. Williamson
Counsel
swilliamson@perkinscoie.com
M. +1.732.589.8187

**VIA ECF FILING**

Hon. Edgardo Ramos
Thurgood Marshall U.S. Conference
40 Foley Square
New York, NY 10007
Courtroom 619
ChambersNYSDRamos@nysd.uscourts.gov

# MEMO ENDORSED

**Re:**   *Shaarille Linzy v. Uber Technologies, Inc.*, Case No. 1:21-cv-05097 (ER) (SDA)
        **USDC for the Southern District of New York—Request for Oral Argument**

Your Honor:

On November 21, 2023, the Court accepted Uber's Motion for Reconsideration or, in the Alternative, for Certification for Interlocutory Appeal, and requested that Plaintiff file a response by December 5, 2023. *See* ECF No. 68.

Uber respectfully requests oral argument on its Motion, Plaintiff's forthcoming response, and any reply. Alternatively, if the Court does not wish to set a standalone hearing for argument on the Motion, Uber respectfully requests the opportunity to argue its Motion at the currently set December 6, 2023 status conference. We would also be most grateful if the Court would inform the parties whether it will entertain oral argument on the Motion either at the December 6 status hearing or at another time, so that counsel can be adequately prepared in that event.

Respectfully,

*Steven G. Willia...*

Steven G. Williamson
Attorney for Uber Technologies, Inc.

The parties should be prepared to discuss their arguments concerning Uber's Motion for Reconsideration or Certification for Interlocutory Appeal at the December 6, 2023, status conference. SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: November 22, 2023
New York, New York