UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SHAARILLE LINZY, | ) | |
|     *Plaintiff,* | ) | |
| v. | ) | |
| UBER TECHNOLOGIES, INC., | ) | |
|     *Defendant.* | ) | 1:21-cv-05097-ER |

## NOTICE OF MOTION IN LIMINE TO PRECLUDE UNDISCLOSED MEDICAL EXPERT TESTIMONY AND RECORDS

PLEASE TAKE NOTICE that upon the accompanying December 16, 2024, Memorandum of Law in Support of Motion in Limine to Preclude Undisclosed Medical Expert Testimony and Records, along with all exhibits thereto and all pleadings, submissions, and proceedings herein, Defendant Uber Technologies, Inc. ("Defendant") hereby moves this Court, before the Honorable Edgardo Ramos, United States District Judge, at the United States District Court for the Southern District of New York, located at 40 Foley Square, New York, New York 10007, to preclude undisclosed medical expert testimony and records under Federal Rule of Civil Procedure 26.

Respectfully submitted,
DEFENDANT,
UBER TECHNOLOGIES, INC.
By their attorneys,

/s/ Andrew R. Ferguson
Andrew R. Ferguson (AF5154)
Coughlin Betke LLP
1330 Avenue of the Americas
Suite 23A
New York, NY 10019
212-653-0380
aferguson@coughlinbetke.com

1

## CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system, will be sent electronically to all counsel of record on December 16, 2024.

                                                        */s/ Andrew R. Ferguson*
                                                        Andrew R. Ferguson