UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAARILLE LINZY, | ) |
|     *Plaintiff,* | ) |
| v. | ) |
| UBER TECHNOLOGIES, INC., | ) |
|     *Defendant.* | )    1:21-cv-05097-ER |

## NOTICE OF MOTION IN LIMINE TO PRECLUDE EVIDENCE OR ARGUMENT CONCERNING PLAINTIFF'S LUMBAR SPINE SURGERY

PLEASE TAKE NOTICE that upon the accompanying December 16, 2024, Memorandum of Law in Support of Motion in Limine to Preclude Evidence or Argument Concerning Plaintiff's Lumbar Spine Surgery, along with all exhibits thereto and all pleadings, submissions, and proceedings herein, Defendant Uber Technologies, Inc. ("Defendant") hereby moves this Court, before the Honorable Edgardo Ramos, United States District Judge, at the United States District Court for the Southern District of New York, located at 40 Foley Square, New York, New York 10007, to preclude evidence or argument concerning plaintiff's lumbar spine surgery under Insurance Law Section 5102(d).

                                              Respectfully submitted,
                                              DEFENDANT,
                                              UBER TECHNOLOGIES, INC.
                                              By their attorneys,

                                              /s/ Andrew R. Ferguson
                                              Andrew R. Ferguson (AF5154)
                                              Coughlin Betke LLP
                                              1330 Avenue of the Americas
                                              Suite 23A
                                              New York, NY 10019
                                              212-653-0380
                                              aferguson@coughlinbetke.com

## CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system, will be sent electronically to all counsel of record on December 16, 2024.

                                                */s/ Andrew R. Ferguson*
                                                Andrew R. Ferguson