**EXHIBIT C**

# JASON M. GALLINA, M.D., P.C.
Orthopaedic Spine Surgery

135 Madison Ave, 5th Floor
New York, NY 10016
Tel. (212) 616-4130. Fax (212) 983-0483

541 Cedar Hill Avenue
Wyckoff, NJ 07481
Tel. (201) 447-0550. Fax (201) 447-5233

**Patient:** SHAARILLE LINZY  **Date of Birth:** 11/15/1988  **Sex:** Female  **MRN:** 00029639
**Provider:** Jason Gallina, MD  **Referring Provider:**   **Date of Visit:** 06/22/2022

## Chief Complaint
Neck Pain with radiating arm pain.
Low Back Pain with radiating leg pain

## History of Present Illness(HPI)
This is a very nice patient who was involved in a motor vehicle accident on 12/5/2019. They were taken to the emergency room at Jacobi Medical center, where they were evaluated and treated.
They are complaining of low back pain with right greater than left radiating leg pain. This is associated with numbness and paresthesias down the leg. They have been treated with oral pain medications, physical therapy, acupuncture, chiropractic care. They have been treated with lumbar epidural injections. They have received a total of 1 injections. These injections gave them temporary transient relief of their pain, but their pain ultimately returned.

She is status post a left sided L4-L5 hemilaminotomy performed on 4-6-21 at NYU-TISCH Hospital. She denies any fever chills and incisional pain. Her pre-operative symptoms are resolving. She is here for an incision check. She is not complaining of left leg pain and resolved. Left sided calf numbness. She describes right leg symptoms that are her main complaint.

They are also complaining of neck pain with right greater than left radiating arm pain. This is associated with numbness and paresthesias down the arm. They have been treated with oral pain medications, physical therapy, acupuncture, chiropractic care.

## Current Medications ✓ Reviewed

Keflex 250 MG Oral Capsule   ✓  Started 04/14/2021

1 Capsule; Oral; Every 6 Hours; Duration is 14 Day(s); 56.0 Capsule Quantity; Substitutions is Allowed; Do not fill before: 04/14/2021; WALGREENS DRUG STORE #17499, 691 CO-OP CITY BOULEVARD, BRONX, NY, 104751673, Tel:(718)862-2847, Fax:(718)379-6480; Jason Gallina, 135 Madison Ave 5th Floor, 5th Floor, New York, NY, 10016, Tel:(212)616-4130, Fax:(212)983-0483; Written Date 04/14/2021; Updated Date 04/14/2021;

Colace 100 MG Oral Capsule   ✓  Started 04/14/2021

1 Capsule; Oral; As Needed PRN; Duration is 30 Day(s); 30.0 Capsule Quantity; Substitutions is Allowed; 3 Refill(s); WALGREENS DRUG STORE #17499, 691 CO-OP CITY BOULEVARD, BRONX, NY, 104751673, Tel:(718)862-2847, Fax:(718)379-6480; Jason Gallina, 135 Madison Ave 5th Floor, 5th Floor, New York, NY, 10016, Tel:(212)616-4130, Fax:(212)983-0483; Written Date 04/14/2021; Updated Date 04/14/2021;

oxyCODONE-Acetaminophen 5-325 MG Oral Tablet   ✓  Started 04/14/2021

1 Tablet; Oral; Every 4 Hours; Duration is 7 Day(s); 42.0 Tablet Quantity; Substitutions is Allowed; Do not fill before: 04/14/2021; WALGREENS DRUG STORE #17499, 691 CO-OP CITY BOULEVARD, BRONX, NY, 104751673, Tel:(718)862-2847, Fax:(718)379-6480; Jason Gallina, 135 Madison Ave 5th Floor, 5th Floor, New York, NY, 10016, Tel:(212)616-4130, Fax:(212)983-0483; Written Date 04/14/2021; Updated Date 04/14/2021;

Muscle Relaxers
Motrin

## Current Allergies

No Known Allergies

## Past Medical History / Current Problems ✓ Reviewed

Hypertension: ICD9:401.9 ICD10:I10 SNOMED:38341003
Status is Current;

## Social History ✓ Reviewed

### Adult Social History -Detailed

**Smoking Status (MU)**
Smokes : Yes
Smoking Status (MU) Smoking Status : Current some day smoker

**Family**
Need Interpreter? Need Interpreter: No

**Use of Drugs/Alcohol/Tobacco**
Do you drink alcohol Do you drink alcohol?: occasionally, socially

## Surgical History ✓ Reviewed

She is status post a left sided L4-L5 hemilaminotomy performed on 4-6-21 at NYU-TISCH Hospital.
Dr. Gallina;

