UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAARILLE LINZY,   ) | |
|    *Plaintiff,*   ) | |
| v.   ) | |
| UBER TECHNOLOGIES, INC.,   ) | |
|    *Defendant.*   ) | 1:21-cv-05097-ER |

**NOTICE OF MOTION IN LIMINE TO (1) PRECLUDE TESTIMONY RELATED TO FINANCES, PROFITS, LOSSES, OR ECONOMIC STATUS OF UBER; (2) PRECLUDE EVIDENCE RELATED TO SIMILAR OR SAME OCCURRENCES, CLAIMS, OR LAWSUITS AGAINST UBER; (3) PRECLUDE ANY ARGUMENT, TESTIMONY, COMMENT OR REFERENCE TO ANY EVIDENCE OF ALL MEDIA COVERAGE IN ANY FORMAT AND FROM ANY SOURCE; (4) PRECLUDE USE OF PREJUDICIAL TERMS; (5) ENSURE A FAIR VOIR DIRE & TRIAL; AND (6) PRECLUDE PLAINTIFF'S COUNSEL FROM UTILIZING IMPROPER ANCHORING**

     PLEASE TAKE NOTICE that upon the accompanying December 16, 2024, Memorandum of Law in Support filed herewith, along with all exhibits thereto and all pleadings, submissions, and proceedings herein, Defendant Uber Technologies, Inc. ("Defendant") hereby moves this Court, before the Honorable Edgardo Ramos, United States District Judge, at the United States District Court for the Southern District of New York, located at 40 Foley Square, New York, New York 10007, to preclude evidence or argument concerning (1) finances, profits, losses, or economic status of Uber, (2) similar or same occurrences, claims, or lawsuits against Uber, (3) media coverage, (4) prejudicial terms; (5) to ensure a fair voir dire & trial; and (6) to prohibit improper anchoring, under Federal Rules of Evidence 401 and 403.

Respectfully submitted,
DEFENDANT,
UBER TECHNOLOGIES, INC.
By their attorneys,

/s/ Andrew R. Ferguson
Andrew R. Ferguson (AF5154)
Coughlin Betke LLP
1330 Avenue of the Americas
Suite 23A
New York, NY 10019
212-653-0380
aferguson@coughlinbetke.com

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to all counsel of record on December 16, 2024.

*/s/ Andrew R. Ferguson*
Andrew R. Ferguson