UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SHAARILLE LINZY,

                Plaintiff,

     -against-

UBER TECHNOLOGIES, INC.,

                Defendant.
------------------------------------------------------------------X

**Civil Action No.:**: 1:21-CV-05097

## REQUEST TO CHARGE

Plaintiff Shaarille Linzy, by her attorneys, Rosenbaum & Rosenbaum, P.C. respectfully requests that the following charges be given to the jury during the trial of this action:

Plaintiff claims that Defendant's negligence caused an automobile incident on December 5, 2019. Therefore, the common law of New York applies, and the proposed jury charges below are based on the Pattern Jury Instructions utilized by the State courts of New York. Plaintiff reserves the right to add or modify the charges depending on the proof adduced at trial, and on the claims the Court ultimately permits to go to the jury.

| | |
|---|---|
| PJI 1:20 | Introduction |
| PJI 1:21 | Review Principles States |
| PJI 1:22 | Falsus in Uno |
| PJI 1:23 | Burden of Proof |
| PJI 1:24 | Return to Courtroom |
| PJI 1:25 | Consider Only Testimony and Exhibits |
| PJI 1:25C | Interested witness |

| | |
|---|---|
| PJI 1:26 | Special Verdicts |
| PJI 1:26A | Five-Sixths verdict |
| PJI 1:27 | Exclude sympathy |
| PJI 1:27A | Fair Juror and Absence of Implicit or Unconscious Bias |
| PJI 1:28 | Jury Function |
| PJI 1:30 | Conclusion |
| PJI 1:31 | Alternate Jurors |
| PJI 1:40 | Consider Only Competent Evidence |
| PJI 1:41 | Weighting Testimony |
| PJI 1:60 | Burden of Proof – When Burden Differs on Different Issues |
| PJI 1:70 | General Instruction – Circumstantial Evidence |
| PJI 1:94 | Use of a Pre-Trial Deposition |
| PJI 2:10 | Negligence |
| PJI 2:12 | Foreseeability |
| PJI 2:26 | Statutory Standard of Care- Vehicle and Traffic Law Violation VTL 1225 (d) |
| PJI 2:65 | *Res Ipsa Loquitor* |
| PJI 2:70 | Proximate Cause |
| PJI 2:75 | Motor Vehicle Accidents – Pedestrian Crossing Highway |
| PJI 2:77 | Motor Vehicle Accidents – Duty Toward Other Motors, in general |
| PJI 2:235 | Liability For the Conduct of Another- Employer-Employee- Scope of Employment |

| | |
|---|---|
| PJI 2:255 | Liability For the Conduct of Another-Independent Contractor |
| PJI 2:88D | No Fault Law – Serious Injury – Permanent Total loss of Use of Body Organ, Member, Function or System |
| PJI 2:88E | No Fault Law – Serious Injury – Permanent Consequential Limitation of Use of Body Organ or Member |
| PJI 2:88F | No Fault Law – Serious Injury – Significant Limitation of Use of Body Function or System |
| PJI 2:88G | No Fault Law – Serious Injury – Non-Permanent Medically Determined Injury That Prevents Performance of Usual and Customary Daily Activities For 90 of 180 Days Immediately Subsequent to Injury |
| PJI 2:277 | Damages – General |
| PJI 2:280 | Damages – Personal Injury – Pain and Suffering |
| PJI 2:280.1 | Loss of enjoyment of life |
| PJI 2:280.2 | No Income Tax on Recovery |
| PJI 2:282 | Damages – Personal Injury – Aggravation of Pre-existing Injury |
| PJI 2:283 | Damages – Personal Injury – Increased Susceptibility to Injury |

SHAARILLE LINZY reserves the right to amend or supplement this Request to Charge depending on the proof adduced at trial.

Respectfully submitted,

/s/ Matthew T. Gammons
Matthew T. Gammons, Esq.
ROSENBAUM & ROSENBAUM, P.C.
*Attorneys for Plaintiff*
100 Wall Street, 24th Floor
New York, New York 10005
212-514-5007