HEALTH+ HOSPITALS | Jacobi

JACOBI MEDICAL CENTER
1400 Pelham Parkway
Bronx NY 10461

Patient:Linzy, Shaarille
MRN: 2868015, DOB: [redacted], Sex: F
[redacted]
Admit: 12/5/2019, Discharge: 12/5/2019

## Admission Information

| Patient Class | Patient Service | Department, Room/Bed | Attending Provider |
|---|---|---|---|
| Emergency | Emergency | Jacobi Adult ED, W16H/W16H | |

| Admitting Provider | Admission Date/Time | Discharge Provider | Discharge Date/Time |
|---|---|---|---|
| | 12/05/2019 1935 | | 12/05/2019 2250 |

## Admission Information

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | 12/05/2019 1747 | Admit Date/Time: | 12/05/2019 1935 | IP Adm. Date/Time: | |
| Admission Type: | Emergency | Point of Origin: | Routine Adm | Means of Arrival: | Ems Fdny |
| Primary Service: | Emergency | Secondary Service: | N/A | Transfer Source: | |
| Unit: | Jacobi Adult ED | Admit Provider: | | Attending Provider: | Robert M Song, MD |
| Referring Provider: | | | | | |

## Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 12/05/2019 2250 | Routine Discharge | None | None | Jacobi Adult ED |

## Events

ED Arrival at 12/5/2019 1747

Unit: Jacobi Adult ED

Admission at 12/5/2019 1935

Unit: Jacobi Adult ED | Room: R1 | Bed: R1
Patient class: Emergency | Service: Emergency

ED Roomed at 12/5/2019 1935

Unit: Jacobi Adult ED | Room: R1 | Bed: R1
Patient class: Emergency | Service: Emergency

Transfer In at 12/5/2019 2041

Unit: Jacobi Adult ED | Room: W16H | Bed: W16H
Patient class: Emergency | Service: Emergency

ED Transfer at 12/5/2019 2041

Unit: Jacobi Adult ED | Room: W16H | Bed: W16H
Patient class: Emergency | Service: Emergency

Transfer Out at 12/5/2019 2237

Unit: Jacobi Adult ED | Room: W16H | Bed: W16H
Patient class: Emergency | Service: Emergency

Transfer In at 12/5/2019 2237

Unit: Jacobi Adult ED | Room: W16H | Bed: W16H
Patient class: Emergency | Service: Emergency

Discharge at 12/5/2019 2250

Unit: Jacobi Adult ED | Room: W16H | Bed: W16H
Patient class: Emergency | Service: Emergency

Discharge at 12/5/2019 2250

Unit: Jacobi Adult ED | Room: W16H | Bed: W16H
Patient class: Emergency | Service: Emergency

HEALTH+ HOSPITALS | Jacobi
JACOBI MEDICAL CENTER
1400 Pelham Parkway
Bronx NY 10461
Patient:Linzy, Shaarille
MRN: 2868015, [redacted] Sex: F
[redacted]
Admit: 12/5/2019, Discharge: 12/5/2019

**Events (continued)**

**Allergies as of 12/5/2019** — **Reviewed** On: **12/5/2019** By: **Zaman Yasin, RN**

No Known Allergies

**Medical as of 12/5/2019**

Past Medical History

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Hypertension | — | — | Provider |

**Surgical as of 12/5/2019**

None

## ED Records

### ED Arrival Information

| Expected | Arrival | Acuity | Means of Arrival | Escorted By | Service | Admission Type |
|---|---|---|---|---|---|---|
| - | 12/5/2019 17:47 | Emergent (2) | EMS FDNY | Self | Emergency | Emergency |

| Arrival Complaint |
|---|
| Pedestrian struck by car |

### Chief Complaint

| Complaint | Comment |
|---|---|
| **Jaw Pain [160329]** | s/p pedestrian struck by car, + LOC, c/o pain to jaw and Rt hip |
| **Hip Pain [140010]** | |

### ED Diagnosis

| Diagnosis | Comment |
|---|---|
| **Fall, initial encounter** | |

### ED Disposition

| ED Disposition | Condition | Comment |
|---|---|---|
| **Discharge** | | Shaarille Linzy discharge to home/self care.<br><br>Condition at discharge: Good |

Printed on 1/20/20 3:24 PM Page 2



Jacobi

JACOBI MEDICAL CENTER
1400 Pelham Parkway
Bronx NY 10461

Patient:Linzy, Shaarille
MRN: 2868015, [redacted] Sex: F
[redacted]
Admit: 12/5/2019, Discharge: 12/5/2019

## ED Notes

### ED Triage note by Zaman Yasin, RN at 12/05/19 1752

Author: Zaman Yasin, RN | Service: Emergency Dept | Author Type: Registered Nurse
Filed: 12/05/19 1752 | Creation Time: 12/05/19 1751 | Status: Signed
Editor: Zaman Yasin, RN (Registered Nurse)

A&O x 3, perla, moves all extremities, skin warm dry , no deformities, no numbness or tingling.

