State of New York DEPARTMENT OF MOTOR VEHICLES, Empire State Plaza, Albany, New York 12228

## ABSTRACT OF REGISTRATION RECORD

Document # RMWH0001
PRINT DATE: 12/19/2024  TIME: 15:39:31  OPERATOR: MWH  OFFICE: DAB

```
PLATE: T731174C    TYPE: TAXI              REGISTRANT INFORMATION:
VIN#:  4T1G11AK2NU657458                   AMERICAN;UNITED
22 TOYOT WHITE   4DSD WEIGHT:000005        TRANSPORTATION;INC
FUEL: GAS        CYL: 04                   640 S CONDUIT BLVD       COUNTY: KING
EXPIRES: 01/31/25   VALID: 01/18/24        BROOKLYN NY              ZIP: 11208
INS:                                       MI#: A73195 57702 631120-81
```

----- PREVIOUS VEHICLE AND PLATE INFORMATION ASSOCIATED WITH THIS RECORD ----
```
22 TOYOT WHITE   4DSD WEIGHT:000005 FUEL: GAS    CYL 04 VIN# 4T1G11AK2NU657458
EXPIRES: 01/31/24   VALID: 12/19/23

17 TOYOT BLACK   4DSD WEIGHT:000005 FUEL: GAS    CYL 04 VIN# 4T1BF1FK5HU724496
EXPIRES: 01/31/24   VALID: 01/03/23

17 TOYOT BLACK   4DSD WEIGHT:000005 FUEL: GAS    CYL 04 VIN# 4T1BF1FK5HU724496
EXPIRES: 01/31/23   VALID: 12/30/21

17 TOYOT BLACK   4DSD WEIGHT:000005 FUEL: GAS    CYL 04 VIN# 4T1BF1FK5HU724496
EXPIRES: 01/31/22   VALID: 01/05/21
```

----- PREVIOUS VEHICLE AND PLATE INFORMATION ASSOCIATED WITH THIS RECORD ----
```
17 TOYOT BLACK   4DSD WEIGHT:000006 FUEL: GAS    CYL 04 VIN# 4T1BF1FK5HU724496
EXPIRES: 01/31/21   VALID: 01/13/20
```
------------------------- REGISTRATION ACTIVITIES -------------------------

REG REVOKED ON: 07/14/21 FOR 000 DAYS - REASON: FH INS CANCELLED
COMPLIANCE DATE: 07/01/21      CLEARED ON: 07/14/21

REG REVOKED ON: 05/26/19 FOR 000 DAYS - REASON: FH INS CANCELLED
COMPLIANCE DATE: 05/18/19      CLEARED ON: 05/26/19

*** END OF RECORD ***

This is to certify that this document is a true and complete copy of an electronic record on file in the New York State Department of Motor Vehicles, Albany, New York. The record was made in regular course of New York State Department of Motor Vehicles daily business. It is the business of the New York State Department of Motor Vehicles to create and maintain the records of drivers in the state of New York. Entries in this document are made at the time the recorded transactions or events took place or within a reasonable time thereafter. The person who reports the information is under a business duty to do so accurately.

ABS-3 (01/19)

*Mark JF. Schroeder*

COMMISSIONER OF MOTOR VEHICLES