UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAARILLE LINZY, ) | |
| *Plaintiff,* ) | |
| v. ) | |
| UBER TECHNOLOGIES, INC., ) | |
| *Defendant.* ) | 1:21-cv-05097-ER |

## NOTICE OF MOTION IN LIMINE FOR ADMISSION OF JACOBI MEDICAL RECORDS

PLEASE TAKE NOTICE that upon the accompanying January 9, 2025, Memorandum of Law in Support of Motion in Limine for Admission of Jacobi Medical Records, along with all exhibits thereto and all pleadings, submissions, and proceedings herein, Defendant Uber Technologies, Inc. ("Defendant") hereby moves this Court, before the Honorable Edgardo Ramos, United States District Judge, at the United States District Court for the Southern District of New York, located at 40 Foley Square, New York, New York 10007, to admit the Jacobi Medical Records under FRE 801, 803 and 613.

    Respectfully submitted,
    DEFENDANT,
    UBER TECHNOLOGIES, INC.
    By its attorneys,

    /s/ Ben Levites
    Andrew R. Ferguson (AF5154)
    Benjamin H. Levites (5557046)
    Coughlin Betke LLP
    1330 Avenue of the Americas
    Suite 23A
    New York, NY 10019
    212-653-0380
    aferguson@coughlinbetke.com
    blevites@coughlinbetke.com

## CERTIFICATE OF SERVICE

    I hereby certify that this document, filed through the ECF system, will be sent electronically to all counsel of record on Thursday, January 9, 2025.

_Ben Levites_
Benjamin H. Levites