## Physical Exam

### Abnormal Cervical and Abnormal Lumbar Exam

**Cranial Nerve Examination**
- Showed excellent ocular fixation without eye deviation and a full range of eye movements without nystagmus. Pupils were symmetrical and briskly responsive to light stimulation. Facial movements were symmetrical and hearing was grossly normal. There were no problems with oro-motor function. Visual fields were grossly normal

**Cervical Spine (Abnormal)**
- There is tenderness to palpation of the cervical spine musculature associated with muscle spasms

#### Cervical Range of Motion (in degrees) (Abnormal)

|  | Movement | Degrees | Normal |
| --- | --- | --- | --- |
| Cervical Spine | Anterior flexion | 30 degrees with pain | 0-60 normal |
| Cervical Spine | Extension | 20 degrees with pain | 0-60 |
| Cervical Spine | Left lateral rotation | 40 degrees with pain | 0-80 |
| Cervical Spine | Left lateral flexion | 35 degrees with pain | 0-50 |
| Cervical Spine | Right lateral rotation | 30 degrees with pain | 0-80 |
| Cervical Spine | Right lateral flexion | 25 degrees with pain | 0-50 |
| - | All range of motion measurements were made without forcing the examinee beyond the point where pain was reported. | | |

**Lumbar Spine (Abnormal)**
- There is tenderness to palpation of the lumbar spine musculature and muscle spasms

**Lumbar Range of Motion (in degrees) (Abnormal)**

|  | Movement | Degrees | Normal |
|---|---|---|---|
| Lumbar Spine | Forward flexion | 30 degrees with pain | 0-90 normal |
| Lumbar Spine | Extension | 10 degrees with pain | 0-25 |
| Lumbar Spine | Left lateral flexion | 10 degrees with pain | 0-25 |
| Lumbar Spine | Right lateral flexion | 10 degrees with pain | 0-30 |
| - | All range of motion measurements were made without forcing the examinee beyond the point where pain was reported. | | |

## Motor System

- There is no muscle atrophy. Posture is erect

### Cervical Manual Muscle Testing - Abnormal

|  | Right | Left |
|---|---|---|
| Shoulder Adduction | 5/5 | 5/5 |
| Shoulder Abduction | 5/5 | 5/5 |
| Shoulder External Rotation | 5/5 | 5/5 |
| Shoulder Internal Rotation | 5/5 | 5/5 |
| Elbow Flexion | 5/5 | 5/5 |
| Elbow Extension | 5/5 | 5/5 |
| Wrist Extension | 5/5 | 5/5 |
| Wrist Flexion | 5/5 | 5/5 |
| Finger Extension | 5/5 | 5/5 |
| Finger Flexion | 5/5 | 5/5 |
| Finger Adduction | 5/5 | 5/5 |
| Finger Abduction | 5/5 | 5/5 |
| Thumb Radial Abduction | 5/5 | 5/5 |
| Thumb Opposition | 5/5 | 5/5 |
| Abduction 5 Finger | 5/5 | 5/5 |

### Lumbar Manual Muscle Testing - Abnormal

|  | Right | Left |
|---|---|---|
| Hip Flexion | 5/5 | 5/5 |
| Hip Extension | 5/5 | 5/5 |
| Thigh Abduction | 5/5 | 5/5 |
| Thigh Adduction | 5/5 | 5/5 |
| Knee Flexion | 5/5 | 5/5 |
| Knee Extension | 5/5 | 5/5 |
| Ankle Dorsiflexion | 5/5 | 5/5 |
| Ankle Plantarflexion | 5/5 | 5/5 |
| Ankle Eversion | 5/5 | 5/5 |
| Ankle Inversion | 5/5 | 5/5 |
| Extensor Hallucis Longus | 5/5 | 5/5 |

| | | |
|---|---|---|
| Flexor Hallucis Longus | 5/5 | 5/5 |

**Neurology Provocative - Abnormal**

| | Right | Left |
|---|---|---|
| Straight Leg Raise | Positive with Back Pain | Positive with Back Pain |
| Contralateral Straight Leg Raise | Negative | Negative |
| Femoral Stretch Test | Negative | Negative |
| Spurling Sign | Positive | Positive |
| Lhermitte's Sign | Negative | Negative |
| FABER/Patrick | Negative | Negative |

**Gait - Abnormal**

- The patient's gait appears to be asymmetric and abnormal. The patient is able to heel walk and toe walk