Electronically Signed by Zaman Yasin, RN on 12/05/19 1752

### ED Notes by Michelle M Minto, RN at 12/05/19 1808

Author: Michelle M Minto, RN | Service: Emergency Dept | Author Type: Registered Nurse
Filed: 12/05/19 1808 | Creation Time: 12/05/19 1808 | Status: Signed
Editor: Michelle M Minto, RN (Registered Nurse)

Alert and oriented x3. Patient made a Surgical Note for pain to jaw and hip s/p Pedestrian struck today.No visible sign of injury noted. C-collar in use and cleared by MD. Undressed and placed on the cardiac monitor. Blood sugar and full set of vitals completed. Routine labs obtained and sent. Medlocks # 18 to left hand and # 20 gauge to left wrist are patent with no redness or infiltration. Bedside FAST completed. XRAY and CT Scan pending.Fall and safety precautions maintained. MD evaluation in progress.

Electronically Signed by Michelle M Minto, RN on 12/05/19 1808

### ED Progress Note by Sanida Lukovic, MD at 12/05/19 2232

Author: Sanida Lukovic, MD | Service: Emergency Dept | Author Type: Resident
Filed: 12/05/19 2232 | Creation Time: 12/05/19 2225 | Status: Signed
Editor: Sanida Lukovic, MD (Resident)

ED Progress Note:

Pt care assumed from Dr. Patterson at evening sign-out. Reassessed at bedside, NAD. Pain improved, no eps of emesis.

BP (!) 150/93 (Patient Position: Lying) | Pulse 73 | Temp 97.9 °F (36.6 °C) (Oral) | Resp (!) 25 | Ht 1.6 m (5' 3") | Wt 99.8 kg (220 lb) | SpO2 100% | BMI 38.97 kg/m²

Labs and imaging reviewed - no acutely concerning findings. Likely mild concussive symptoms. Ambulating with steady gait. Pt stable and ready for d/c home.

Electronically Signed by Sanida Lukovic, MD on 12/05/19 2232

### ED Notes by Francis Colmenares Angeles, RN at 12/05/19 2246

Author: Francis Colmenares Angeles, RN | Service: Emergency Dept | Author Type: Registered Nurse
Filed: 12/05/19 2246 | Creation Time: 12/05/19 2246 | Status: Signed
Editor: Francis Colmenares Angeles, RN (Registered Nurse)

Received pt on stretcher, Aox3. GCs-15. Non-labored breathing. With complaint of headache. Medlock on left wrist and left hand are intact and patent. Xray and CT scan completed.

Electronically Signed by Francis Colmenares Angeles, RN on 12/05/19 2246

### ED Notes by Francis Colmenares Angeles, RN at 12/05/19 2248





**HEALTH+HOSPITALS | Jacobi**

JACOBI MEDICAL CENTER
1400 Pelham Parkway
Bronx NY 10461

Patient: Linzy, Shaarille
MRN: 2868015, ███  ██/██/████  Sex: F

Admit: 12/5/2019, Discharge: 12/5/2019

## ED Notes (continued)

### ED Notes by Francis Colmenares Angeles, RN at 12/05/19 2248 (continued)

| | | |
|---|---|---|
| Author: Francis Colmenares Angeles, RN | Service: Emergency Dept | Author Type: Registered Nurse |
| Filed: 12/05/19 2248 | Creation Time: 12/05/19 2248 | Status: Signed |
| Editor: Francis Colmenares Angeles, RN (Registered Nurse) | | |

Pt is Aox3. GCS-15. Non-labored breathing. Ambulatory with steady gait. Completed xray and CT scan with no visible acute injury. Re-evaluated by MD and cleared for discharge with instructions. Left ED in stable condition

Electronically Signed by Francis Colmenares Angeles, RN on 12/05/19 2248

### ED Provider Notes by Elizabeth Patterson, MD at 12/05/19 1949

| | | |
|---|---|---|
| Author: Elizabeth Patterson, MD | Service: Emergency Dept | Author Type: Resident |
| Filed: 12/05/19 1949 | Creation Time: 12/05/19 1933 | Status: Attested |
| Editor: Elizabeth Patterson, MD (Resident) | | Cosigner: Maninder Singh, MD at 12/06/19 1148 |

Attestation signed by Maninder Singh, MD at 12/06/19 1148

Review/Sign-off - resident's documentation: I have personally seen, evaluated and participated in this patient's care and find this patient's history and physical examination are consistent with the resident's documentation.