**Cerebellar Examination (Coordination)**

- Finger-nose-finger function is normal. Rapid alternating movements involving pronation and supination (Dysdiadochokinesia) is normally performed, as well as rapid succession movements involving apposition of thumb to the other four fingers. Heel to shin coordination testing is normal. Romberg's test was negative

**Sensory Examination - Abnormal**

- Was normal bilateral arms and lower legs

**Reflexes - Abnormal**

| | Right | Left |
|---|---|---|
| Biceps | 1 | 1 |
| Brachioradialis | 2 | 2 |
| Triceps | 2 | 2 |
| Patellar | 2 | 2 |
| Achilles | Absent | Absent |
| Babinski's Test | Flexor | Flexor |
| Hoffman Sign | Negative | Negative |
| Clonus | Negative | Negative |

**Pulses**

| | Right | Left |
|---|---|---|
| Radial | Present | Present |
| Ulna | Present | Present |
| Dorsalis Pedis | Present | Present |
| Posterior Tibial | Present | Present |

## Orthopedics

Lumbar Spine:
An MRI of the lumbar spine performed on 1-28-20 reveals a left sided disk herniation.
Xray of the lumbar spine performed on 6.21.22 reveals no instability.
MRI of the lumbar spine performed on 6.21.22 reveals a left-sided L4-L5 microdiscectomy with no residual stenosis.

Cervical Spine:
An MRI of the cervical spine performed on 1-28-20 reveals no surgical disk herniation.

## Assessment

<u>Lumbar disc herniation (M51.26)</u>
Condition: Chronic
**Assessment:**
She is status post a left sided L4-L5 hemilaminotomy performed on 4-6-21 at NYU-TISCH Hospital.
**Plan:**
In terms of the lumbar spine:
The patient will continue physical therapy for their lumbar spine in 2 weeks time.
She currently lives in Georgia and comes to NYU for her treatment. Her injection may be delayed because she would get that injection when she returns back to NY on a visit.


The patient is 100% Temporarily Disabled.

<u>Cervical disc herniation (M50.20)</u>
**Assessment:** Neck pain with bilateral, right greater than left, radiating arm pain.
**Plan:**
In terms of the cervical spine:
I am recommending that the patient continue conservative treatment consisting of physical therapy, anti-inflammatory medication, pilates and/or yoga.
I am recommending xrays of the cervical spine.
I am recommending that the patient obtain a pain management consult for an epidural steroid injection.

ICD: Disc displacement, lumbar (M51.26)
ICD: Cervical disc herniation (M50.20)

## Charge Capture

99215 (D1: M51.26; D2: M50.20)


*[signature]*

**Jason Gallina, M.D.**
*This has been electronically signed by Jason Gallina, M.D. on 06/22/2022*

# JASON M GALLINA MD PC

135 Madison Avenue, New York, NY 10016 | P: 212-616-4130 | F: 212-983-0483

**Patient:** SHAARILLE LINZY  
**MRN:** 00029639  
**Date of Birth:** 11/15/1988  
**Date of Service:** 06/22/2022  
**Sex:** Female  
**Provider:** Jason Gallina, MD  

## Physical Therapy Referral - Lumbar

### Lumbar/Cervical

| | |
|---|---|
| Lumbar | X |
| Cervical | - |

### Referral

| | |
|---|---|
| AMBULATION | X |
| Non wt. bearing | RL |
| Part wt. bearing | RL |
| Full wt. bearing | RL |
| OCCUPATIONAL THERAPY | X |
| Functional exercises | X |
| ADL training | X |
| Orthotics | - |
| STRENGTHENING | X |
| Isotonic | X |
| Isometric | X |
| Isokinetic | X |

### Cane/Crutches/Walker

| | |
|---|---|
| Cane | - |
| Crutches | - |
| Walker | - |

### Programs

| | |
|---|---|
| Williams flexion | X |
| McKenzie extension | X |
| Back and Neck Education | X |
| Home Program | X |

### Exercises

| Abdominal & paraspinal strengthening exercises | Hamstring & lower back stretching exercises |
|---|---|
| PROM | X |
| AAROM | X |
| AROM | X |

**Modalities**

| | |
|---|---|
| Whirlpool | - |
| Pool | - |
| Traction | - |
| Hot packs | X |
| Electric stimulation | X |
| As needed | - |
| Cold packs | X |
| Massage | X |
| Ultrasound | X |

**Goals**

| | |
|---|---|
| Decrease pain | X |
| Increase motion | X |
| Increase strength | X |
| Soft tissue/joint mobilization | X |

**Additional Details**

Frequency 3/week
Duration 6 weeks

*[signature]*

**Jason Gallina, M.D.**

*This has been electronically signed by Jason Gallina, M.D. on 06/22/2022*