Note Initiated: 12/05/2019 at 7:33 PM

### Chief Complaint:
**Chief Complaint**
Patient presents with
- Jaw Pain
  *s/p pedestrian struck by car, + LOC, c/o pain to jaw and Rt hip*
- Hip Pain

### History of Present Illness:
HPI
31F PMH HTN presenting as ped struck. +LOC. States she was running across the street to catch the bus, saw a car coming but didn't stop and neither did the car. Complaining of pain in her right hip, left face and left jaw. Unable to ambulate after the event.

A: airway intact, speaking in full sentences
B: bilateral breath sounds
C: 2+ pulses in all 4 extremities, initial vitals below
D: moving all extremities, pupils equal and reactive, GCS 15
E: back and axillae exposed, no further injuries noted

### History:
**Past Medical History:**

| Diagnosis | Date |
|---|---|
| - Hypertension | |



**HEALTH+ HOSPITALS | Jacobi**

JACOBI MEDICAL CENTER
1400 Pelham Parkway
Bronx NY 10461

Patient: Linzy, Shaarille
MRN: 2868015, ███ ██/██/████  Sex: F
███ ██ ███████
Admit: 12/5/2019, Discharge: 12/5/2019

## ED Notes (continued)

### ED Provider Notes by Elizabeth Patterson, MD at 12/05/19 1949 (continued)

History reviewed. No pertinent surgical history.

No family history on file.

**Social History**

**Tobacco Use**
- Smoking status:        Current Every Day Smoker
- Smokeless tobacco:     Never Used

**Substance Use Topics**
- Alcohol use:           Yes
- Drug use:              No

**Review of Systems:**
Review of Systems
Constitutional: Negative for chills and fever.
HENT: Negative for congestion and rhinorrhea.
Eyes: Negative for redness.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain.
Gastrointestinal: Negative for abdominal pain, constipation, diarrhea, nausea and vomiting.
Endocrine: Negative.
Genitourinary: Negative for dysuria.
Musculoskeletal: Negative for back pain.
Skin: Negative for wound.
Allergic/Immunologic: Negative.
Neurological: Positive for headaches.
Hematological: Negative.
Psychiatric/Behavioral: Negative for agitation.
All other systems reviewed and are negative.

**Physical Exam:**
Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic.
Mouth/Throat: Oropharynx is clear and moist.
**Soft large hematoma to L frontal scalp**
Eyes: Conjunctivae are normal. Pupils are equal, round, and reactive to light.
Neck: Normal range of motion. Neck supple.
**No midline c spine tenderness**
**c-collar cleared clinically**
Cardiovascular: Normal rate, regular rhythm, normal heart sounds and intact distal pulses.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. She has no wheezes.
Abdominal: Soft. She exhibits no distension. There is no tenderness. There is no guarding.
Musculoskeletal: Normal range of motion. She exhibits no edema.
**Moving all extremities, able to flex hips and bend knees**

**ED Notes (continued)**

**ED Provider Notes by Elizabeth Patterson, MD at 12/05/19 1949 (continued)**

**No midline spinal tenderness**
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.
Nursing note and vitals reviewed.

Medications:
**Patient's Medications**
No medications on file

Allergies:
No Known Allergies
Vital Signs:
BP (!) 150/93 (Patient Position: Lying) | Pulse 73 | Temp 97.9 °F (36.6 °C) (Oral) | Resp (!) 25 | Ht 1.6 m (5' 3") | Wt 99.8 kg (220 lb) | SpO2 100% | BMI 38.97 kg/m²
Assessment and Plan:

31F PMH asthma presenting as ped struck +LOC c/o pain in right hip and left side of head. L sided hematoma, no lacerations.
Able to break tongue depressor with bite test bilaterally - no indication for CT facial bones

FAST negative
CXR
Pelvis xray
Labs: cbc, cmp, coags, t&s
CT head
c-collar cleared clinically
Reassess

Elizabeth Patterson, MD
Resident
12/05/19 1949

Maninder Singh, MD
12/06/19 1148

Electronically Signed by Maninder Singh, MD on 12/06/19 1148